UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br>　　　　Plaintiffs<br><br>　　　v.<br><br>EBAY INC. et al.,<br>　　　　Defendants | No. 21-CV-11181 |

**NOTICE OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance for the Defendant, Devin Wenig, in the above-captioned matter.

Respectfully Submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: July 28, 2021

1

## **CERTIFICATE OF SERVICE**

  I, Martin G. Weinberg, hereby certify that on this date, July 28, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                **/s/ Martin G. Weinberg**
                Martin G. Weinberg, Esq.