UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br>　　　　Plaintiffs<br><br>　　　v.<br><br>EBAY INC. et al.,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 21-CV-11181<br>)<br>)<br>)<br>) |

**<u>AFFIRMATION IN SUPPORT OF *PRO HAC VICE* ADMISSION</u>**

**ABBE DAVID LOWELL**, affirms the following under the pains and penalties of perjury:

1.　　I am an attorney duly admitted to practice law in Washington, DC. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing defendant Devin Wenig.

2.　　I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3.　　There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

4.　　I have reviewed and agree to comply with the Local Rules of United States District Court for the District of Massachusetts.

1

**DATED:**     July 28, 2021

_____
**ABBE DAVID LOWELL, ESQ.**

2