UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner, David Steiner, and Steiner Associates, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>eBay, Inc., et al.,<br><br>    Defendants. | Case No. 1:21-cv-11181-DPW |

## NOTICE OF APPEARANCE

I, Daniel K. Gelb, Esquire, appear as counsel for defendant DAVID HARVILLE in the above-captioned matter.

Respectfully submitted,

/s/ *Daniel K. Gelb*
Daniel K. Gelb, Esquire
BBO# 659703
**GELB & GELB LLP**
900 Cummings Center, Suite 207-V
Beverly, MA 01915
Telephone (617) 345-0010
Fax (617) 345-0009
dgelb@gelbgelb.com

Dated:  August 20, 2021

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on August 20, 2021 this document was electronically filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system, which will send a notice of electronic filing (NEF) to all registered participants in the above-captioned action.

/s/ *Daniel K. Gelb*
Daniel K. Gelb, Esquire