## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | |
| Plaintiffs, | Civil Action No. 21-CV-11181-DPW |
| v. | |
| EBAY INC., et al., | |
| Defendants. | |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, Jack W. Pirozzolo, as counsel for Defendant eBay Inc. in the above-captioned case.

Dated: August 26, 2021

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
jpirozzolo@sidley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 26, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      /s/ *Jack W. Pirozzolo*
                                                      Jack W. Pirozzolo