UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| EBAY INC., et al., | ) ) |
| Defendants. | ) ) ) |

Civil Action No. 21-CV-11181-DPW

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, eBay Inc. ("eBay"), through undersigned counsel, moves this Court to grant leave to appear *pro hac vice* on behalf of eBay to Scott T. Nonaka of the San Francisco office of the law firm Sidley Austin LLP.

1. Undersigned counsel, who is a member in good standing of the bar of this Court, has filed an appearance and will be acting as co-counsel for eBay throughout this litigation with counsel from the San Francisco office of the law firm Sidley Austin LLP.

2. eBay now moves through undersigned counsel to have Mr. Nonaka admitted to appear *pro hac vice* to represent it in this action.

3. In support of this Motion, eBay submits the attached Certificate of Mr. Nonaka verifying that:

    a. he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice;

    b. he has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction;

    c. he has not previously had a *pro hac vice* admission to this court (or other admission for limited purpose) revoked for misconduct; and

    d. he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

4. Counsel for eBay has conferred with current counsel of record and received no opposition to this Motion.

WHEREFORE, undersigned counsel moves this Court to grant leave to appear *pro hac vice* on behalf of eBay to Attorney Scott T. Nonaka.

Dated: August 26, 2021

                         Respectfully submitted,

                         eBay Inc.

                         By: */s/ Jack W. Pirozzolo*

                         Jack W. Pirozzolo (BBO #564879)
                         Kathryn L. Alessi (BBO #651110)
                         SIDLEY AUSTIN LLP
                         60 State St., 36th Floor
                         Boston, MA 02109
                         Tel. (617) 223-0300
                         jpirozzolo@sidley.com
                         kalessi@sidley.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), counsel for eBay has conferred with current counsel of record and received no opposition to this Motion.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack. W. Pirozzolo