UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-CV-11181-DPW |
| Plaintiffs, | | |
| v. | | |
| EBAY INC., et al., | | |
| Defendants. | | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned attorney, Kathryn L. Alessi, as counsel for Defendant eBay Inc. in the above-captioned case.

Dated: August 26, 2021

/s/ *Kathryn L. Alessi*
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
kalessi@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Kathryn L. Alessi*
Kathryn L. Alessi

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Kathryn L. Alessi*
Kathryn L. Alessi