|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br>　　　Plaintiffs<br><br>v.<br><br>EBAY INC. et al.,<br>　　　Defendants | No. 21-CV-11181 |

## AFFIRMATION IN SUPPORT OF *PRO HAC VICE* ADMISSION

ANDREW TAUBER, affirms the following under the pains and penalties of perjury:

1. I am a partner in Winston & Strawn LLP, duly admitted to practice law in Washington, DC, and New York. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing defendant Devin Wenig in the above-captioned case.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

4. I have reviewed and agree to comply with the Local Rules of United States District Court for the District of Massachusetts.

DATED:　　August 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW TAUBER, ESQ.