UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 1:21-cv-11181-DPW |

## NOTICE OF APPEARANCE OF MICHAEL J. PINEAULT

Please enter my appearance as counsel for Defendant Steven Wymer in the above-captioned matter.

                                       Respectfully submitted,

                                       */s/ Michael J. Pineault*
                                       Michael J. Pineault (BBO 555314)
                                       Anderson & Kreiger LLP
                                       50 Milk Street, 21st Floor
                                       Boston, MA 02109
                                       T: +1 617-621-6578
                                       F: +1 617-621-6619
                                       mpineault@andersonkreiger.com

Dated:  August 31, 2021

**CERTIFICATE OF SERVICE**

    I, Michael J. Pineault, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 31, 2021.

                                              */s/ Michael J. Pineault*
                                              Michael J. Pineault