UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>EBAY INC., et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:21-cv-11181-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF CAZ HASHEMI
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Caz Hashemi, state as follows:

1. I am an attorney licensed to practice law in the States of California and Illinois.

2. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., 650 Page Mill Road, Palo Alto, CA 94304.

3. I am admitted to practice law in the State of California, United States District Court for the Northern District of California, United States District Court for the Central District of California, United States District Court for the Southern District of California, and United States Court of Appeals for the Ninth Circuit.

4. I am a member in good standing in every jurisdiction where I am admitted to practice.

1

5. I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this August 31, 2021.

*/s/ Caz Hashemi*
Caz Hashemi