UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 1:21-cv-11181-DPW |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF <u>MORRIS J. FODEMAN</u>**

Pursuant to Massachusetts Local Rule 83.5.3(e), Michael J. Pineault, Esq., a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves that Morris J. Fodeman be granted leave to appear in this action *pro hac vice* as counsel for Steven Wymer.  In support of this motion, and based on the representations set forth in the attached Declaration of Morris J. Fodeman (Exhibit 1), Mr. Pineault states as follows:

1. Morris J. Fodeman is a partner at Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, NY 10019.

2. Mr. Fodeman is a member in good standing of the bars of New York and Connecticut, and every jurisdiction where admitted to practice.

1

3. There are no disciplinary proceedings pending against Mr. Fodeman as a member of the bar in any jurisdiction.

4. Mr. Fodeman has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. Mr. Fodeman has read and agrees to comply with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Mr. Pineault respectfully requests that his Assented-to Motion to Admit Morris J. Fodeman *pro hac vice* be allowed.

Dated:  August 31, 2021                                  Respectfully submitted,

                                                  */s/ Michael J. Pineault*
                                                  Michael J. Pineault (BBO 555314)
                                                  **ANDERSON & KREIGER LLP**
                                                  50 Milk Street, 21st Floor
                                                  Boston, MA 02109
                                                  T: +1 617-621-6578
                                                  F: +1 617-621-6619
                                                  mpineault@andersonkreiger.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for the Defendant has conferred with all counsel who have entered appearances in this matter to date and all have assented or stated they have no objection.

                                                  */s/ Michael J. Pineault*
                                                  Michael J. Pineault

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, a true and correct copy of the foregoing pleading was filed with the Clerk of Court and served upon all attorneys of record via the Court's ECF system.

*/s/ Michael J. Pineault*
Michael J. Pineault