UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al. <br><br> Defendants. | Case No.: 1:21-cv-11181-DPW |

**DECLARATION OF MORRIS J. FODEMAN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Morris J. Fodeman, state as follows:

1. I am an attorney licensed to practice law in the States of New York and Connecticut.

2. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, NY 10019-6022.

3. I am admitted to practice law in the State of New York, State of Connecticut, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Western District of New York, United States District Court for the Northern District of New York, United States District Court for the District of Connecticut, and United States Court of Appeals for the Second Circuit.

1

4. I am a member in good standing in every jurisdiction where I am admitted to practice.

5. I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this August 31, 2021.

*/s/ Morris J. Fodeman*
Morris J. Fodeman