UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>                              Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.<br><br>                              Defendants. | Case No. 1:21-cv-11181-DPW |

**ASSENTED-TO MOTION TO EXTEND TIME**

Defendant Stephanie Stockwell, In Pro Per, moves this Court to extend the date by which to answer or otherwise respond to the Complaint in this matter, until October 28, 2021.  Good cause exists for this extension as defendant is in the process of determining representation in this matter.  Plaintiff's counsel assents to this Motion and the extension until October 28, 2021 by which Stephanie Stockwell shall answer or otherwise respond to Plaintiff's complaint.

For the foregoing reasons, Ms. Stockwell respectfully requests that the Court ALLOW this Motion and extend the date by which to answer or otherwise respond to the Complaint in this matter, until October 28, 2021.

Dated: September 8, 2021               Respectfully submitted,

                                       /s/ *Stephanie Stockwell*
                                       Stephanie Stockwell, Pro Per
                                       326 Cayuga Street
                                       Santa Cruz, CA 95062-3622
                                       Telephone: 831/607-9543
                                       Email: stockwellstephanie21@gmail.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that she has, on behalf of Stephanie Stockwell, conferred with Plaintiff's counsel who has assented.

                                                                          /s/ *Gail Shifman*
                                                                          Gail Shifman

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, a true and correct copy of the foregoing pleading was ECF filed with the Clerk of Court and served upon all attorneys of record as of this date, via the Court's ECF system.

                                                                          /s/ *Gail Shifman*
                                                                          Gail Shifman