UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br>        Plaintiffs<br><br>        v.<br><br>EBAY INC. et al.,<br>        Defendants | No. 21-CV-11181 |

**ASSENTED-TO MOTION TO EXTEND TIME**

Now comes the Defendant Devin Wenig, by and through undersigned counsel, and moves this Court to extend the date by which to answer or otherwise respond to the Complaint in this matter to October 28, 2021. Good cause exists for the requested extension given the length and breadth of the 366-paragraph Complaint. The plaintiffs, through counsel, have assented to this Motion and the requested extension. This Court recently granted another defendant's motion to extend the response deadline to the same date requested here. *See* Dkt. 23.

Wherefore, Mr. Wenig respectfully requests that the Court allow this Motion and extend the date by which to answer or otherwise respond to the Complaint in this matter to October 28, 2021.

                                Respectfully Submitted,
                                DEVIN WENIG
                                By His Attorneys,

**/s/ Abbe David Lowell**    **/s/ Martin G. Weinberg**

|  |  |
|---|---|
| Abbe David Lowell, Esq. | Martin G. Weinberg, Esq. |
| Winston & Strawn LLP | Mass. Bar No. 519480 |
| 1901 L Street, N.W. | 20 Park Plaza, Suite 1000 |
| Washington, DC 20036 | Boston, MA 02116 |
| (202) 282-5875 | (617) 227-3700 |
| ADLowell@winston.com | owlmgw@att.net |

Dated: September 10, 2021

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, September 10, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.