IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No.  20-mj-02398-MBB |

## **ORDER**

Pursuant to this Court's Order dated July 28, 2020, and the subsequent entry of a

replacement Appearance Bond, the Court hereby VACATES the original Appearance Bond

dated June 16, 2020 [docketed in this case at ECF No. 17-5] and thereby RELEASES Ms. Erica

Haley from all obligations as third-party surety.

SO ORDERED.


   __/s/ Marianne B. Bower
Marianne B. Bowler
United States Magistrate Judge


Date: __8/14/2020_