# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No.: 1:21-cv-11181-DPW |
| EBAY INC., et al. | ) ) ) |
| Defendants. | ) ) ) ) |

## ASSENTED-TO MOTION OF STEVE WYMER
## TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

With the assent of the plaintiffs, defendant Steve Wymer respectfully moves to extend the date by which he must answer or otherwise respond to plaintiffs' Complaint to October 28, 2021. In support, Mr. Wymer states that additional time is needed to assess the Complaint and prepare a response.  In addition, the requested extension date will put Mr. Wymer on the same timetable as at least three other defendants.

WHEREFORE, Mr. Wymer respectfully requests that his deadline for responding to plaintiffs' Complaint be extended until October 28, 2021.

Dated:  September 13, 2021

Respectfully submitted,

STEVE WYMER,

By his attorneys,

 /s/ Michael J. Pineault
Michael J. Pineault (BBO 555314)
**ANDERSON & KREIGER LLP**
50 Milk Street, 21st Floor
Boston, MA 02109
T: +1 617-621-6578
mpineault@andersonkreiger.com

Caz Hashemi (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
650 Page Mill Road
Palo Alto, CA 94304
Tel. (650) 493-9300
chashemi@wsgr.com

Morris J. Fodeman (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Tel. (212) 999-5800
mfodeman@wsgr.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Mr. Wymer has conferred with counsel for the plaintiffs, who has assented to this motion. Counsel also has provided advance notice of filing to all counsel who have entered appearances in this matter to date.

/s/ Michael J. Pineault
Michael J. Pineault

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, a true and correct copy of the foregoing pleading was filed with the Clerk of Court and served upon all attorneys of record via the Court's ECF system.

/s/ Michael J. Pineault
Michael J. Pineault