UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ina Steiner, David Steiner, and
Steiner Associates, LLC,

        Plaintiffs,

v.

eBay, Inc., et al.,

        Defendants.

Case No. 1:21-cv-11181-DPW

**DEFENDANT DAVID HARVILLE'S ASSENTED-TO MOTION TO EXTEND
DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

NOW COMES defendant David Harville ("Mr. Harville") in the above-captioned matter, and through his undersigned counsel, respectfully moves this Honorable Court to extend the deadline for Mr. Harville to file an answer or otherwise respond to *Complaint And Demand For A Jury Trial* (Document No. 1) (herein, "Complaint") to October 28, 2021.

In support of the within motion, the undersigned counsel submits the following:

1. The Complaint contains three hundred sixty-six (366) enumerated paragraphs with multiple causes of action pled against numerous defendants.

2. The Court has granted the same extension for other defendants named in the above-captioned action.

3. Plaintiffs' counsel assents to Mr. Harville's within request for an extension to October 28, 2021.

WHEREFORE, for the foregoing reasons, Mr. Harville respectfully requests that this Honorable Court allow his within motion.

2

        Respectfully submitted,

        **DEFENDANT DAVID HARVILLE**

        By his attorneys,

        /s/ *Daniel K. Gelb*
        Daniel K. Gelb, Esquire
        BBO# 659703
        **GELB & GELB LLP**
        900 Cummings Center, Suite 207-V
        Beverly, MA 01915
        Telephone (617) 345-0010
        Fax (617) 345-0009
Dated: September 13, 2021        dgelb@gelbgelb.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on September 13, 2021 this document was electronically filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system, which will send a notice of electronic filing (NEF) to all registered participants in the above-captioned action.

        /s/ *Daniel K. Gelb*
        Daniel K. Gelb, Esquire