UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner,<br>David Steiner,<br>Steiner Associates, LLC,<br>(Publisher of EcommerceBytes)<br><br>    Plaintiffs,<br><br><br>vs.<br><br><br>eBay, Inc., et al.,<br><br>    Defendants. | No. 21-CV-11181-DPW |

## NOTICE OF APPEARANCE FOR DEFENDANT PHILIP COOKE

  Now comes the undersigned and enters her appearance for the defendant, Philip Cooke, in the above captioned matter.

                 Respectfully submitted,

                  ___*Susan G. Winkler*_____
                  Susan G. Winkler, Esq.
                  BBO #530682
                  Winkler Law LLC
                  120 Holmes Street, Suite 313
                  Quincy, MA 02171
                  617-642-6671
                  Winkler.susan@gmail.com

September 13, 2021

### Certificate of Service

  I, Susan G. Winkler, certify that on this date, September 13, 2021, a copy of the foregoing document was served via Electronic Court Filing system on all registered participants.

                  ___*Susan G. Winkler*_____

Susan G. Winkler