UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Ina Steiner,
David Steiner,
Steiner Associates, LLC,
(Publisher of EcommerceBytes)

       Plaintiffs,

vs.

eBay, Inc., et al.,

       Defendants.

No. 21-CV-11181-DPW

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO OCTOBER 28, 2021 TO RESPOND TO THE COMPLAINT BY PHILIP COOKE

    Now comes the defendant Philip Cooke, by and through undersigned counsel, and moves this Court to extend the date by which to answer or otherwise respond to the Complaint in this matter to October 28, 2021. Good cause exists for the requested extension give the length and breadth of the Complaint. The plaintiffs, through counsel, have assented to this motion and the requested extension. This Court recently granted other defendants' motions to extend the response deadline to the same date requested here. See, Dkt. 23, 26, 29 and 30.

                                      Respectfully submitted,

                                      *Susan G. Winkler*
                                      Susan G. Winkler, Esq.
                                      BBO #530682
                                      Winkler Law LLC
                                      120 Holmes Street, Suite 313
                                      Quincy, MA 02171
                                      617-642-6671
                                      Winkler.susan@gmail.com

*Christina Lindberg*
Tracy A. Miner, BBO No. 547137
tminer@msdefenders.com
Christina N. Lindberg, BBO No. 690443
clindberg@msdefenders.com
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel: (617) 202-5890

September 13, 2021

## Certificate of Service

I, Susan G. Winkler, certify that on this date, September 13, 2021, a copy of the foregoing document was served via Electronic Court Filing system on all registered participants.

*Susan G. Winkler*
Susan G. Winkler

## Rule 7.1 Certificate

I, Susan G. Winkler, certify that on this date, September 13, 2021, I conferred with plaintiff's counsel, Rosemary Scapicchio, who assented to this extension of time.

*Susan G. Winkler*
Susan G. Winkler
