UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner,<br>David Steiner,<br>Steiner Associates, LLC,<br>(Publisher of EcommerceBytes)<br><br>      Plaintiffs,<br><br>vs.<br><br>eBay, Inc.,<br>Progressive F.O.R.C.E.Concepts, LLC<br>Devin Wenig,<br>Steve Wymer,<br>James Baugh,<br>David Harville,<br>Brian Gilbert,<br>Stephanie Popp,<br>Stephanie Stockwell,<br>Veronica Zea,<br>Philip Cooke,<br>John and Jane DOE,<br><br>      Defendants. | No. 21-CV-11181-DPW |

## **NOTICE OF APPEARANCE OF CHRISTINA N. LINDBERG**

Please enter my appearance as counsel of record for Defendant Philip Cooke in the above-captioned matter.

/ / / / /

Dated: September 13, 2021    Respectfully submitted,

PHILIP COOKE

By his attorney,

*/s/ Christina N. Lindberg*
Christina N. Lindberg, BBO No. 690443
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel: (617) 202-5890
clindberg@msdefenders.com

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed through the ECF system on September 13, 2021 and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

    */s/ Christina N. Lindberg*
    Christina N. Lindberg