# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 21-CV-11181-DPW ) |
| v. | ) ) |
| EBAY INC., et al., | ) ) |
| Defendants. | ) ) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant eBay Inc. ("eBay"), through undersigned counsel, hereby moves this Court to grant an extension of time by which eBay must answer or otherwise respond to the Complaint in this matter to October 28, 2021. As grounds for this motion, eBay states that due to the complexity and breadth of the Complaint, additional time is necessary in order to prepare a response. As further grounds for this motion, undersigned counsel for eBay states that he has conferred with counsel for Plaintiffs, and Plaintiffs assent to the relief requested with this motion. This Court recently granted other defendants' motions to extend the response deadline to the same date requested with this motion. *See* Dkts. 23, 26, 29, and 30.

WHEREFORE, undersigned counsel respectfully moves this Court to grant an extension of time by which eBay must answer or otherwise respond to the Complaint in this matter to October 28, 2021.

Dated: September 14, 2021

Respectfully submitted,
eBay Inc.

By: */s/ Jack W. Pirozzolo*

Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel. (415) 772-1285
snonaka@sidley.com

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), counsel for eBay has conferred with counsel for Plaintiffs, who assented to the relief requested in this motion. I further certify that I have also conferred with counsel of record for the remaining parties in this matter and received no objection to the relief requested herein.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 14, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                   */s/ Jack W. Pirozzolo*
                                                                   Jack. W. Pirozzolo