UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INA STEINER,
DAVID STEINER,
STEINER ASSOCIATES, LLC,
 (*Publisher of EcommerceBytes*)

      Plaintiffs,

v.

EBAY, INC.,
PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC,
DEVIN WENIG,
STEVE WYMER,
JAMES BAUGH,
DAVID HARVILLE,
BRIAN GILBERT,
STEPHANIE POPP,
STEPHANIE STOCKWELL,
VERONICA ZEA,
PHILIP COOKE,
JOHN and JANE DOE,

      Defendants.

C.A. NO. 1:21-cv-11181-DPW

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew J. Holmes of Morrison Mahoney LLP as counsel for the defendant Progressive F.O.R.C.E. Concepts, LLC in the above-captioned matter.

      Respectfully submitted,
      PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC,
      By Its Attorneys,

      */s/ Matthew J. Holmes*
      Matthew J. Holmes, BBO #675994
      mholmes@morrisonmahoney.com
      MORRISON MAHONEY LLP
      250 Summer Street
      Boston, MA 02210-1181
      Phone: 617-439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 15, 2021

  /s/ *Matthew J. Holmes*