- 1 -

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>EBAY INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:21-CV-11181-DPW |

# NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, Douglas Brooks, as counsel for Defendant Brian Gilbert in the above-captioned matter.

Dated: September 24, 2021

Respectfully submitted,

*/s/ Douglas Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, Massachusetts 02116
Tel:   (617) 338-9300
Fax:   (617) 338-9911
Email: dbrooks@lhblaw.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2021.

                                                */s/ Douglas Brooks*
                                                Douglas Brooks