**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,

Plaintiffs,

v.

EBAY INC., ET AL.,

Defendants.

CIVIL ACTION NO.: 1:21-CV-11181-DPW

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO OCTOBER 28, 2021 TO RESPOND TO THE COMPLAINT BY BRIAN GILBERT**

Defendant Brian Gilbert, by and through undersigned counsel, hereby moves this Court to grant an extension of time by which Brian Gilbert must answer or otherwise respond to the Complaint in this matter to October 28, 2021. Good cause exists for the requested extension given the complexity and breadth of the Complaint. As further grounds for this motion, the plaintiffs, through counsel, have assented to this motion and the requested extension. This Court recently granted other defendants' motions to extend the response deadline to the same date requested with this motion. See, Dkt. Nos. 23, 26, 29, 30, 35, & 36.

WHEREFORE, undersigned counsel respectfully moves this Court to grant an extension of time by which Brian Gilbert must answer or otherwise respond to the Complaint in this matter to October 28, 2021.

Dated: September 24, 2021

Respectfully submitted,

*/s/ Douglas Brooks*

Douglas S. Brooks (BBO No. 636697)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, Massachusetts 02116
Tel: (617) 338-9300
Fax: (617) 338-9911
Email: dbrooks@lhblaw.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

The undersigned counsel certifies that counsel for Plaintiff assents to this Motion.

*/s/ Douglas Brooks*
Douglas S. Brooks

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2021.

*/s/ Douglas Brooks*
Douglas S. Brooks