UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>EBAY INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:21-CV-11181-DPW |

**ASSENTED TO MOTION FOR ADMISSION**
***PRO HAC VICE* OF MARK CONRAD**

Douglas Brooks, a member of good standing of the bar of this Court, respectfully moves for the admission *pro hac vice* of Mark Conrad ("Attorney Conrad") as counsel for Defendant Brian Gilbert ("Mr. Gilbert"). In support of this Motion, counsel states as follows:

1. Libby Hoopes Brooks, P.C. ("Libby Hoopes Brooks") has been retained to represent Mr. Gilbert in the above-captioned action. Libby Hoopes Brooks' office is located at 399 Boylston Street, Boston, Massachusetts 02116. The telephone number of the office is (617) 338-9300. The fax number of the office is (617) 338-9911.

2. Attorney Conrad is a partner in the San Francisco, California-based law firm Conrad | Metlitzky | Kane LLP, and is a member in good standing of the bar of the jurisdiction in which he is admitted to practice, the State Bar of California. Attorney Conrad is also a member in good standing of the United States District Court for the Northern District of California, the Third Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the United States District Court for the Central District, the Unites States District Court for the Eastern District, and the

United States District Court for the Southern District.  No disciplinary proceedings are pending against him, nor has he been suspended or disbarred in any jurisdiction.  Attorney Conrad has not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.  Attorney Conrad has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

    3.    Pursuant to Local Rule 83.5.3, attached hereto as **Exhibit A** is the Certification of Good Standing for Attorney Conrad in support of this Motion.

    WHEREFORE, undersigned counsel respectfully requests that this Court:

    A.    Allow the admission, *pro hac vice*, of Attorney Conrad; and

    B.    Grant such other and further relief as is just and proper.

Dated:  September 24, 2021

    */s/ Douglas Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, Massachusetts 02116
Tel:    (617) 338-9300
Fax:   (617) 338-9911
Email:  dbrooks@lhblaw.com

- 3 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel certifies that counsel for Plaintiff assents to this Motion.

/s/ *Douglas Brooks*
Douglas S. Brooks

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2021.

                                        /s/ *Douglas Brooks*
                                        Douglas S. Brooks