UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>EBAY INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:21-CV-11181-DPW |

**CERTIFICATE OF GOOD STANDING FOR MIRANDA KANE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Miranda Kane, declare as follows:

1. I am a partner in the law firm of Conrad | Metlitzky | Kane LLP in its San Francisco, California office. I am providing this certification in support of the accompanying motion for leave to appear *pro hac vice*. I have personal knowledge of each of the facts stated below.

2. My business address is Four Embarcadero Center, Suite 1400, San Francisco, California 94111. My business phone number is (415) 469-1714. My business fax number is (415) 343-7101. My email address is mkane@conmetkane.com.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, namely: the California State Bar. Further, I am admitted to and a member in good standing of the United States District Court for the Northern District of California.

4. I have never been suspended or disbarred in any jurisdiction, nor have I been the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court or bar association.

5. I have not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: September 24, 2021

/s/ *Miranda Kane*
Miranda Kane (CA Bar No. 150630)
CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Tel:   (415) 469-1714
Fax:   (415) 343-7101
Email: mkane@conmetkane.com