# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

INA STEINER, ET AL.

*Plaintiff*

v.

EBAY INC., ET AL.

*Defendant*

Civil Action No.:
1:21-CV-11181-DPW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Stephanie Popp
200 W Liberty Street - Suite 2012
Louisville, KY 40202-

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ---- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
CLERK OF COURT

/s/ – Sherry Jones
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2021-07-21 09:00:48, Clerk USDC DMA

Civil Action No.: **1:21-CV-11181-DPW**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Stephanie Popp

was received by me on (date) 9/21/2021.

☐ I personally served the summons on the individual at (place) 200 W. Liberty Street Suite 2012 Louisville, Ky 40202 on (date) Sept. 23, 2021 1:50 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

9/28/2021
Date

Eddie L.
Server's Signature

Eddie Lawrence / LPI
Printed name and title

9513 Dixie Hwy Louisville, Ky 40272
Server's Address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Massachusetts | County of District of Massachusetts | U.S. District Court |

Case Number: 1:21-CV-11181-DPW

Plaintiff:
**Ina Steiner, et al**

vs.

Defendant:
**Ebay Inc, et al.**

For:
Margaret Curran
Law Offices of Rosemary Scapicchio
107 Union Wharf
Boston, MA 02109

Received by Louisville Metro Process Services on the 21st day of September, 2021 at 1:18 pm to be served on **Stephanie Popp, 200 W. Liberty Street Suite 2012, Louisville, KY 40202**.

I, Eddie Lawrence, being duly sworn, depose and say that on the **23rd day of September, 2021** at **1:50 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Introduction.** with the date and hour of service endorsed thereon by me, to: **Stephanie Popp** at the address of: **200 W. Liberty Street Suite 2012, Louisville, KY 40202**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 29, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 115, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

_Eddie Lawrence_
Eddie Lawrence
Process Server

Subscribed and Sworn to before me on the 24th day of September, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
KY NP 34069

Louisville Metro Process Services
9513 Dixie Hwy.
Louisville, KY 40272
(502) 489-4533

Our Job Serial Number: LOM-2021000262

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b