AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Ina Steiner et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-11181 |
| eBay, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephanie Popp                                                                                                      .

Date:      10/05/2022

*Attorney's signature*

Alexandra H. Deal, BBO #660645
*Printed name and bar number*

Paik, Brewington & Deal, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
*Address*

adeal@pbdlaw.com
*E-mail address*

(617) 439-0150
*Telephone number*

*FAX number*