UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-cv-11181-DPW

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES LLC, <br><br>    Plaintiffs, <br><br> v. <br><br> EBAY, INC., PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC, DAVID WENIG, STEVE WYMER, JAMES BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, VERONICA ZEA, PHILIP COOKE, and JOHN AND JANE DOE <br><br>    Defendants. | |

**DEFENDANT STEPHANIE POPP'S ASSENTED-TO
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Stephanie Popp, by and through undersigned counsel, hereby moves for an extension of time, to and including October 29, 2021, to answer or otherwise respond to the Complaint in the above-captioned matter. As grounds therefore, Ms. Popp states that the Complaint is lengthy and complex; undersigned counsel was only recently retained; and most other defendants have moved for and been granted similar extensions of time (*see* Dkt. Nos. 22, 23, 27-30, 32, 34-36, 57-59). The plaintiffs, through counsel, have assented to this motion.

WHEREFORE, defendant respectfully requests that this Court grant an extension of time to answer or otherwise respond to the Complaint in this matter to October 29, 2021.

Respectfully submitted,

STEPHANIE POPP,

By her attorney,

_____
Alexandra H. Deal (BBO #660645)
Paik, Brewington & Deal, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

Dated: October 8, 2021

## CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

Undersigned counsel certifies that she has conferred with counsel for Plaintiffs and counsel for Plaintiffs assents to this Motion.

_____
Alexandra H. Deal