UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br>　　　　Plaintiffs<br><br>　　　v.<br><br>EBAY INC. et al.,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 21-CV-11181<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE 35-PAGE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Now comes the Defendant Devin Wenig, by and through undersigned counsel, and respectfully moves this Court for leave to file a 35-page memorandum in support of his forthcoming Motion to Dismiss. As grounds and reasons therefor, Mr. Wenig states that the additional pages are necessary to adequately address the Complaint in this matter, which spans 92 pages, 366 paragraphs, and 12 counts, one of which in turn implicates five subsidiary counts. The plaintiffs, through counsel, have assented to this Motion for Leave.

Wherefore, Mr. Wenig respectfully requests that the Court allow this Motion for Leave to File a 35-Page Memorandum in Support of his Motion to Dismiss.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　DEVIN WENIG
　　　　　　　　　　　　　　　　　　　　　By His Attorneys,

　　　　　　**/s/ Abbe David Lowell**　　　**/s/ Martin G. Weinberg**

1

| | |
|---|---|
| Abbe David Lowell, Esq. | Martin G. Weinberg, Esq. |
| Andrew Tauber, Esq. | Mass. Bar No. 519480 |
| Winston & Strawn LLP | 20 Park Plaza, Suite 1000 |
| 1901 L Street, N.W. | Boston, MA 02116 |
| Washington, DC 20036 | (617) 227-3700 |
| (202) 282-5875 | owlmgw@att.net |
| ADLowell@winston.com | |

Dated: October 20, 2021

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, October 20, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.