UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>   (1) JIM BAUGH and<br>   (2) DAVID HARVILLE,<br><br>Defendants | Crim. No. 1:20-cr-10263-PBS |

ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER
THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Seth B. Kosto, respectfully moves this Court to exclude the time period from June 29, 2021, the date of the interim status conference in this matter, through and including the next status conference on July 29, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  In support of this request, the government states it produced substantial automatic discovery on or about December 21, 2020; counsel for both defendants in June 2021 made discovery requests relating to the automatic discovery; the government has and will respond to these requests; and counsel for both defendants have indicated that each needs additional time to evaluate any discovery produced in connection with the possible filing of motions to dismiss and/or suppress.  Thus, the time period from today's status conference to the next status conference is a period of time that constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh

the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                         Respectfully submitted,

                         NATHANIEL R. MENDELL
                         Acting United States Attorney

                  By: */s/ Seth B. Kosto*
                         SETH B. KOSTO
                         Assistant United States Attorney

July 1, 2021

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                   /s/ Seth B. Kosto
                                                  SETH B. KOSTO
                                                  Assistant United States Attorney

Dated:  July 1, 2021