# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,

      Plaintiffs,

      v.

EBAY INC., ET AL.,

      Defendants.

CIVIL ACTION NO.: 1:21-CV-11181-DPW

## NOTICE OF APPEARANCE

Undersigned counsel hereby appears as counsel for Defendant Brian Gilbert in the above-captioned matter.

Dated: October 26, 2021

*/s/ Mark R. Conrad*
Mark R. Conrad (CA Bar No. 255667)
CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   415-343-7102
Fax:   415-343-7101
Email: mconrad@conmetkane.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2021.

*/s/ Mark R. Conrad*
Mark R. Conrad