UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, Plaintiffs, <br><br> v. <br><br> EBAY INC., ET AL., Defendants. | CIVIL ACTION NO.: 1:21-CV-11181-DPW |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jason M. Strojny and the law firm Libby Hoopes Brooks, P.C. on behalf of Defendant Brian Gilbert in the above-referenced action.

Dated: October 27, 2021

Respectfully submitted,

Brian Gilbert

By: */s/ Jason M. Strojny*
Jason M. Strojny (BBO No. 707774)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617) 338-9300
jstrojny@lhblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 27, 2021.

*/s/ Jason M. Strojny*
Jason M. Strojny