UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,

                        Plaintiffs,

v.

EBAY INC., et al.

                        Defendants.

Case No. 1:21-cv-11181-DPW

## **ASSENTED-TO MOTION TO EXTEND TIME**

Defendant Stephanie Stockwell, Pro Se, moves this Court to extend the date by which to answer or otherwise respond to the Complaint in this matter, until November 29, 2021, the date by which some of the other defendants in this matter must answer or otherwise respond to the Complaint. Good cause exists for this extension as defendant is in the process of determining representation in this matter. Plaintiff's counsel assents to this Motion and the extension until November 29, 2021 by which Stephanie Stockwell shall answer or otherwise respond to Plaintiff's complaint.

For the foregoing reasons, Ms. Stockwell respectfully requests that the Court ALLOW this Motion and extend the date by which to answer or otherwise respond to the Complaint in this matter, until November 29, 2021.

Dated: October 28, 2021                   Respectfully submitted,

                                                  /s/ *Stephanie Stockwell*
                                                  Stephanie Stockwell, Pro Se
                                                  850 Front St.
                                                  PO # 8010
                                                  Santa Cruz, CA 95601
                                                  Telephone: 831/607-9543
                                                  Email: stockwellstephanie21@gmail.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that she has, on behalf of Stephanie Stockwell, conferred with Plaintiff's counsel who has assented.

      /s/ *Gail Shifman*
      Gail Shifman

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, a true and correct copy of the foregoing pleading was ECF filed with the Clerk of Court and served upon all attorneys of record as of this date, via the Court's ECF system.

      /s/ *Gail Shifman*
      Gail Shifman