UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, Plaintiffs <br><br> v. <br><br> EBAY INC. et al., Defendants | No. 21-CV-11181 |

**DEFENDANT DEVIN WENIG'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Devin Wenig moves to dismiss all claims against him in the above-captioned matter. The grounds for his Motion are set forth in his accompanying Memorandum of Law.

**Request for Oral Argument**

Mr. Wenig respectfully requests that the Court hold oral argument on this Motion. Undersigned counsel believes argument will assist the Court in evaluating the numerous claims at issue as well as Mr. Wenig's defenses thereto.

**Compliance with Local Rule 7.1(a)(2)**

Undersigned counsel conferred with counsel for Plaintiffs, and Plaintiffs oppose the relief requested in this Motion.

Respectfully Submitted,
DEVIN WENIG
By His Attorneys,

| | |
|---|---|
| **/s/ Abbe David Lowell** | **/s/ Martin G. Weinberg** |
| Abbe David Lowell, Esq. | Martin G. Weinberg, Esq. |
| Andrew Tauber, Esq. | Mass. Bar No. 519480 |
| Winston & Strawn LLP | 20 Park Plaza, Suite 1000 |
| 1901 L Street, N.W. | Boston, MA 02116 |
| Washington, DC 20036 | (617) 227-3700 |
| (202) 282-5875 | owlmgw@att.net |
| ADLowell@winston.com | |

Dated: October 28, 2021

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, October 28, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

/s/ **Martin G. Weinberg**
Martin G. Weinberg, Esq.