UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>EBAY INC., et al.<br><br>    Defendants. | Case No.: 1:21-cv-11181-DPW |

**DECLARATION OF CAZ HASHEMI**
**IN SUPPORT OF DEFENDANT STEVE WYMER'S MOTION TO DISMISS**

I, Caz Hashemi declare as follows:

1. I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. and am counsel for defendant Steve Wymer in the above-captioned matter. I submit this Declaration in support of Mr. Wymer's Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of an eBay Inc. press release dated January 16, 2019 titled "Steve Wymer to Join eBay as Senior Vice President and Chief Communications Officer." The press release is publicly available at https://www.ebayinc.com/stories/news/steve-wymer-joins-ebay-as-senior-vice-president-and-chief-communications-officer/. Mr. Wymer has requested that the Court take judicial notice

-1-

of Exhibit A for the reasons set forth in Mr. Wymer's Memorandum of Law in Support of Motion to Dismiss, filed herewith.

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the United States of America and that this Declaration was completed on this 29th day of October, 2021.

*/s/ Caz Hashemi*
Caz Hashemi

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 29, 2021                              */s/ Caz Hashemi*
                                                     Caz Hashemi