IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEINER, et al., <br><br> v. <br><br> eBAY, et al. | No. 21-cv-11181-DPW |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**
**TO FILE ANSWER OR RESPONSIVE PLEADING**

Defendant, Jim Baugh, with the assent of Plaintiffs' counsel, respectfully moves for a further extension of one week, through and including November 5, 2021, in which to file an answer or other responsive pleading. Plaintiff's counsel has graciously agreed to this request to accommodate other commitments of undersigned counsel.

Respectfully submitted,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 29, 2021.

*/s/ William Fick*

- 1-