UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  Criminal No. 20-CR-10263-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Kindly enter the appearance of Emma D. Hall as counsel of record on behalf of counsel for Proposed-Intervenor Morgan Lewis & Bockius LLP in the above-captioned action.

Dated: September 30, 2021

Respectfully submitted,

*/s/ Emma Diamond Hall*
Emma Diamond Hall, BBO #687947
Jonathan M. Albano, BBO #013850
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel: 1.617.951.8360
emma.hall@morganlewis.com
jonathan.albano@morganlewis.com

*Counsel for Proposed Intervenor*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ Emma Diamond Hall*
> Emma Diamond Hall
> MORGAN, LEWIS & BOCKIUS LLP
> One Federal Street
> Boston, MA 02110-1726
> Tel: 1.617.951.8360
> emma.hall@morganlewis.com