UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER,<br>DAVID STEINER,<br>STEINER ASSOCIATES, LLC,<br>    *(Publisher of EcommerceBytes)*<br>        Plaintiffs<br><br>Vs.<br><br>EBAY, INC.,<br>PROGRESSIVE F.O.R.C.E.CONCEPTS, LLC<br>DEVIN WENIG,<br>STEVE WYMER,<br>JAMES BAUGH,<br>DAVID HARVILLE,<br>BRIAN GILBERT,<br>STEPHANIE POPP,<br>STEPHANIE STOCKWELL,<br>VERONICA ZEA,<br>PHILIP COOKE,<br>JOHN AND JANE DOE,<br><br>        Defendants | No. 1:21-CV-11181 |

**NOTICE OF APPEARANCE**

Please enter my appearance for the Defendant, Veronica Zea, in the above captioned matter.

Dated: December 29, 2021          Respectfully submitted,

**VERONICA ZEA,**

By her attorney,

*/s/ Kristen Schuler Scammon*
Kristen Schuler Scammon (BBO #634586)
TORRES, SCAMMON, HINCKS & DAY, LLP
35 India St.

4877-4010-0616v1
FRU\27742001

Boston, MA  02110<br>
T: (617) 307-4426<br>
E: kscammon@tshdlegal.com

**<u>Certificate of Service</u>**

  I hereby certify that on this 29th day of December, 2021, this document was filed through the Court's ECF system and will therefore be sent electronically to the registered participants identified in the Notice of Electronic Filing.

<u>/s/ Kristen Schuler Scammon</u><br>
Kristen Schuler Scammon