UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER,<br>DAVID STEINER,<br>STEINER ASSOCIATES, LLC,<br>  *(Publisher of EcommerceBytes)*<br>            Plaintiffs<br><br>   vs.<br><br>EBAY, INC.,<br>PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC<br>DEVIN WENIG,<br>STEVE WYMER,<br>JAMES BAUGH,<br>DAVID HARVILLE,<br>BRIAN GILBERT,<br>STEPHANIE POPP,<br>STEPHANIE STOCKWELL,<br>VERONICA ZEA,<br>PHILIP COOKE,<br>JOHN AND JANE DOE,<br><br>Defendants | No. 1:21-CV-11181 |

**CERTIFICATION OF FRANK R. UBHAUS, ESQUIRE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Frank R. Ubhaus, Esq., do hereby state and depose as follows:

1. I am an attorney licensed to practice in the State of California and I am currently an "of counsel" to the Law Firm Berliner Cohen, LLP located at 10 Almaden Boulevard, 11th Floor, San Jose, California 95113.

2. I have been retained by Defendant Veronica Zea ("Defendant Zea") to represent her in both this action and in the related criminal proceeding United States of America v Gilbert et. al.,

Case No: 1:20-cr-10098 WGY now pending in this Court.  Kristen Schuler Scammon, Esq., is associate local counsel. The Honorable William G. Young previously granted me permission to appear on behalf of Defendant Zea in the related criminal proceeding.

3.  Pursuant to Local Rule 83.5.3 I make the within certification in support of Kristen Schuler Scammon, Esq.'s motion on behalf of Defendant Zea for me to appear before this Honorable Court *pro hac vice*.

4.  I am admitted as a member in good standing with the California State Bar Association and admitted to practice in the State of California and the United States District Court for the Northern District of California, the United States Court of Appeal for the Ninth Circuit and the United States Supreme Court. I have been admitted to practice in connection with matters litigated in the United States District Courts in Hawaii, Utah, Georgia, Florida, Illinois, New York, Ohio, Oregon, and Maryland among others.

5.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.  As stated above, I am currently representing Defendant Zea in the related criminal matter in the United States District Court for the District of Massachusetts.

7.  I have read the Local Rules of the United States District Court for the District of Massachusetts with which I will comply.

Signed under the pains and penalties of perjury this 29th day of December, 2021.

                                                             Frank R. Ubhaus, Esq.
                                                             BERLINER COHEN, LLP
                                                             TEN ALMADEN BOULEVARD
                                                             ELEVENTH FLOOR
                                                             SAN JOSE, CALIFORNIA 95113-2233

Tel: (408) 286-5800
Fax: (408) 998-5388
Email: frank.ubhaus@berliner.com

4888-2308-2504v1
FRU\27742001