UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER,<br>DAVID STEINER,<br>STEINER ASSOCIATES, LLC,<br>*(Publisher of EcommerceBytes)*<br>Plaintiffs<br><br>Vs.<br><br>EBAY, INC.,<br>PROGRESSIVE F.O.R.C.E.CONCEPTS, LLC<br>DEVIN WENIG,<br>STEVE WYMER,<br>JAMES BAUGH,<br>DAVID HARVILLE,<br>BRIAN GILBERT,<br>STEPHANIE POPP,<br>STEPHANIE STOCKWELL,<br>VERONICA ZEA,<br>PHILIP COOKE,<br>JOHN AND JANE DOE,<br><br>Defendants | No. 1:21-CV-11181 |

## CERTIFICATE OF SERVICE

I, Liz Catabelle, hereby certify that the MOTION TO DISMISS BY DEFENDANT VERONICA ZEA and DEFENDANT VERONICA ZEA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS, filed through the electronic case filing (ECF) system, will be sent electronically on this day, December 30, 2021, to the registered participants as identified on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ Liz Catabelle
Liz Catabelle