**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 21-CV-11181-DPW |
| v. | ) ) | |
| EBAY INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of the undersigned attorney, Jillise McDonough, as counsel for Plaintiff Steiner Associates, LLC in the above-captioned case.

May 23, 2022

/s/ Jillise McDonough
Jillise McDonough(BBO 680694)
LAW OFFICES OF ROSEMARY SCAPICCHIO
107 Union Wharf
Boston, MA 02109
617-263-7400
Jillise@Scapicchiolaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 23, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.