UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | Civil Action No. 21-CV-11181-DPW |

### DECLARATION OF KATHRYN L. ALESSI IN SUPPORT OF MOTION TO DISMISS

I, Kathryn L. Alessi, declare as follows:

1. I am an attorney in the law firm of Sidley Austin LLP, am licensed to practice law in the Commonwealth of Massachusetts, and represent Defendant eBay Inc. ("eBay") in the above-captioned matter. I submit this declaration in support of Defendant eBay's motion to dismiss the Cross-Complaint of Defendant Jim Baugh.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Electronic Clerk's Notes of Rule 11 Hearing as to Jim Baugh held on April 25, 2022 in *United States v. Baugh, et al.*, No. 20-cr-10263 (D. Mass.), which was entered as ECF No. 201.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Electronic Clerk's Notes of Rule 11 Hearing as to David Harville held on May 12, 2022 in *United States v. Baugh, et al.*, No. 20-cr-10263 (D. Mass.), which was entered as ECF No. 209.

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the Rule 11 Hearing as to Jim Baugh held on April 25, 2022 in *United States v. Baugh, et al.*, No. 20-cr-10263 (D. Mass.), which was entered as ECF No. 210.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 26, 2022.


                                                    /s/ *Kathryn L. Alessi*
                                                    Kathryn L. Alessi

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 26, 2022                                  */s/ Kathryn L. Alessi*
                                                               Kathryn L. Alessi