# EXHIBIT 1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# United States District Court

# District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 4/25/2022 at 5:35 PM EDT and filed on 4/25/2022
**Case Name:**        USA v. Baugh et al
**Case Number:**      1:20-cr-10263-PBS
**Filer:**
**Document Number:** 201(No document attached)

**Docket Text:**
**Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Rule 11 Hearing as to Jim Baugh held on 4/25/2022 BY VIDEO**

**Court conducts colloquy with defendant, finds that he knowingly and voluntarily waives his right to be physically present at the courthouse, hearing proceeds by video.**

**NO PLEA AGREEMENT FILED**

**Plea entered by Jim Baugh - Guilty on Counts 1,2-3,6-7,10-11,13-14; Plea accepted**

**Sentencing set for 9/29/2022 02:30 PM in Courtroom 19 IN PERSON before Judge Patti B. Saris.**

**Defendant released on same terms of supervision, defendant has been in compliance with all conditions of release.**

**(Ausa Kosta, Atty Fick)Court Reporter Name and Contact or digital recording information: Marianne Kusa-Ryll at justicehill@aol.com. (Molloy, Maryellen)**


**1:20-cr-10263-PBS-1 Notice has been electronically mailed to:**

Jennifer Miller     jonathan.albano@morganlewis.com

Peter K. Levitt     pkl@dcglaw.com, kh@dcglaw.com

Jack W. Pirozzolo     jpirozzolo@sidley.com, jack-pirozzolo-5580@ecf.pacerpro.com

Seth B. Kosto     seth.kosto@usdoj.gov, Marcus.Bockhorst@usdoj.gov, USAMA.ECF@usdoj.gov, allison.freitas@usdoj.gov

William W. Fick     wfick@fickmarx.com, william.fick@gmail.com

Kathryn Lundwall Alessi     kalessi@sidley.com, kathryn-alessi-9237@ecf.pacerpro.com, nyefiling@sidley.com

Daniel K. Gelb     dgelb@gelbgelb.com

Nathan J. Andrisani     nathan.andrisani@morganlewis.com

Daniel N. Marx     dmarx@fickmarx.com

Emma D. Hall     emma.hall@morganlewis.com, BOCalendarDepartment@morganlewis.com

Amy Barsky     abarsky@fickmarx.com

Jonathan M. McDougall     jmcdougall.law@gmail.com

Scott T. Nonaka     snonaka@sidley.com

**1:20-cr-10263-PBS-1 Notice will not be electronically mailed to:**

Daniel J. Feith
Sidley Austin LLP
1501 K Street, NW,
Washington, DC 20005