UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-CV-11181-DPW |
| Plaintiffs, |  |  |
| v. |  |  |
| EBAY INC., et al., |  |  |
| Defendants. |  |  |

## CERTIFICATE OF DANIEL J. FEITH

I, Daniel J. Feith, hereby certify as follows:

1. I am a counsel in the law firm Sidley Austin LLP, located at 1501 K Street, NW, Washington, D.C. 20005. My telephone number is (202) 736-8511.

2. I represent eBay Inc.

3. I am a member in good standing of the bar of the State of Maryland (admitted January 3, 2013) and the bar of the District of Columbia (admitted September 11, 2015). I am admitted in the United States Courts of Appeals for the First, Third, Ninth, D.C. and Federal Circuits. I am a member of the bar in good standing in each and every jurisdiction to which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 24th day of May, 2022.

                                                  */s/ Daniel J. Feith*
                                                  Daniel J. Feith

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack. W. Pirozzolo