# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>    Defendants. | Civil Action No. 21-CV-11181-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, Daniel J. Feith, as counsel for Defendant eBay Inc. in the above-captioned case. The Court previously granted admission *pro hac vice* (ECF No. 123) of Daniel J. Feith.

Dated: June 8, 2022

/s/ *Daniel J. Feith*
Daniel J. Feith (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Daniel J. Feith*
Daniel J. Feith