UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>Defendants. | Civil Action No. 21-CV-11181-DPW |

**DEFENDANT EBAY INC.'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT JIM BAUGH'S OPPOSITION TO MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant eBay Inc. ("eBay"), through its undersigned counsel, hereby moves for leave to file a reply memorandum not to exceed three (3) pages in response to Defendant Jim Baugh's Opposition to eBay's Motion to Dismiss (the "Opposition"). ECF 129. As grounds for this motion, eBay states as follows:

1. On May 26, 2022, eBay filed its Motion to Dismiss Cross-Complaint of Defendant Baugh. ECF 118.

2. On June 9, 2022, Baugh filed his Opposition. ECF 129.

3. In his Opposition, Baugh raises several arguments and discusses several cases that were not addressed in eBay's Motion to Dismiss. eBay seeks leave to file a reply memorandum of no more than three (3) pages to address these points.

4. eBay believes that submission of a reply memorandum will aid the Court in ruling on the Motion to Dismiss.

5. Baugh has informed eBay that he does not oppose this motion.

WHEREFORE, eBay respectfully requests that this Court grant this motion and allow

eBay to file a reply memorandum of not more than 3 pages, within three court days after entry of the order for leave, addressing the issues raised in Baugh's Opposition.

Dated: June 17, 2022                                            Respectfully submitted,

                                                                                                  /s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California St. Suite 2000
San Francisco, CA 94104
Tel. (415) 772-1285
snonaka@sidley.com

Daniel J. Feith (*pro hac vice*)
SIDLEY AUSTIN LLP
1510 K St. NW
Washington, D.C. 20005
Tel. (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), counsel for eBay has conferred with counsel for Defendant Jim Baugh, who does not oppose the relief requested in this motion.

Dated: June 17, 2022                              */s/ Jack W. Pirozzolo*
                                                  Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 17, 2022                                   */s/ Jack W. Pirozzolo*
                                                       Jack W. Pirozzolo