UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner,<br>David Steiner,<br>Steiner Associates, LLC,<br>(Publisher of EcommerceBytes)<br><br>   Plaintiffs,<br><br>vs.<br><br>eBay, Inc., et al.,<br><br>   Defendants. | No. 21-CV-11181-DPW |

## WITHDRAWAL OF APPEARANCE FOR DEFENDANT PHILIP COOKE

 Now comes the undersigned and withdraws her appearance for the defendant, Philip Cooke, in the above captioned matter. The undersigned states that Mr. Cooke continues to be represented in this action by Christina Lindberg of Miner Sidall LLP, 101 Federal Street, Suite 650, Boston, MA 02110.

                    Respectfully submitted,

                     *Susan G. Winkler*
                    Susan G. Winkler, Esq.
                    BBO #530682
                    Winkler Law LLC
                    120 Holmes Street, Suite 313
                    Quincy, MA 02171
                    617-642-6671
                    Winkler.susan@gmail.com

June 22, 2022

Certificate of Service

 I, Susan G. Winkler, certify that on this date, June 22, 2022, a copy of the foregoing document was served via Electronic Court Filing system on all registered participants.
                     *Susan G. Winkler*
                    Susan G. Winkler