## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,

                              Plaintiffs,

v.

EBAY INC., et al.

                              Defendants.

Case No. 1:21-cv-11181-DPW

Leave to File Granted June 1, 2022

## ASSENTED-TO MOTION TO JOIN IN JOINT REPLY OF DEFENDANTS EBAY INC., WENIG, WYMER, COOKE, BAUGH, POPP AND GILBERT IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS

Defendant Stephanie Stockwell, Pro Se, moves this Court to permit her joinder in the Joint Reply of Defendants EBAY Inc., Wenig, Wymer, Cooke, Baugh, Popp and Gilbert in support of their respective Motions to Dismiss, ECF 138. Good cause exists for this motion to join in the Joint Reply as the Court ordered that Defendants coordinate their reply briefs in support of the motion to dismiss, ECF 127, and Ms. Stockwell adopts and incorporates by reference the arguments and authorities of Defendants Joint Reply, which apply in equal measure to her.  As a Pro Se defendant, the other defendants may not have known the contact information for me as the docket does not reflect my contact information, which is below, as contained in Defendant Stockwell's Motion to Dismiss, ECF 101.

For the foregoing reasons, Ms. Stockwell respectfully requests that the Court ALLOW this Motion permitting her joinder in the Joint Reply at ECF 138.

Dated: June 25, 2022

Respectfully submitted,

/s/ *Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
PO # 8010
Santa Cruz, CA 95601
Telephone: 831/607-9543
Email: stockwellstephanie21@gmail.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that she has, on behalf of Stephanie Stockwell, conferred with Plaintiff's counsel who has assented.


/s/ *Gail Shifman*
Gail Shifman

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2022, a true and correct copy of the foregoing pleading was ECF filed with the Clerk of Court and served upon all attorneys of record as of this date, via the Court's ECF system.


/s/ *Gail Shifman*
Gail Shifman