4:46

.ıl 5G



AA   🔒 mail.google.com   ↻

≡   Spam  1   ✏️

🔍 Search

Martin G. Weinberg                        2:39 pm
☐ Steiner v. eBay, et al - Motion for Leave
    Sent from my iPhone Begin forwarded message: From:...   ☆

**Rosemary Scapicchio**                  📎 Sep 27
☐ (no subject)
    -- Rosemary C. Scapicchio Law Offices of Rosemary C...   ☆

**Updated.**

‹   ›   ⬆️   📖   ⧉