UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,

     Plaintiffs,

v.

EBAY INC., *et al.*,

     Defendants.

Civil Action No. 1:21-CV-11181-DPW

**[PROPOSED] ORDER**

 Upon consideration of the Status Report of the United States, and finding that good cause exists for the request of the United States, it is hereby ORDERED that the Government file a further status report by December 16, 2022, informing the Court on the progress of its discussions with the parties and, in particular, on whether the Government and the parties have agreed on a plan for unsealing the two presently sealed documents, as well as on a protective order.

IT IS SO ORDERED.

DATED this \_\_\_\_ day of December, 2022

_____
The Honorable Douglas P. Woodlock
United States District Judge