UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>                Plaintiffs,<br>v.<br><br>EBAY INC., *et al.*,<br><br>                Defendants. | Civil Action No. 1:21-CV-11181-DPW |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Provide Sealed Filing to the United States (the "Motion"), it is hereby ORDERED that

1. The Motion is GRANTED; and

2. The Clerk of Court is ORDERED to provide to the United States a physical copy of Plaintiffs' Supplemental Opposition to Defendants' Motions to Dismiss, ECF No. 146, for in-person receipt at the Court at a date and time to be coordinated with counsel for the Department of Justice.

IT IS SO ORDERED.


DATED this _____ day of December, 2022


                                                                                                                                 _____
                                                                                                                                  The Honorable Douglas P. Woodlock
                                                                                                                                  United States District Judge