UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>                   Plaintiffs,<br>   v.<br><br>EBAY INC., *et al.*,<br><br>                   Defendants. | Civil Action No. 1:21-CV-11181-DPW |

## ORDER

Upon consideration of the Status Report of the United States, ECF No. 165, and good cause having been shown, it is hereby ORDERED that

1. The Clerk of Court is ORDERED to unseal Plaintiffs' Motion for Leave to File Supplement to Plaintiffs' Consolidated Opposition to Defendants' Motion to Dismiss, ECF No. 144, and Plaintiffs' Supplemental Opposition to Defendants' Motions to Dismiss, ECF No. 146, with the exception of attachments located at ECF No. 144-2 and ECF No. 146-2; and

2. The Clerk of Court is ORDERED to maintain under seal the filings at ECF No. 144-2 and ECF No. 146-2; and

3. The Government is ORDERED to provide the parties and the Clerk of Court with a redacted version of ECF No. 144-2 and ECF No. 146-2 by no later than December 30, 2022, which shall be maintained under seal; and

4. All parties to this matter are ORDERED to not share either unredacted or redacted versions of ECF No. 144-2 and ECF No. 146-2 with any entity or individual until resolution of a proposed protective order.

IT IS SO ORDERED.

DATED this  20th  day of December, 2022

                                                 */s/ Douglas P. Woodlock*
                                             The Honorable Douglas P. Woodlock
                                             United States District Judge