UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER,<br>DAVID STEINER,<br>STEINER ASSOCIATES, LLC,<br>　*(Publisher of EcommerceBytes)*<br>　　Plaintiffs<br><br>Vs.<br><br>EBAY, INC.,<br>PROGRESSIVE F.O.R.C.E.CONCEPTS, LLC<br>DEVIN WENIG,<br>STEVE WYMER,<br>JAMES BAUGH,<br>DAVID HARVILLE,<br>BRIAN GILBERT,<br>STEPHANIE POPP,<br>STEPHANIE STOCKWELL,<br>VERONICA ZEA,<br>PHILIP COOKE,<br>JOHN AND JANE DOE,<br><br>　　Defendants | No. 1:21-CV-11181 |

**NOTICE OF APPEARANCE**

Please enter my appearance for the Defendant, Veronica Zea, in the above captioned matter.

Dated:  February 22, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**VERONICA ZEA,**

　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　*/s/ Michael S. Day*
　　　　　　　　　　　　　　　　　　Michael S. Day (BBO #656247)
　　　　　　　　　　　　　　　　　　TORRES, SCAMMON, HINCKS & DAY, LLP
　　　　　　　　　　　　　　　　　　119 High Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　T: (617) 307-4426
　　　　　　　　　　　　　　　　　　E: mday@tshdlegal.com

## Certificate of Service

  I hereby certify that on this 22nd day of February, 2023, this document was filed through the Court's ECF system and will therefore be sent electronically to the registered participants identified in the Notice of Electronic Filing.

                     */s/ Michael S. Day*
                     Michael S. Day