UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INA STEINER,
DAVID STEINER,
STEINER ASSOCIATES, LLC,
*(Publisher of EcommerceBytes)*
Plaintiffs

Vs.

EBAY, INC.,
PROGRESSIVE F.O.R.C.E.CONCEPTS, LLC
DEVIN WENIG,
STEVE WYMER,
JAMES BAUGH,
DAVID HARVILLE,
BRIAN GILBERT,
STEPHANIE POPP,
STEPHANIE STOCKWELL,
VERONICA ZEA,
PHILIP COOKE,
JOHN AND JANE DOE,

Defendants

No. 1:21-CV-11181

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance for the Defendant, Veronica Zea, in the above captioned matter. Successor local counsel Michael S. Day has entered an appearance for Defendant Zea and *pro hac vice* counsel Frank Ubhaus remains counsel of record.

Dated: February 24, 2023

Respectfully submitted,

**VERONICA ZEA,**

By her attorney,

*/s/ Kristen Schuler Scammon*
Kristen Schuler Scammon (BBO #634586)

TORRES, SCAMMON, HINCKS & DAY, LLP
119 High Street
Boston, MA 02110
T: (617) 307-4426
E: kscammon@tshdlegal.com

**Certificate of Service**

I hereby certify that on this 24th day of February, 2023, this document was filed through the Court's ECF system and will therefore be sent electronically to the registered participants identified in the Notice of Electronic Filing.

*/s/ Kristen Schuler Scammon*
Kristen Schuler Scammon