UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil Action No. 21-CV-11181-PBS<br>) |
| v. | ) REQUEST FOR HEARING<br>) |
| EBAY INC., et al., | )<br>) |
| Defendants. | )<br>) |

*[Handwritten margin note: Denied as to request to exceed page limits. Allowed as to extending the deadline to respond to the motion the court denies.]*

## UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT, EXCEED PAGE LIMITS, AND FILE A REPLY BRIEF PURSUANT TO A UNIFORM BRIEFING SCHEDULE GOVERNING DEFENDANTS

Defendant eBay Inc. ("eBay") hereby files this unopposed motion to (a) extend the deadline by which eBay must answer or otherwise respond to the Amended Complaint in this matter to April 21, 2023; (b) permit eBay, pursuant to Local Rule 7.1(b)(4), to file a memorandum of law in support of its forthcoming partial motion to dismiss in excess of 20 pages, but not to exceed 35 pages; and (c) permit eBay, pursuant to Local Rule 7.1(b)(3), to file a reply brief, not to exceed 15 pages, within 30 days after Plaintiffs file their opposition to eBay's motion to dismiss. In the interests of establishing a uniform briefing schedule, and to avoid burdening the Court with similar motions filed by each of the individual defendants, eBay further requests that the same schedule and same page limits apply to all defendants who have appeared in this action.

As grounds for this motion, eBay states as follows:

1. On January 4, 2023, the Court allowed Plaintiffs to file an amended complaint on or before February 15, 2023. Dkt. No. 167. On February 13, 2023, Plaintiffs filed a motion for discovery and for an extension of the deadline to file an amended complaint. Dkt. No. 170. The