AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Ina Steiner, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-11181-PBS |
| eBay, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Wendy Jones            .

Date:    03/17/2023                                    /s/ Brien T. O'Connor
                                                                *Attorney's signature*

                                                        Brien T. O'Connor (BBO# 546767)
                                                            *Printed name and bar number*

                                                            Ropes & Gray LLP
                                                            800 Boylston Street
                                                            Boston, MA 02199
                                                                    *Address*

                                                        brien.oconnor@ropesgray.com
                                                                *E-mail address*

                                                            (617) 951-7385
                                                                *Telephone number*

                                                            (617) 235-0084
                                                                *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I filed the foregoing notice of appearance using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").  I further certify that a copy will be served to all non-registered participants by First Class Mail.

Dated: March 17, 2023                     Respectfully submitted,

*/s/ Brien T. O'Connor*
Brien T. O'Connor (BBO# 546767)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7385
Fax: (617) 235-0084
brien.oconnor@ropesgray.com

*Counsel for Wendy Jones*