AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Ina Steiner, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-11181-PBS |
| eBay, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Wendy Jones                         .

Date:  03/17/2023                                 /s/ Andrew O'Connor
                                                                   *Attorney's signature*

                                         Andrew O'Connor (BBO# 672960)
                                              *Printed name and bar number*

                                                   Ropes & Gray LLP
                                                   800 Boylston Street
                                                   Boston, MA 02199
                                                          *Address*

                                         andrew.oconnor@ropesgray.com
                                                     *E-mail address*

                                                   (617) 235-4650
                                                  *Telephone number*

                                                   (617) 235-9882
                                                      *FAX number*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2023, I filed the foregoing notice of appearance using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF"). I further certify that a copy will be served to all non-registered participants by First Class Mail.

Dated: March 17, 2023

Respectfully submitted,

*/s/ Andrew O'Connor*
Andrew O'Connor (BBO# 672960)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 235-4650
Fax: (617) 235-9882
andrew.oconnor@ropesgray.com

*Counsel for Wendy Jones*