UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
INA STEINER, DAVID STEINER,       )
and STEINER ASSOCIATES, LLC,      )
                                  )
            Plaintiffs,           )
                                  )
v.                                ) CIVIL ACTION
                                  ) NO.21-11181-PBS
EBAY, INC., PROGRESSIVE F.O.R.C.E )
CONCEPTS, LLC, DEVIN WENIG, STEVE )
WYMER, WENDY JONES, STEVE KRYSTEK,)
JIM BAUGH, DAVID HARVILLE, BRIAN  )
GILBERT, STEPHANIE POPP, STEPHANIE)
STOCKWELL, VERONICA ZEA, PHILIP   )
COOKE, JOHN AND JANE DOE,         )
                                  )
            Defendants.           )
_____  )
```

**NOTICE**

March 20, 2023

Saris, D.J.

Andrew O'Connor and Brian T. O'Connor of Ropes & Gray filed a notice of appearance as local counsel for Wendy Jones on Friday, March 17. Pursuant to 28 U.S.C. § 455(a), I inform the parties that Ropes & Gray provides my husband and me with personal accounting, trust/estate, tax, charitable and financial disclosure services.

It is not representing me in any litigation, and I have been assured that there is an internal policy that no lawyer working on my personal matters will ever be involved in a case

pending before me. The firm has also erected a wall barring access to my personal data.

I am not required to disqualify myself from litigation in which Ropes & Gray appears pursuant to 28 U.S.C. § 455(b), but my impartiality might reasonably be questioned pursuant to 28 U.S.C. § 455(a). I am bringing this information to the attention of counsel so that they may inquire and, after consultation with the client, determine whether to waive any objections pursuant to 28 U.S.C. § 455(e). See Canon 3D of the Code of Conduct for United States Judges (remittal of disqualification); II Administrative Office of the U.S. Courts, *Guide to Judicial Policies and Procedures*, Ch. V, § 3.6-2 (June 15, 1999, revised through November 7, 2001) (compendium); In re Cargill, 66 F.3d 1256 (1st Cir. 1995). Because of my familiarity with this litigation, and the age of the case, I reserve the right to sever Ms. Jones if necessary. Any objections should be filed by Friday, March 24th.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge