# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>EBAY, INC., PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC, DEVIN WENIG, STEVE WYMER, WENDY JONES, STEVE KRYSTEK, JIM BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, VERONICA ZEA, PHILIP COOKE, JOHN AND JANE DOE, <br><br>Defendants. | Civil Action No. 1:21-cv-11181-PBS <br><br>REQUEST FOR HEARING |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT PURSUANT TO A UNIFORM BRIEFING SCHEDULE GOVERNING DEFENDANTS

Defendant Wendy Jones hereby files this unopposed motion to extend the deadline by which Ms. Jones must answer or otherwise respond to the Amended Complaint in this matter to April 21, 2023, consistent with the deadline recently set for other Defendants.

As grounds for this motion, Ms. Jones states as follows:

1. Plaintiffs filed their Amended Complaint on March 1, 2023. ECF 176.

2. Ms. Jones was not a party to this matter until Plaintiffs filed the Amended Complaint. ECF 176. A summons to Ms. Jones was issued on March 2, 2023.

3. On March 8, 2023, Defendant eBay Inc., on behalf of all Defendants who had appeared in the action, filed a motion to extend deadlines, exceed page limits, and file a reply brief. ECF 177. Ms. Jones had not appeared in the action at that time.

1

*3/20/23*
*allowed*
*[signature]*