14.8

**UNITED STATES DISTRICT COURT**
**STATE OF MASSACHUSETTS, DISTRICT OF MASSACHUSETTS**
ATTORNEY(S) LAW OFFICE OF ROSEMARY SCAPICCHIO
107 UNION WHARF BOSTON, MA 02109 | PH: (617) 263-7400

Index Number: 1:21-CV-11181-DPW

INA STEINER ET AL

Plaintiff

vs

EBAY INC, ET AL

Defendant

STATE OF NEVADA, COUNTY OF CLARK, SS.:

**AFFIDAVIT OF SERVICE**

KIMBERLEE J. KAY, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of Nevada.

That on **3/17/2023**, at **3:04 PM** at **2960 SUNSET RD # 125, Las Vegas, NV 89120**, Deponent served the within **SUMMONS, FIRST AMENDED COMPLAINT**. On: **STEVEN KRYSTEK**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male    **Color of skin**: White    **Color of hair**: Shaved Brown    **Age**: 36 - 50 Yrs.
               **Height**: Over 6ft     **Weight**: 131-160 Lbs.    **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEVADA in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEVADA State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on  3/22/2023

*Shawna Hongthong*

SHAWNA HONGTHONG
Notary Public, State of Nevada
Appointment No. 14-14855-1
My Appt. Expires Sep 18, 2026

Client's File No.:

Process Server, Please Sign
KIMBERLEE J. KAY

Lic#
Job #: 2313283

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE