**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Civil Action No. 1:21-cv-11181-DPW

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY, INC., PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC, DAVID WENIG, STEVE WYMER, JAMES BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, VERONICA ZEA, PHILIP COOKE, and JOHN AND JANE DOE <br><br> Defendants. | |

**DEFENDANT STEPHANIE POPP'S MOTION TO EXTEND TIME TO**
**RESPOND TO AMENDED COMPLAINT**

Defendant Stephanie Popp, by and through undersigned counsel, hereby moves for a

short 7-day extension of time, to and including April 28, 2023, to answer or otherwise respond to

the Amended Complaint in the above-captioned matter. As grounds therefore, undersigned

counsel states that she was out of the office for most of the week of April 10, 2023, on account of

significant illness and is unable to complete an adequate response by April 21, 2023 (the current

due date).

WHEREFORE, Defendant respectfully requests that this Court grant her an extension of

time to answer or otherwise respond to the Complaint in this matter to April 28, 2023.

Respectfully submitted,

STEPHANIE POPP,

By her attorney,

_____
Alexandra H. Deal (BBO #660645)
Paik, Brewington & Deal, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

Dated: April 19, 2023

## CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

Undersigned counsel certifies that she has conferred with counsel for Plaintiffs and Plaintiffs take no position on this Motion.

_____
Alexandra H. Deal