UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>EBAY, INC., PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC, DAVID WENIG, STEVE WYMER, WENDY JONES, \|STEVE KRYSTEK, JIM BAUGH, DAVID HARVILLE, BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, VERONICA ZEA, PHILIP COOKE, and JOHN AND JANE DOE<br><br>   Defendants. | Civil Action No. 1:21-cv-11181 PBS |

## **ASSENTED - TO MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT**

Defendant Stephanie Stockwell, Pro Se, files this unopposed motion to briefly extend the deadline by which Ms. Stockwell must answer or otherwise respond to the Amended Complaint in this matter to April 24, 2023.  Good cause exists to grant this motion in that Plaintiff's Amended Complaint is over 122 pages with several causes of action against Ms. Stockwell.  Ms. Stockwell appears Pro Se but is seeking assistance from attorney Gail Shifman who represented Ms. Stockwell in the criminal case arising from the facts alleged in this matter, Case Number: 1:20cr-10098-003-WGY to aid in the filing of the answer or response to the Amended Complaint.

As further grounds for this motion, counsel for Plaintiffs does not oppose this motion.

1

To facilitate a succinct filing to the lengthy and complex Amended Complaint, Ms. Stockwell requests that the Court grant this motion and extend the deadline for Ms. Stockwell's response to the Amended Complaint to April 24, 2023.

Dated: April 20, 2023  Respectfully submitted,

/s/ *Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
PO # 8010
Santa Cruz, CA 95601
Telephone: 831/607-9543
Email: stockwellstephanie21@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 20, 2023.

/s/ *Gail Shifman*
Gail Shifman