IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEINER, et al.,<br><br>    v.<br><br>eBAY, et al. | No. 21-cv-11181-PBS |

**DEFENDANT JIM BAUGH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING**

Defendant, Jim Baugh, respectfully moves for an extension of one week, through and including April 28, 2023, in which to file an answer or other responsive pleading. As grounds for this motion, a modest extension is required to accommodate the travel schedule and other professional commitments of undersigned counsel. Plaintiff's counsel takes no position on this request.

Respectfully submitted,

/s/ William Fick
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 21, 2023.

/s/ William Fick