**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Ina Steiner, et al., | |
| *Plaintiffs*, | |
| v. | No. 1:21-cv-11181-PBS |
| eBay, Inc., et al., | |
| *Defendants*. | |

**DEFENDANT DEVIN WENIG'S**
**MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Devin Wenig moves to dismiss all claims against him in the above-captioned matter.  The grounds for his motion are set forth in his accompanying Memorandum of Law.

**Request for Oral Argument**

Wenig requests that the Court hold oral argument on this Motion.  Undersigned counsel believes argument will assist the Court in evaluating the numerous claims at issue as well as Wenig's defenses thereto.

**Compliance with Local Rule 7.1(a)(2)**

Undersigned counsel conferred with counsel for Plaintiffs, and Plaintiffs oppose the relief requested in this Motion.

Dated: April 21, 2023

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell (*pro hac vice*)
Andrew E. Tauber (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW

Washington, DC 20036
adlowell@winston.com
atauber@winston.com
(202) 282-5000

Martin G. Weinberg, Esq.
Martin G. Weinberg PC
20 Park Plaza
Suite 1000
Boston, MA 02116
owlmgw@att.net
(617) 227-3700

*Counsel for Devin Wenig*

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2023 this motion was served on all participating counsel via the CM/ECF system and on pro se defendant Stephanie Stockwell via email at stockwellstephanie21@gmail.com.

Dated: April 21, 2023                              By: */s/ Andrew Tauber*