# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ina and David Steiner, et al., | |
|        Plaintiffs, | |
| vs. | No. 21-CV-11181-PBS |
| | **ORAL ARGUMENT REQUESTED** |
| eBay, Inc., et al., | |
|        Defendants. | |

**DEFENDANT PHILIP COOKE'S MOTION TO DISMISS THE FIRST AMENDED
COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Philip Cooke, through counsel, respectfully moves to dismiss the first

amended complaint in its entirety for failure to state a claim for the reasons set forth in the

memorandum filed together with this motion.

Dated: April 21, 2023

                                          Respectfully submitted,

                                          PHILIP COOKE,

                                          By his attorneys,

                                          *Susan G. Winkler*
                                          Susan G. Winkler, BBO No. 530862
                                          swinkler@msdefenders.com
                                          Christina N. Lindberg, BBO No. 690443
                                          clindberg@msdefenders.com
                                          MINER SIDDALL LLP
                                          101 Federal Street, Suite 650
                                          Boston, MA 02110
                                          Tel: (617) 202-5873/5890

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on April 21, 2023, and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*Christina N. Lindberg*
Christina N. Lindberg