UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>EBAY INC., et al.<br><br>　　　　Defendants. | Case No. 1:21-cv-11181-PBS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT WENDY JONES'S MOTION TO DISMISS THE
<u>AMENDED COMPLAINT</u>**

Defendant Wendy Jones hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint in the above-captioned action as to all claims alleged against her. As grounds for this motion, Ms. Jones states that the Amended Complaint fails to state any claim upon which relief can be granted as to Ms. Jones. As set forth in Ms. Jones's accompanying memorandum of law, which Ms. Jones references and incorporates fully herein, the allegations directed at Ms. Jones are either conclusory or not factually connected to the tortious conduct alleged as to other defendants in this action.

## REQUST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Ms. Jones respectfully requests oral argument in connection with this Motion to Dismiss. The undersigned counsel believe oral argument will assist the Court in evaluating the claims asserted against Ms. Jones and her defenses thereto.

Dated: April 21, 2023                    Respectfully submitted,

*/s/ Andrew J. O'Connor*
Andrew J. O'Connor (BBO# 672960)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 235-4650
Fax: (617) 235-9882

Brien T. O'Connor (BBO# 546767)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7385
Fax: (617) 235-0084
brien.oconnor@ropesgray.com

*Counsel for Wendy Jones*

2

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Andrew O'Connor, counsel for Wendy Jones, hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for Wendy Jones has conferred with counsel for Plaintiffs and have attempted in good faith to resolve or narrow the issues subject to this Motion. Plaintiffs' counsel stated that she opposes this Motion.

Dated: April 21, 2023

                                                         */s/ Andrew J. O'Connor*
                                                         Andrew J. O'Connor

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 21, 2023

                                           */s/Andrew J. O'Connor*
                                           Andrew J. O'Connor