UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner <br> David Steiner <br> Steiner Associates, LLC <br><br>              Plaintiffs <br><br> vs. <br><br> eBay, Inc., et al., <br>              Defendants | CASE NO: 1:21-cv-11181-DPW |

### ASSENTED TO MOTION TO EXTEND TIME AND TO FILE CONSOLIDATED OPPOSITION TO MOTIONS TO DISMISS FIRST AMENDED COMPLAINT

Now come the Plaintiffs and respectfully request that this Court grant the Plaintiffs additional time to file oppositions to the Defendants' Motions to Dismiss, to June 12, 2023. The Plaintiffs further move that this Court permit them to file a consolidated Opposition to the Defendants' Motions to Dismiss. In support thereof, the Plaintiffs state the following:

1. Plaintiffs filed the Amended Complaint on March 1, 2023.

2. Each of the Defendants requested additional time to file a responsive pleading, in a joint motion to extend time, and were granted to April 21, 2023.

3. Defendants eBay, Wenig, Wymer, Jones, Cooke, and Gilbert filed Motions to Dismiss on April 21, 2023. Defendant Harville filed an Answer that same day.

4. The remaining defendants requested additional time. Defendant Stockwell filed a Motion to Dismiss on April 23, 2023. Defendant Popp filed a Motion to Dismiss on April 25, 2023. Defendants PFC, Krystek and Baugh filed Motions to Dismiss on April 28, 2023.

5. Many of the Defendants raise similar arguments and challenges to the Complaint.

6. Given the overlap in issues between the Motions to Dismiss, the Plaintiffs seek permission to file a consolidated opposition.

7. The Motions to Dismiss amount to well over 100 pages of argument between the various Defendants. Because of the breadth of the briefing, counsel for Plaintiffs request forty-five days from the date of the last filings to file a consolidated opposition, to June 12, 2023.

Wherefore, the Plaintiffs request that this Court grant this motion, and permit the Plaintiffs to file a consolidated Opposition, and additional time to file to June 12, 2023.

Respectfully submitted,
INA AND DAVID STEINER
By their attorney,

/s/ Rosemary Curran Scapicchio
Rosemary C. Scapicchio, BBO No. 558312
Law Office of Rosemary Scapicchio
107 Union Wharf
Boston, MA 02109
617.263.7400
Rosemary@Scapicchiolaw.com


Respectfully submitted,
STEINER ASSOCIATES, LLC
By its attorney,

/s/ Jillise McDonough
Jillise McDonough, BBO No. 688694
Law Office of Jillise McDonough
107 Union Wharf
Boston, MA 02109
617.263.7400
Jillise@Scapicchiolaw.com

DATED: May 2, 2023

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Plaintiffs conferred with counsel for each Defendant regarding this motion, and all Defendants assent to this Motion.

Dated:   May 2, 2023                              Signed: /s/ Rosemary Scapicchio

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by complying with this Court's directives on electronic filing.

Dated:   May 2, 2023                              Signed: /s/ Rosemary Scapicchio