# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | |
| Plaintiffs, | Case No.: 1:21-cv-11181-PBS |
| v. | |
| EBAY INC., et al., | |
| Defendants. | |

## DEFENDANT STEVE WYMER'S MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' CONSOLIDATED OPPOSITION TO MOTION TO DISMISS

Defendant Steve Wymer respectfully requests that the Court grant him leave to file a 10-page reply memorandum in support of his motion to dismiss and in response to Plaintiffs' Consolidated Opposition filed on July 12, 2023. ECF 221. In support, Mr. Wymer states as follows:

1. On or about March 1, 2023, Plaintiffs filed a 123-page 572-paragraph First Amended Complaint ("FAC"). ECF 176.

2. On or about April 21, 2023, Mr. Wymer filed a motion to dismiss all claims the FAC asserted against him (ECF 198), supported by a 20-page memorandum of law and accompanying declaration. ECF 199, 200. Other defendants also filed motions to dismiss.

3. On or about June 12, 2023, Plaintiffs filed a 94-page Consolidated Opposition to Mr. Wymer's Rule 12 motion and to the motions filed by other defendants. ECF 221.

4. Mr. Wymer hereby requests leave to file a Reply of no more than 10 pages to respond to the arguments Plaintiffs have advanced regarding Mr. Wymer.

5. Mr. Wymer further requests leave to file that Reply on or before July 12, 2023.

-2-

6.  Counsel for Mr. Wymer has conferred with Plaintiffs' counsel regarding Mr. Wymer's intent to move for leave to file a reply.  In response, Plaintiffs' counsel stated that Plaintiffs will take no position on the motion.

WHEREFORE, Mr. Wymer respectfully requests leave to file a 10-page Reply Memorandum on or before July 12, 2023.

Dated: June 14, 2023

Respectfully submitted,

*/s/ Michael J. Pineault*
Michael J. Pineault
BBO No. 555314
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
T: +1 617-621-6578
mpineault@andersonkreiger.com


Caz Hashemi (pro hac vice)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

*Counsel for Steve Wymer*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

  The undersigned counsel hereby certifies that, in accordance with Local Rule 7.1(a)(2), counsel for Mr. Wymer has conferred with counsel for Plaintiffs, who indicated that Plaintiffs will take no position on this motion.

Dated: June 14, 2023           */s/ Michael J. Pineault*
                   Michael J. Pineault

## CERTIFICATE OF SERVICE

  I hereby certify that on June 14, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 14, 2023           */s/ Michael J. Pineault*
                   Michael J. Pineault