UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner,<br>David Steiner,<br>Steiner Associates, LLC,<br>    (*Publisher of EcommerceBytes*)<br>            Plaintiffs<br><br>    vs.<br><br><br>eBay, Inc., et al.,<br>            Defendants | CASE NO: 1:21-cv-11181 |

**PARTIALLY ASSENTED TO MOTION FOR LEAVE TO FILE REPLIES TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION TO STRIKE**

Now come the Plaintiffs and respectfully request that this Court grant Plaintiffs leave pursuant to Local Rule 7.1(b)(3) to file replies to Defendants' Oppositions to Plaintiffs' Motion to Strike. In support thereof, Plaintiffs state the following:

1. Plaintiffs filed a Consolidated Opposition to Defendants' Motions to Dismiss on June 12, 2023. That same day, Plaintiffs also filed a Motion to Strike various statements in Defendants Wenig, Wymer, PFC and Jones' Memoranda in Support of their Motions to Dismiss.

2. All Defendants were given until July 12, 2023 to file any replies to the Plaintiffs' Consolidated Opposition to the Defendants' Motions to Dismiss, and Plaintiffs were given until July 26, 2023 to file any sur-replies.

3. On June 27, 2023, Defendants Wenig, Wymer, PFC and Jones filed Oppositions to the Plaintiffs' Motion to Strike.

4. Plaintiffs are seeking leave to respond to each of the Oppositions, to address various arguments raised by the Defendants, that were not touched upon in the original Motion to Strike.

5. Plaintiffs are seeking a deadline of July 26, 2023 to file the replies, the same date the sur-replies are due, in order to prevent duplicating arguments in the replies to the Oppositions to Defendants' Motions to Strike, and the replies the Defendants intend to file relating to Plaintiffs' Consolidated Opposition to the Motions to Dismiss.

6. Defendant Wenig does not object to this motion. Defendants Wymer, PFC and Jones take no position.

Wherefore, Plaintiffs requests leave to file replies to Defendants Wenig, Wymer, PFC and Jones' Oppositions to Plaintiffs' Motion to Strike, with a deadline of July 26, 2023.

Respectfully submitted,
INA AND DAVID STEINER
By their attorney,

/s/ Rosemary Curran Scapicchio
Rosemary C. Scapicchio, BBO No. 558312
Law Office of Rosemary Scapicchio
107 Union Wharf
Boston, MA 02109
617.263.7400
Rosemary@Scapicchiolaw.com

Respectfully submitted,
STEINER ASSOCIATES, LLC
By its attorney,

/s/ Jillise McDonough
Jillise McDonough, BBO No. 688694
Law Office of Jillise McDonough
107 Union Wharf
Boston, MA 02109
617.263.7400
Jillise@Scapicchiolaw.com

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Plaintiffs conferred with counsel for the Defendants; Defendant Wenig does not object to this motion, and Defendants Wymer, PFC and Jones take no position.

Dated:   June 28, 2023                              Signed: /s/ Rosemary Scapicchio

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by complying with this Court's directives on electronic filing.

Dated:   June 28, 2023                              Signed: /s/ Rosemary Scapicchio