**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,

Plaintiffs,

v.

EBAY INC., et al.,

Defendants.

Civil Action No. 21-CV-11181-PBS

**JOINT PROPOSED AGENDA FOR AUGUST 10, 2023 HEARING ON MOTIONS TO DISMISS OF DEFENDANTS EBAY INC., PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC, DEVIN WENIG, STEVE WYMER, WENDY JONES, AND STEVE KRYSTEK**

Pursuant to this Court's order dated July 25, 2023, Dkt. 244, the undersigned parties jointly submit this proposed agenda for the August 10, 2023 hearing on the motions to dismiss filed by Defendants eBay Inc., Progressive F.O.R.C.E. Concepts, LLC ("PFC"), Devin Wenig, Steve Wymer, Wendy Jones, and Steve Krystek (collectively, "Defendants"). The parties propose that Defendants present argument on their respective motions in the order listed below and that Plaintiffs respond to each Defendant's argument right after it is made, rather than addressing all the motions together after all the Defendants have argued. Defendants will endeavor to minimize repetition among the issues they each address.

| PARTY | ARGUING FOR DEFENDANT | ARGUING FOR PLAINTIFFS |
|---|---|---|
| eBay, Inc. | Jack Pirozzolo | Rosemary Scapicchio |
| PFC | Matthew Holmes | Rosemary Scapicchio |
| Devin Wenig | Abbe Lowell; Marty Weinberg | Rosemary Scapicchio |
| Steve Wymer | Caz Hashemi | Rosemary Scapicchio |
| Wendy Jones | Andrew O'Connor | Rosemary Scapicchio |
| Steve Krystek | Matthew Holmes | Rosemary Scapicchio |

Dated: August 4, 2023

Respectfully submitted,

*/s/ Rosemary C. Scapicchio*
Rosemary C. Scapicchio, BBO No. 558312
Law Office of Rosemary Scapicchio
107 Union Wharf
Boston, MA 02109
617.263.7400
Rosemary@Scapicchiolaw.com

*Counsel for Ina and David Steiner*

*/s/ Jillise McDonough*
Jillise McDonough, BBO No. 688694
Law Office of Jillise McDonough
107 Union Wharf
Boston, MA 02109
617.263.7400
Jillise@Scapicchiolaw.com

*Counsel for Steiner Associates LLC*

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1285
snonaka@sidley.com

Daniel J. Feith (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*

*/s/ Andrew J. O'Connor*
Andrew J. O'Connor (BBO# 672960)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 235-4650
Fax: (617) 235-9882
andrew.oconnor@ropesgray.com

Brien T. O'Connor (BBO# 546767)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7385
Fax: (617) 235-0084
brien.oconnor@ropesgray.com

*Counsel for Wendy Jones*

*/s/ Caz Hashemi*
Caz Hashemi, Esq. (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Michael J. Pineault, Esq.
Mass. Bar. No. 555314
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6578
mpineault@andersonkreiger.com

*Counsel for Steve Wymer*

*/s/ Matthew J. Holmes*
Tory A. Weigand, BBO #548553
Matthew J. Holmes, BBO #675994
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
tweigand@morrisonmahoney.com
mholmes@morrisonmahoney.com

*Counsel for Progressive F.O.R.C.E. Concepts, LLP and Steve Krystek*

*/s/ Abbe David Lowell*
Abbe David Lowell (*pro hac vice*)
Andrew E. Tauber (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
adlowell@winston.com
atauber@winston.com

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
owlmgw@att.net
(617) 227-3700

*Counsel for Devin Wenig*

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for Plaintiffs.

Dated: August 4, 2023

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 4, 2023

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo