**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Ina Steiner,
David Steiner,
Steiner Associates, LLC,

$\qquad\qquad\qquad\qquad$ *Plaintiffs*,

$\qquad$ v.

eBay, Inc.,
Progressive F.O.R.C.E. Concepts, LLC,
Devin Wenig,
Steve Wymer,
James Baugh,
David Harville,
Brian Gilbert,
Stephanie Popp,
Stephanie Stockwell,
Veronica Zea,
Philip Cooke, and
John and Jane Doe,

$\qquad\qquad\qquad$ *Defendants*.

No. 1:21-cv-11181-PBS

## <u>NOTICE OF APPEARANCE</u>

Now comes the undersigned and hereby enters his appearance in the above-captioned

matter for Defendant Devin Wenig.

Respectfully Submitted,

<u>**/s/ Michael Pabian**</u>
Michael Pabian, Esq.
Mass. Bar No. 684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

Dated: August 7, 2023

1

## <u>CERTIFICATE OF SERVICE</u>

     I, Michael Pabian, hereby certify that on this date, August 7, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants

                                                  <u>**/s/ Michael Pabian**</u>
                                                  Michael Pabian, Esq.