UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>EBAY INC., et al.,<br><br>    Defendants. | Civil Action No. 21-CV-11181-PBS |

**JOINT MOTION FOR EXTENSION OF
TIME TO FILE A JOINT SCHEDULING ORDER**

  Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC and Defendants eBay Inc., Progressive F.O.R.C.E. Concepts, LLC, Devin Wenig, Steve Wymer, Jim Baugh, David Harville, Brian Gilbert, Philip Cooke, Stephanie Popp, Stephanie Stockwell, Veronica Zea, Wendy Jones, and Steve Krystek (the "Parties") jointly move to extend the deadline by which the Parties must file a joint scheduling order up to and including September 21, 2023. As grounds for this motion, the Parties state that they are still diligently working to resolve disputes concerning the joint scheduling order and that additional time is required for the numerous parties in this case to come to a consensus.

  WHEREFORE, the Parties respectfully move this Court to grant an extension of time by which the Parties must file a joint scheduling order up to and including September 21, 2023.

Dated: September 14, 2023                                Respectfully submitted,

/s/ *Rosemary C. Scapicchio*                             /s/ *Jack W. Pirozzolo*
Rosemary C. Scapicchio                                   Jack W. Pirozzolo
LAW OFFICE OF ROSEMARY C. SCAPICCHIO                     Kathryn L. Alessi
107 Union Wharf                                          SIDLEY AUSTIN LLP
Boston, MA 02109                                         60 State Street, 36th Floor
(617) 263-7400                                           Boston, MA 02109
Rosemary@scapicchiolaw.com                               jpirozzolo@sidley.com
                                                         kalessi@sidley.com
*Counsel for Ina and David Steiner*                      (617) 223-0300

                                                         Scott T. Nonaka *(pro hac vice)*
                                                         SIDLEY AUSTIN LLP
/s/ *Jillise M. McDonough*                               555 California Street, Suite 2000
Jillise M. McDonough                                     San Francisco, CA 94104
LAW OFFICE OF ROSEMARY C. SCAPICCHIO                     Telephone: (415) 772-1285
107 Union Wharf                                          snonaka@sidley.com
Boston, MA 02109
(617) 263-7400                                           Daniel J. Feith *(pro hac vice)*
mcdonough.attorney@gmail.com                             SIDLEY AUSTIN LLP
                                                         1501 K Street, NW
*Counsel for Steiner Associates, LLC*                    Washington, D.C. 20005
                                                         Telephone: (202) 736-8511
                                                         dfeith@sidley.com

                                                         *Counsel for eBay Inc.*


/s/ *Abbe David Lowell*                                  /s/ *Caz Hashemi*
Abbe David Lowell (*pro hac vice*)                       Caz Hashemi, Esq.
Andrew E. Tauber (*pro hac vice*)                        WILSON SONSINI GOODRICH & ROSATI P.C.
WINSTON & STRAWN LLP                                     650 Page Mill Road
1901 L Street, NW                                        Palo Alto, CA 94304
Washington, D.C. 20036                                   (650) 493-9300
adlowell@winston.com                                     chashemi@wsgr.com
atauber@winston.com
(202) 282-5000                                           Michael J. Pineault, Esq.
                                                         Mass. Bar. No. 555314
Martin G. Weinberg, Esq.                                 ANDERSON & KREIGER LLP
MARTIN G. WEINBERG PC                                    50 Milk Street, 21st Floor
20 Park Plaza                                            Boston, MA 02109
Suite 1000                                               (617) 621-6578
Boston, MA 02116                                         mpineault@andersonkreiger.com
owlmgw@att.net
(617) 227-3700                                           *Counsel for Steve Wymer*

2

Michael Pabian
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
(339) 227-0642
pabianlaw38@gmail.com

*Counsel for Devin Wenig*

/s/ William W. Fick
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com
dmarx@fickmarx.com

*Counsel for Jim Baugh*

/s/ Mark Conrad
Mark Conrad
Miranda Kane
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102
mconrad@conmetkane.com

*Counsel for Brian Gilbert*

/s/ Tory A. Weigand
Tory A. Weigand
Matthew J. Holmes
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8827
tweigand@morrisonmahoney.com
mholmes@morrisonmahoney.com

*Counsel for Progressive F.O.R.C.E. Concepts, LLC and Steve Krystek*

/s/ Alexandra H. Deal
Alexandra H. Deal
PAIK, BREWINGTON & DEAL, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

*Counsel for Stephanie Popp*

/s/ Christina N. Lindberg
Christina N. Lindberg
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 202-5890
clindberg@msdefenders.com

*Counsel for Philip Cooke*

/s/ Daniel K. Gelb
Daniel K. Gelb
GELB & GELB, LLP
900 Cummings Center, Suite 207 V
Beverly, MA 01915
(617) 345-0010
dgelb@gelbgelb.com

*Counsel for David Harville*

4

/s/ *Andrew O'Connor*
Andrew O'Connor
Brien T. O'Connor
ROPES AND GRAY
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
boconnor@ropesgray.com

*Counsel for Wendy Jones*

/s/ *Frank R. Ubhaus*
Frank R. Ubhaus
BERLINER COHEN LLP
Ten Almaden Boulevard, 11th Fl.
San Jose, CA 95113-2233
(408) 286-5800
frank.ubhaus@berliner.com

*Counsel for Veronica Zea*

/s/ *Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
P.O. Box # 8010
Santa Cruz, CA 95601
(831) 607-9543
stockwellstephanie21@gmail.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. An email copy was sent to pro se defendant Stephanie Stockwell.


Dated: September 14, 2023                                          */s/ Jack W. Pirozzolo*
                                                                                    Jack W. Pirozzolo