UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| EBAY INC., et al., | ) ) ) |
| Defendants. | ) ) |

Civil Action No. 21-CV-11181-PBS

**JOINT MOTION FOR EXTENSION OF
TIME TO FILE A JOINT SCHEDULING ORDER**

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC and Defendants eBay Inc., Progressive F.O.R.C.E. Concepts, LLC, Devin Wenig, Steve Wymer, Jim Baugh, David Harville, Brian Gilbert, Philip Cooke, Stephanie Popp, Stephanie Stockwell, Veronica Zea, Wendy Jones, and Steve Krystek (the "Parties") jointly move to extend the deadline one additional day, up to and including September 25, 2023, to file a joint scheduling order. As grounds for this motion, the Parties state that they are still diligently working to narrow disputes concerning the joint scheduling order and that a short extension is required for the numerous parties in this case to prepare the proposed scheduling order for filing.

WHEREFORE, the Parties respectfully move this Court to grant an extension of time by which the Parties must file a joint scheduling order up to and including September 25, 2023.

Dated: September 22, 2023                           Respectfully submitted,

/s/ *Rosemary C. Scapicchio*                        /s/ *Jack W. Pirozzolo*
Rosemary C. Scapicchio                              Jack W. Pirozzolo
LAW OFFICE OF ROSEMARY C. SCAPICCHIO                Kathryn L. Alessi
107 Union Wharf                                     SIDLEY AUSTIN LLP
Boston, MA 02109                                    60 State Street, 36th Floor
(617) 263-7400                                      Boston, MA 02109
Rosemary@scapicchiolaw.com                          jpirozzolo@sidley.com
                                                    kalessi@sidley.com
*Counsel for Ina and David Steiner*                 (617) 223-0300

                                                    Scott T. Nonaka *(pro hac vice)*
                                                    SIDLEY AUSTIN LLP
/s/ *Jillise M. McDonough*                          555 California Street, Suite 2000
Jillise M. McDonough                                San Francisco, CA 94104
LAW OFFICE OF ROSEMARY C. SCAPICCHIO                Telephone: (415) 772-1285
107 Union Wharf                                     snonaka@sidley.com
Boston, MA 02109
(617) 263-7400                                      Daniel J. Feith *(pro hac vice)*
mcdonough.attorney@gmail.com                        SIDLEY AUSTIN LLP
                                                    1501 K Street, NW
*Counsel for Steiner Associates, LLC*               Washington, D.C. 20005
                                                    Telephone: (202) 736-8511
                                                    dfeith@sidley.com

                                                    *Counsel for eBay Inc.*


/s/ *Abbe David Lowell*                             /s/ *Caz Hashemi*
Abbe David Lowell (*pro hac vice*)                  Caz Hashemi, Esq.
Andrew E. Tauber (*pro hac vice*)                   WILSON SONSINI GOODRICH & ROSATI P.C.
WINSTON & STRAWN LLP                                650 Page Mill Road
1901 L Street, NW                                   Palo Alto, CA 94304
Washington, D.C. 20036                              (650) 493-9300
adlowell@winston.com                                chashemi@wsgr.com
atauber@winston.com
(202) 282-5000                                      Michael J. Pineault, Esq.
                                                    Mass. Bar. No. 555314
Martin G. Weinberg, Esq.                            ANDERSON & KREIGER LLP
MARTIN G. WEINBERG PC                               50 Milk Street, 21st Floor
20 Park Plaza                                       Boston, MA 02109
Suite 1000                                          (617) 621-6578
Boston, MA 02116                                    mpineault@andersonkreiger.com
owlmgw@att.net
(617) 227-3700                                      *Counsel for Steve Wymer*

2

Michael Pabian
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
(339) 227-0642
pabianlaw38@gmail.com

*Counsel for Devin Wenig*


/s/ William W. Fick
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com
dmarx@fickmarx.com

*Counsel for Jim Baugh*


/s/ Tory A. Weigand
Tory A. Weigand
Matthew J. Holmes
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8827
tweigand@morrisonmahoney.com
mholmes@morrisonmahoney.com

*Counsel for Progressive F.O.R.C.E. Concepts, LLC and Steve Krystek*


/s/ Christina N. Lindberg
Christina N. Lindberg
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 202-5890
clindberg@msdefenders.com

*Counsel for Philip Cooke*

/s/ Mark Conrad
Mark Conrad
Miranda Kane
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102
mconrad@conmetkane.com

*Counsel for Brian Gilbert*


/s/ Alexandra H. Deal
Alexandra H. Deal
PAIK, BREWINGTON & DEAL, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

*Counsel for Stephanie Popp*


/s/ Daniel K. Gelb
Daniel K. Gelb
GELB & GELB, LLP
900 Cummings Center, Suite 207 V
Beverly, MA 01915
(617) 345-0010
dgelb@gelbgelb.com

*Counsel for David Harville*

*/s/ Andrew O'Connor*
Andrew O'Connor
Brien T. O'Connor
ROPES AND GRAY
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
boconnor@ropesgray.com

*Counsel for Wendy Jones*


*/s/ Frank R. Ubhaus*
Frank R. Ubhaus
BERLINER COHEN LLP
Ten Almaden Boulevard. 11th Fl.
San Jose, CA 95113-2233
(408) 286-5800
frank.ubhaus@berliner.com

*Counsel for Veronica Zea*

*/s/ Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
P.O. Box # 8010
Santa Cruz, CA 95601
(831) 607-9543
stockwellstephanie21@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. An email copy was sent to pro se defendant Stephanie Stockwell.

Dated: September 22, 2023                         /s/ Jack W. Pirozzolo
                                              Jack W. Pirozzolo