UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-CV-11181-PBS |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC and Defendants eBay Inc. ("eBay"), Progressive F.O.R.C.E. Concepts, LLC ("PFC"), Devin Wenig, Steve Wymer, Jim Baugh, David Harville, Brian Gilbert, Philip Cooke, Stephanie Popp, Stephanie Stockwell, Veronica Zea, Wendy Jones, and Steve Krystek (the "Parties") file this Joint Motion for Entry of Scheduling Order (the "Motion"). In support of this Motion, the Parties state as follows:

1.      On August 10, 2023, this Court ordered the parties to submit a joint scheduling order on or before September 14, 2023. *See* Dkt. No. 260.

2.      On September 13, 2023, eBay transmitted Defendants' proposed scheduling order to Plaintiffs.

3.      The Parties conferred via email on September 13-14, 2023, but were unable to reach an agreement on the scheduling order. The Parties requested and were granted a one week extension up to and including September 21, 2023. *See* Dkt. Nos. 263, 264.

4.      On September 20, 2023, counsel for Plaintiffs, eBay, PFC, Devin Wenig, Steve Wymer, Wendy Jones, and Steve Krystek met and conferred in an effort to reach agreement on a proposed scheduling order.

1

5.      The Parties requested an additional one day extension up to and including September 22, 2023.  *See* Dkt. No. 266.

6.      The Parties requested a third extension up to and including September 25, 2023.  *See* Dkt. No. 268.

7.      Through the meet and confer process, the Parties have reached agreement on all but five issues: (1) the necessity of a protective order; (2) the number of interrogatories allocated to Plaintiffs; (3) the number of sets of requests for production allocated to Plaintiffs and Defendants; (4) the number of requests for admission allocated to Plaintiffs; and (5) the number of depositions and total hours allocated to the various Parties.  In discussing those five issues, the Parties have set forth in side-by-side format their respective proposals and reasoning in the scheduling order attached at Exhibit A.

WHEREFORE, the Parties respectfully request that the Court enter the Parties' proposed scheduling order at Exhibit A after considering and endorsing either Plaintiffs' or Defendants' respective proposals on the five disputed items.

Dated: September 27, 2023                              Respectfully submitted,

/s/ *Rosemary C. Scapicchio*                           /s/ *Jack W. Pirozzolo*
Rosemary C. Scapicchio                                 Jack W. Pirozzolo
LAW OFFICE OF ROSEMARY C. SCAPICCHIO                   Kathryn L. Alessi
107 Union Wharf                                        SIDLEY AUSTIN LLP
Boston, MA 02109                                       60 State Street, 36th Floor
(617) 263-7400                                         Boston, MA 02109
Rosemary@scapicchiolaw.com                             jpirozzolo@sidley.com
                                                       kalessi@sidley.com
*Counsel for Ina and David Steiner*                    (617) 223-0300

                                                       Scott T. Nonaka *(pro hac vice)*
                                                       SIDLEY AUSTIN LLP
/s/ *Jillise M. McDonough*                             555 California Street, Suite 2000
Jillise M. McDonough                                   San Francisco, CA 94104
LAW OFFICE OF ROSEMARY C. SCAPICCHIO                   Telephone: (415) 772-1285
107 Union Wharf

2

Boston, MA 02109
(617) 263-7400
mcdonough.attorney@gmail.com

*Counsel for Steiner Associates, LLC*

snonaka@sidley.com

Daniel J. Feith *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*

/s/ *Abbe David Lowell*
Abbe David Lowell (*pro hac vice*)
Andrew E. Tauber (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, D.C. 20036
adlowell@winston.com
atauber@winston.com
(202) 282-5000

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
owlmgw@att.net
(617) 227-3700

Michael Pabian
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
(339) 227-0642
pabianlaw38@gmail.com

*Counsel for Devin Wenig*

/s/ *Caz Hashemi*
Caz Hashemi, Esq.
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Michael J. Pineault, Esq.
Mass. Bar. No. 555314
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6578
mpineault@andersonkreiger.com

*Counsel for Steve Wymer*

/s/ *William W. Fick*
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360

/s/ *Mark Conrad*
Mark Conrad
Miranda Kane
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102

3

wfick@fickmarx.com
dmarx@fickmarx.com

*Counsel for Jim Baugh*

/s/ *Tory A. Weigand*
Tory A. Weigand
Matthew J. Holmes
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8827
tweigand@morrisonmahoney.com
mholmes@morrisonmahoney.com

*Counsel for Progressive F.O.R.C.E. Concepts, LLC and Steve Krystek*

/s/ *Christina N. Lindberg*
Christina N. Lindberg
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 202-5890
clindberg@msdefenders.com

*Counsel for Philip Cooke*

/s/ *Andrew O'Connor*
Andrew O'Connor
Brien T. O'Connor
ROPES AND GRAY
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
boconnor@ropesgray.com

*Counsel for Wendy Jones*

/s/ *Frank R. Ubhaus*
Frank R. Ubhaus
BERLINER COHEN LLP
Ten Almaden Boulevard. 11th Fl.

mconrad@conmetkane.com

*Counsel for Brian Gilbert*

/s/ *Alexandra H. Deal*
Alexandra H. Deal
PAIK, BREWINGTON & DEAL, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

*Counsel for Stephanie Popp*

/s/ *Daniel K. Gelb*
Daniel K. Gelb
GELB & GELB, LLP
900 Cummings Center, Suite 207 V
Beverly, MA 01915
(617) 345-0010
dgelb@gelbgelb.com

*Counsel for David Harville*

/s/ *Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
P.O. Box # 8010
Santa Cruz, CA 95601
(831) 607-9543
stockwellstephanie21@gmail.com

4

San Jose, CA 95113-2233
(408) 286-5800
frank.ubhaus@berliner.com

*Counsel for Veronica Zea*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.  An email copy was sent to pro se defendant Stephanie Stockwell.


Dated: September 27, 2023                                          /s/ Jack W. Pirozzolo
                                                                                        Jack W. Pirozzolo