```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                    )
INA STEINER, DAVID STEINER, and     )
STEINER ASSOCIATES, LLC,            )
                                    )
                   Plaintiffs,      )
                                    )      Civil Action
v.                                  )      No. 21-11181-PBS
                                    )
EBAY INC., et al.,                  )
                                    )
                   Defendants.      )
_____)
```

**ORDER RE. JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

September 28, 2023

In light of the extensive information already available in this case, I rule on the disputed discovery issues as follows:

1. The initial disclosure required by Fed. R. Civ. P. 26(a)(1) shall be completed by October 16, 2023. All documents marked in good faith as "confidential" shall not be publicly disclosed without further order of the Court. The parties shall negotiate a protective order and file a joint motion for entry of a protective order by October 16, 2023. All disputes as to terms shall be referred to a magistrate judge.

2. Plaintiffs collectively will be limited to 25 interrogatories and 25 requests for admission per defendant.

3. Only <u>one</u> set of document requests may be filed. Plaintiffs collectively may serve one document request on each defendant. Defendants collectively shall confer and to the extent feasible file one collective set of document requests on plaintiffs.

4. The Court limits the number of depositions to 20 for plaintiffs collectively and 20 for the defendants collectively. No deposition shall be more than seven hours for each side collectively (i.e., seven hours for plaintiffs collectively and seven hours for defendants collectively). The parties shall confer to establish procedures for the depositions. Depositions may be by Zoom.

With these rulings in mind, the parties shall submit a scheduling order by October 16, 2023.

SO ORDERED.

/s/ PATTI B. SARIS
Patti B. Saris
United States District Judge