## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>EBAY INC., et al., )<br><br>Defendants. ) | Civil Action No. 21-CV-11181-PBS |

### JOINT MOTION FOR ENTRY OF SCHEDULING ORDER
### AND EXTENSION OF TIME TO FILE PROTECTIVE ORDER

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC and Defendants eBay Inc. ("eBay"), Progressive F.O.R.C.E. Concepts, LLC ("PFC"), Devin Wenig, Steve Wymer, Jim Baugh, David Harville, Brian Gilbert, Philip Cooke, Stephanie Popp, Stephanie Stockwell, Veronica Zea, Wendy Jones, and Steve Krystek (the "Parties") file this Joint Motion for Entry of Scheduling Order and Extension of Time to File Protective Order (the "Motion").  In support of this Motion, the Parties state as follows:

1.      On September 27, 2023, the Parties submitted a proposed scheduling order with various disputed issues.  *See* Dkt. No. 270.

2.      On September 28, 2023, the Court issued an order resolving the disputed issues and directed the Parties to submit a scheduling order and protective order by October 16, 2023.  *See* Dkt. No. 271.

3.      The Parties have conferred and reached agreement on a joint scheduling order, attached here at Exhibit A.

4.      The Parties have exchanged drafts of a proposed protective order, but are still

diligently working to narrow and hopefully resolve disputes concerning the protective order.

5.      A short extension would allow the numerous parties in this case to attempt to resolve the outstanding issues with respect to a protective order.

WHEREFORE, the Parties respectfully request that the Court enter the Parties' proposed scheduling order, attached hereto as Exhibit A, and that the Court grant an extension of time by which the Parties must file a joint protective order up to and including October 18, 2023.

Dated: October 16, 2023                              Respectfully submitted,

*/s/ Rosemary C. Scapicchio*
Rosemary C. Scapicchio
LAW OFFICE OF ROSEMARY C. SCAPICCHIO
107 Union Wharf
Boston, MA 02109
(617) 263-7400
Rosemary@scapicchiolaw.com

*Counsel for Ina and David Steiner*


*/s/ Jillise M. McDonough*
Jillise M. McDonough
LAW OFFICE OF ROSEMARY C. SCAPICCHIO
107 Union Wharf
Boston, MA 02109
(617) 263-7400
mcdonough.attorney@gmail.com

*Counsel for Steiner Associates, LLC*

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo
Kathryn L. Alessi
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
jpirozzolo@sidley.com
kalessi@sidley.com
(617) 223-0300

Scott T. Nonaka *(pro hac vice)*
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1285
snonaka@sidley.com

Daniel J. Feith *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*

2

*/s/ Abbe David Lowell*
Abbe David Lowell (*pro hac vice*)
Andrew E. Tauber (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, D.C. 20036
adlowell@winston.com
atauber@winston.com
(202) 282-5000

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
owlmgw@att.net
(617) 227-3700

Michael Pabian
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
(339) 227-0642
pabianlaw38@gmail.com

*Counsel for Devin Wenig*

*/s/ William W. Fick*
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com
dmarx@fickmarx.com

*Counsel for Jim Baugh*

*/s/ Tory A. Weigand*
Tory A. Weigand
Matthew J. Holmes
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8827

*/s/ Caz Hashemi*
Caz Hashemi, Esq.
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Michael J. Pineault, Esq.
Mass. Bar. No. 555314
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6578
mpineault@andersonkreiger.com

*Counsel for Steve Wymer*

*/s/ Mark Conrad*
Mark Conrad
Miranda Kane
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102
mconrad@conmetkane.com

*Counsel for Brian Gilbert*

*/s/ Alexandra H. Deal*
Alexandra H. Deal
PAIK, BREWINGTON & DEAL, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

tweigand@morrisonmahoney.com
mholmes@morrisonmahoney.com

*Counsel for Progressive F.O.R.C.E. Concepts,*
*LLC and Steve Krystek*


/s/ Christina N. Lindberg
Christina N. Lindberg
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 202-5890
clindberg@msdefenders.com

*Counsel for Philip Cooke*


/s/ Andrew O'Connor
Andrew O'Connor
Brien T. O'Connor
ROPES AND GRAY
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
boconnor@ropesgray.com

*Counsel for Wendy Jones*


/s/ Frank R. Ubhaus
Frank R. Ubhaus
BERLINER COHEN LLP
Ten Almaden Boulevard. 11th Fl.
San Jose, CA 95113-2233
(408) 286-5800
frank.ubhaus@berliner.com

*Counsel for Veronica Zea*

*Counsel for Stephanie Popp*


/s/ Daniel K. Gelb
Daniel K. Gelb
GELB & GELB, LLP
900 Cummings Center, Suite 207 V
Beverly, MA 01915
(617) 345-0010
dgelb@gelbgelb.com

*Counsel for David Harville*


/s/ Stephanie Stockwell
Stephanie Stockwell, Pro Se
850 Front St.
P.O. Box # 8010
Santa Cruz, CA 95601
(831) 607-9543
stockwellstephanie21@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.  An email copy was sent to pro se defendant Stephanie Stockwell.


Dated: October 16, 2023                                                    */s/ Jack W. Pirozzolo*
                                                                                     Jack W. Pirozzolo