UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>Defendants. | Civil Action No. 21-CV-11181-PBS |

JOINT MOTION FOR ENTRY OF SCHEDULING ORDER
AND EXTENSION OF TIME TO FILE PROTECTIVE ORDER

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC and Defendants eBay Inc. ("eBay"), Progressive F.O.R.C.E. Concepts, LLC ("PFC"), Devin Wenig, Steve Wymer, Jim Baugh, David Harville, Brian Gilbert, Philip Cooke, Stephanie Popp, Stephanie Stockwell, Veronica Zea, Wendy Jones, and Steve Krystek (the "Parties") file this Joint Motion for Entry of Scheduling Order and Extension of Time to File Protective Order (the "Motion"). In support of this Motion, the Parties state as follows:

1. On September 27, 2023, the Parties submitted a proposed scheduling order with various disputed issues. *See* Dkt. No. 270.

2. On September 28, 2023, the Court issued an order resolving the disputed issues and directed the Parties to submit a scheduling order and protective order by October 16, 2023. *See* Dkt. No. 271.

3. The Parties have conferred and reached agreement on a joint scheduling order, attached here at Exhibit A.

4. The Parties have exchanged drafts of a proposed protective order, but are still

1

10/18/23

Allowed

Patti B. Saris