UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>EBAY INC., et al.,<br><br>    Defendants. | Civil Action No. 21-CV-11181-PBS |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**

Defendants eBay Inc., Progressive F.O.R.C.E. Concepts, LLC, Devin Wenig, Steve Wymer, Jim Baugh, David Harville, Brian Gilbert, Philip Cooke, Stephanie Popp, Stephanie Stockwell, Veronica Zea, Wendy Jones, and Steve Krystek (the "Defendants") jointly move to extend the deadline one week, up to and including November 7, 2023, for the parties to file their responses to the government's motion for a protective order. In support of this motion, the Defendants state as follows:

1. On October 17, 2023, the government submitted a motion for a protective order along with a proposed protective order. *See* Dkt. Nos. 273 and 273-2.

2. Under Local Rule 7.1(b)(2), the deadline to file an opposition to the government's motion is October 31, 2023.

3. The Defendants and the government are in discussions concerning whether they can reach agreement as to the scope and breadth of the protective order.

4. A one-week extension up to and including November 7, 2023 would allow the numerous defendants in this case to coordinate their responses to the government's motion and

1

avoid duplicative arguments and filings.

WHEREFORE, the Defendants respectfully move this Court to grant an extension of time by which the parties must file their responses to the government's motion up to and including November 7, 2023.

Dated: October 31, 2023

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell (*pro hac vice*)
Andrew E. Tauber (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, D.C. 20036
adlowell@winston.com
atauber@winston.com
(202) 282-5000

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
owlmgw@att.net
(617) 227-3700

Michael Pabian
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
(339) 227-0642
pabianlaw38@gmail.com

*Counsel for Devin Wenig*

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo
Kathryn L. Alessi
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
jpirozzolo@sidley.com
kalessi@sidley.com
(617) 223-0300

Scott T. Nonaka *(pro hac vice)*
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1285
snonaka@sidley.com

Daniel J. Feith *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*

/s/ Andrew O'Connor
Andrew O'Connor
Brien T. O'Connor
ROPES AND GRAY
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
boconnor@ropesgray.com

*Counsel for Wendy Jones*

/s/ William W. Fick
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com
dmarx@fickmarx.com

*Counsel for Jim Baugh*

/s/ Tory A. Weigand
Tory A. Weigand
Matthew J. Holmes
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8827
tweigand@morrisonmahoney.com
mholmes@morrisonmahoney.com

*Counsel for Progressive F.O.R.C.E. Concepts, LLC and Steve Krystek*

/s/ Caz Hashemi
Caz Hashemi.
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Michael J. Pineault, Esq.
Mass. Bar. No. 555314
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6578
mpineault@andersonkreiger.com

*Counsel for Steve Wymer*

/s/ Mark Conrad
Mark Conrad
Miranda Kane
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102
mconrad@conmetkane.com

*Counsel for Brian Gilbert*

/s/ Alexandra H. Deal
Alexandra H. Deal
PAIK, BREWINGTON & DEAL, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

*Counsel for Stephanie Popp*

*/s/ Christina N. Lindberg*
Christina N. Lindberg
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 202-5890
clindberg@msdefenders.com

*Counsel for Philip Cooke*

*/s/ Daniel K. Gelb*
Daniel K. Gelb
GELB & GELB, LLP
900 Cummings Center, Suite 207 V
Beverly, MA 01915
(617) 345-0010
dgelb@gelbgelb.com

*Counsel for David Harville*

*/s/ Frank R. Ubhaus*
Frank R. Ubhaus
BERLINER COHEN LLP
Ten Almaden Boulevard. 11th Fl.
San Jose, CA 95113-2233
(408) 286-5800
frank.ubhaus@berliner.com

*Counsel for Veronica Zea*

*/s/ Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
P.O. Box # 8010
Santa Cruz, CA 95601
(831) 607-9543
stockwellstephanie21@gmail.com

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), on October 30, 2023, counsel for eBay conferred with counsel for the government who stated that the government does not object to this motion. On October 30, 2023, counsel for eBay conferred with counsel for Plaintiffs who stated that Plaintiffs assent to this motion.

Dated: October 31, 2023                    */s/ Jack W. Pirozzolo*
                                           Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 31, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. An email copy was sent to *pro se* defendant Stephanie Stockwell.

Dated: October 31, 2023                                */s/ Jack W. Pirozzolo*
                                                                  Jack W. Pirozzolo