UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al. <br><br> Defendants. | Case No.: 1:21-cv-11181-PBS |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF**
**MELISSA MILLS**

Pursuant to Massachusetts Local Rule 83.5.3(e), Michael J. Pineault, Esq., a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves that Melissa Mills be granted leave to appear in this action *pro hac vice* as counsel for Steven Wymer. In support of this motion, and based on the representations set forth in the attached Declaration of Melissa Mills (Exhibit 1), Mr. Pineault states as follows:

1. Melissa Mills is a partner at Wilson Sonsini Goodrich & Rosati, P.C., 953 East Third Street, Suite 100, Los Angeles, CA 90013-1952.

2. Ms. Mills is a member in good standing of the bars of California and New York, and every jurisdiction where admitted to practice.

3. There are no disciplinary proceedings pending against Ms. Mills as a member of the bar in any jurisdiction.

4. Ms. Mills has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. Ms. Mills has read and agrees to comply with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Mr. Pineault respectfully requests that his Assented-to Motion to Admit Melissa Mills *pro hac vice* be allowed.

Dated: November 7, 2023               Respectfully submitted,

/s/ Michael J. Pineault
Michael J. Pineault (BBO 555314)
**ANDERSON & KREIGER LLP**
50 Milk Street, 21st Floor
Boston, MA 02109
T: +1 617-621-6578
F: +1 617-621-6619
mpineault@andersonkreiger.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for the Defendant has conferred with all counsel who have entered appearances in this matter and none has stated an intent to oppose this motion.

/s/ Michael J. Pineault
Michael J. Pineault

## CERTIFICATE OF SERVICE

  I hereby certify that on November 7, 2023, a true and correct copy of the foregoing pleading was filed with the Clerk of Court and served upon all attorneys of record via the Court's ECF system.

               */s/ Michael J. Pineault*
               Michael J. Pineault