# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.<br><br>Defendants. | Case No.: 1:21-cv-11181-PBS |

## NOTICE OF APPEARANCE OF LON F. POVICH

Please enter my appearance as counsel for Defendant Steve Wymer in the above-captioned matter.

Respectfully submitted,

/s/ Lon F. Povich
Lon F. Povich (BBO 544523)
Anderson & Kreiger LLP
50 Milk Street, 21st Floor
Boston, MA 02109
T: +1 617-621-6548
F: +1 617-621-6648
lpovich@andersonkreiger.com

Dated:  November 9, 2023

1

## **CERTIFICATE OF SERVICE**

I, Lon F. Povich, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 9, 2023.

*/s/ Lon F. Povich*
Lon F. Povich