UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.<br><br>Defendants. | Case No.: 1:21-cv-11181-PBS |

NOTICE BY ATTORNEY LON F. POVICH
REGARDING MOTIONS FOR ADMISSION *PRO HAC VICE* OF
MELISSA MILLS AND TREVOR TEMPLETON

Lon F. Povich, Esq., a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby gives notice of his joinder in the motions filed by Attorney Michael J. Pineault seeking leave for Attorneys Melissa Mills and Trevor Templeton to appear in this action *pro hac vice* as counsel for Steve Wymer (the "*Pro Hac Vice* Motions"). In support, Attorney Povich states as follows:

1. The *Pro Hac Vice* Motions were filed unopposed on November 7, 2023. (ECF Nos. 286 and 287).

2. Attorney Povich entered his appearance on behalf of Steve Wymer on November 9, 2023. (ECF No. 289).

1

3.      On November 14, 2023, Attorney Pineault filed a motion requesting leave to withdraw his appearance in this matter, due to his recent confirmation by the Governor's Council as a Justice of the Massachusetts Superior Court. (ECF No. 290).

4.      Because Attorney Povich will be succeeding Attorney Pineault as Boston counsel for Steve Wymer, and because the *Pro Hac Vice* Motions remain pending, Attorney Povich respectfully submits this Notice to advise the Court of his joinder in the *Pro Hac Vice* Motions and his intention to substitute for Attorney Pineault in pursuing the relief sought by the motions.

WHEREFORE, towards that end, Attorney Povich respectfully requests that the unopposed motions requesting leave to admit Melissa Mills and Trevor Templeton *pro hac vice* be allowed.

Dated:  November 14, 2023              Respectfully submitted,

                                                       */s/ Lon F. Povich*
                                                      Lon F. Povich (BBO 544523)
                                                      **ANDERSON & KREIGER LLP**
                                                      50 Milk Street, 21st Floor
                                                      Boston, MA 02109
                                                      T: +1 617-621-6548
                                                      F: +1 617-621-6648
                                                      lpovich@andersonkreiger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, a true and correct copy of the foregoing pleading was filed with the Clerk of Court and served upon all attorneys of record via the Court's ECF system.

                                                       */s/ Lon F. Povich*
                                                      Lon F. Povich