# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al. <br><br> Defendants. | Case No.: 1:21-cv-11181-PBS |

## ASSENTED-TO MOTION OF MICHAEL J. PINEAULT
## TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), Michael J. Pineault respectfully requests leave to withdraw his appearance as counsel for Defendant Steve Wymer in this matter. As grounds, Attorney Pineault states that he recently has been nominated and confirmed to serve as a Justice of the Superior Court in the Commonwealth of Massachusetts and accordingly will be departing the private practice of law shortly. Mr. Wymer will continue to be represented in this matter by Attorney Caz Hashemi (and others) from Wilson Sonsini Goodrich & Rosati, P.C. and by Attorney Lon Povich from Anderson & Kreiger LLP in Boston.

Dated: November 14, 2023

Respectfully submitted,

*/s/ Michael J. Pineault*
Michael J. Pineault (BBO 555314)
**ANDERSON & KREIGER LLP**
50 Milk Street, 21st Floor
Boston, MA 02109
T: +1 617-621-6578
F: +1 617-621-6619
mpineault@andersonkreiger.com

*Handwritten annotation: 11/15/23 Allowed. Congratulations! /s/ PBSaris*