UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.<br><br>Defendants. | Case No.: 1:21-cv-11181-PBS |

**NOTICE OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance for Steve Wymer, in the above-captioned matter.

Respectfully Submitted,

*/s/ Trevor N. Templeton*
Trevor N. Templeton
California State Bar No.: 308896
Wilson Sonsini Goodrich & Rosati
953 East Third Street, Suite 100
Los Angeles, CA 90013
323.210.2900
ttempleton@wsgr.com

1

## **CERTIFICATE OF SERVICE**

I, Trevor Templeton, hereby certify that on this date, November 16, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                        */s/ Trevor N. Templeton*
                                        Trevor N. Templeton