UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br> v. <br><br> EBAY INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-11181-DPW |

**UNOPPOSED MOTION TO CONTINUE HEARING ON GOVERNMENT'S MOTION FOR PROTECTIVE ORDER**

The Government hereby moves unopposed to continue the November 28, 2023 hearing on its Motion for Protective Order, ECF No. 273, to December 5, 2023 or as soon thereafter as the Court's schedule allows.

In support of this motion, the Government states as follows:

1. On October 17, 2023, the Government filed its Motion for Protective Order. ECF No. 273. Plaintiffs filed an opposition to that motion on October 31. ECF No. 280. Defendant eBay then filed a response to the motion on November 7, in which it stated that none of the thirteen defendants opposes the motion, as revised with the consent of the Government. ECF No. 288. The Government's reply in support of its motion is due on November 21. ECF No. 283.

2. Good cause exists to grant this short continuance. The undersigned, only Government counsel assigned to this matter, will be on pre-planned holiday leave traveling to visiting family for Thanksgiving after November 22 and extending through the date the hearing is currently scheduled. Government counsel is available for argument December 5–8 and December 11–15.

1

3.   Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred with Plaintiffs' counsel, who stated that Plaintiffs' counsel is available December 5 and that Plaintiffs do not oppose continuing the hearing to that date.

WHEREFORE, the Government respectfully request that the Court continue the hearing on the Government's Motion for Protective Order from November 28, 2023 to December 5, 2023 or as soon thereafter as the Court's schedule allows.

Dated: November 17, 2023                     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(D.C. Bar No. 1033486)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for the United States of America*