# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 21-11181-PBS |
| EBAY INC., et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Stephanie Popp in the above-captioned matter.  I certify that I admitted to practice in this Court.

Respectfully Submitted,

*/s/ Young Paik*
Young Paik (BBO# 660896)
PAIK, BREWINGTON & DEAL, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
ypaik@pbdlaw.com

Dated:  November 29, 2023

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                                  */s/ Young Paik*
                                                  Young Paik

Dated: November 29, 2023