UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 21-CV-11181-PBS |
| v. | ) ) ) | |
| EBAY INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' EMERGENCY MOTION TO EXTEND DEADLINE TO FILE ANSWERS TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants eBay Inc., Progressive F.O.R.C.E. Concepts, LLC, Devin Wenig, Steve Wymer, Wendy Jones, Jim Baugh, Brian Gilbert, Philip Cooke, Stephanie Popp, and Stephanie Stockwell (the "Defendants") jointly move on an emergency basis to extend the deadline by which Defendants must file their answers to Plaintiffs' Amended Complaint up to and including January 12, 2024.

As grounds for this emergency motion, Defendants state as follows:

1. Plaintiffs filed their Amended Complaint on March 1, 2023, *see* Dkt. No. 176, after receiving an unopposed two-week extension from their original February 15, 2023 filing deadline, *see* Dkt. Nos. 172, 173. The Amended Complaint spans 572 paragraphs over 123 pages.

2. Defendants filed their motions to dismiss in late April 2023. Dkt. Nos. 193, 196, 198, 203, 205, 207, 209, 210, 215, 217.

3. On December 12, 2023, the Court granted in part and denied in part Defendants' motions to dismiss. Dkt. No. 309.

1

4. Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants must file their answers within fourteen days of the Court's disposition of their motions to dismiss, which falls on December 26, 2023, the day after Christmas.

5. In a December 15, 2023 email, counsel for eBay requested Plaintiffs' position on the instant motion. Counsel for Plaintiffs responded the same day informing eBay's counsel that Plaintiffs did not assent to any extension of time for Defendants to submit their answers to the Amended Complaint.

6. Given the substantial length and breadth of the Amended Complaint, and in order to accommodate counsel's family commitments and travel schedules during the holidays, Defendants respectfully request that the Court extend the deadline for Defendants' answer to the Amended Complaint up to and including January 12, 2024.

7. Defendants submit this motion on an emergency basis because the current deadline for filing the answer is December 26, 2023, and the length of time prescribed under Local Rule 7.1(b)(2) for Plaintiffs to file an opposition to the instant motion for extension would extend past the current December 26 deadline that is the subject of this motion for extension.

WHEREFORE, Defendants respectfully move this Court to grant an extension of time by which Defendants must file an answer to the Plaintiffs' Amended Complaint up to and including January 12, 2024.

Dated: December 18, 2023                                Respectfully submitted,

*/s/ Abbe David Lowell*                                 */s/ Jack W. Pirozzolo*
Abbe David Lowell (*pro hac vice*)                      Jack W. Pirozzolo
Andrew E. Tauber (*pro hac vice*)                       Kathryn L. Alessi
WINSTON & STRAWN LLP                                    SIDLEY AUSTIN LLP
1901 L Street, NW                                       60 State Street, 36th Floor
Washington, D.C. 20036                                  Boston, MA 02109
adlowell@winston.com                                    jpirozzolo@sidley.com

2

atauber@winston.com
(202) 282-5000

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
owlmgw@att.net
(617) 227-3700


Michael Pabian
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
(339) 227-0642
pabianlaw38@gmail.com

*Counsel for Devin Wenig*


*/s/ Andrew O'Connor*
Andrew O'Connor
Brien T. O'Connor
ROPES AND GRAY
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
boconnor@ropesgray.com

*Counsel for Wendy Jones*


*/s/ William W. Fick*
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360

kalessi@sidley.com
(617) 223-0300

Scott T. Nonaka *(pro hac vice)*
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1285
snonaka@sidley.com

Daniel J. Feith *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*


*/s/ Caz Hashemi*
Caz Hashemi
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Lon F. Povich
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6548
lpovich@andersonkreiger.com

*Counsel for Steve Wymer*


*/s/ Mark Conrad*
Mark Conrad
Miranda Kane
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102

wfick@fickmarx.com
dmarx@fickmarx.com

*Counsel for Jim Baugh*

mconrad@conmetkane.com

Douglas S. Brooks (BBO No. 636697)
Jason M. Strojny (BBO No. 707774)
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338-9300
dbrooks@lhbmlegal.com
jstrojny@lhbmlegal.com

*Counsel for Brian Gilbert*

*/s/ Tory A. Weigand*
Tory A. Weigand
Matthew J. Holmes
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8827
tweigand@morrisonmahoney.com
mholmes@morrisonmahoney.com

*Counsel for Progressive F.O.R.C.E. Concepts, LLC*

*/s/ Alexandra H. Deal*
Alexandra H. Deal
PAIK, BREWINGTON & DEAL, LLP
6 Beacon Street, Suite 305
Boston, MA 02108
(617) 439-0150
adeal@pbdlaw.com

*Counsel for Stephanie Popp*

*/s/ Christina N. Lindberg*
Christina N. Lindberg
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 202-5890
clindberg@msdefenders.com

*Counsel for Philip Cooke*

*/s/ Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
P.O. Box # 8010
Santa Cruz, CA 95601
(831) 607-9543
stockwellstephanie21@gmail.com

4

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for eBay conferred with counsel for Plaintiffs on December 15, 2023, who oppose the relief requested in this emergency motion.

Dated: December 18, 2023                                      */s/ Jack W. Pirozzolo*
                                                                                   Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. An email copy was sent to *pro se* defendant Stephanie Stockwell.

Dated: December 18, 2023                    */s/ Jack W. Pirozzolo*
                                                                 Jack W. Pirozzolo