UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>        Defendants. | Civil Action No. 21-CV-11181-PBS |

### DEFENDANTS' EMERGENCY MOTION TO EXTEND DEADLINE TO FILE ANSWERS TO PLAINTIFFS' AMENDED COMPLAINT

Defendants eBay Inc., Progressive F.O.R.C.E. Concepts, LLC, Devin Wenig, Steve Wymer, Wendy Jones, Jim Baugh, Brian Gilbert, Philip Cooke, Stephanie Popp, and Stephanie Stockwell (the "Defendants") jointly move on an emergency basis to extend the deadline by which Defendants must file their answers to Plaintiffs' Amended Complaint up to and including January 12, 2024.

As grounds for this emergency motion, Defendants state as follows:

1. Plaintiffs filed their Amended Complaint on March 1, 2023, *see* Dkt. No. 176, after receiving an unopposed two-week extension from their original February 15, 2023 filing deadline, *see* Dkt. Nos. 172, 173. The Amended Complaint spans 572 paragraphs over 123 pages.

2. Defendants filed their motions to dismiss in late April 2023. Dkt. Nos. 193, 196, 198, 203, 205, 207, 209, 210, 215, 217.

3. On December 12, 2023, the Court granted in part and denied in part Defendants' motions to dismiss. Dkt. No. 309.

1

*12/19/23*
*[handwritten: Allowed]*
*Patti B Saris*