# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>    Defendants. | Civil Action No. 21-CV-11181-PBS |

## DEFENDANT EBAY INC.'S UNOPPOSED MOTION TO SEAL

Defendant eBay Inc. ("eBay") hereby moves, unopposed and pursuant to Local Rule 7.2, for leave to file under seal its forthcoming Motion to Compel Plaintiffs' Initial Disclosures, along with its supporting Memorandum of Law and exhibits.

As grounds for this motion, eBay states as follows:

1.    eBay and Plaintiffs have an ongoing dispute concerning Plaintiffs' Initial Disclosures, Supplemental Initial Disclosures, and Second Supplemental Initial Disclosures (together, the "Disclosures"), which eBay contends lack several important categories of information required by Rule 26(a)(1). eBay intends to file a motion to compel Plaintiffs to supplement their Disclosures to provide the categories of information and documents sought by eBay.

2.    eBay's motion will attach and necessarily discuss the substance of Plaintiffs' Disclosures.

3.    Plaintiffs have designated each of their Disclosures, in their entirety, as either "Highly Confidential" or "Confidential."

4.    eBay disagrees with Plaintiffs' blanket designation of these materials as

*[handwritten notation:]* 1/4/24 Allowed subject to further review by the court regarding confidentiality of parts sealed.