UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>EBAY INC., STEPHANIE STOCKWELL, et al.<br><br>        Defendants. | Case No. 1:21-cv-11181-PBS |

### ASSENTED TO MOTION TO PERMIT STEPHANIE STOCKWELL, PRO SE TO BE GRANTED PERMISSION TO E-FILE

  Defendant Stephanie Stockwell, Pro Se, files this unopposed motion to permit her to receive and file pleadings in this case, including the attached Notice of Appearance - Pro Se, Exhibit A, via the ECF filing system. Good cause exists to grant this motion in that Defendant is not financially able to hire counsel to represent her in this case and, to date, has been assisted in this case by her previous defense counsel, Gail Shifman, in *United States v. Stephanie Stockwell,* Case No. 20-CR-10098-WGY, who has aided Defendant with the e-filing. Previous defense counsel, who has not been retained in this case, cannot continue to assist and/or act as an intermediary for the filing of, and receipt of documents via the ECF system. Defendant has attempted to register for e-filing but has been unable to e-file the attached Notice of Appearance - Pro Se, Exhibit A, because Defendant's attempt at registering for e-filing has been rejected, with the following information:

> This court is in receipt of your E-filing registration as a Party. We can not find your name associated with any case in this court. If you are a pro se litigant, you must ask the Judge in your cases permission to file. You can do that by sending a letter or motion to the court asking for that permission. If your request is granted, please re-submit a request for E-Filing access. You must put the docket number on your registration, or it cannot be processed.

1

All parties have assented to this motion. As such, Defendant asks the Court to grant her permission to e-file in this case thus permitting her to register for an e-filing account to enable her to do so which will allow her to file her Notice of Appearance – Pro Se, receive all e-filed documents and file any further pleadings on her behalf.

Dated: January 23, 2024                Respectfully submitted,

                                             /s/ *Stephanie Stockwell*
                                             Stephanie Stockwell, Pro Se
                                             850 Front St.
                                             PO # 8010
                                             Santa Cruz, CA 95060
                                             Telephone: 408/647-5156
                                             Email: stockwellstephanie21@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, a true and correct copy of the foregoing pleading was ECF filed with the Clerk of Court and served upon all attorneys of record as of this date, via the Court's ECF system.

                                             /s/ *Stephanie Stockwell*
                                             Stephanie Stockwell

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.<br><br>Defendants. | Case No. 1:21-cv-11181-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephanie Stockwell, Pro Se, Defendant, in the above-referenced action.

Dated: January 23, 2024                    Respectfully submitted,

/s/ *Stephanie Stockwell*
Stephanie Stockwell, Pro Se
850 Front St.
PO # 8010
Santa Cruz, CA 95060
Telephone: 408/647-5156
Email: stockwellstephanie21@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January ___, 2024, a true and correct copy of the foregoing pleading was ECF filed with the Clerk of Court and served upon all attorneys of record as of this date, via the Court's ECF system.

/s/ *Stephanie Stockwell*
Stephanie Stockwell

4