UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner<br>David Steiner<br>Steiner Associates, LLC<br><br>          Plaintiffs<br><br><br>    vs.<br><br><br>eBay, Inc., et al.,<br>          Defendants | CASE NO: 1:21-cv-11181-DPW |

**ASSENTED TO MOTION TO REDACT NAMES OF WITNESSES IN PLAINTIFFS'
INITIAL DISCLOSURES**

Now come the Plaintiffs and respectfully request that this Court permit the parties to

redact the names of Plaintiffs' friends, family and sources listed in Plaintiffs' Initial Disclosures,

filed as exhibits to Defendant eBay's Motion to Compel.  In support thereof, the Plaintiffs state

the following:

1. Defendant eBay filed a Motion to Compel Plaintiffs Initial Disclosures, and attached

   three versions of Plaintiffs' Initial Disclosures. The motion and attachments were filed

   under seal.

2. On February 1, 2024, this Court allowed Defendant eBay's motion to compel, in part, and

   ordered the Motion to Compel unsealed except for witness contact information.

3. Plaintiffs remain concerned about placing witness names on the public docket. Defendant

   eBay and all other Defendants have no objection to redacting all witness names from the

Initial Disclosures. Plaintiffs, however, seek only to redact the names of their family,

friends and sources.

Wherefore, the Plaintiffs request that this Court permit the parties to redact the Plaintiffs'

friends, family and sources from the Initial Disclosures filed as Exhibits A, C and E to Defendant

eBay's Motion to Compel, Docket No. 318.


Respectfully submitted,
INA AND DAVID STEINER
By their attorneys,

/s/ Rosemary Curran Scapicchio
Rosemary C. Scapicchio, BBO No. 558312
Law Office of Rosemary Scapicchio
107 Union Wharf
Boston, MA 02109
617.263.7400
Rosemary@Scapicchiolaw.com


Respectfully submitted,
STEINER ASSOCIATES, LLC
By its attorney,

/s/ Jillise McDonough
Jillise McDonough, BBO No. 688694
Law Office of Jillise McDonough
107 Union Wharf
Boston, MA 02109
617.263.7400
Jillise@Scapicchiolaw.com


DATED: February 6, 2024

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for

Plaintiffs conferred with the Defendants and none of the Defendants object.


Dated:    February 6, 2024                    Signed: /s/ Rosemary Scapicchio


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by complying with this Court's directives on electronic filing.

Dated:    February 6, 2024                    Signed: /s/ Rosemary Curran Scapicchio