UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:21-CV-11181-DPW |

[PROPOSED] ORDER

This matter comes before the Court on the United States' Motion for Order Requiring Service of Discovery. Upon consideration of the United States' motion, and good cause having been shown to support the relief requested by the United States, it is hereby

**ORDERED** that the United States' motion is **GRANTED**; it is further

**ORDERED** that all parties to this matter shall serve all discovery requests and responses in this matter on the United States, as though it were a party subject to Federal Rule of Civil Procedure 5; and it is further

**ORDERED** that all parties in this matter shall serve all discovery requests and responses already served in this matter prior to the date of this order on the United States within ~~seven~~ 14 days of the date of this order.

**IT IS SO ORDERED.**

DATED this 14 day of February, 2024

*[signature]*
The Honorable Patti B. Saris
United States District Judge