UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>Defendants. | Civil Action No. 21-CV-11181-PBS |

**ASSENTED-TO MOTION TO MODIFY SCHEDULING ORDER**

Defendant eBay Inc. respectfully moves to modify the scheduling order to extend the deadline for serving requests for admission to May 29, 2024.  eBay and the other Parties serving or receiving interrogatories have agreed to extend the interrogatory response deadline up to and including May 1, 2024.  The current deadline for serving requests for admission is two weeks from that date, May 15, 2024.  To ensure that the Parties have adequate time to prepare their requests for admission after the receipt of interrogatory responses, eBay, with the assent of all Parties, respectfully requests that the Court extend the deadline for serving requests for admission up to and including May 29, 2024.

As grounds for this motion, eBay states as follows:

1. The Parties have agreed to extend the deadline for responding to interrogatories up to and including May 1, 2024.

2. The deadline for serving requests for admission is currently May 15, 2024.  *See* Dkt. 354.  Given the updated interrogatory response deadline of May 1, 2024, if the deadline for serving requests for admission is not extended, then the Parties may have as little as two weeks

between receiving interrogatory responses and the deadline for serving requests for admission.

3. Extending the deadline to serve requests for admission up to and including May 29, 2024, will ensure that the Parties have adequate time to prepare their requests for admission after the receipt of interrogatory responses.

4. All Parties have assented to the relief sought in this motion.

WHEREFORE, eBay requests that the Court grant this motion and modify the scheduling order to extend the deadline for serving requests for admission up to and including May 29, 2024.

Dated: April 4, 2024                                        Respectfully submitted,

                                                            */s/ Jack W. Pirozzolo*

                                                            Jack W. Pirozzolo (BBO #564879)
                                                            Kathryn L. Alessi (BBO #651110)
                                                            SIDLEY AUSTIN LLP
                                                            60 State Street, 36th Floor
                                                            Boston, MA 02109
                                                            Telephone: (617) 223-0300
                                                            Facsimile: (617) 223-0301
                                                            jpirozzolo@sidley.com
                                                            kalessi@sidley.com

                                                            Scott T. Nonaka (*pro hac vice*)
                                                            SIDLEY AUSTIN LLP
                                                            555 California Street, Suite 2000
                                                            San Francisco, CA 94104
                                                            Telephone: (415) 772-1285
                                                            snonaka@sidley.com

                                                            Daniel J. Feith (*pro hac vice*)
                                                            SIDLEY AUSTIN LLP
                                                            1501 K Street NW
                                                            Washington, D.C. 20005
                                                            Telephone: (202) 736-8511
                                                            dfeith@sidley.com

                                                            *Counsel for eBay Inc.*

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for all represented parties and with the *pro se* party on April 3 and 4, 2024, who assented to the relief requested in this motion.

Dated: April 4, 2024                                              */s/ Jack W. Pirozzolo*
                                                                                Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 4, 2024                                         */s/ Jack W. Pirozzolo*
                                                                             Jack W. Pirozzolo