UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | Civil Action No. 21-CV-11181-PBS |

**ASSENTED-TO MOTION TO MODIFY SCHEDULING ORDER**

Defendant eBay Inc. respectfully moves to modify the scheduling order to extend the deadline for serving requests for admission to May 29, 2024. eBay and the other Parties serving or receiving interrogatories have agreed to extend the interrogatory response deadline up to and including May 1, 2024. The current deadline for serving requests for admission is two weeks from that date, May 15, 2024. To ensure that the Parties have adequate time to prepare their requests for admission after the receipt of interrogatory responses, eBay, with the assent of all Parties, respectfully requests that the Court extend the deadline for serving requests for admission up to and including May 29, 2024.

As grounds for this motion, eBay states as follows:

1. The Parties have agreed to extend the deadline for responding to interrogatories up to and including May 1, 2024.

2. The deadline for serving requests for admission is currently May 15, 2024. *See* Dkt. 354. Given the updated interrogatory response deadline of May 1, 2024, if the deadline for serving requests for admission is not extended, then the Parties may have as little as two weeks

4/10/24
ALLOWED
Patti B Saris