UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>EBAY INC., *et al.*,<br><br>      Defendants. | Civil Action No. 1:21-CV-11181-DPW |

## NOTICE OF NON-OBJECTION TO DISCOVERY RESPONSES

The United States of America (the "Government"), by and through undersigned counsel, respectfully submits this Notice to update the Court and parties on discovery materials it has received from Defendant Baugh. The Government reports as follows:

1. On January 5, 2024, the Court entered a Protective Order, which stated in relevant part that "Plaintiffs may file interrogatories and document requests on Defendants eBay, Wenig, Wymer, Jones, and Baugh relating to their knowledge, if any, of Defendant Jim Baugh's work for the CIA or FBI. The responses shall be disclosed to the Government and filed under seal with the Court. Within 14 days of receipt of the responses, the Government shall inform the Court whether it objects to public disclosure of the responses." ECF No. 315 ¶ 1(b).

3. On April 11, Defendant Baugh produced interrogatory responses to the Government in response to Plaintiffs' requests for production. ECF No. 339 ¶ 5.

4. The Government has reviewed the interrogatory responses that Defendant Baugh produced and has no objections to the public disclosure of those responses. Accordingly, the Government has informed Baugh's counsel that they may serve the documents on all parties to this litigation.

Dated: April 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(D.C. Bar No. 1033486)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8659
Fax: (202) 616-8460
Email: christopher.edelman@usdoj.gov

*Counsel for the United States of America*