UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, *Plaintiffs* v. EBAY INC. et al., *Defendants* | No. 21-CV-11181-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please take notice of the withdrawal of Andrew Tauber as co-counsel for Devin Wenig. Attorneys Abbe Lowell, Martin G. Weinberg, and Michael Pabian will continue their representation of Mr. Wenig in this matter.

Dated: April 19, 2024

Respectfully submitted,

Abbe David Lowell (*pro hac vice*)
Winston & Strawn LLP
1901 L St. N.W.
Washington, DC 20036
adlowell@winston.com
(202) 282-5000

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 19, 2024, this document was served on all participating counsel via the CM/ECF system.

Dated: April 19, 2024

_____
Abbe David Lowell