UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br> *Plaintiffs* <br><br> v. <br><br> EBAY INC. et al., <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 21-CV-11181-PBS

**MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* FOR KELLY A. LIBRERA**

I, Martin G. Weinberg, a member of the bar of this Court, and counsel for Defendant, Devin Wenig, hereby move pursuant to Rule 83.5.3 of the Local Rules of the United States District Court of Massachusetts, that Kelly A. Librera, an attorney from New York, NY be admitted to appear and practice in this Court for the purpose of representing Devin Wenig as my co-counsel in the above-captioned matter.

I have been advised that Ms. Librera is admitted to practice, and a member in good standing, in New York, NY. A Certificate of Good Standing can be provided if necessary. I have been advised that Ms. Librera is not currently suspended or disbarred in any jurisdiction, and that there are no disciplinary proceedings pending against Ms. Librera in any jurisdiction. I have further been advised that Ms. Librera has reviewed and agrees to comply with the Local Rules of this Court.

Ms. Librera's Affirmation is attached hereto as Exhibit 1.

1

|  |  |
|---|---|
| **Date**: April 30, 2024 | Respectfully Submitted,<br><br>**/s/ Martin G. Weinberg**<br>Martin G. Weinberg, Esq.<br>Mass. Bar No. 519480<br> 20 Park Plaza, Suite 1000<br>Boston, MA 02116<br>(617) 227-3700<br>owlmgw@att.net |

## **CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, April 30, 2024 a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                              **/s/ Martin G. Weinberg**
                                                Martin G. Weinberg, Esq.