UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,
    *Plaintiffs*

v.

EBAY INC. et al.,
    *Defendants*

No. 21-CV-11181-PBS

## AFFIRMATION IN SUPPORT OF *PRO HAC VICE* ADMISSION

**KELLY A. LIBRERA**, affirms the following under the pains and penalties of perjury:

1. I am a partner in Winston & Strawn LLP, duly admitted to practice law in New York. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing defendant Devin Wenig in the above-captioned case.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

4. I have reviewed and agree to comply with the Local Rules of United States District Court for the District of Massachusetts.

**DATED:** April 18, 2024

**KELLY A. LIBRERA, ESQ.**