UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-11181-PBS |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Marc A. Diller hereby enters his appearance as counsel on behalf of the Plaintiffs, Ina Steiner, David Steiner, and Steiner Associates, LLC in the above-captioned matter.

                                                Respectfully submitted,
                                                Plaintiffs
                                                By Their Attorney,

                                                */s/ Marc A. Diller*
                                                Marc A. Diller, Esq.
                                                BBO #: 644997
                                                DILLER LAW, LLP
                                                50 Congress Street, Suite 420
                                                Boston, MA 02109
                                                (617) 523-7771
                                                marc@dillerlaw.com

Dated: May 3, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 3, 2024

                                                */s/ Marc A. Diller*
                                                Marc A. Diller