UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-11181-PBS |

## PLAINTIFFS' MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

NOW COME the Plaintiffs, Ina Steiner, David Steiner, and Steiner Associates, LLC, (hereinafter "Plaintiffs") by and through their undersigned counsel in the above-captioned matter, and respectfully move this Honorable Court, pursuant to LR, D. Mass 83.5.3 to permit Lawrence D. Lissauer, Esq. of Finkelstein & Partners, LLP to appear *pro hac vice* as co-counsel with Marc Diller, Esq. of Diller Law, LLP in the above-captioned action.

As grounds therefore, the undersigned counsel hereby submits as follows:

1. Lawrence D. Lissauer, Esquire is a member in good standing of the Bar of the State of New York as well as the United States District Court for the Northern/Southern/Eastern/Western Districts of New York. Attorney Lissauer is also admitted in the United States Court of Appeals, Second Circuit.

2. The State of New York affords reciprocally *pro hac vice* privileges to members in good standing of the Bar of the Commonwealth of Massachusetts, so long as they are associated with an attorney who is in good standing with the Bar for the State of New York.

3. For this litigation in the United States District Court of the District of Massachusetts, Lawrence Lissauer will work closely with the Boston, Massachusetts law firm of Diller

Law, LLP, 50 Congress Street, Suite 420, Boston, Massachusetts in order to comply with this Honorable Court's rules and procedures.

4. Plaintiffs respectfully desire Lawrence Lissauer to appear as a counsel of record so that he may actively participate in the above-captioned action.

5. Plaintiffs are not aware of any potential prejudice to Defendants in the above-captioned action should Lawrence Lissauer be permitted to appear as a counsel of record for the limited purposes of this action.

6. In further support of Plaintiffs' motion, the undersigned counsel has filed herewith the *Certification of Lawrence Lissauer In Support of Plaintiffs' Motion for Counsel to Appear Pro Hac Vice.*

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court allow *Plaintiffs' Motion for Counsel to Appear Pro Hac Vice.*

Respectfully submitted,
Plaintiffs
By Their Attorney,

*/s/ Marc A. Diller*
Marc A. Diller, Esq.
BBO #: 644997
DILLER LAW, LLP
50 Congress Street, Suite 420
Boston, MA 02109
(617) 523-7771
marc@dillerlaw.com

Dated: May 7, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2024.

*/s/ Marc A. Diller*
Marc A. Diller

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>EBAY, INC., et al.,<br><br>  Defendants. | Civil Action No. 1:21-cv-11181-PBS |

## CERTIFICATION OF LAWRENCE D. LISSAUER, ESQ IN SUPPORT OF PLAINTIFFS' MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

Lawrence D. Lissauer, being duly sworn, deposes and says:

1. My name is Lawrence Lissauer, and I am a Partner in the law firm of Finkelstein & Partners, LLP, located at 1279 Route 300, Newburgh, NY 12551. My phone number and e-mail address are (845) 563-9446 and LLissauer@lawampm.com.

2. I seek to be one of the attorneys assisting in the representation of the Plaintiffs in this action, Ina Steiner, David Steiner, and Steiner Associates, LLC.

3. I am admitted to practice before the following Courts of Federal Jurisdiction:

| Court | Year of Admission |
|---|---|
| Northern District of New York | 1987 |
| Southern District of New York | 1989 |
| Eastern District of New York | 1989 |
| Western District of New York | 2015 |
| Court of Appeals, Second Circuit | 2024 |

4. I am currently in good standing in the above-mentioned courts to which I am admitted. I am also currently in good standing to practice in the State of New York where I have been admitted since 1987.

5. I have at no time been denied admission *pro hac vice* in Massachusetts, nor have I had any such admission *pro hac vice* revoked in Massachusetts or any other jurisdiction.

6. I have not been disciplined or sanctioned by any court in Massachusetts, nor have disciplinary proceedings ever been brought against me in any other jurisdiction.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. I am associated in this matter with Massachusetts counsel of record, Marc Diller, Esq. with the firm of Diller Law, LLP, 50 Congress Street, Suite 420, Boston, MA 02108. I will continue to be associated with Marc Diller throughout all phases of litigation, as well as for trial and any hearings related to the within cause of action.

SUBSCRIBED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th day of May, 2024.

Lawrence D. Lissauer, Esq.