**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Ina Steiner, David Steiner, and Steiner Associates, LLC, | |
| Plaintiffs, | Case No. 1:21-cv-11181 |
| v. | |
| eBay, Inc., et al., | |
| Defendants. | |

### <u>NOTICE OF APPEARANCE</u>

Please enter the appearance for the undersigned attorney, Christopher R. Murphy, as counsel for plaintiffs INA STEINER, DAVID STEINER, AND STEINER ASSOCIATES, LLC in the  above-captioned matter.

Respectfully submitted,


 /s/ *Christopher R. Murphy*
Christopher R. Murphy
BBO# 644864
**SCALLI MURPHY LAW, P.C.**
537 Broadway
Everett, MA 02149
Telephone (617) 387-7000
Fax (617) 389-2000
cmurphy@scallimurphy.com

Dated:  May 8, 2024

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on May 8, 2024 this document was electronically filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system, which will send a notice of electronic filing (NEF) to all registered participants in the above-captioned action.

  /s/ <i>Christopher R. Murphy</i>          
Christopher R. Murphy
