UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-11181-PBS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Brian D. Acard hereby enters his appearance, admitted *pro hac vice*, as counsel on behalf of Plaintiffs, Ina Steiner, David Steiner, and Steiner Associates, LLC, in the above-captioned matter.

> Respectfully submitted,
> Plaintiffs,
> By Their Attorney
>
>
> */s/ Brian D. Acard*
> Brian D. Acard
> Finkelstein & Partners, LLP
> 1279 Route 300, Box 1111
> Newburgh, NY 12551
> 845-943-2331
> BAcard@lawampm.com

Dated: May 8, 2024

## CERTIFICATION OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2024.

*/s/ Brian D. Acard*
Brian D. Acard
Finkelstein & Partners, LLP
1279 Route 300, Box 1111
Newburgh, NY 12551
845-943-2331
BAcard@lawampm.com