# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-CV-11181-PBS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>EBAY INC., et al.,<br><br>      Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Attorney Rosemary Curran Scapicchio, and hereby moves to withdraw as counsel for the Plaintiffs, Ina Steiner and David Steiner. As reason therefore, counsel states that the Plaintiffs have engaged successor counsel, who have filed Notices of Appearance.

Dated: May 24, 2024

                                                Respectfully submitted,

                                                Rosemary Curran Scapicchio

                                                */s/ Rosemary C. Scapicchio*
                                                Law Office of Rosemary C. Scapicchio
                                                Rosemary Scapicchio, Esq. (BBO No. 558312)
                                                107 Union Wharf
                                                Boston, MA 02109
                                                617-263-7400
                                                Fax: 617-722-4198
                                                Email: Rosemary@scapicchiolaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                */s/ Rosemary C. Scapicchio*
                Rosemary Scapicchio, Esq.