## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-CV-11181-PBS

| |
|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, |
|        Plaintiffs, |
|        v. |
| EBAY INC., et al., |
|        Defendants. |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Attorney Jillise McDonough, and hereby moves to withdraw as counsel for the Plaintiff, Steiner Associates, LLC. As reason therefore, counsel states that the Plaintiff has engaged successor counsel, who have filed Notices of Appearance.

Dated: May 24, 2024

Respectfully submitted,

Jillise M. McDonough

*/s/ Jillise M. McDonough*
Law Office of Rosemary C. Scapicchio
Jillise McDonough, Esq. (BBO No. 688694)
107 Union Wharf
Boston, MA 02109
617-263-7400
Fax: 617-722-4198
Email: Jillise@scapicchiolaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*<u>/s/ Jillise M. McDonough</u>*
Jillise McDonough, Esq.