UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-CV-11181-PBS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,

    Plaintiffs,

v.

EBAY INC., et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Attorney Rosemary Curran Scapicchio, and hereby moves to withdraw as counsel for the Plaintiffs, Ina Steiner and David Steiner. As reason therefore, counsel states that the Plaintiffs have engaged successor counsel, who have filed Notices of Appearance.

Dated: May 24, 2024

    Respectfully submitted,

    Rosemary Curran Scapicchio

    */s/ Rosemary C. Scapicchio*
    Law Office of Rosemary C. Scapicchio
    Rosemary Scapicchio, Esq. (BBO No. 558312)
    107 Union Wharf
    Boston, MA 02109
    617-263-7400
    Fax: 617-722-4198
    Email: Rosemary@scapicchiolaw.com

5/28/24
Allowed
[signature]