UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-CV-11181-PBS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,

    Plaintiffs,

v.

EBAY INC., et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Attorney Jillise McDonough, and hereby moves to withdraw as counsel for the Plaintiff, Steiner Associates, LLC. As reason therefore, counsel states that the Plaintiff has engaged successor counsel, who have filed Notices of Appearance.

Dated: May 24, 2024

    Respectfully submitted,

    Jillise M. McDonough

    */s/ Jillise M. McDonough*
    Law Office of Rosemary C. Scapicchio
    Jillise McDonough, Esq. (BBO No. 688694)
    107 Union Wharf
    Boston, MA 02109
    617-263-7400
    Fax: 617-722-4198
    Email: Jillise@scapicchiolaw.com

5/28/24
Allowed
Patti B. Saris