**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                            )
INA STEINER, DAVID STEINER, and       )
STEINER ASSOCIATES, LLC,                    )
                                                            )
                        Plaintiffs,              )    Civil Action
                                                            )    21-cv-11181-PBS
v.                                                          )
                                                            )
EBAY, INC., et al.,                                 )
                                                            )
                        Defendants.           )
_____)

**ORDER MODIFYING SCHEDULING ORDER**

May 29, 2024

Saris, D.J.

The Court adopts the following modified Scheduling Order:

| Deadline Description | Deadline |
|---|---|
| **Fact Discovery** | |
| eBay to provide Document Production to Plaintiffs' new counsel. | 5/17/24 |
| Plaintiffs' production of all records they have agreed to produce in their written responses dated April 23, 2024 and in their interrogatory responses dated May 1, 2024. | 6/7/24 |
| Defendants (other than eBay) to provide document production to Plaintiffs. | 6/7/24 |
| Requests for Admission | 8/23/24 |
| Fact witness depositions | 9/27/24 |
| Completion of fact discovery | 9/27/24 |

| **Mediation** | |
|---|---|
| Parties commit to participate in a mediation (currently scheduled for June 17, 2024) | 8/15/24 |
| **Expert Discovery** | |
| Completion of IMEs | 8/23/24 |
| Plaintiffs' designation of experts and information contemplated by Rule 26(a)(2) | 10/7/24 |
| Defendants' designation of experts and information contemplated by Rule 26(a)(2) | 10/21/24 |
| Rebuttal expert reports | 11/7/24 |
| Completion of expert depositions and discovery | 12/13/24 |
| *Daubert* motions | 12/20/24 |
| **Dispositive Motions** | |
| Dispositive motions (motions for summary judgment or judgment on the pleadings) | 10/28/24 |
| Oppositions to dispositive motions | 11/27/24 |
| Reply memoranda | 12/17/24 |
| Sur-reply memoranda | 1/7/25 |
| Oral argument on motions for summary judgment | 2/13/25 |

| **Trial** | |
|---|---|
| Joint Pretrial Memorandum | 3/7/25 |
| Final Pretrial Conference | TBD mid-March |
| Trial | TBD June |

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge