UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY, INC., et al., <br><br> Defendants. | Civil Action No. 1:21-cv-11181-PBS |

**ORDER ON APPLICATION FOR LEAVE TO DEPOSE PRISONER**

The Court, after reviewing the Plaintiffs' Application for Leave to Depose Prisoner and considering the grounds therefore, does hereby grant leave to the Plaintiffs as requested, as follows:

WHEREAS, JIM BAUGH is currently an inmate at Federal Prison Camp (FPC) Montgomery, in Montgomery, Alabama; and

WHEREAS, Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (hereafter "Plaintiffs") have shown good cause for taking the deposition of inmate JIM BAUGH in the above-captioned matter; and

WHEREAS, Plaintiffs have made an adequate showing that inmate JIM BAUGH has percipient knowledge of facts and events relevant to Plaintiffs' claims in the above-captioned matter and the persons/entities involved therein; and

WHEREAS, Plaintiffs must secure this Court's leave to take the deposition testimony of inmate JIM BAUGH; and

WHEREAS, the taking of deposition testimony from a federal inmate at Federal Prison Camp Montgomery is coordinated, scheduled, and managed by the Bureau of Prisons, Southeast Regional Office;

WHEREFORE, be it known by these presents that this Court ADJUDGES, DECREES, and ORDERS that:

1. Plaintiffs have this Court's leave to take the deposition testimony of inmate JIM BAUGH upon notice to his civil defense counsel of record in this matter pursuant to Rule 30 of the Federal Rules of Civil Procedure; and

2. Prior thereto, Plaintiffs shall provide notice of this Order to the appropriate officials from FPC Montgomery and/or the Bureau of Prisons, Southeast Regional Office, and shall coordinate with said officials so that the taking of the deposition testimony, by all parties in the above-captioned action who wish to participate, of inmate JIM BAUGH shall be set and noticed for a time and place that will minimize disruptions to the orderly operations of the prison; and

3. Any or all counsel of record and *pro se* parties in the above-captioned matter may appear and participate in the deposition of inmate JIM BAUGH in person, if feasible consistent with the needs and physical capabilities of the aforementioned FPC Montgomery, or remote means (either via telephone or video conference) provided that FPC Montgomery or the Bureau of Prisons is able to accommodate such requests.

4. JIM BAUGH's deposition shall be taken by all parties in a manner consistent with the time limitations set forth in Paragraph 4(c) of this Court's Scheduling Order (Dkt. 275).

**IT IS SO ORDERED.**

Dated: _____              _____
                                                                        UNITED STATES MAGISTRATE JUDGE