UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | Civil Action No. 21-CV-11181-PBS |

**JOINT/UNOPPOSED MOTION FOR STATUS CONFERENCE**

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively "Plaintiffs") and Defendant eBay Inc. ("eBay"), file this Motion for a status conference (the "Motion"). Defendants Devin Wenig, Steve Wymer, and Wendy Jones join the Motion. In support of this Motion, Plaintiffs and eBay state as follows:

1. On June 17, 2024, the Parties engaged in a full-day mediation session.

2. Although the mediation was ultimately not successful, the Parties believe that a discussion with the Court regarding the mediation may be helpful to the settlement process.

3. Plaintiffs and eBay agree that an in-person status conference would be the most efficient way to proceed. Plaintiffs and eBay do not expect the need for the status conference to last more than half an hour.

4. Plaintiffs and eBay are available to attend a status conference on the following dates:

   a. Thursday, July 18;

   b. Tuesday, July 23;

1

c. Wednesday, July 24; or

d. Thursday, July 25 (after 2 pm).

5. Plaintiffs and eBay anticipate that they are the only parties necessary for the status conference, but have notified all other Parties of this motion and anticipate that some or all will attend as well.

6. Wenig, Wymer, and Jones join the Motion, and Baugh, Cooke, Harville, Gilbert, Popp, Stockwell, and Zea take no position or do not oppose the Motion. PFC has not provided its position as of the filing of the Motion.

WHEREFORE, the Parties respectfully request that the Court schedule a status conference.

Dated: July 9, 2024　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein
Brian D. Acard
Kenneth B. Fromson
Lawrence D. Lissauer
FINKELSTEIN & PARTNERS, LLP
1279 Route 300
Newburgh, NY 12551
(845) 563-9459
afinkelstein@fbfglaw.com
bacard@lawampm.com
kfromson@lawampm.com
LLissauer@lawampm.com

Marc A. Diller
DILLER LAW, LLP
50 Congress Street
Ste 420
Boston, MA 02109
(617) 523-7771

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo
Kathryn L. Alessi
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
jpirozzolo@sidley.com
kalessi@sidley.com
(617) 223-0300

Scott T. Nonaka *(pro hac vice)*
SIDLEY AUSTIN LLP
555 California Street, Suite 2000 San Francisco, CA 94104 Telephone: (415) 772-1285 snonaka@sidley.com

Daniel J. Feith *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C.

marc@dillerlaw.com

Christopher R. Murphy
FOSTER, SCALLI & MURPHY, LLC
537 Broadway
Everett, MA 02149
(617) 387-7000
cmurphy@scallimurphy.com

Todd S. Garber
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3284
tgarber@fbfglaw.com

*Counsel for Ina Steiner, David Steiner and Steiner Associates, LLC*

*/s/ Caz Hashemi*
Caz Hashemi
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Melissa Mills
Trevor Templeton
WILSON SONSINI GOODRICH & ROSATI P.C.
953 East Third Street
Suite 100
Los Angeles, CA 90013
(323) 210-2991
mmills@wsgr.com
ttempleton@wsgr.com

Lon F. Povich
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109

20005
Telephone: (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*

*/s/ Abbe David Lowell*
Abbe David Lowell
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, D.C. 20036
(202) 282-5000
adlowell@winston.com

Kelly A. Librera
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-4622
klibrera@winston.com

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Michael Pabian
MICHAEL PABIAN LAW OFFICE, LLC
20 Park Plaza, Suite 1000
Boston, MA 02116
(339) 227-0642
pabianlaw38@gmail.com

*Counsel for Devin Wenig*

*/s/ Andrew O'Connor*
Andrew O'Connor
Brien T. O'Connor
Jesse Coulon
ROPES AND GRAY
Prudential Tower

3

(617) 621-6548
lpovich@andersonkreiger.com

*Counsel for Steve Wymer*

800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
boconnor@ropesgray.com
jesse.coulon@ropesgray.com

*Counsel for Wendy Jones*

## **CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for eBay has conferred will all parties regarding this motion. Wenig, Wymer, and Jones join the Motion, and Baugh, Cooke, Harville, Gilbert, Popp, Stockwell, and Zea take no position or do not oppose the Motion. PFC has not responded to correspondence regarding the Motion as of the time of filing.

Dated: July 9, 2024                                   */s/ Jack W. Pirozzolo*
                                                                                     Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 9, 2024  */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo