UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 21-CV-11181-PBS |
| v. | ) ) ) | |
| EBAY INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION OF PLAINTIFFS AND DEFENDANT EBAY INC. FOR ENTRY OF PROPOSED BRIEFING SCHEDULE ON ISSUE OF PUNITIVE DAMAGES**

Pursuant to this Court's minute order dated July 18, 2024, Dkt. 418, Plaintiffs and Defendant eBay Inc. (the "Moving Parties") jointly submit this proposed briefing schedule for cross-motions for partial summary judgment as to the whether the availability of punitive damages in this case is subject to Massachusetts law or California law. As grounds for this motion, the Moving Parties state as follows:

1. The Moving Parties agree that Massachusetts law governs Defendants' liability and the issue of compensatory damages, but disagree over whether Massachusetts or California law governs the availability of punitive damages here.

2. Given the importance of this issue, on July 18, 2024, the Moving Parties appeared for a status conference to bring the issue to the Court's attention.

3. At the status conference, the Court directed the parties to raise this issue for resolution by the Court via partial motions for summary judgment. In a minute order, the Court further directed the parties to file a joint proposed briefing scheduling on this issue. *See* Dkt. 418.

4.      The Moving Parties have conferred and respectfully request that the Court enter the following briefing schedule:

- By July 26, 2024, Plaintiffs and eBay shall each serve a motion for partial summary judgment and memorandum of law in support of such motion. Such memoranda shall be limited to 20 pages each.

- By August 2, 2024, Plaintiffs and eBay shall each serve their respective memorandum of law in opposition to one another's motions for partial summary judgment. Such memoranda shall be limited to 10 pages each.

- No reply briefs shall be permitted.

WHEREFORE, the Moving Parties respectfully request that the Court enter an order setting the briefing schedule as set forth above.

Dated: July 22, 2024                                        Respectfully submitted,

/s/ *Kenneth B. Fromson*                              /s/ *Jack W. Pirozzolo*
Kenneth B. Fromson                                      Jack W. Pirozzolo (BBO #564879)
Andrew G. Finkelstein                                   Kathryn L. Alessi (BBO #651110)
Brian D. Acard                                          SIDLEY AUSTIN LLP
Lawrence D. Lissauer                                    60 State Street, 36th Floor
FINKELSTEIN & PARTNERS, LLP                             Boston, MA 02109
1279 Route 300                                          Telephone: (617) 223-0300
Newburgh, NY 12551                                      Facsimile: (617) 223-0301
(845) 563-9459                                          jpirozzolo@sidley.com
kfromson@lawampm.com                                    kalessi@sidley.com
afinkelstein@fbfglaw.com
bacard@lawampm.com                                      Scott T. Nonaka (*pro hac vice*)
LLissauer@lawampm.com                                   SIDLEY AUSTIN LLP
                                                        555 California Street, Suite 2000
Marc A. Diller                                          San Francisco, CA 94104
DILLER LAW, LLP                                         Telephone: (415) 772-1285
50 Congress Street                                      snonaka@sidley.com
Ste 420
Boston, MA 02109                                        Daniel J. Feith (*pro hac vice*)
(617) 523-7771                                          Lucas Croslow (*pro hac vice*)
marc@dillerlaw.com                                      SIDLEY AUSTIN LLP
                                                        1501 K Street NW

Christopher R. Murphy
FOSTER, SCALLI & MURPHY, LLC
537 Broadway
Everett, MA 02149
(617) 387-7000
cmurphy@scallimurphy.com

Todd S. Garber
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3284
tgarber@fbfglaw.com

*Counsel for Ina Steiner, David Steiner and Steiner Associates, LLC*

Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com
lcroslow@sidley.com

*Counsel for eBay Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 22, 2024                                                        /s/ *Jack W. Pirozzolo*
                                                                                          Jack W. Pirozzolo