UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

INA STEINER, DAVID STEINER,                )
and STEINER ASSOCIATES, LLC              )
                                                           )
      Plaintiffs,                                     )
                                                           )          Civil Action No. 1:21-cv-11181-PBS
v.                                                          )
                                                           )
EBAY, INC., et al.,                                   )
                                                           )
      Defendants.                                   )
                                                           )
_____)

## **PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE that the accompanying memorandum, and upon all the prior pleadings and proceedings had herein, Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively, "Plaintiffs") hereby move the District Court of Massachusetts as soon as can be heard for an Order on Plaintiffs' Motion for Partial Summary Judgment and further relief as this Court deems just and proper.

Dated: July 26, 2024                Respectfully submitted,

                                 */s/Andrew G. Finkelstein*
                                 Andrew G. Finkelstein
                                 Brian D. Acard
                                 Kenneth B. Fromson
                                 Lawrence D. Lissauer
                                 FINKELSTEIN & PARTNERS, LLP
                                 1279 Route 300
                                 Newburgh, NY 12551
                                 (845) 563-9459
                                 afinkelstein@fbfglaw.com
                                 bacard@lawampm.com
                                 kfromson@lawampm.com
                                 LLissauer@lawampm.com

                                 Marc A. Diller

DILLER LAW, LLP
50 Congress Street
Ste 420
Boston, MA 02109
(617) 523-7771
marc@dillerlaw.com

Christopher R. Murphy
FOSTER, SCALLI & MURPHY, LLC
537 Broadway
Everett, MA 02149
(617) 387-7000
cmurphy@scallimurphy.com

Todd S. Garber
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON
& GARBER, LLP
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3283
tgarber@fbfglaw.com

*Counsel for Ina Steiner, David Steiner and Steiner Associates, LLC*