# Exhibit J

**Subject:** Re: Letters To The Editor - eBay Buyer Management Tools
**From:**   REDACTED
**Date:** 3/1/2021, 6:24 PM
**To:** "ina@auctionbytes.com" <ina@auctionbytes.com>

Hello Ina,

Thought you might want to make your readers aware of eBay's manipulation of their new Buyer Management Tools interface.

Just went to add some additional user ids to my "Blocked Buyer" list and found that my "Buyer Requirements", "Don't allow blocked buyers to contact me", and "Apply above settings to active and future listings" settings were changed.

Once all of buyer qualifications were reset to their original settings, I moved the lowermost slider over to the right, which turns it blue and applies all of the selections that have been made..

To my dismay, after reviewing the Buyer Management Tools for each of my selling accounts some time later, the apply settings buttons were found to be slid to the left, which indicates they are inactive.

My recent discovery may account for some of the recent sales that have been coming from blocked and/or restricted buyers.

Have attached a screen-shot of my current Buyer Management Tools page.

Out of fear of retaliation from eBay, please do not publish my name.

Best Regards,

**REDACTED**

---ebay-buyer-management-tools-settings.jpg---

PPROD-073286

**Subject:** Does eBay throttle small sellers during the holidays?
**From:** REDACTED
**Date:** 11/25/2020, 8:41 AM
**To:** Ina Steiner <ina@ecommercebytes.com>

REDACT

Ina,

I have been selling on eBay for many years. After some very decent sales in September and October, I saw sales fall off starting in early November. This is a pattern that I see every year in early November and sales normally recover in late January. This leads me to my question: does eBay throttle small sellers during the holidays? The fact that I see this pattern every year makes me wonder. As I listened to the news this morning, one story mentioned that online sales are up 30% or more. One would think that I would benefit from this robust uptick.

I would love to know if other small sellers experience this right before and during the holiday season, especially within the early November to late January window.

Name withheld due to fear of retaliation by eBay
REDACTED

REDACT

PPROD-073287

**Subject:** Re: Unsubscribe from Every Place I Sell
**From:** REDACTED
**Date:** 6/18/2020, 11:28 PM
**To:** dsteiner@auctionbytes.com

REDACTED

Please UNSUBSCRIBE ALL my information and shops from this site. I have received cyberbully emails and no longer wish to advertise my shops on this site. I could not find any way to do it myself.

REDACTED

On June 18, 2020 at 11:14 PM dsteiner@auctionbytes.com wrote:

Hi REDACTED

Thank you for updating your merchant listing on EveryPlaceISell.com.

We will review your information and notify you within 24 hours if your changes have been approved. NO CHANGES WILL APPEAR ON YOUR LISTING UNTIL YOU HAVE RECEIVED THIS EMAIL NOTIFICATION FROM THE ADMINISTRATOR.

You will find a page of Frequently Asked Questions (FAQs) here:
https://www.everyplaceisell.com/cgi-bin/ep/ep.pl?faq

Regards,
EveryPlaceISell.com
Steiner Associates LLC
PO Box 668
Natick, MA 01760
https://www.everyplaceisell.com