```
 1                  UNITED STATES DISTRICT COURT
 2                    DISTRICT OF MASSACHUSETTS
 3      - - - - - - - - - - - - - - - - - - - x
 4      INA STEINER, DAVID STEINER and
 5      STEINER ASSOCIATES, LLC
 6            Plaintiffs
 7      vs.                         CA No. 21-CV-11181-PBS
 8      eBAY, INC. et al.
 9            Defendants
10      - - - - - - - - - - - - - - - - - - - x
11
12           VIDEO DEPOSITION of STEINER ASSOCIATES, LLC
13                    by and through INA STEINER
14             Friday, August 30, 2024 - 10:12 a.m.
15                        Ropes & Gray LLP
16                       800 Boylston Street
17                      Boston, Massachusetts
18
19
20    Reporter:  Jill K. Ruggieri, RPR, RMR, FCRR, CRR
21
22
23
24
25
```

1

```
 1              MR. PIROZZOLO:  What's the
 2   objection?
 3              MR. FROMSON:  It's compound.  It
 4   could be both.
 5              MR. PIROZZOLO:  Well, okay.  All
 6   right.
 7   BY MR. PIROZZOLO:
 8        Q    Do you understand the question?
 9        A    Could you repeat it, please?
10        Q    Okay.
11              Are the -- are the relationships
12   with the sources the relationship with the LLC?
13        A    No.
14        Q    Those relationships with the sources
15   are with you?
16        A    Yes.
17        Q    And so whatever may happen with
18   regard to the LLC, the relationships with the
19   sources would travel with you, correct?
20        A    Yes, yes.
21        Q    And I'm not asking you for the names
22   of sources, because that's currently a matter
23   of dispute, so I'm not asking you that.
24              But I do want to know how many
25   confidential sources you have.
```

```
 1                MR. FROMSON:  Can you just
 2   just objection as to form.
 3                I have no objection to her
 4   answering that number.  Just your phrase -- use
 5   of the term "confidential sources" as opposed
 6   to just the sources.
 7                I just don't know what you mean.
 8                MR. PIROZZOLO:  I'll clarify.
 9                MR. FROMSON:  Thanks.
10   BY MR. PIROZZOLO:
11       Q    It's my understanding that you are
12   refusing to provide us the identities of any of
13   your sources, and you're doing so on the ground
14   of a thing called the source privilege,
15   correct?
16       A    That's right.
17       Q    And that objection would apply only
18   to sources that you deem to be confidential,
19   correct?
20                MR. FROMSON:  Object as to form.
21                You can answer.
22       A    Yes.
23       Q    Well, if they're not confidential --
24       A    Yes, right.
25       Q    -- how could you resist providing us
```

1  that information, right?
2              MR. FROMSON:  Argumentative, but
3  I'll let her answer.
4       A    I answered the question.
5       Q    So with that as a premise, with
6  regard to confidential sources, how many do you
7  have?
8       A    It's a tough question to answer, only
9  because I've been reporting on e-commerce for
10 25 years.
11             So if you wanted to go back to
12 1999 and somebody said, "Hey, I want to tell
13 you this information but don't use my name,"
14 that, I would consider a source, and I would
15 object to providing that to anybody.
16             And so I never counted them, if
17 you...  I don't know.
18      Q    So let me ask some questions about
19 different categories of sources, okay, so in
20 terms of how you define a source.
21             So where does the information
22 come from when they're coming from confidential
23 sources, in your experience?
24      A    I would say a majority are online
25 sellers who make part or all of their