# EXHIBIT 1

| | |
|---|---|
| **From:** | Todd Garber |
| **To:** | Feith, Daniel J.; Andrew Finkelstein; Brian Acard; Kenneth Fromson; Lawrence Lissauer; Marc Diller; cmurphy scallimurphy.com; Bradley Silverman; Karen Toomey; Ann Johnson |
| **Cc:** | Pirozzolo, Jack; Alessi, Kathryn L.; Croslow, Lucas; Nonaka, Scott; Chung, Richard K.; adlowell@winston.com; klibrera@winston.com; owlmgw@att.net; pabianlaw38@gmail.com; tweigand@morrisonmahoney.com; kiversontufo@morrisonmahoney.com; wfick@fickmarx.com; dmarx@fickmarx.com; dgelb@gelbgelb.com; mconrad@conmetkane.com; mkane@conmetkane.com; dbrooks@lhbmlegal.com; jstrojny@lhblaw.com; clindberg@msdefenders.com; tminer@msdefenders.com; adeal@paikdeal.com; ypaik@paikdeal.com; stockwellstephanie21@gmail.com; andrew.oconnor@ropesgray.com; boconnor@ropesgray.com; jesse.coulon@ropesgray.com; michelle.kahn@ropesgray.com; frank.ubhaus@berliner.com; mday@tshdlegal.com; Hashemi, Caz; Mills, Melissa; Christopher.Edelman@usdoj.gov; Jason.Lynch@usdoj.gov; Carney, Matthew L. (CIV); Templeton, Trevor |
| **Subject:** | RE: Steiner v. eBay - eBay"s Motion to Compel Disclosure of the Identities of Plaintiffs" Sources |
| **Date:** | Thursday, September 12, 2024 9:40:00 PM |

Jack,

Upon reviewing eBay's Motion to Compel Disclosure of the Identities of Plaintiffs' Sources, we were surprised to see eBay's position articulated for the first time in its brief filed yesterday that eBay's request is limited to "*only* those sources Plaintiffs allege stopped working with them as a result of the Natick events, not all of Plaintiffs' sources." If that is the case, eBay's motion is moot and should be withdrawn. None of the 307 documents found on Plaintiffs' Privilege Log that are the subject of eBay's motion fall within this definition. Were the Court to grant the relief that eBay is now requesting, there would be nothing for Plaintiffs to produce.

As such, eBay's motion is moot and Plaintiffs request that it be withdrawn.

Please advise by the end of the day tomorrow whether eBay will withdraw the motion.

Best,
Todd


**Todd S. Garber, Esq. | Partner**
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, NY 10601
Tel: (914) 298-3283
www.fbfglaw.com