# EXHIBIT 2

| From: | Pirozzolo, Jack |
|---|---|
| To: | Todd Garber; Feith, Daniel J.; Andrew Finkelstein; Brian Acard; Kenneth Fromson; Lawrence Lissauer; Marc Diller; cmurphy scallimurphy.com; Bradley Silverman; Karen Toomey; Ann Johnson |
| Cc: | Alessi, Kathryn L.; Croslow, Lucas; Nonaka, Scott; Chung, Richard K.; adlowell@winston.com; klibrera@winston.com; owlmgw@att.net; pabianlaw38@gmail.com; tweigand@morrisonmahoney.com; kiversontufo@morrisonmahoney.com; wfick@fickmarx.com; dmarx@fickmarx.com; dgelb@gelbgelb.com; mconrad@conmetkane.com; mkane@conmetkane.com; dbrooks@lhbmlegal.com; jstrojny@lhblaw.com; clindberg@msdefenders.com; tminer@msdefenders.com; adeal@paikdeal.com; ypaik@paikdeal.com; stockwellstephanie21@gmail.com; andrew.oconnor@ropesgray.com; boconnor@ropesgray.com; jesse.coulon@ropesgray.com; michelle.kahn@ropesgray.com; frank.ubhaus@berliner.com; mday@tshdlegal.com; Hashemi, Caz; Mills, Melissa; Christopher.Edelman@usdoj.gov; Jason.Lynch@usdoj.gov; Carney, Matthew L. (CIV); Templeton, Trevor |
| Subject: | RE: Steiner v. eBay - eBay"s Motion to Compel Disclosure of the Identities of Plaintiffs" Sources |
| Date: | Friday, September 13, 2024 12:21:18 PM |

Todd:

Thank you for your email.  To confirm that we understand your position, are you representing that none of the documents over which Plaintiffs have claimed source privilege is responsive to RFP No. 77 to Steiner Associates, RFP No. 78 to Ina Steiner, or RFP No. 78 to David Steiner?  If so, then you should feel free to represent in your opposition that your clients have no documents showing that any "would be sources" have stopped providing information to your clients because of the criminal conduct as you allege in the complaint.

Even with such a representation, however, eBay's motion is not moot since, as you can see from both the motion itself and the memo in support, see Dkts. 449 ¶ 3 and 450 at 3-4, our motion is not limited to seeking documents you have withheld.  Specifically, we are seeking a response to Interrogatory 5, which you have refused answer based on source privilege.  Id.  We are also seeking responses to questions we have posed as part of the 30(b)(6) deposition.  Id.  We also expect to pose questions to Ms. Steiner and to Mr. Steiner in their upcoming depositions regarding the claim that "would be" sources have ceased communicating with them.

Happy to discuss further.

Regards,
**JACK W. PIROZZOLO**


**SIDLEY AUSTIN LLP**
+1 617 223 0304
jpirozzolo@sidley.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Todd Garber <tgarber@FBFGLaw.com>
**Sent:** Thursday, September 12, 2024 9:40 PM
**To:** Feith, Daniel J. <dfeith@sidley.com>; Andrew Finkelstein
<AFinkelstein@lawampm.com>; Brian Acard <BAcard@lawampm.com>; Kenneth Fromson

<KFromson@lawampm.com>; Lawrence Lissauer <LLissauer@lawampm.com>; Marc Diller <MDiller@dillerlaw.com>; cmurphy scallimurphy.com <cmurphy@scallimurphy.com>; Bradley Silverman <BSilverman@fbfglaw.com>; Karen Toomey <KToomey@lawampm.com>; Ann Johnson <AJohnson@lawampm.com>
**Cc:** Pirozzolo, Jack <jpirozzolo@sidley.com>; Alessi, Kathryn L. <kalessi@sidley.com>; Croslow, Lucas <lcroslow@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Chung, Richard K. <rchung@sidley.com>; adlowell@winston.com; klibrera@winston.com; owlmgw@att.net; pabianlaw38@gmail.com; tweigand@morrisonmahoney.com; kiversontufo@morrisonmahoney.com; wfick@fickmarx.com; dmarx@fickmarx.com; dgelb@gelbgelb.com; mconrad@conmetkane.com; mkane@conmetkane.com; dbrooks@lhbmlegal.com; jstrojny@lhblaw.com; clindberg@msdefenders.com; tminer@msdefenders.com; adeal@paikdeal.com; ypaik@paikdeal.com; stockwellstephanie21@gmail.com; andrew.oconnor@ropesgray.com; boconnor@ropesgray.com; jesse.coulon@ropesgray.com; michelle.kahn@ropesgray.com; frank.ubhaus@berliner.com; mday@tshdlegal.com; Hashemi, Caz <chashemi@wsgr.com>; Mills, Melissa <mmills@wsgr.com>; Christopher.Edelman@usdoj.gov; Jason.Lynch@usdoj.gov; Carney, Matthew L. (CIV) <Matthew.L.Carney@usdoj.gov>; Templeton, Trevor <ttempleton@wsgr.com>
**Subject:** RE: Steiner v. eBay - eBay's Motion to Compel Disclosure of the Identities of Plaintiffs' Sources

Jack,

Upon reviewing eBay's Motion to Compel Disclosure of the Identities of Plaintiffs' Sources, we were surprised to see eBay's position articulated for the first time in its brief filed yesterday that eBay's request is limited to "*only* those sources Plaintiffs allege stopped working with them as a result of the Natick events, not all of Plaintiffs' sources."  If that is the case, eBay's motion is moot and should be withdrawn.  None of the 307 documents found on Plaintiffs' Privilege Log that are the subject of eBay's motion fall within this definition.  Were the Court to grant the relief that eBay is now requesting, there would be nothing for Plaintiffs to produce.

As such, eBay's motion is moot and Plaintiffs request that it be withdrawn.

Please advise by the end of the day tomorrow whether eBay will withdraw the motion.

Best,

Todd

**Todd S. Garber, Esq. | Partner**
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, NY 10601
Tel: (914) 298-3283
www.fbfglaw.com

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.