# EXHIBIT 4

| Line | My_year | My_Mon | My_Day | Title | Author | BlogBody2 |
|------|---------|--------|--------|-------|--------|-----------|
| 357 | 2011 | 3 | 8 | What Happened to Reporting Bad Buyers on eBay? | Ina Steiner | Dear Ina,<br>Allow me to me begin by thanking you for the amazing job you do at covering relevant market news. Like many of your readers, my morning begins and my evening ends with a quick review of AuctionBytes.<br><br>I am writing today to find out if you or any of your readers remembers one of the recent updates, wherein eBay promised they would take action against bad buyers and that the action taken would be logged on the seller dashboard. If so, has anyone ever seen a result of the action taken? May I ask where on the seller dashboard this appeared and what the results were?<br><br>A few months ago after receiving an undeserved negative, I reported my buyer (who I believe to be a competitor) and the grounds for my suspicions via one of the many eBay help pages. At the end of the reporting process, I landed on another page that encouraged me to watch my seller dashboard for an update on the action taken by Trust &amp; Safety.<br><br>Several weeks passed and I continued to check my dashboard daily, but saw no changes to indicate any action at all. Nor that I had even logged a complaint. I decided to contact eBay via chat and see if a CSR could explain the process more thoroughly, eg. would a new box appear stating the number of feedbacks removed, investigations completed, or action taken by T&amp;S?<br><br>The CSR I chatted with seemed to have less knowledge about this new policy than I did, but promised they would look into this matter further and follow it up with an email. I never did receive the email promised though I did receive the standard request to complete a survey rating my recent experience with eBay support!<br><br>I won't bore you with details of the transaction I reported except to say I do believe seller's develop a sixth sense about these things and while over the years there have been a number of negatives I fully deserved, especially in the early years, this was not one of them. I believe I had enough information to prove I was being targeted by my competitor and just once, just one I was hoping that eBay might act on this.<br><br>I do hope someone out there has seen eBay make good on this promise and can report what changes can be seen on the seller dashboard when bad buyers / sellers are caught in the act of disrupting trade (I believe that is the infraction?).<br><br>Thank you for you time. Regretfully, I ask that you withhold my details. I'm in the camp that believes eBay can and will retaliate against sellers who post on any forum.<br><br><span style="font-weight: bold;">Note from the Editor:</span> eBay launched the "Streamlined hub" in November 2010, <a href="http://announcements.ebay.com/2010/11/seller-benefiting-updates-to-feedback-are-here/" target="_self">the announcement stated</a>:<br><br><span style="font-style: italic;">"New Seller Dashboard module shows the number of times Feedback and Buyer Protection cases were removed from your account as a result of your report and eBays detection systems."</span><br> |

INFORMATIONAL COPY ONLY - PRODUCED IN NATIVE FORMAT

PPROD-069865

| Line | My_year | My_Mon | My_Day | Title | Author | BlogBody2 |
|------|---------|--------|--------|-------|--------|-----------|
| 390 | 2011 | 5 | 14 | eBay Tells Buyer to File Claim before Contacting Seller | Ina Steiner | Dear Ina,<br>This morning I received an email from PayPal that an international buyer had filed an item not received claim. I had shipped a $180.00 item international 1st Class mail free of charge and had no proof of delivery and knew how the claim would automatically be settled. So I immediately refunded and sent a note to the buyer asking why she hadn't contacted me first.<br><br>Below is the reply I received from the buyer. Ebay is actually soliciting and encouraging international buyers to file claims in lieu of contacting the seller directly first. With the new international standards going into effect soon, eBay's is intent is crystal clear - to eliminate still more seller discounts. <br><br>This is another unambiguous example of the duplicitous, bait and switch, fundamentally dishonest business ethics and procedures ebay regularly engages in.<br><br>The effect will be for more US sellers to stop selling internationally so the Chinese can have a higher sell through rate on the ebay.com site.<br><br>Below is the email I received with all seller and buyer identifiers removed to avoid eBay retribution. I also translated two foreign words into English to further avoid eBay retribution.<br>Best regards, <br>Name Witheld by Request<br><br><hr style="width: 100%; height: 2px;">Subject: Re: (seller ID removed) sent a message about (ebay listing title and item number removed) <br>Date: Sat, 7 May 2011 10:24:12 -0700 (MST) <br>From: Ebay Member (ebay buyer ID and buyer email address removed) <br>To: (seller email address removed)<br><br>Dear (seller ID removed),<br>Hello<br>Sorry to have opposed you by sending to me to paypal but I thought that it was the procedure, because ebay sent me messages asking me to specify if I had received or not the parcel. I respected their instructions. Indeed, at the moment I did not receive the watch but maybe her(it) goes arrival? Very cordially.<br>(buyer ID removed)<br><br> |

