UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER,<br>DAVID STEINER,<br>STEINER ASSOCIATES, LLC,<br>  (*Publisher of EcommerceBytes*)<br><br>      Plaintiffs,<br><br>  v.<br><br>EBAY, INC.,<br>PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC,<br>DEVIN WENIG,<br>STEVE WYMER,<br>JAMES BAUGH,<br>DAVID HARVILLE,<br>BRIAN GILBERT,<br>STEPHANIE POPP,<br>STEPHANIE STOCKWELL,<br>VERONICA ZEA,<br>PHILIP COOKE,<br>JOHN and JANE DOE,<br><br>      Defendants. | C.A. NO. 1:21-cv-11181-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF TORY A. WEIGAND

Please note the withdrawal of appearance of Tory A. Weigand as counsel for the defendant, Progressive F.O.R.C.E. Concepts, LLC in the above-captioned matter. Attorney Weigand is no longer employed at Morrison Mahoney LLP. The appearances of Scott D. Burke and Kimberly Iverson Tufo remain in effect as counsel of record for the defendant, Progressive F.O.R.C.E. Concepts, LLC.

103830250

Respectfully submitted,
PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC,
By Its Attorneys,

/s/ *Scott D. Burke*
/s/ *Kimberly Iverson Tufo*

Scott D. Burke, BBO #551255
sburke@morrisonmahoney.com
Kimberly Iverson Tufo, BBO #686062
ktufo@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 18, 2024

/s/ *Kimberly Iverson Tufo*

Kimberly Iverson Tufo

103830250