# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ina Steiner,<br>David Steiner,<br>Steiner Associates, LLC,<br><br>                             *Plaintiffs*,<br><br>      v.<br><br>eBay, Inc.,<br>Progressive F.O.R.C.E. Concepts, LLC,<br>Devin Wenig,<br>Steve Wymer,<br>Wendy Jones,<br>James Baugh,<br>David Harville,<br>Brian Gilbert,<br>Stephanie Popp,<br>Stephanie Stockwell,<br>Veronica Zea,<br>Philip Cooke, and<br>John and Jane DOE,<br><br>                      *Defendants*. | No. 1:21-cv-11181 |

## DEFENDANT DEVIN WENIG'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Devin Wenig hereby moves for summary judgment as to all claims asserted against him by Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC.  Mr. Wenig asserts that there are no material facts in dispute, such that he is entitled to summary judgment as a matter of law.  This motion is based upon Mr. Wenig's concurrently-filed Statement of Undisputed Material Facts, Memorandum of Law and the Lowell Declaration and exhibits thereto as well as the pleadings on file in this matter, and any argument as may be presented.

1

## <u>REQUEST FOR ORAL ARGUMENT</u>

Mr. Wenig respectfully submits that oral argument may assist the Court in ruling on this Motion and, pursuant to Local Rule 7.1(d), respectfully requests oral argument, either in-person or virtually, at the Court's convenience.

Date: October 28, 2024

Respectfully submitted,

<u>*/s/ Abbe David Lowell*</u>

Abbe David Lowell (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
(202) 282-5000
ADLowell@winston.com

Kelly A. Librera (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
KLibrera@winston.com

Martin G. Weinberg
Martin G. Weinberg PC
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

*Counsel for Defendant Devin Wenig*

2

## LOCAL RULE 7.1 CERTIFICATE

In accordance with Local Rule 7.1, I hereby certify that counsel for Devin Wenig met and conferred with counsel for Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC and attempted in good faith to resolve or narrow the issues before filing this Motion, but the parties were unable to resolve the matter without Court intervention.

*/s/ Abbe David Lowell*

Abbe David Lowell

## <u>CERTIFICATE OF SERVICE</u>

I, Abbe David Lowell, hereby certify that on October 28, 2024, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*<u>/s/ Abbe David Lowell</u>*

Abbe David Lowell
