# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Ina Steiner,
David Steiner,
Steiner Associates, LLC,

*Plaintiffs*,

v.

eBay, Inc.,
Progressive F.O.R.C.E. Concepts, LLC,
Devin Wenig,
Steve Wymer,
Wendy Jones,
James Baugh,
David Harville,
Brian Gilbert,
Stephanie Popp,
Stephanie Stockwell,
Veronica Zea,
Philip Cooke, and
John and Jane DOE,

No. 1:21-cv-11181

*Defendants*.

## STATEMENT OF MATERIAL FACTS AS TO WHICH THERE ARE NO DISPUTE

In accordance with Local Rule 56.1, Defendant Devin Wenig submits the following statement of material facts which he contends are not in dispute:

## I.    Devin Wenig as CEO of eBay, Inc.

1. eBay, Inc. is a global e-commerce company that connects online sellers and buyers through its website. **Ex. 1[1],** eBay 30(b)(6) Tr. at 21:20–25. In 2019, eBay employed more than 13,000 people globally, and approximately 6,600 in the United States. **Ex. 2**, (excerpts from eBay 10-K filing) at p. 2.

---

[1] Exhibit numbers refer to the exhibits attached to the Declaration of Abbe David Lowell ("Lowell Decl.") submitted herewith.

2. Devin Wenig served as the President and Chief Executive Officer of eBay from July 2015 until September 2019. **Ex. 3,** I. Steiner Dep. Ex. 20 (PPROD-035597) at pp. 1–2.

## II.    **Plaintiffs Ina and David Steiner and EcommerceBytes**

3. Plaintiffs Ina and David Steiner are a married couple living in Natick, Massachusetts. **Ex. 4,** Steiner Associates 30(b)(6) (I. Steiner) Tr. at 30:2–3; **Ex. 5,** D. Steiner Tr. at 12:12–13; **Ex. 6,** I. Steiner Tr. at 14:4–5.

4. The Steiners operate EcommerceBytes, "a website resource for online sellers and small businesses . . . where sellers can go and they can read content and they can comment" on various ecommerce companies, including eBay. **Ex. 4,** Steiner Associates 30(b)(6) (I. Steiner) Tr. at 51:17–52:12.

## III.    **EcommerceBytes' Reporting on eBay and Devin Wenig**

5. EcommerceBytes writes extensively about eBay and, during the relevant period surrounding the Natick events, "wrote more coverage of eBay" than it did of other companies. **Ex. 4,** Steiner Associates 30(b)(6) (I. Steiner) Tr. at 213:1–10; *see also* **Ex. 7,** Clay Dep. Ex. N (SLOANE00006701) at p. 1 ███████████████████████████████

███████████████████████████████

6. The Steiners' reporting on eBay was often negative and included inflammatory language critical of eBay and Mr. Wenig. Research conducted by eBay's communications team in 2012

████████████████████████████████████████

████████████████████ **Ex. 8**, EBAY_STEINER_00126591 at p. 1. Research conducted by an outside communications firm (Sloane & Company) in 2019 similarly noted

████████████████████████████████████████

██████████████████████████ **Ex. 7**, Clay Dep. Ex. N

(SLOANE00006701) at p. 1; **Ex. 9,** Clay Dep. Ex. O (SLOANE00006702) at p. 2; **Ex. 10**, Clay Dep. Ex. T (SLOANE00007461).

7. eBay research from 2012 regarding the Steiners and EcommerceBytes also revealed that Ms. Steiner "has an agenda to negatively sway stories to get attention from her readers." **Ex. 11**, EBAY_STEINER_00126589; **Ex. 8**, EBAY_STEINER_00126591.

8. The Steiners' own communications further show that their reporting on eBay was sometimes influenced by their desire to "get traffic" to their website to drive advertising revenue and/or to "teach" eBay a lesson or "get eBay's attention." *See* **Ex. 12**, PPROD-054754 (February 14, 2012 email from David Steiner to Ina Steiner: "I always like the tactic better of slapping eBay with a series of negative stories to get their attention, or leaking some stuff they don't want published. When they don't respond, publish shitty stuff about them. Teaches them to get back to you faster."); **Ex. 13**, PPROD-021311 (May 21, 2017 email from David Steiner to Ina Steiner asking her "do you have anything else that merits a blog? Like Devin Wenig is really Steve Bannon or ANYTHING that will get traffic?"); *see also* **Ex. 67,** Steiner Associates, LLC Interrogatory Responses at pp. 40–47.

