**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

INA STEINER, DAVID STEINER and STEINER ASSOCIATES, LLC,

        Plaintiffs,

      v.

EBAY INC., et al.,

        Defendants.

Case No.:  1:21-cv-11181-PBS

**DECLARATION OF TREVOR N. TEMPLETON IN SUPPORT OF DEFENDANT
STEVE WYMER'S MOTION FOR SUMMARY JUDGMENT**

I, Trevor N. Templeton, hereby declare as follows:

1.      I am an attorney at law duly admitted to practice in California and admitted *pro hac vice* in the above-captioned matter. I am an attorney with the law firm Wilson Sonsini Goodrich & Rosati, P.C. and counsel of record for Steve Wymer ("Wymer"), in the above-captioned matter. I submit this declaration in support of Wymer's Motion for Summary Judgement and the accompanying Statement of Undisputed Material Facts. The facts set forth herein are of my own personal knowledge and review of the relevant material, and if called to testify, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** are excerpts from a true and correct copy of the Deposition Transcript of Carmen Amara, taken on September 25, 2024.

3.      Attached hereto as **Exhibit 2** are excerpts from a true and correct copy of the Deposition Transcript of Anagha Apte, taken on September 17, 2024.

1

4.      Attached hereto as **Exhibit 3** are excerpts from a true and correct copy of the Deposition Transcript of Whit Clay, taken on July 2, 2024.

5.      Attached hereto as **Exhibit 4** are excerpts from a true and correct copy of the Deposition Transcript of Daniel Cory, taken on September 6, 2024.

6.      Attached hereto as **Exhibit 5** are excerpts from a true and correct copy of the Deposition Transcript of Jose Gordon, taken on September 27, 2024.

7.      Attached hereto as **Exhibit 6** are excerpts from a true and correct copy of the Deposition Transcript of Anneli Olausson, taken on September 18, 2024.

8.      Attached hereto as **Exhibit 7** are excerpts from a true and correct copy of the Deposition Transcript of David Steiner, taken on September 24, 2024.

9.      Attached hereto as **Exhibit 8** are excerpts from a true and correct copy of the Deposition Transcript of Ina Steiner, taken on September 23, 2024.

10.     Attached hereto as **Exhibit 9** are excerpts from a true and correct copy of the Deposition Transcript of Steiner Associates, LLC, by and through David Steiner, taken on September 20, 2024.

11.     Attached hereto as **Exhibit 10** are excerpts from a true and correct copy of the Deposition Transcript of Steiner Associates, LLC, by and through Ina Steiner, taken on August 30, 2024 ("Ina Steiner 30(b)(6) Deposition").

12.     Attached hereto as **Exhibit 11** are excerpts from a true and correct copy of the Deposition Transcript of Stephanie Stockwell, taken on September 26, 2024.

13.     Attached hereto as **Exhibit 12** are excerpts from a true and correct copy of the Deposition Transcript of Veronica Zea, taken on September 11, 2024.

14.    Attached hereto as **Exhibit 13** is a true and correct copy of the Deferred Prosecution Agreement, *United States v. eBay Inc.*, dated January 10, 2024, and marked as Exhibit 7 at the Deposition of Anagha Apte.

15.    Attached hereto as **Exhibit 14** is a true and correct copy of an email from dated May 22, 2019, bearing Bates number SLOANE0006701, and marked as Exhibit N at the deposition of Whit Clay.

16.    Attached hereto as **Exhibit 15** is a true and correct copy of Steiner Associates, LLC's Responses to Defendants' Collective First Set of Interrogatories, dated May 1, 2024, and marked as Exhibit 8 at the Ina Steiner 30(b)(6) Deposition.

17.    Attached hereto as **Exhibit 16** is a true and correct copy of a Wall Street Journal article titled *AuctionBytes Bites Back at eBay*, dated April 29, 2009.

18.    Attached hereto as **Exhibit 17** is a true and correct copy of an email dated January 6, 2020, bearing Bates numbers EBAY_STEINER_00002438 to EBAY_STEINER_00002549, and marked as Exhibit 17 at the Deposition of Anagha Apte.

19.    Attached hereto as **Exhibit 18** is a true and correct copy of an email dated June 2, 2019, bearing Bates numbers EBAY_STEINER_00025581 to EBAY_STEINER_00025585, and marked as Exhibit 11 at the Deposition of Daniel Cory.

20.    Attached hereto as **Exhibit 19** is a true and correct copy of an email dated January 8, 2019, bearing Bates numbers EBAY_STEINER_00109850 to EBAY_STEINER_00109851.

