

EBAY_STEINER_00189057