INFORMATIONAL COPY ONLY - PRODUCED IN NATIVE FORMAT

PPROD-069865

| Line | My_year | My_Mon | My_Day | Title | Author | BlogBody2 |
|---|---|---|---|---|---|---|
| 2421 | 2021 | 10 | 22 | eBay Monkeys Around with Cufflinks Attributes | Reader | \<div\>Dear Ina, \</div\>\<div\>So apparently, in addition to collectibles, eBay is monkeying around with cufflinks item specifics as well (Jewelry &amp; Watches &gt; Men's Jewelry &gt; Cufflinks.) \</div\>\<div\>\<br\>\</div\>\<div\>I noticed that eBay is requiring us to update cufflinks with all the many item specifics that they have added. There are lots of item specifics that are not even relevant, such as "diamond clarity", "cut grade", "colored diamond intensity", "diamond clarity grade", etc. The folks selling novelty cufflinks must be loving this.\</div\>\<div\>\<br\>\</div\>\<div\>Here is the kicker - once I edited/updated a listing and tried listing it I received this message: It looks like there's a problem with this listing.\</div\>\<div\>\<br\>\</div\>\<div\>\<b\>\<i\>This listing has too many item specifics. Reduce the number of item specifics to 45 or less and try again\</i\>\</b\>\</div\>\<div\>\<br\>\</div\>\<div\>These are the item specifics that EBAY ADDED. I didn't add a single item specific that wasn't there when I went into edit the listing. Yes, the clowns that added all of the new item specifics are the source of the problem.\</div\>\<div\>\<br\>\</div\>\<div\>Name withheld for fear of retaliation.\</div\> |

INFORMATIONAL COPY ONLY - PRODUCED IN NATIVE FORMAT

| Line | My_year | My_Mon | My_Day | Title | Author | BlogBody2 |
|------|---------|--------|--------|-------|--------|-----------|
| 2502 | 2022 | 4 | 14 | eBay Dipped into Wrong Payment Method for Shipping Charges | Ina Steiner | <div>Dear Ina,</div><div>First of all, I appreciate all your hard work! The information is so helpful. I only wish I had known about you a long time ago! I have only been subscribed for a few months.</div><div><br></div><div>I wanted to report something concerning eBay. I had 2 shipping charges come out of my personal bank account the last two days. That has never happened in all the time I've had a business account that I used solely for selling (and purchasing supplies) on eBay, of course through managed payments. Somehow for these 2 shipping labels, it defaulted to my personal debit card. (Once in a blue moon, I will use that card for a personal expense for home). It isn't my backup payment, it's actually my fourth payment method in my eBay account settings. This is scary and fraudulent.</div><div><br></div><div>After a lengthy conversation with a couple of eBay associates, they finally admitted there was a glitch. They had just implemented a new practice that allows the seller to choose which payment method they wanted to purchase shipping labels with. (Did I miss that announcement? It's possible.) Now, it's supposed to remain as is (your default payment) unless you change it. I didn't change mine. They changed it for me, and again, not to my backup payment, but to my backup's backup's backup!</div><div><br></div><div>Please make sure your readers know to check payment method (bottom of page) EVERY time they print a shipping label, in case eBay changes it. One more thing to worry about.</div><div><br></div><div>Thank you. And please keep me anonymous. I do believe eBay retaliation is real. I'm certain I've been a victim of it.</div><div>anonymous</div> |

INFORMATIONAL COPY ONLY - PRODUCED IN NATIVE FORMAT

PPROD-069865

| Line | My_year | My_Month | My_Day | Title | Author | BlogBody2 |
|---|---|---|---|---|---|---|
| 2746 | 2023 | 11 | 8 | Human Sellers Unable to Appeal eBay AI BOT Enforcement | Reader | \<div\>Dear Ina,\</div\>\<div\>For weeks I have been hearing about the new eBay Artificial Intelligence BOT designed to spot and remove counterfeit items. It sounded like a great idea. Then I started seeing online videos from trusted sellers about the mistakes it was making, then my friends had items flagged and even got suspended. \</div\>\<div\>\<br\>\</div\>\<div\>I didn't take it seriously until I got my first counterfeit strike, for a completely legit item and the source was the AI BOT. Then my wife got not 1, but 2 in her store, with the threat of a 3-day suspension next time it happens. Nowhere to appeal, nobody to call and resolve the issue with, nothing.\</div\>\<div\>\<br\>\</div\>\<div\>The email from eBay said the items had been removed by AI. Unlike the past, where the email address of the company who reported you is included, this email just said the AI BOT had done the work and there was nobody to contact.\</div\>\<div\>\<br\>\</div\>\<div\>\<i\>("Listings that don't follow this policy in the future will be ended. This determination was made using automation or artificial intelligence.")\</i\>\</div\>\<div\>\<br\>\</div\>\<div\>This is scary, an out-of-control program making huge mistakes with no recourse for those of us getting punished.\</div\>\<div\>\<br\>\</div\>\<div\>This program is going to get sellers (legitimate sellers) permanently banned. Now, everyone I know is afraid to list anything for fear of the rogue BOT. I hope you and your team are looking into this and will report on it soon.\</div\>\<div\>\<br\>\</div\>\<div\>Sincerely Worried,\</div\>\<div\>Top Rated Seller on eBay, Member Since 1999\</div\>\<div\>\<br\>\</div\>\<div\>PS: Please don't mention my name or my store if you publish this, I am always worried about eBay retaliation! Thank you.\</div\> |