9. Aggressive and threatening comments against eBay and Mr. Wenig were posted on the EcommerceBytes website in response to the Steiners' reporting. For example:

   a. On a May 2015 blog post by Ina Steiner discussing eBay's rollout of a new feedback system, one commentor wrote "**KILL EBAY**," and another commenter made a personal and violent threat against Mr. Wenig, stating **"[t]he SOCIOPATH who runs Ebay needs to be RUN OVER**." **Ex. 14**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 61 at pp. 18, 36 (capitalization in original) (emphasis added).

   b. On an August 2016 blog post by Ina Steiner about eBay's plans to revamp forums,

one commentor criticized Mr. Wenig, writing "**[t]here's a special place in hell for that POS just waiting for the day he kicks.  Hopefully sooner than later**!"  **Ex. 15**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 62 at p. 14 (emphasis added).

c.  In a May 2017 blog post, Ina Steiner featured a picture of Mr. Wenig and criticized eBay's "Summer Update" announcement of new policies as being harmful to sellers. In response, one commentor wrote: "**They deserve whatever circuitous tactics abused sellers can devise and in spades** . . . **TAKE. THEM. DOWN.  By any means necessary**."  **Ex. 16**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 64 at p. 5 (capitalization in original) (emphasis added).  Another commentor made a threat of physical violence against Mr. Wenig stating "**only if I could slap the sh\*t out of him through my computer screen** #firewenig."  *Id.* at p. 6 (emphasis added).

d.  On a September 2017 blog post recapping eBay's 2017 Fall Seller Update, one commentor wrote: "It is just a matter of time now, **Devin is a dead man walking** . . . ."  **Ex. 17**, Steiner Associates 30(b)(6) (D. Steiner) Dep Ex. 63 at p. 27 (emphasis added).

e.  In response to a December 2017 blog post titled "eBay Charges $380 Commission for Phantom Sale," a commentor wrote: "I personally thought I could not hate this company any more then [sic] I do, but **your story took me to new levels of hatred** . . . Don't let them get away with this, **do WHATEVER it takes to get even** . . . ." **Ex. 18,** Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 65 at p. 17–18 (capitalization in original) (emphasis added).

f.  In response to a June 2018 blog post by Ina Steiner titled "eBay Tracking Is Broken Leaving Sellers Panicked," one commentor wrote: "**Is it time for the torches and**

4

**pitchforks yet? Please??? Wenig needs to be tarred and feathered**!!" **Ex. 19**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 73 at p. 20 (emphasis added).

g. On an August 2018 blog post titled "Fall Update: eBay Raises Fees as It Makes More Demands on Sellers," one commentor wrote: "**We need to excise the scum cancer CEO**[] who insist on sucking life's blood away from us. . . . **Prison is too good for these psychopaths. They need the good old fashioned treatment**." **Ex. 20**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 75 at p. 41 (emphasis added).

h. On October 15, 2018, Ina Steiner wrote a blog post titled "eBay Employee Shows Disdain for Sellers Not So Anonymously." **Ex. 21**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 66 at p. 1. One reader comments "**I don't know why these animals are not behind bars or six feet under** from one of their incredibly angry sellers. It's beyond me." *Id*. at p. 12 (emphasis added).

i. In response to a June 2019 blog post by Ina Steiner titled "eBay Buyers Grow Frustrated with Ads in Search Results," one commentor wrote: "—'MY' VISION: **PUT DEVIN'S HEAD INTO A VICE JOE PESCI STYLE**." **Ex. 22**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 48 at p. 5 (capitalization in original) (emphasis added). This reference is to a particularly violent scene in a movie starring Joe Pesci, where Pesci's character interrogates a man who is laid out on a table with his head in a vice, and as he interrogates the man, he slowly tightens the vice, crushing the man's scull between the jaws. **Ex. 23**, Steiner Associates 30(b)(6) (D. Steiner) Tr. at 314:16–315:22.

j. On a July 2019 blog post by Ina Steiner titled "eBay CEO Devin Wenig Cites Extended Seller Protection," a commentor wrote: "Wenig is nothing more than a con

artist and thief who would not know the truth if it was actually spoken to him. **One of these days it will finally catch up to him and when it does finally land, the landing will be a crash landing for Wenig.**" **Ex. 24**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 67 at p. 5–6 (emphasis added).

IV.    **eBay's Communications Response to EcommerceBytes**

10. The role of the eBay communications team was to ███████████████████ ████████████████████████████████████████ ████████████████ **Ex. 25**, Gordon Tr. at 14:2–15:5.

11. The communications team would periodically assess and discuss EcommerceBytes and strategies to respond to its content. *See, e.g.*, **Ex. 8**, EBAY_STEINER_00126591 (2012 research report on the Steiners and EcommerceBytes); **Ex. 11**, EBAY_STEINER_00126589 (2016 communication recirculating 2012 research report and discussing ways to respond to EcommerceBytes); **Ex. 26**, EBAY_STEINER_00026165 (2019 Sloane Report).