21.    Attached hereto as **Exhibit 20** is a true and correct copy of a text string between Devin Wenig and Steve Wymer dated March 13, 2019, bearing Bates number WYMER00000257.

22.    Attached hereto as **Exhibit 21** is a true and correct copy of a text string between Wendy Jones and Steve Wymer dated May 16, 2019, bearing Bates number WYMER00000388.

23.    Attached hereto as **Exhibit 22** is a true and correct copy of an email dated December 5, 2016, bearing Bates numbers EBAY_STEINER_00126589 to EBAY_STEINER_00126592.

24.    Attached hereto as **Exhibit 23** is a true and correct copy of the Sloane & Company report Ina Steiner Evaluation & Analysis dated May 22, 2019, bearing Bates numbers SLOANE00006702 to SLOANE00006703, and marked as Exhibit O at the Deposition of Whit Clay.

25.    Attached hereto as **Exhibit 24** is a true and correct copy of an email dated June 11, 2019, bearing Bates number SLOANE00007460, and marked as Exhibit R at the Deposition of Whit Clay.

26.    Attached hereto as **Exhibit 25** is a true and correct copy of Orpheus, LLC's report regarding David and Ina Steiner dated June 5, 2019, bearing Bates numbers SLOANE00007463 to SLOANE00007467, and marked as Exhibit S at the Deposition of Whit Clay.

27.    Attached hereto as **Exhibit 26** is a true and correct copy of a Sloane & Company Report re Next Steps dated June 11, 2019, bearing Bates numbers SLOANE00007461 to SLOANE00007462, and marked as Exhibit T at the Deposition of Whit Clay.

28.    Attached hereto as **Exhibit 27** is a true and correct copy of an email dated February 14, 2012, bearing Bates number PROD-054754, and marked as Exhibit 37 at the Ina Steiner 30(b)(6) Deposition.

29.    Attached hereto as **Exhibit 28** is a true and correct copy of an email dated May 21, 2017, bearing Bates numbers PROD-021311.

30.    Attached hereto as **Exhibit 29** is a true and correct copy of an email dated February 11, 2019, bearing Bates numbers EBAY_STEINER_00048307 to EBAY_STEINER_00048311.

4

31. Attached hereto as **Exhibit 30** is a true and correct copy of a text between Julianne Whitelaw, Ryan Moore, Jose Gordon, and Steve Wymer dated May 24, 2019, bearing Bates numbers WYMER00000375 to WYMER00000376, and marked as Exhibit 3 at the Deposition of Jose Gordon.

32. Attached hereto as **Exhibit 31** is a true and correct copy of Steve Wymer's Responses and Objections to eBay Inc.'s First Set of Interrogatories, dated May 1, 2024.

33. Attached hereto as **Exhibit 32** is a true and correct copy of the Onboarding Plan for Sloane & Company, bearing Bates numbers SLOANE00022731 to SLOANE00022737, and marked as Exhibit E at the Deposition of Whit Clay.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a text between Mike Boccio, Whit Clay, and Steve Wymer dated May 21, 2019, bearing Bates number WYMER00000287, and marked as Exhibit K at the Deposition of Whit Clay.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the EcommerceBytes article *Did You Know eBay Built a Lavish NYC Pub Style Lounge?*, dated May 21, 2019, and marked as Exhibit L at the Deposition of Whit Clay.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a text between Mike Boccio, Whit Clay, and Steve Wymer dated May 21, 2019, bearing Bates number WYMER00000262, and marked as Exhibit M at the Deposition of Whit Clay.

37. Attached hereto as **Exhibit 36** is a true and correct copy of an email dated June 17, 2019, bearing Bates number SLOANE00001005, and marked as Exhibit W at the Deposition of Whit Clay.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the Sloane & Company report re Next Steps dated June 17, 2019, bearing Bates numbers SLOANE00001006 to SLOANE00001007, and marked as Exhibit X at the Deposition of Whit Clay.

39. Attached hereto as **Exhibit 38** is a true and correct copy of an email dated June 13, 2019, bearing Bates numbers EBAY_STEINER_00120964 to EBAY_STEINER_00120965, and marked as Exhibit Y at the Deposition of Whit Clay.

40. Attached hereto as **Exhibit 39** is a true and correct copy of Brian Gilbert's Responses to eBay's First Set of Requests for Admission, dated September 16, 2024.

41. Attached hereto as **Exhibit 40** is a true and correct copy of David Harville's Response to eBay Inc.'s First Set of Requests for Admission, dated September 19, 2024.

42. Attached hereto as **Exhibit 41** is a true and correct copy of Philip Cooke's Responses to eBay Inc.'s First Set of Requests for Admission, dated September 16, 2024.