INFORMATIONAL COPY ONLY - PRODUCED IN NATIVE FORMAT

PPROD-073285

**Subject:** Re: Letters To The Editor - eBay Buyer Management Tools

**From:**        REDACT ▢

**Date:** 3/1/2021, 6:24 PM

**To:** "ina@auctionbytes.com" <ina@auctionbytes.com>

Hello Ina,

Thought you might want to make your readers aware of eBay's manipulation of their new Buyer Management Tools interface.

Just went to add some additional user ids to my "Blocked Buyer" list and found that my "Buyer Requirements", "Don't allow blocked buyers to contact me", and "Apply above settings to active and future listings" settings were changed.

Once all of buyer qualifications were reset to their original settings, I moved the lowermost slider over to the right, which turns it blue and applies all of the selections that have been made..

To my dismay, after reviewing the Buyer Management Tools for each of my selling accounts some time later, the apply settings buttons were found to be slid to the left, which indicates they are inactive.

My recent discovery may account for some of the recent sales that have been coming from blocked and/or restricted buyers.

Have attached a screen-shot of my current Buyer Management Tools page.

Out of fear of retaliation from eBay, please do not publish my name.

Best Regards,

**REDACTED**

—ebay-buyer-management-tools-settings.jpg—

1 of 2                                                                                                    4/13/2021, 8:42 PM

PPROD-073286

**Subject:** Does eBay throttle small sellers during the holidays?

**From:** REDACTED

**Date:** 11/25/2020, 8:41 AM

**To:** Ina Steiner <ina@ecommercebytes.com>

REDACT ☐

Ina,

I have been selling on eBay for many years. After some very decent sales in September and October, I saw sales fall off starting in early November.   This is a pattern that I see every year in early November and sales normally recover in late January. This leads me to my question: does eBay throttle small sellers during the holidays?  The fact that I see this pattern every year makes me wonder.  As I listened to the news this morning, one story mentioned that online sales are up 30% or more.   One would think that I would benefit from this robust uptick.

I would love to know if other small sellers experience this right before and during the holiday season, especially within the early November to late January window.

Name withheld due to fear of retaliation by eBay

PPROD-073287

**Subject:** Re: Unsubscribe from Every Place I Sell
**From:** **REDACTED**    REDACTD
**Date:** 6/18/2020, 11:28 PM
**To:** dsteiner@auctionbytes.com

Please UNSUBSCRIBE ALL my information and shops from this site. I have received cyberbully emails and no longer wish to advertise my shops on this site. I could not find any way to do it myself.

**REDACTED**

On June 18, 2020 at 11:14 PM dsteiner@auctionbytes.com wrote:

Hi REDACTED

Thank you for updating your merchant listing on EveryPlaceISell.com.

We will review your information and notify you within 24 hours if your changes have been approved. NO CHANGES WILL APPEAR ON YOUR LISTING UNTIL YOU HAVE RECEIVED THIS EMAIL NOTIFICATION FROM THE ADMINISTRATOR.

You will find a page of Frequently Asked Questions (FAQs) here:
https://www.everyplaceisell.com/cgi-bin/ep/ep.pl?faq

Regards,
EveryPlaceISell.com
Steiner Associates LLC
PO Box 668
Natick, MA 01760
https://www.everyplaceisell.com

PPROD-073288

**Subject**: None of your options cover what I need
**From:** REDACTED
**Date:** 6/15/2020, 2:30 PM
**To:** dsteiner@ecommercebytes.com

REDACT D

REDACTED

MailSubject - None of your options cover what I need--REDACTED
Name - REDACTED
email
phone
Your_Message - Ina and David,

I was extremely disturbed to hear what you have been going through for all of this time. Although the indictment is now out in the open, from what I understand there are still 2 John Does in the indictment which means they are probably still digging up information about those people. I have a very sneaky suspicion that one of those people is Wenig who just got $57 million and I am sure he will not hesitate to spend almost every dollar of it to stay out of prison and having to pay restitution of any type to you guys.

Please, please make sure you take extra precautions with everything you do or when you go out. I would not put it past Wenig to have placed a hit on both of you if he is in any way worried about being indicted. I hope the Justice Department has supplied both of you with some type of protection. If not, although I am no where near rich, I am willing to help some financially and also willing to start a gofund to raise money to help with the costs of hiring that protection.