12. As the CEO of eBay, Mr. Wenig was not involved in day-to-day discussions with the communications team about EcommerceBytes, and frequent conversations and meetings were had without him. *See, e.g.*, **Ex. 27**, EBAY_STEINER_00004419; **Ex. 28**, EBAY_STEINER_00004454; **Ex. 29**, EBAY_STEINER_00004774 (documents reflecting discussions and meeting among communications team concerning EcommerceBytes). However, after years of negative and inaccurate reporting, eBay leadership (including Mr. Wenig) had an interest in making sure that the Steiners' audience was receiving accurate and unbiased information. *See* **Ex. 25**, Gordon Tr. at 28:17–29:16 ████████████ ████████████████████████████████████████ ███████████ ; *see also id.* at 30:12–31:4 ███████████████████

██████████████████████████████████████████

██████████████████████████████

13. From a communications standpoint, eBay's interest was ███████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████ **Ex. 25**, Gordon Tr. at 30:12–31:4.

14. Along these lines, Mr. Wenig sent occasional emails and texts discussing communications strategies for responding to what he believed was misinformation spread by the Steiners and EcommerceBytes. Mr. Wenig discussed these communications strategies for responding to the Steiners and EcommerceBytes with the communications team at eBay—not eBay's security team. *See infra* ¶¶ 15–20.; **Ex. 30**, Gilbert R&Os to Wenig's RFAs Nos. 1–10; **Ex. 31**, Cooke R&Os to Wenig's RFAs Nos. 1–9; **Ex. 32**, Harville R&Os to Wenig's RFAs Nos. 1–9; **Ex. 33**, Stockwell R&Os to Wenig's RFAs Nos. 1–13; **Ex. 34**, Popp R&Os to Wenig's RFAs Nos. 1–13; **Ex. 35**, Zea R&Os to Wenig's RFAs Nos. 1–13; **Ex. 1**, eBay 30(b)(6) Tr. at 191:4–192:1; **Ex. 36**, Stockwell Tr. at 144:13–21 ███████████████████ ████████████████████████; **Ex. 37**, Zea Tr. at 212:4–11; *see also* **Ex. 38**, Cory Tr. at 140:15–18 ("Q: Did Mr. Wenig ever tell you that he wanted a security team to conduct any operations directed at Mr. and Mrs. Steiner? A: No, he did not.").

15. For instance, on June 26, 2018, Mr. Wenig explained that he believed they would be doing a "disservice by looking the other way on Ina and all her nonsense." **Ex. 39**, EBAY_STEINER_00050403. He thus inquired about the possibility of investing in a competitor which would be "set up to be an honest reporter of issues for sellers…not an ebay advocate necessarily, but a serious blog focused on serious seller issues, neutral in all respects,

critical when it needs to be but no agenda." *Id.*

16. On August 2, 2018, Wendy Jones (then SVP of Global Operations) emailed Mr. Wenig and others suggesting that they try to control the messaging regarding eBay's rollout of a new seller payment system, which had been criticized by EcommerceBytes, pointing out that Ina Steiner had a strong seller following. **Ex. 40**, EBAY_STEINER_00050338. In response, Devin suggested that they "bring in an outside PR agency that is new and fresh and has more of an offensive mindset to help with how to deal with these seller blogs." *Id.* Dan Tarman (then Chief Communications Offer at eBay) also responded, explaining that they had been engaging with Ina Steiner recently to "correct brazen factual mistakes," and noted that "[Wenig] ha[d] also asked [them] to determine a more holistic strategy to counteract some of her persistent flame throwing." **Ex. 41**, EBAY_STEINER_00050399 at p. 1.

17. On October 6, 2018, Mr. Wenig sent an article to Mr. Tarman titled "amazon doubling down on private label sellers see huge fear" and noted that this is a "massive issue, not covered by [I]na and her lot." **Ex. 42**, EBAY_STEINER_00050299 at p. 1. He continued "[i]t's the biggest strategic issue sellers face. Yet 0 coverage because they advertise with her." *Id.* He asked "What's our strategy? We need to take the offense." *Id.* After Tarman indicated he would meet with others to discuss communications strategy on Monday, Devin explain[ed]: "Just another challenge about being more proactive and aggressive on seller communication side. I do[n]t think we can afford to fund a competing publication, but there must be other things we can do." *Id..* Tarman then said they could "activate media around this," and "[t]he strategy should be centered on mobilizing sellers to speak up and out." Devin responded "Yes. And I'm looking for a way to discredit [I]na without looking

petty." *Id.*

18. The consideration of a communications approach to EcommerceBytes and the Steiners continued in 2019. **Ex. 25,** Gordon Tr. at 31:5–20. In May 2019, Steve Wymer (then SVP and Chief Communications Officer at eBay) engaged eBay's outside communications firm, Sloane & Company, to analyze and recommend an approach to EcommerceBytes and the Steiners, who had continued to post negative content about eBay. *See* **Ex. 43**, Clay Dep. Ex. K (WYMER00000287).