43. Attached hereto as **Exhibit 42** is a true and correct copy of Stephanie Stockwell's Responses to eBay Inc.'s Requests for Admission, dated September 23, 2024.

44. Attached hereto as **Exhibit 43** is a true and correct copy of Stephanie Popp's Responses to eBay Inc.'s Requests for Admission, dated September 23, 2024.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Veronica Zea's Response to eBay Inc.'s Requests for Admission, Set One, dated September 23, 2024.

46. Attached hereto as **Exhibit 45** is a true and correct copy of the Affidavit of Mark Wilson dated June 11, 2020, filed in *United States v. Baugh*, 20-cr-10263-PBS-1, and marked as Exhibit 4 at the Deposition of Ina Steiner.

47. Attached hereto as **Exhibit 46** is a true and correct copy of an eBay Presentation to the Office of the U.S. Attorney for Massachusetts dated March 16, 2021, bearing Bates numbers

EBAY_STEINER_00005468 to EBAY_STEINER_00005500, and marked as Exhibit 11 at the Deposition of Anagha Apte.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of Wendy Jones' Organization Charts dated March 2019, bearing Bates numbers EBAY_STEINER_00144662 to EBAY_STEINER_00144707, and marked as Exhibit 1 at the Deposition of Carmen Amara.

49.    Attached hereto as **Exhibit 48** is a true and correct copy of an email dated February 22, 2019, bearing Bates numbers EBAY_STEINER_00040269 to EBAY_STEINER_00040273, and marked as Exhibit 7 at the Deposition of Daniel Cory.

50.    Attached hereto as **Exhibit 49** is a true and correct copy of an email dated March 21, 2019, bearing Bates numbers EBAY_STEINER_00189132 to EBAY_STEINER_00189138.

51.    Attached hereto as **Exhibit 50** is a true and correct copy of an email dated August 27, 2019, bearing Bates numbers EBAY_STEINER_00216373 to EBAY_STEINER_00216375.

52.    Attached hereto as **Exhibit 51** is a true and correct copy of a map of eBay San Jose – South Campus, bearing Bates number EBAY_STEINER_00195355, and marked as Exhibit 19 at the Deposition of Daniel Cory.

53.    Attached hereto as **Exhibit 52** is a true and correct copy of Ina Steiner's Objections and Responses to Defendants' Collective First Set of Interrogatories, dated May 1, 2024, and marked as Exhibit 1 at the Deposition of Ina Steiner.

54.    Attached hereto as **Exhibit 53** is a true and correct copy of Ina Steiner's Supplemental Responses to Defendants' Collective First Set of Interrogatories, dated July 22, 2024, and marked as Exhibit 2 at the Deposition of Ina Steiner.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of David Steiner's Objections and Responses to Defendants' Collective First Set of Interrogatories, dated May 1, 2024, and marked as Exhibit 1 at the Deposition of David Steiner.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of David Steiner's Supplemental Responses to Defendants' Collective First Set of Interrogatories, dated July 22, 2024, and marked as Exhibit 2 at the Deposition of David Steiner.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of Philip Cooke's Responses and Objections to Steve Wymer's First Set of Interrogatories, dated May 1, 2024.

58.     Attached hereto as **Exhibit 57** is a true and correct copy of Brian Gilbert's Responses and Objections to Steve Wymer's First Set of Interrogatories, dated May 1, 2024.

59.     Attached hereto as **Exhibit 58** is a true and correct copy of David Harville's Answers to Steve Wymer's First Set of Interrogatories, dated May 1, 2024.

60.     Attached hereto as **Exhibit 59** is a true and correct copy of Stephanie Stockwell's Responses and Objections to Steve Wymer's First Set of Interrogatories, dated May 1, 2024.

61.     Attached hereto as **Exhibit 60** is a true and correct copy of Veronica Zea's Responses to Steve Wymer's First Set of Interrogatories, dated May 10, 2024.

62.     Attached hereto as **Exhibit 61** is a true and correct copy of Stephanie Popp's Responses to Steve Wymer's First Set of Interrogatories, dated April 30, 2024.

63.     Attached hereto as **Exhibit 62** is a true and correct copy of Jim Baugh's Objections and Responses to Steve Wymer's First Set of Interrogatories, dated September 16, 2024.

64.     Attached hereto as **Exhibit 63** is a true and correct copy of an email dated August 21, 2019, bearing Bates numbers EBAY_STEINER_00003787 to EBAY_STEINER_00003789, and marked as Exhibit 4 at the Deposition of Jose Gordon.

65.     Attached hereto as **Exhibit 64** is a true and correct copy of an email dated August 7, 2019, bearing Bates numbers EBAY_STEINER_00003937 to EBAY_STEINER_00003939.