Thank you both for creating this site and not backing down when Ebay started coming after you. I also thank you for not releasing our identities to Ebay as I am sure that both Pace and I would be high on their list of names wanted.

Take care and please stay safe. What you do for Sellers and even Buyers of online merchandise is invaluable.

REDACTED

1 of 1

4/13/2021, 5:10 PM

PPROD-073289

**Subject:** Ebay employees being charged
**From:** REDACTED

RCDACr

**Date:** 6/15/2020, 3:10 PM
**To:** "ina@ecommercebytes.com" <ina@ecommercebytes.com>

Hi Ina,

A few years ago and i don't recall when, you helped my mom and myself with an EBay issue. Ebay UK had signed over my mom's eBay ID to a brick n mortar company without any warning or discussion. You blogged about it and others got involved and we got her ID back.

Anyway,

Today on Twitter I see 6 eBay execs are being charged for a multitude of terrible things they did to a blogger and her husband.

I immediately thought of you. I haven't read any where the bloggers identity. To whomever they are, we are so very sorry for this nightmare they went thru and because of this, I've decided I am done with eBay.

After 22 years, I've seen what EBay has morphed into. Fired or not, those execs worked in some kind of environment that they felt they could do this with impunity. Why?

Well, they're not getting my money any more.

I hope those bloggers are ok and know the rest of us appreciate their work.

Smiles,

REDACTED

Sent from Yahoo Mail on Android

1 of 1

4/13/2021, 5:12 PM

PPROD-073290

**Subject:** Too afraid to post on the blog site

**From:**  REDACTED

**Date:** 6/16/2020, 3:00 PM

**To:** <ina@auctionbytes.com>

REDACT D

Dear Ina and David,

I did not want to post on the actual site because of the news that just came out.

I just wanted to say that I am sorry that this happened to you. I have been reading your blog post for a few years and I always thought that it was a safe place for people to discuss ebay issues without being censored like on the ebay forum boards. You report on stories in the news and people comment on them and I never perceived you as being critical.

I am saddened that people would go to these lengths to try to eliminate discussions that often include how to improve a platform. And just saddened that human beings could do this to other human beings.

I hope that your blog continues to exist and I admire that it continued during what must have been an extraordinarily difficult period.

Take care and I hope that justice will prevail.

REDACTED

 Virus-free. www.avast.com

PPROD-073291

**Subject:** Re: EcommerceBytes: Subscription Confirmed
**From:** ▓▓▓ REDACTED ▓▓▓
**Date:** 8/7/2020, 12:08 PM          REDACT D
**To:** Ina Steiner <ina@auctionbytes.com>

Hello,

I love your articles, for years, they are certainly among the best we get related to ecommerce and especially Ebay selling. We sell under Ebay id: **REDACTED**

We also have a Shopify site **REDACTED** that sells almost nothing. That should also be a subject of yours - the scam of Shopify. Terrible SEO; we have to buy almost every single bit of traffic we get, so I've stopped buying traffic, thus, no sales. A topic for another day.

I also just noticed that you/your business were the victims of that Ebay harassment. That was horrible. I am so sorry, and I go so angry, and quite frankly, scared to post any negative or questioning posts or questions into the Ebay boards myself. And we rely heavily on the boards, as we get very little help from Ebay on anything, really. It's quite ironic that I've been seeking out your articles for our own Ebay Issues, and only now just discovered that the best source for Ebay selling info is who they targeted. Unbelievable. It's really become Ebay vs Sellers, and it should not be.

The reason I just looked you up was to possibly send comments on Managed Payments. It's pretty bad. And there can be no reason for it other than greed, and what I would call the new millennial workforce 'everybody's a programmer, half-speed/half-caring' work ethic, and prob the normal off-shore fake techies/cus support now on every big tech payroll.

So, yup, not happy with it. More to come. Thank you for the work you do. It's truly the best information on the internet for Ebay sellers.

On Fri, Aug 7, 2020 at 11:36 AM Ina Steiner <ina@auctionbytes.com> wrote:

# EcommerceBytes

Thank you, your subscription to our newsletter list has been confirmed. Please note that you will need to register separately on EcommerceBytes in order to leave comments on the Blogs, report a technical issue on Ecommerce EKG, or leave a rating for a vendor on the Ratings & Reviews chart.

You can register here:
https://www.ecommercebytes.com/C/blog/verify.pl?Signup

To leave a comment for a news article, you can register here:
https://www.ecommercebytes.com/register/

For your records, here is a copy of the information you submitted to us...

**Email Address:** ▓▓▓ REDACTED ▓▓▓

**How Heard?:**

1 of 2                                                                4/13/2021, 8:52 PM

PPROD-073292