19. eBay sought Sloan & Company's assistance in ███████████████████████ ████████████████████████████████████ ███████████ **Ex. 44**, Clay Dep. Ex. E (SLOANE00022731) at p. 1. Strategizing responses to EcommerceBytes was just one aspect of eBay's engagement with Sloane & Company. *See id*.

20. On May 21, 2019, Mr. Wymer texted Mike Boccio (Sloane & Co) stating: ███████ ████████████████████████████████████ ████████████████████████████████████ ███████████ **Ex. 45**, WYMER00000262.

21. Sloane & Company employee Whit Clay understood Wymer's request to do a "takedown article" to mean that Wymer "wanted somebody else to write an article that says that Ina and EcommerceBytes are biased in their reporting about eBay," which is "a tactic that companies will sometimes use in communications." **Ex. 46**, Clay Tr. at 61:3–62:13.

22. Sloane & Company quickly went to work, generating several "takedown" strategies for eBay's consideration. *See* **Ex. 47**, Clay Dep. Ex. P (SLOANE00006750) at p. 1.

23. On May 24, 2019, Mr. Wenig emailed Mr. Wymer and others sharing a link to a LinkedIn

9

post and asked them to look into it saying, "Steve maybe something like this is the seed of your [Ina] Steiner takedown." **Ex. 48**, EBAY_STEINER_00005143. The LinkedIn polls asked sellers whether they think Amazon or eBay is acting in their best interest. Sellers voted for eBay. **Ex. 49** (LinkedIn Page).

24. The LinkedIn post was shared with Sloane & Company, who did research to see if the polls could be of use to the takedown strategy. **Ex. 50**, EBAY_STEINER_00108661.

25. About a week later, Mr. Wymer sent Mr. Wenig an article from EcommerceBytes titled "eBay is Off to a Great Start in 2019 CEO Tells Shareholders," and comments "Shockingly reasonable…" In response, Mr. Wenig replies "I couldn't care less what she says. Take her down." **Ex. 51**, WYMER00000032.

26. In June 2019, Sloane & Company produced a report outlining alternative digital methods for reducing impact of the Steiners and EcommerceBytes. **Ex. 52**, Clay Dep. Ex. W (SLOANE00001005); **Ex. 53**, Clay Dep. Ex. X (SLOANE00001006).

27. On August 1, 2019, Mr. Wenig texted Mr. Wymer: "Ina is out with a hot piece on the litigation [between Amazon and eBay]," and continues "[i]f you are ever going to take her down…now is the time." Wymer responds "[o]n it." **Ex. 54**, WYMER00000277.

28. Mr. Wenig's "take her down" text was a reference to the communications "take down" strategies that Mr. Wenig had discussed with Mr. Wymer and the communications team on multiple occasions. *See supra* ¶¶ 14–24.

29. Mr. Wenig never involved, or requested to involve, the eBay security team in the EcommerceBytes communications response. **Ex. 38**, Cory Tr. at 77:2–20; 140:15–23 (former Director of Global Operations in the Global Security and Resiliency group testifying that Wenig never asked the security team to conduct any operations directed at

the Steiners).

## V.    Jim Baugh's Harassment Campaign Against the Steiners

30. Unbeknownst to Mr. Wenig, beginning in June 2019, Jim Baugh—eBay's former Senior Director for Safety and Security—conceived a harassment campaign against the Steiners, which he then conducted along with other members of his security team—Defendants David Harville (Director, Safety and Security), Stephanie Popp (Manager, Safety and Security), Brian Gilbert (Manager, Safety and Security), Stephanie Stockwell (Manager, Safety and Security), Philip Cooke (Manager, Safety and Security) and Veronica Zea (Intelligence Analyst Contractor working with Safety and Security).  *See* **Ex. 55**, eBay 30(b)(6) Dep. Ex. 12 at p. 9 ██████████████████████████████████████████ ████ **Ex. 30**, Gilbert R&Os to Wenig's RFAs Nos. 1–10; **Ex. 56**, Gilbert R&Os to eBay's RFAs Nos. 1–7; **Ex. 31**, Cooke R&Os to Wenig's RFAs Nos. 1–9; **Ex. 57**, Cooke R&Os to eBay's RFAs Nos. 1–2, 5; **Ex. 32**, Harville R&Os to Wenig's RFAs Nos. 1–9; **Ex. 58**, Harville R&Os to eBay's RFAs Nos. 1–7, **Ex. 33**, Stockwell R&Os to Wenig's RFAs Nos. 1–13; **Ex. 59**, Stockwell R&Os to eBay's RFAs Nos. 1–4; **Ex. 34**, Popp R&Os to Wenig's RFAs Nos. 1–13; **Ex. 60**, Popp R&Os to eBay's RFAs Nos. 2, 4; **Ex. 35**, Zea R&Os to Wenig's RFAs Nos. 1–13; **Ex. 61**, Zea R&Os to eBay's RFAs Nos. 1–4, 7; **Ex. 1**, eBay 30(b)(6) Tr. at 191:4–192:1; **Ex. 36**, Stockwell Tr. at 144:13–21 ███████████████ █████████████████████████████████ **Ex. 37**, Zea Tr. at 212:4–11 (admitting that "never communicated with Mr. Wenig when [she] worked at eBay" other than to exchange pleasantries).