66.     Attached hereto as **Exhibit 65** is a true and correct copy of a text between Steve Wymer and Jim Baugh dated August 7, 2019, bearing Bates number WYMER00000205.

67.     Attached hereto as **Exhibit 66** is a true and correct copy of Steve Wymer's Responses and Objections to Interrogatories Propounded by the Plaintiff to be Answered by the Defendant, dated January 12, 2024.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of a text between Ryan Moore and Steve Wymer dated March 18, 2019, bearing Bates number WYMER00000255.

69.     Attached hereto as **Exhibit 68** is a true and correct copy of an email dated June 13, 2019, bearing Bates numbers SLOANE00007517 to SLOANE00007520, and marked as Exhibit V at the Deposition of Whit Clay.

70.     Attached hereto as **Exhibit 69** is a true and correct copy of an email dated July 9, 2019, bearing Bates number EBAY_STEINER_00187913.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of an email dated August 7, 2019, bearing Bates numbers EBAY_STEINER_00187924 to EBAY_STEINER_00187926.

72.     Attached hereto as **Exhibit 71** is a true and correct copy of an email dated August 12, 2019, bearing Bates numbers EBAY_STEINER_00187948 to EBAY_STEINER_00187949, and marked as Exhibit 2 at the Deposition of Jose Gordon.

73.     Attached hereto as **Exhibit 72** is a true and correct copy of an email dated May 22, 2019, bearing Bates numbers EBAY_STEINER_00005307 to EBAY_STEINER_00005308.

74.     Attached hereto as **Exhibit 73** is a true and correct copy of an email dated June 28, 2018, bearing Bates numbers EBAY_STEINER_00146818 to EBAY_STEINER_00146819.

9

75. Attached hereto as **Exhibit 74** is a true and correct copy of an email dated August 2, 2018, bearing Bates numbers EBAY_STEINER_00054547 to EBAY_STEINER_00054548.

76. Attached hereto as **Exhibit 75** is a true and correct copy of an email dated December 5, 2016, bearing Bates numbers EBAY_STEINER_00120330 to EBAY_STEINER_00120331.

77. Attached hereto as **Exhibit 76** is a true and correct copy of a text between Julianne Whitelaw and Steve Wymer dated February 26, 2019, bearing Bates number WYMER00000250.

78. Attached hereto as **Exhibit 77** is a true and correct copy of a text between Steve Wymer, Ryan Moore, and Julianne Whitelaw dated August 1, 2019, bearing Bates number WYMER00000357.

79. Attached hereto as **Exhibit 78** is a true and correct copy of a text between Devin Wenig and Steve Wymer dated August 1, 2019, bearing Bates number WYMER00000277.

80. Attached hereto as **Exhibit 79** is a true and correct copy of the June 27, 2018, EcommerceBytes article *eBay Lays Off Workers in Global Reorganization,* which was printed from www.ecommercebytes.com at my direction on October 14, 2024.

81. Attached hereto as **Exhibit 80** is a true and correct copy of an email dated August 5, 2018, bearing Bates number EBAY_STEINER_00059394.

82. Attached hereto as **Exhibit 81** is a true and correct copy of the July 30, 2018, EcommerceBytes article *eBay Bans PayPal in Early Payments Beta*, which was printed from www.ecommercebytes.com at my direction on October 14, 2024.

83. Attached hereto as **Exhibit 82** is a true and correct copy of Steiner Associates, LLC's Supplemental Responses to Defendants' Collective First Set of Interrogatories dated July 22, 2024, and marked as Exhibit 9 at the Ina Steiner 30(b)(6) Deposition.

84.     Attached hereto as **Exhibit 83** is a true and correct copy of a letter from Trevor Templeton to Andrew Finkelstein, dated July 9, 2024.

85.     Attached hereto as **Exhibit 84** is a true and correct copy of a transcript of the 60 Minutes segment *Investigation continues after couple became the target of harassment, stalking by eBay employees*, dated August 13, 2023, which was printed from www.cbsnews.com at my direction on October 14, 2024.

86.     I declare under the penalty of perjury that the foregoing is true and correct under the laws of the United States of America and that this Declaration was completed on this 28th day of October, 2024.

Respectfully submitted,

STEVE WYMER,

By his Attorneys,

**s/ *Trevor N. Templeton***
Trevor N. Templeton, Esq. (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
ttempleton@wsgr.com

Lon F. Povich (BBO 544523)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6578
lpovich@andersonkreiger.com

Dated: October 28, 2024

11

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Caz Hashemi*
Caz Hashemi