31. As the Court put it at Mr. Baugh's sentencing, the harassment campaign was "extreme and outrageous."  Tr. of Sentencing Hearing, *U.S. v. Baugh et al.*, No. 20-cr-10263-PBS (D. Mass.

Sept. 29, 2022), ECF 239 at p. 38.  It included: "sending anonymous, threatening communications to the [Steiners]; ordering unwanted and disturbing deliveries to their home, including funeral wreaths and books on surviving the loss of a spouse; and Baugh, Harville, Zea, and Popp travelling to Natick to surveil the [Steiners] at their home and in their community." **Ex. 62**, I. Steiner Dep. Ex. 4 (Wilson Aff.) ¶ 11.

32. Jim Baugh and the others involved in the harassment campaign were terminated from eBay and ultimately pleaded guilty to multiple felonies resulting from the harassment campaign against the Steiners.  **Ex. 63**, eBay 30(b)(6) Dep. Ex. 11 at pp. 2, 24; Notes of Plea Hearing – Philip Cooke, *U.S. v. Cooke*, No. 20-cr-10126-ADB-1 (D. Mass. Oct. 27, 2020), ECF No. 9; Notes of Plea Hearing – Brian Gilbert, *U.S. v. Gilbert et al.*, No. 20-cr-10098-WGY-1 (D. Mass. Oct. 29, 2020), ECF No. 40; Notes of Plea Hearing – Stephanie Popp*, U.S. v. Gilbert et al.*, No. 20-cr-10098-WGY-2 (D. Mass. Oct. 8, 2020), ECF No. 29; Notes of Plea Hearing – Stephanie Stockwell, *U.S. v. Gilbert et al.*, No. 20-cr-10098-WGY-3 (D. Mass. Oct. 29, 2020), ECF No. 41; Notes of Plea Hearing – Veronica Zea, *U.S. v. Gilbert et al.*, No. 20-cr-10098-WGY-4 (D. Mass. Oct. 8, 2020), ECF No. 32.; Order – Jim Baugh, *U.S. v. Baugh et al.*, 20-cr-10263-PBS (D. Mass. Oct, 7, 2022), ECF No. 235; Order Dave Harville, *U.S. v. Baugh et al.*, 20-cr-10263-PBS (D. Mass. Oct, 7, 2022), ECF No. 237.

## VI.  Wenig Had No Involvement in or Knowledge of the Harassment Campaign

33. Following investigations by eBay and the Government and extensive discovery in this matter, there is still no evidence that Mr. Wenig had any knowledge of or involvement in the Natick events; the evidence shows the opposite.  **Ex. 30**, Gilbert R&Os to Wenig's RFAs Nos. 1–10; **Ex. 56**, Gilbert R&Os to eBay's RFAs Nos. 1–7; **Ex. 31**, Cooke R&Os to Wenig's RFAs Nos. 1–9; **Ex. 57**, Cooke R&Os to eBay's RFAs Nos. 1–2, 5; **Ex. 32**, Harville R&Os to

Wenig's RFAs Nos. 1–9; **Ex. 58**, Harville R&Os to eBay's RFAs Nos. 1–7, **Ex. 33**, Stockwell R&Os to Wenig's RFAs Nos. 1–13; **Ex. 59**, Stockwell R&Os to eBay's RFAs Nos. 1–4; **Ex. 34**, Popp R&Os to Wenig's RFAs Nos. 1–13; **Ex. 60**, Popp R&Os to eBay's RFAs Nos. 2, 4; **Ex. 35**, Zea R&Os to Wenig's RFAs Nos. 1–13; **Ex. 61**, Zea R&Os to eBay's RFAs Nos. 1–4, 7; **Ex. 1**, eBay 30(b)(6) Tr. at 191:4–192:1; **Ex. 36**, Stockwell Tr. at 144:13–21 ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; **Ex. 37**, Zea Tr. at 212:4–10 (admitting that "never communicated with Mr. Wenig when [she] worked at eBay" other than to exchange pleasantries).

34. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮ at the conclusion of this investigation, eBay concluded that, although Mr. Wenig used an "improper tone" that was critical of Ms. Steiner and her website, Mr. Wenig did not know about or direct the criminal acts.  **Ex. 1**, eBay 30(b)(6) Tr. at 191:4–192:1; **Ex. 55**, eBay 30(b)(6) Dep. Ex. 12 at 12; **Ex. 63**, eBay 30(b)(6) Dep. Ex. 11.

35. Mr. Steiner (a publisher and advertising professional) and Mr. Gordon (a communications professional) each testified that it is common for people to use strong language that is not to be taken literally.  *See* **Ex. 23,** Steiner Associates 30(b)(6) (D. Steiner) Tr. at 366:3–366:12

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Ex. 25**, Gordon Tr. at 27:17–28:8 ▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

36. Nor did the criminal investigation reveal any involvement by Mr. Wenig in the Natick Events, and no criminal charges were ever filed against him.  **Ex. 63**, eBay 30(b)(6) Dep. Ex. 11 at p. 2.  As the government told the Court at Mr. Baugh's sentencing: "[N]o one at eBay told

[Baugh] to anonymously threaten and harass and stalk the Steiners. That idea, what happened to the Steiners, was ***his and his alone***.  There's no one above Jim Baugh at eBay who thought up the depraved things that happened to David and Ina Steiner."  Tr. of Sentencing Hearing, *U.S. v. Baugh et al.*, No. 20-cr-10263-PBS (D. Mass. Sept. 29, 2022), ECF 239 at p. 16, (emphasis added).

37.  Moreover, after nearly a year of discovery, the production of more than 50,000 documents, responses to interrogatories and requests for admission, and the taking of 20 depositions, there is *still* no evidence of Wenig's involvement in the Natick Events.  Lowell Decl. ¶ 3.  Instead, the record is replete with admissions from the Criminal Defendants themselves that Mr. Wenig had no knowledge of or involvement in the Natick Events.  *Infra*. ¶¶ 38–41.

38. Mr. Baugh himself admitted that he was the sole architect of the Natick Events, stating that he "was one hundred percent responsible" for the harassment campaign."  Tr. of Sentencing Hearing, *U.S. v. Baugh et al.*, No. 20-cr-10263-PBS (D. Mass. Sept. 29, 2022), ECF 239 at p. 37.

39. And the rest of the Criminal Defendants (Gilbert, Harville, Cooke, Stockwell, Popp, and Zea) have all admitted that Mr. Wenig had no knowledge of or involvement in the Natick events, specifically admitting that:

    a.  they never communicated with Mr. Wenig at any time about the Natick events or criminal conduct;

    b.  Mr. Wenig never personally directed them to plan or carry out the Natick events or criminal conduct;

    c.  Mr. Wenig never directed them to threaten, intimidate, harass or coerce Ina Steiner, David Steiner or Steiner Associates, LLC;

    d.  Mr. Wenig never directed them to lie about or conceal the Natick events or criminal conduct from eBay or law enforcement;

    e.  Mr. Wenig never directed them to travel to Natick, Massachusetts;

**Ex. 30**, Gilbert R&Os to Wenig's RFAs Nos. 1–9; **Ex. 31**, Cooke R&Os to Wenig's RFAs Nos. 21–9; **Ex. 32**, Harville R&Os to Wenig's RFAs Nos. 1–9; **Ex. 33**, Stockwell R&Os to Wenig's RFAs Nos. 1–13; **Ex. 34**, Popp R&Os to Wenig's RFAs Nos. 1–13; **Ex. 35**, Zea R&Os to Wenig's RFAs Nos. 1–13; *see also* **Ex. 36**, Stockwell Tr. at 144:13–20; **Ex. 37,** Zea Tr. at 212:5–10.

40. Defendants Popp, Zea, and Stockwell further admitted that Mr. Wenig never directed them to publish Tweets or direct messages threatening or referring to Ina Steiner, David Steiner, Steiner Associates, LLC, and/or EcommerceBytes using fake Twitter accounts. **Ex. 33**, Stockwell R&Os to Wenig's RFAs Nos. 5–7; **Ex. 34**, Popp R&Os to Wenig's RFAs Nos. 5–7; **Ex. 35**, Zea R&Os to Wenig's RFAs Nos. 5–7.

41. And Mr. Gilbert admitted that Mr. Wenig never directed him to write "Fidomaster" on the Steiners' fence in Natick, Massachusetts. **Ex. 30**, Gilbert R&Os to Wenig's RFA No. 10.

## VII.  <u>Mr. Wenig Did Not Defame The Steiners</u>

42. In their responses to Defendants' Interrogatories, Plaintiffs have identified a litany of purportedly defamatory statements attributed to the Defendants, none of which are attributed to Mr. Wenig. **Ex. 68**, I. Steiner Dep. Ex. 1 (Interrogatory Responses) at pp. 18–21, 98–102; **Ex. 69**, D. Steiner Ex. 1 (Interrogatory Responses) at pp. 16–17, 44–46; *see also* **Ex. 67**, Steiner Associates LLC Interrogatory Responses at pp. 6–9.

43. In her deposition, Ms. Steiner claimed a couple of statements made by former communications director Ryan Moore in email communications were defamatory, including statements that EcommerceBytes was ███████████████████████████████

█████  **Ex. 6**, I. Steiner Dep. Tr. 155:17–156:2; 159:24–160:3.  The e-mail statements referred to were made by Mr. Moore, not Mr. Wenig.  *See* **Ex. 70**, EBAY_STEINER_00168795; **Ex. 71**, EBAY_STEINER_00191771.  To the extent the statements are attributed to Mr. Wenig indirectly (*i.e.*, Mr. Moore suggesting that these statements came from Mr. Wenig), Ms. Steiner has admitted that they are nothing more than opinion statements.  *See* **Ex. 6**, I. Steiner Dep. Tr. 160:4–165:19 ████████████

███████████████████.

**VIII.  The Actions of the Criminal Defendants Were Antithetical to Their Responsibilities in the Global Security and Resiliency Group**

**A.  eBay's Global Security and Resiliency Group**

44. The mission of eBay's Global Security and Resiliency group, was "[t]o provide a safe environment for its employees, customers, and generally protect the organization."  **Ex. 38**, Cory Tr. at 23:22–24:4.

45. Within the Global Security and Resiliency group, the Global Intelligence Center was responsible for, among other things, ████████████████████ ██████████████████████████ ████████████████████  **Ex. 38**, Cory Tr. at 27:14–23.

46. Silicon Valley technology companies like eBay were on high alert following a 2018 incident involving a YouTube user showing up at YouTube's campus (which was a short distance from eBay's campus) and shooting employees.  **Ex. 72**, Steiner Associates 30(b)(6) (D. Steiner) Dep. Ex. 72; **Ex. 38**, Cory Tr. at 59:25–60:9.

47. Threatening and aggressive comments directed at eBay and its employees were a legitimate security concern.  **Ex. 38**, Cory Tr. at 53:8–55:4; **Ex. 37**, Zea Tr. at 104:25–108:15.  The eBay

security group would ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████ **Ex. 38**, Cory Tr. at 59:3–24.

## B. Mr. Wenig's Interactions with the Security Group Were About Security Issues

48. As a high-profile figure within eBay, Mr. Wenig was often the subject of hostile or threatening communications or statements monitored by the security group. **Ex. 38**, Cory Tr. at 59:9–24; *see also supra* ¶¶(9)(a)–9(j).

49. Occasionally, concerning or threatening comments caught Mr. Wenig's attention, and he forwarded them to the security team to take actions such as conducting further research or contacting local police. For example, ████████████████████████████

████████████████████████████████████████████ **Ex. 73**,

EBAY_STEINER_00187628.

50. As another example, ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████ **Ex. 74**, EBAY_STEINER_00041419. ██████████

████████████████████████████████████████████████████

██████████████████████ *Id.*

51. As another example, Mr. Wenig received emails regarding a Twitter account called @unsuckebay harassing another Twitter user while using an eBay logo and purporting to speak on behalf of eBay. **Ex. 75**, EBAY_STEINER_00003940. After receiving multiple emails, ████████████████████████████████████████████████



*Id.*

52.

**Ex. 77**, EBAY_STEINER_00002884.

**C.  Mr. Wenig Did Not Discuss Responding to the Steiners or EcommerceBytes with the Global Security and Resiliency Group**

53. Mr. Wenig did not communicate with Jim Baugh or any of the other criminal defendants regarding the Natick Events. *Supra* ¶¶ 33–41.  His communications about responding to the Steiners and EcommerceBytes were limited to discussions about communications strategies with the eBay communications team. *Supra* ¶¶ 14–29.  And his communications with Mr. Baugh were limited to addressing security issues. *Supra* ¶¶ 48–52.

54. Mr. Wenig was on a long-planned sabbatical from eBay before and during the Natick events. **Ex. 64**, EBAY_STEINER_00016285; *see also* **Ex. 1**, eBay 30(b)(6) Tr. at 123:15–21

**Ex. 65**, EBAY_STEINER_00200430

; **Ex. 66**, EBAY_STEINER_00200423

.

55. Mr. Wenig was "incredulous" and "distraught" when he learned about the actions taken against the Steiners by Jim Baugh and the other criminal defendants.  **Ex. 38**, Cory Tr. at 140:24–141:9.

56. Mr. Wenig did not directly supervise any of the criminal defendants involved in the

harassment campaign—Mr. Baugh reported to Wendy Jones, and the others reported to Mr. Baugh either directly or indirectly. **Ex. 1**, eBay 30(b)(6) Tr. at 80:12–22; **Ex. 78**, Cory Ex. 11 (at EBAY_STEINER_00025585). One criminal defendant testified that she never even communicated with Mr. Wenig other than exchanging pleasantries throughout her time working with eBay. **Ex. 37**, Zea Tr. at 212:5–10.

57. Mr. Baugh was a former government employee, having served for years with various government agencies, including the Central Intelligence Agency. *U.S. v. Baugh et al.*, 20-cr-10263-PBS (D. Mass. Oct. 7, 2022), ECF No. 227 at p. 5. In his private sector career, Baugh was entrusted with providing security services for high-profile individuals like then-Vice President Joe Biden and Bill Gates. *Id.*

58. Mr. Wenig's interactions with Baugh were "professional." **Ex. 38**, Cory Tr. at 139:12–140:2 (testifying that Mr. Wenig's relationship with Mr. Baugh was professional, and he was not aware of any instance where Mr. Wenig asked Mr. Baugh to do something unethical or inappropriate).

59. Mr. Baugh fostered a toxic culture of misogyny and mistreatment with the security group he headed; unfortunately, however, members of the security group did not report Mr. Baugh's behavior. **Ex. 36**, Stockwell Tr. at 67:6–69:16; **Ex. 37**, Zea Tr. at 46:14–47:5; **Ex. 56**, Gilbert R&Os to eBay's RFA No. 25; **Ex. 57**, Cooke R&Os to eBay's RFA No. 25; **Ex. 59**, Stockwell R&Os to eBay's RFA No. 25; **Ex. 60**, Popp R&Os to eBay's RFA No. 25; **Ex. 61**, Zea R&Os to eBay's RFAs No. 25.

60. Individuals who worked in the Global Security and Resiliency group—and much more closely with Jim Baugh—were not aware of the scope of the conduct before or during the Natick Events. **Ex. 38**, Cory Tr. at 63:2–66:8 (former Director of Global Operations in the

Global Security and Resiliency group testifying he was not made aware of any of the conduct as it occurred); **Ex. 79**, Amara Tr. at 37:16–38:13

; **Ex. 36**, Stockwell Tr. at 130:16–131:14; 132:13–25

.

61. Those involved in the Natick events did not report the conduct and went to great lengths to hide the criminal harassment campaign from Wenig and others at eBay while it was happening, including by using WhatsApp and personal emails (rather than work emails) to communicate about criminal conduct, deleting text messages, using non-eBay credit cards, lying to law enforcement, and using phones and computers purchased for the purpose of the harassment campaign.  *See* **Ex. 56**, Gilbert R&Os to eBay's RFA Nos. 7, 8, 10, 11, 12; **Ex. 57**, Cooke R&Os to eBay's RFA No. 8; **Ex. 58**, Harville R&Os to eBay's RFA Nos. 7, 8, 10, 11, 12; **Ex. 59**, Stockwell R&Os to eBay's RFA Nos. 8, 10, 11; **Ex. 60**, Popp R&Os to eBay's RFA Nos. 8; **Ex. 61**, Zea R&Os to eBay's RFAs No. 7, 8, 11, 12; **Ex. 76,** Baugh R&Os to eBay's RFA Nos. 7, 8, 11, 12 (pleading the Fifth Amendment in response to RFAs relating to concealing criminal conduct); *see also* **Ex. 36**, Stockwell Tr. at 97:21–98:19

; **Ex. 80,** VZ307 (Zea explaining why Baugh wanted to avoid communicating via work email); **Ex. 1**, eBay 30(b)(6) Dep. Tr. at 222:4–223:16 (testifying that a PFC credit card was used to pay for items used in connection with

the Natick events); **Ex. 37,** Zea Tr. at 169:8–13 (testifying that Baugh instructed people to use "anonymous email accounts, virtual private networks, cell phones, and specifically purchased computers as part of the campaign against the Steiners . . . ").

62. As Plaintiffs have put it, ███████████████████████████████████████ ██████████████████████████████ **Ex. 6**, I. Steiner Tr. at 315:10–16; **Ex. 5**, D. Steiner Tr. at 74:24–75:16.

63. ███████████████████████████████████████████████████ ███████████████████████████████ **Ex. 25**, Gordon Tr. at 38:22–39:17; **Ex. 38**, Cory Tr. at 66:23–67:17.

64. The actions taken by the security team were unlike any prior actions undertaken by the security group. *See* **Ex. 38**, Cory Tr. 67:9–17 (testifying that he had never heard of any corporate security team doing anything like the events that occurred in Natick, and that he could never have imagined that something like that could take place).

Dated: October 28, 2024

Respectfully submitted,

/s/ *Abbe David Lowell*

Abbe David Lowell (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
adlowell@winston.com
(202) 282-5000

Kelly A. Librera (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
klibrera@winston.com
(212) 294-6700

Martin G. Weinberg, Esq.
Martin G. Weinberg PC
20 Park Plaza
Suite 1000
Boston, MA 02116
owlmgw@att.net
(617) 227-3700
*Counsel for Devin Wenig*

22

**CERTIFICATE OF SERVICE**

I, Abbe David Lowell, hereby certify that on this date, October 28, 2024, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

*/s/ Abbe David Lowell*
Abbe David Lowell, Esq.