Page 1

1

2                    UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT COURT OF MASSACHUSETTS

4      INA STEINER, DAVID STEINER, and    ) Case No.  1:21-CV-11181-PBS

       STEINER ASSOCIATES, LLC,           )

5                                         )

            Plaintiffs,                   )

6                                         )

            vs.                           )

7                                         )

       EBAY, INC., et al.,                )

8                                         )

            Defendants.                   )

9      _____   )

10           VIDEOTAPED DEPOSITION OF VERONICA L. ZEA

11                    San Jose, California

12               Wednesday, September 11, 2024

13

14

15               REPORTED BY: Derek L. Hoagland

16                    CSR No. 13445

17

18

19

20

21

22

23

24

25

1               UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT COURT OF MASSACHUSETTS

3   INA STEINER, DAVID STEINER, and  ) Case No.  1:21-CV-11181-PBS

    STEINER ASSOCIATES, LLC,       )

4                            )

        Plaintiffs,          )

5                            )

        vs.                  )

6                            )

   EBAY, INC., et al.,         )

7                            )

        Defendants.          )

8  _____ )

9

10

11   Videotaped Deposition of VERONICA L. ZEA, taken before

12   Derek L. Hoagland, a Certified Shorthand Reporter for

13   the State of California, commencing at 9:10 a.m.,

14   Wednesday, September 11, 2024, at Berliner Cohen LLP,

15   10 Almaden Blvd, 11th Floor, San Jose, California 95113.

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 14

1      Q.      Do you have a college degree, Ms. Zea?

2      A.      Yes.

3      Q.      What -- from what university?

4      A.      American University.

5      Q.      And what was your degree?

6      A.      Justice, law, and criminology.  A bachelor's of

7      art.

8      Q.      Okay.  Bachelor of the Arts degree?

9      A.      Mm-hmm.

10     Q.      And what year did you graduate?

11     A.      2016.

12     Q.      Was your role at eBay your first job after

13     college?

14     A.      Yes.

15     Q.      Were you an employee of eBay, or did you work

16     for another entity?

17     A.      Another entity.

18     Q.      Okay.  After -- which entity were you hired by

19     for that role initially?

20     A.      Concentric Advisors.

21     Q.      What month and year were you hired?

22     A.      That would be May 2017.

23     Q.      Okay.  And after you were hired by Concentric

24     Advisors in May of 2017, were you assigned to work in --

25     at eBay?
```

Page 15

```
 1    A.      Yes.

 2    Q.      And where at eBay were you assigned to work?

 3    A.      At the time, it was called the Global Security

 4    Operations Center or GSOC for short.

 5    Q.      Okay.  Was that at eBay's campus in San Jose,

 6    California?

 7    A.      Yes.

 8    Q.      What was your title when you started?

 9    A.      It was, I'm sorry, it's been so long.  Security

10    operator, I think.

11    Q.      Was it possible you were an intelligence

12    analyst?

13    A.      Not at the time of hiring.

14    Q.      Okay.  Security operator was your title?

15    A.      I believe so.

16    Q.      You think so.  Okay.

17            Did you start as an hourly employee or were you

18    paid via salary?

19    A.      Hourly.

20    Q.      And how much were you making at the start per

21    hour?

22    A.      I believe it was $20 an hour.

23    Q.      $20 an hour?

24    A.      It might have been $25 an hour.

25    Q.      Okay.
```

1    A.      Mm-hmm.

2    Q.      How old were you when you started working at

3    eBay?

4    A.      23 years old.

5    Q.      Did you have any prior experience working at a

6    large corporation?

7    A.      No, I did not.

8    Q.      Did you have any prior experience working in the

9    security industry?

10   A.      No.

11   Q.      Did you have any prior experience at all working

12   in a corporate office environment?

13   A.      No.

14   Q.      Have you had any prior jobs before working at

15   eBay?

16   A.      Yeah, aside from babysitting, house-sitting,

17   et cetera, I was a ride attendant at Great America for a

18   roller coaster; and for a week, I was a temp at a law

19   firm filling in for someone.

20   Q.      Okay.  Thank you.

21           MS. MILLS:  I am going to ask -- I am going to

22   show you what's been marked as Exhibit 1.

23           (Exhibit No. 1 marked for identification.)

24           (Off the record discussion.)

25   ///

Page 17

1    BY MS. MILLS:

2    Q.      Ms. Zea, do you recognize this as a letter that

3    you wrote to Judge William Young, submitted on January

4    2022, in connection your sentencing?

5    A.      Yes.

6    Q.      Did you write that letter?

7    A.      Yes.

8    Q.      Is that a true and correct copy of that letter?

9    A.      I believe so.

10   Q.      Okay.

11   A.      Yes.

12   Q.      And were you truthful and honest in that letter

13   that you wrote to the Court?

14   A.      Yes.

15   Q.      Okay.  You can set that aside for now.

16   A.      Okay.

17   Q.      Who was the head of the security team at eBay

18   while you worked there?

19   A.      Jim Baugh.

20           THE REPORTER:  Jim?

21           THE DEPONENT:  Baugh, B-a-u-g-h.

22   BY MS. MILLS:

23   Q.      When did you first meet Mr. Baugh?

24   A.      During my interview.

25   Q.      Approximately how old was he at that time?

```
                                             Page 25
 1    A.      Alicia Doming [sic] -- I keep forgetting her
 2    last name.
 3    Q.      Domingos?
 4    A.      Yeah, I think so.
 5    Q.      Okay.  Did -- and she was your direct supervisor
 6    at the time that you started, you think?
 7    A.      I think so, yes.
 8    Q.      Okay.  And do you remember who Ms. Domingos
 9    reported to at that time?
10    A.      I think it was the man who previously held Jim
11    Baugh's position, Jim -- I think his name was also Jim,
12    and I am forgetting his last name.  Yeah.
13    Q.      Is it Haswell, maybe or Fussell?
14    A.      Fussell.
15    Q.      Fussell?
16    A.      Mm-hmm.
17    Q.      Okay.  Did -- did there come a time when
18    Ms. Popp was your direct supervisor?
19    A.      Yes.
20    Q.      Okay.  And roughly how long after you started
21    was that?
22    A.      I believe that was about two months after I
23    started.
24    Q.      Did Ms. Popp report directly to Mr. Baugh?
25    A.      Yes.
```



Page 30



18   Q.       While you were working on eBay's campus, did you

19   tend to hang out with other eBay personnel not from the

20   security team?

21   A.       No.

22   Q.       Were you ever encouraged to interact with people

23   outside of the security team?

24   A.       Not really, only if it was something that could

25   kind of benefit the security team.  So like networking,

Page 31

1    to try to build connections for the team itself.

2    ███       ████████████████████████████████████

3    ████████████████████████████████████████████████

4    ███████████████████████████████████

5    ███       ████████

6    ███       ████████████████████████████████

7    ████████████████████████

8    ███       ████████████████████████████████

9    ██████████████████████████████████████

10   ██████████████████████████████████████

11   ████████████████████

12   ███       ████████████████████████████████

13   █████████████████████████████████

14   ███       ████████████████████████████████

15   ██████████████████████████████████████████████

16   ███████████████

17   Q.      Okay.  All right.  When you first started

18   working at eBay in 2017, approximately how many other

19   members were on the security team at that time?

20   A.      The whole security team?  I am not sure.

21   Q.      Okay.

22   ███       ████████████████████████████████

23   ███       ████████████████████████████████████

24   ██████████████████████████████████

25   ████████████

```
                                                       Page 34
 1     Q.       Okay.  Did the -- and you yourself did not have

 2     a background in intelligence gathering at that time,

 3     right?

 4     A.       No.

 5     Q.       Okay.  Did the firing of those other nine

 6     analysts all in one fell swoop cause you any concern

 7     about your own job?

 8     A.       Yes.

 9     Q.       Why?

10     A.       Well, I had become friendly with those people,

11     and they had trained me, so first I was upset to see

12     them go, and I know losing a job can't be easy.  But

13     also, yeah, it started to instill the fear of if it was

14     so easy to get rid of those people with the long history

15     in the office, you know, what makes me stand out?

16     Q.       Did you need a job to pay your bills?

17     A.       Yes.

18     Q.       While you were a contractor working on eBay's

19     security team, what was your understanding as to whom

20     you were supposed to report any workplace incidents,

21     like harassment or other issues?

22     A.       My contractor, the Concentric or PFC.

23     Q.       Okay.  Concentric when you first started?

24     A.       Yes.

25     Q.       And then later on your employment transitioned
```

Page 35

```
 1     to PFC?

 2     A.        Mm-hmm.

 3     Q.        And we will talk about that in a little bit.

 4     A.        Okay.

 5     Q.        Okay.  Did you ever report any workplace

 6     experiences that made you uncomfortable?

 7     A.        No, I -- so I will say I knew I could go -- or I

 8     thought I could go to my contractor, the people who were

 9     more embedded at the actual agencies, but I also would

10     report to people from Concentric or PFC at the eBay

11     office, and so it was them I would have to bring it to

12     first.  If we went around those people, we would -- Jim

13     would find out and we would get in trouble.  Yeah.

14     Q.        Okay.  You wrote in your sentencing letter about

15     an incident where a janitor tried to kiss you without

16     your consent and you reported that to Concentric.

17               Do you recall that?

18     A.        Yes.

19     Q.        Did that happen?

20     A.        Mm-hmm.

21     Q.        What happened after that?

22     A.        I kind of told my -- I think -- I don't think

23     she was a manager, she was a shift lead with Concentric.

24     I told her, "Hey, this happened, and it was

25     uncomfortable."  And it was just kind of laughed off,
```

1    and so I would start -- that was during the night shift

2    when I would work alone a lot.  So I couldn't leave the

3    office, so I would still just be in there when he would

4    come in.  Yeah, it wasn't addressed ever.

5    Q.      Okay.  And you also wrote in your letter to the

6    Court about having another incident during the night

7    shift where another analyst, male analyst started

8    telling you about his sex life in graphic detail?

9    A.      Yeah.

10   Q.      And you reported that to Concentric as well.

11           Do you recall that?

12   A.      Yeah.  They did hire someone to start working

13   night shift.  They rehired enough people.  And yeah, he

14   started to tell me about a date he went on, and it was

15   way too much information.  And so again, I did tell the

16   shift lead who brought it up to I think Stephanie Popp

17   and Jim Baugh at the time, so I think Stephanie Popp was

18   still Concentric at the time.  The shift lead definitely

19   was, but I don't think they took it further up the

20   Concentric chain from there.

21   Q.      Okay.  And you wrote in your letter to the Court

22   that Mr. Baugh and Ms. Popp reacted by chastising you

23   for telling your supervisor instead of going to

24   Ms. Popp.

25           Do you recall that?

1    A.       Yeah.

2    Q.       And you also stated that they told you never to

3    go to Concentric again about any issues that you had but

4    instead to take them to Ms. Popp.

5             Do you remember that?

6    A.       Yes.

7    Q.       And is that what happened?

8    A.       Mm-hmm.  Yes.

9    Q.       What impact did that have on your work -- your

10   work life at eBay at that point?

11   A.       At that point, yeah, it started to feel a little

12   like I was closed off from others.  We would have

13   training sessions with Concentric, but Jim Baugh or

14   Stephanie Popp were always present, so there wasn't

15   really a time where we could voice any concerns or

16   something like that to someone not embedded at eBay.

17   Q.       Okay.  I believe you have testified about

18   Mr. Baugh referring to the team at times, the security

19   team, as "a family"?

20   A.       Mm-hmm.

21   Q.       Did Mr. Baugh ever insult you or other members

22   of that family?

23   A.       Yes.

24   Q.       Do -- do you recall specific instances where he

25   did that?

1    Q.      So we've talked about the fact that at the

2    beginning of your time with eBay, you were employed by

3    Concentric Advisors?

4    A.      Mm-hmm.

5    Q.      That assigned you to work at eBay?

6    A.      Mm-hmm.

7    Q.      Did there come a time when that changed?

8    A.      Yes.

9    Q.      Approximately when was that?

10   A.      January 2019.

11   Q.      Okay.  And so what happened that caused you to

12   no longer be working with Concentric Advisors?

13   A.      In October 2018, I believe, it's kind of a long

14   story.

15   Q.      That's fine.

16   A.      One of my fellow analysts got tired.  She was

17   frequently -- it seemed like targeted as being the one

18   on-call analyst, and she was the one that enjoyed

19   surfing, and it was really impacting her weekend and

20   time off with her boyfriend and friends.

21   Q.      What was her first name?

22   A.      Madeline.

23   Q.      Okay.

24   A.      And she came to work with what Jim was

25   calling -- or Baugh was calling an attitude.  We had to

Page 64

1    A.       Yeah.  Yeah.

2    Q.       Okay.  And did that series of events that you

3    have been talking about with Madeline and the Concentric

4    being severed or terminated --

5    A.       Mm-hmm.

6    Q.       -- did that happen around late 2018?

7    A.       Yeah, I believe it was in October, late October

8    2018.

9    Q.       Okay.  And it was a new contracting company

10   eventually brought on board?

11   A.       Yes.

12   Q.       Who brought that company on board?

13   A.       Jim Baugh.

14   Q.       What was the name of the company?

15   A.       Progressive F.O.R.C.E. Concepts, PFC.

16   Q.       Okay.  What did Mr. Baugh tell you about PFC?

17   A.       He told us that they were kind of coming on as a

18   favor to him almost.  They weren't typically in the

19   intelligence field.  They were more physical security.

20   They typically hired ex-military or ex-police force

21   members, but that he knew the CEO of the company, and

22   that he was willing to onboard us and kind of just have

23   Jim Baugh be in charge of how we were managed and

24   everything.

25            And then, yeah, he said he was doing that so

1    Q.      And so this --

2    A.      Yeah.

3    Q.      -- is the incident that Mr. Baugh then relayed

4    to you later on that that was the day that he had broken

5    you?

6    A.      Mm-hmm.

7    Q.      So he described that incident where you broke

8    down crying as a result of this incident, as the time he

9    had broken you?

10   A.      Yes.

11   Q.      Okay.  Did Mr. Baugh say he had broken others on

12   your team?

13   A.      Mm-hmm.

14   Q.      Who did he describe that?

15   A.      The one he specifically mentioned wasn't in the

16   GIC, but it was Dave Harville, like I said.  Yeah.

17   Q.      Okay.  Dave Harville was a -- was he a

18   supervisor within the security team at eBay?

19   A.      Yes.

20   Q.      Okay.  In July of 2019, did you go on a work

21   trip to Las Vegas with Mr. Baugh?

22   A.      Yes.

23   Q.      During that trip, did Mr. Baugh require you and

24   the other young women that you worked with to go to a

25   strip club?

Page 75

1    A.      Yes.  Just myself and Stephanie Popp.

2    Q.      Okay.

3    A.      As the two women.

4    Q.      Okay.  What happened?

5    A.      We were out to dinner as an entire security team

6    of the people that had attended eBay Open; and

7    afterwards, we were trying to figure out what to do.

8    And someone had mentioned a place called Spearmint

9    Rhino, I think, and so I repeated it, and then Jim said,

10   "Oh, you want to go there?"

11           And we ended up all Ubering there, and I had

12   never been to a place like that, and I was just --

13   Q.      Did you know what it was when you were -- when

14   you said the name?

15   A.      When -- yeah, someone told me.

16   Q.      Okay.  When you said that name, was -- were you

17   expressing to Mr. Baugh that you wanted to go there or

18   were you sharing that somebody else had said that's some

19   place you should go?

20   A.      Sharing.  Yeah, I mean, I had no interest in a

21   strip club.

22   Q.      Mm-hmm.  Okay.  Did -- what happened when you

23   got to that strip club?

24   A.      It's hard for me to remember fully because I

25   kind of like disassociated almost, just from extreme

                                        Page 81

1       detail his plan for how the security team was going to

2       deal with Ina and David Steiner?

3       A.      I believe so.  Yeah.

4       Q.      And there's -- there's a lot of evidence in this

5       case --

6       A.      Mm-hmm.

7       Q.      -- involving the Steiners and actions that the

8       eBay security team took against them.  My questions

9       aren't going to focus so much on that.

10              But in general terms, did that plan involve

11      harassing the Steiners by sending them unwanted messages

12      and packages?

13      A.      Yes.

14      Q.      Did Mr. Baugh seem concerned about concealing

15      that plan?

16      A.      Ye- -- yes, internally, yeah.  Yeah.

17      Q.      Okay.

18      A.      Yeah.

19      Q.      Did Mr. Baugh tell you that he had done similar

20      things in the past?

21      A.      Yes.  Yeah.

22      Q.      Can you give examples or details about that?

23      A.      I don't think he really gave details.  He just

24      said this is something -- yeah, that he had done in the

25      past.

1   Steiners, did he direct you to use WhatsApp only for

2   those communications?

3   A.      Not -- I don't think it was only on WhatsApp,

4   but it was, I would say, predominantly done via

5   WhatsApp.

6   Q.      Okay.  What other methods of communication were

7   being used for that plan?

8   A.      I think some email, and the occasional, like,

9   iMessage.  Yeah.

10   Q.      Okay.  Did -- so going back a little bit to June

11   of 2019, did Mr. Baugh, was that when Mr. Baugh

12   approached you about a project that he was working on

13   regarding the Steiners and gathering some information on

14   them?

15   A.      Yes.

16   Q.      Did that at first appear to you to be the type

17   of typical intelligence analysis project that you would

18   do in your routine work at eBay?

19   A.      Yeah.  Yeah.  We would have persons of interest

20   that we would gather information on.  Yeah.

21   Q.      Okay.  And that's throughout your time at eBay,

22   that was your understanding of part of your role there,

23   right, as an intelligence --

24   A.      Yeah.

25   Q.      -- analyst?

Page 91

```
1    Q.      All right.  In mid-August 2019, did Mr. Baugh
2    ask you to go with him to Boston?
3    A.      Yes.
4    Q.      What explanation did he give you as to why you
5    needed to go?
6    A.      Initially, it was still going with the idea that
7    they were getting paid by the activist investors, so
8    initially he approached it as looking like for flashes
9    of wealth, saying looking to see if they had an
10   expensive car in the driveway or something.
11   Q.      Okay.  And specifically, what explanation did he
12   give as to why you in particular needed to go?
13   A.      Oh, because I -- we could use the PFC card to
14   book flights or cars, et cetera, et cetera.  Yeah.
15   Q.      Okay.  So Mr. Baugh wanted you to use your PFC
16   credit card --
17   A.      Mm-hmm.
18   Q.      -- to book these flights rather than using eBay
19   as travel or an eBay card, right?
20   A.      Mm-hmm.
21   Q.      Okay.  Did Mr. Baugh also come up with a cover
22   story for your trip to Boston?
23   A.      Yes.
24   Q.      And did you understand that he wanted you to use
25   that story to conceal your activities and make it look
```

1    like you had been doing something in Boston other than

2    what you were actually doing?

3    A.      He told me initially it was in case other people

4    in security asked where I was going.  He said that

5    what -- he called it, I think he called it the operation

6    was like need to know.  So he said, "I know this is just

7    easier for you to explain to people."

8    Q.      Okay.

9    A.      So that -- yeah, that was the initial reasoning.

10   Q.      Okay.  And you and Mr. Baugh did travel to

11   Boston, correct?

12   A.      Mm-hmm.

13   Q.      And then you travelled to Natick, Massachusetts

14   where the Steiners lived?

15   A.      Yes.

16   Q.      And did you at that time surveil the Steiners in

17   a rented van?

18   A.      Yes.

19   Q.      While you were in Boston, did Michelle

20   Echevarria or Michelle Alford, did she quit?

21   A.      Yes.

22   Q.      What happened there?

23   A.      I can't remember dates specifically, but a few

24   days into us being on the East Coast, he asked all

25   analysts to come out to the East Coast and -- or at

```
                                                    Page 94
 1     trapped.
 2     Q.      Were you comfortable with the things that
 3     Mr. Baugh was asking you to do and directing you to do
 4     against the Steiners?
 5     A.      No.
 6     Q.      While you were in Boston, did you receive
 7     outreach from a police officer who was investigating
 8     those actions against the Steiners?
 9     A.      Yes.
10     Q.      Did Mr. Baugh instruct you to lie to the police
11     officers?
12     A.      I don't know if he instructed me to.  He told me
13     not to answer him or not meet with him.  But then when
14     the police officer attempted to contact me again, I held
15     my phone up and showed it to Jim; and he just grabbed it
16     out of my hand and he answered it, and then he lied to
17     the police officer.
18     Q.      Mm-hmm.  Okay.  And did you then come to learn
19     that eBay was conducting an internal investigation into
20     those actions?  The action against the Steiners?
21     A.      A little while later, yes.
22     Q.      Okay.  Did Mr. Baugh coach you on what to say in
23     your calls with eBay legal?
24     A.      Yes.
25     Q.      Did he instruct you to listen in on other
```

```
 1    participants calls with eBay legal?
 2    A.      Yeah, I was in the same room at the time that
 3    the call started and he just told us to stay,
 4    essentially.  Yeah.
 5    Q.      Did you ever observe Mr. Baugh delete any
 6    evidence related to this -- these investigations?
 7    A.      Mm-hmm.  Yes.
 8    Q.      What did he delete?
 9    A.      I don't -- I can't specifically remember the
10    full details at this point; but it was emails from my
11    laptop.
12    Q.      Okay.
13    A.      Yeah.
14    Q.      In your sentencing letter, you described that
15    Mr. Baugh had you pull up an email submitting receipts
16    for gift cards, and that he deleted that email in front
17    of you.
18            Is that what happened?
19    A.      Mm-hmm.
20    Q.      You also said that he asked -- that he told you
21    to delete your WhatsApp messages to clear your phone of
22    confidential information?
23    A.      Mm-hmm.
24    Q.      Did he do that?
25    A.      Yeah.
```

1    A.       One moment.  Let me read.  Yes.

2    Q.       And this is describing your time as an analyst

3    when you were working for Concentric Advisors.  Did

4    these duties, did these remain your duties when your

5    employer shifted to PFC?

6    A.       Yes, I think it was a little more -- it was more

7    expanded than this.  This is a pretty small summary, I

8    would say.

9    Q.       What -- what were some of the additional duties

10   that you had when you started working for PFC?

11   ██           ████████████████████████████████████

12   ██████████████████████████████████████████████████

13   ████████████████████████████████████████████████████

14   ███████████████████████████████████████████████

15   ████████████████████████████████████████████

16   █████████████████████████████████████████████

17   ██████████████████████████████████

18   Q.       And during your time when PFC was your -- was

19   your employer, who was giving you your day-to-day duties

20   at eBay?

21   A.       Stephanie Popp or Jim Baugh.  And towards the

22   end of my employment, Stephanie Stockwell.

23   Q.       Okay.  You can put that exhibit aside.

24   A.       Okay.

25   Q.       Ms. Zea, are you familiar with the name

Page 110

1

2

3

4

5

6

7

8

9

10    Q.      And same question as before.  Was this kind of

11    email within your normal job duties?

12    A.      Yeah.

13    Q.      Great.  You can set that exhibit aside.

14            You discussed with Ms. Mills your use of a

15    credit card issued to you by PFC.  I just wanted to go

16    over a few aspects of that.

17    A.      Okay.

18    Q.      You used the PFC credit card for a number of

19    purchases associated with the Natick events, correct?

20    A.      Yes.

21    Q.      That included airline tickets from San Francisco

22    to Boston for you, Baugh, and Stephanie Popp.  Is that

23    right?

24    A.      Yes.

25    Q.      And it also included hotel rooms in Boston,

Page 111

1    again, for you, Jim Baugh, and Stephanie Popp?

2    A.      Yes.

3    Q.      As well as the rental cars that you rented while

4    you were there?

5    A.      Mm-hmm.  Yes.

6    Q.      You purchased these items with -- with the PFC

7    credit card at Jim Baugh's direction.  Is that correct?

8    A.      Yes.

9    Q.      And I believe you told Ms. Mills that -- that

10   the reason Baugh told you to use the credit card was he

11   wanted to keep the charges off of eBay company credit

12   cards.  Is that right?

13   A.      Yeah, he said -- he essentially described it as

14   not having to put in requests or something to the eBay

15   travel site.  I am not sure how it all worked, but yeah,

16   it was just easier or faster to use my card.  Oh, I'm

17   sorry, and less people would -- it wouldn't be tracked

18   in the travel tracker app that tracked all employee

19   travel.

20   Q.      Can you explain why he didn't want it tracked?

21   A.      Similar to what I said earlier, where it was a

22   like need-to-know kind of thing.  He didn't want other

23   people within security being nosy.

24   Q.      So is it fair to say that Baugh was trying to

25   conceal the Boston trip from others within -- from

Page 112

1    others within the security team?

2    A.      Yes.

3    Q.      Do you recall when you submitted your expense

4    report for the Boston trip to PFC?

5    A.      No.

6            MR. BURKE:   Objection.

7            MR. FEITH:   I'm sorry, I didn't hear you.

8            MR. BURKE:   Objection to form.

9    BY MR. FEITH:

10   Q.       In the letter, you said -- in your letter, you

11   said that you submitted your final expense report a few

12   weeks after being fired by PFC.  Is that right?

13   A.       Probably.  I don't remember off the top of my

14   head at this point.  I can look.

15   Q.       Okay.  I want to shift gears and talk about the

16   trip to Boston.  Did you have a cover story for that

17   trip?  I'm sorry, I want to be just so the record is

18   clear:  I'm talking about this is the trip to Boston in

19   mid-August of 2019?

20   A.       Yes.  Yeah, as I said earlier, Jim gave me like

21   a cover story.

22   Q.       And what was the cover story?

23   A.       That Dave Harville and myself were travelling to

24   some kind of security conference in Boston.

25   Q.       And in your letter, you said that Baugh had you

Page 135

```
 1    A.      I can remember two off the top of my head.
 2    Q.      And you were passed along for an interview at
 3    eBay, correct?
 4    A.      Yes.
 5    Q.      What were you told about the hiring process
 6    after you were screened by Concentric?
 7    A.      Can you be more detailed?  I'm sorry.
 8    Q.      What did Concentric tell you that the screening
 9    was for and what the next steps would be?
10    A.      Oh, I think that there would be a background
11    check, and then that I was being offered a position
12    embedded at eBay.
13    Q.      You weren't -- offered a position until after
14    you met at eBay, correct?
15    A.      Correct.
16    Q.      What were you told by Concentric before meeting
17    with eBay about the hiring process?
18    A.      Oh, that I would be interviewing for a specific
19    job embedded at eBay, and that it was people working at
20    eBay that would, ultimately, decide to hire me.  I am
21    realizing now though, Stephanie Popp did work at
22    Concentric Advisors at the time.  She was embedded at
23    eBay though, and worked kind of as an agent for them
24    more than she did for Concentric, if that makes sense.
25    Q.      So when you went through the screening process
```

Page 138

```
 1    me.  I can't quite recall.
 2    Q.      You were living at home at the time?
 3    A.      Yes.
 4    Q.      Who were you living with?
 5    A.      My mom and dad.
 6    Q.      After you learned from Concentric that you got a
 7    position embedded at eBay, what did you tell your
 8    family?
 9    A.      That I was working as a contractor at eBay.
10    Q.      Your first position was as an intelligence
11    operator, I think you said?
12    A.      I believe so.  Yeah.
13    Q.      And at that time the name of the department
14    where you worked was Global Security Operations Center?
15    A.      Yeah.
16    Q.      And in July of 2017, I think you testified that
17    became the Global Intelligence Center, known as GIC,
18    correct?
19    A.      Yes.
20    Q.      Starting when the Global Intelligence Center was
21    created in July of 2017, your direct supervisor was
22    Stephanie Popp, right?
23    A.      Yes.
24    Q.      And then directly above her was Jim Baugh?
25    A.      I believe so.
```

Page 139

1    Q.        In May of 2017, when you started at eBay, what

2    devices or equipment were you provided in order to

3    perform the duties of intelligence operator?

4    A.        I -- no actual electronic devices. ███████

5    ██████████████████████████████████████████████

6    ████████████████████████████████████████████████

7    ██████████████████████████████████

8    ██    ████████████████████████████

9    ████████████████████████████████████████████████

10   ███████████

11   ██    ████████████████████████████

12   ████████████████

13   ██    ██████

14   ██    ████████

15   ██    ██████████████████████████████████████████

16   ██████████████

17   ██    ██████

18   ██    ██████████████████████████████████████████

19   ████████████████████

20   ██    ██████

21   Q.        You weren't issued any eBay mobile phone when

22   you first started, correct?

23   A.        That's correct.

24   Q.        Were you issued a mobile phone when you became

25   salaried?

1    A.      Not initially.  I think that came later.

2    Q.      When you were issued a mobile phone --

3    A.      Mm-hmm.

4    Q.      -- it was issued by eBay, not any contractor

5    that you were an employee for, correct?

6    A.      Yes.

7    Q.      And when you got the mobile phone, were you an

8    employee of Concentric or PFC?

9    A.      I believe -- hang on I need to think.  Yeah,

10    Concentric, Concentric.

11    Q.      When did you get a laptop?

12    A.      I believe I was --

13            MR. UBHAUS:  You mean an eBay laptop?

14            MR. BURKE:  Well, that will be the next

15    question.

16    BY MR. BURKE:

17    Q.      When -- when did you get a laptop associated

18    with your work at eBay?

19    A.      I believe that would be sometime in 2018.

20    Q.      Were you working for -- strike that.

21            Were you an employee of Concentric at the time

22    that you received a laptop?

23    A.      Yes.

24    Q.      And was the laptop issued by eBay?

25    A.      Yes.

1 █████        ████████████████████████████████████

2            ███████████████████████████████

3 █████     ███████████

4 █████     ███████████████████████████████

5 █████     ███████

6 █████     ███████████████████████

7 █████     ███████

8    Q.      You had a business card at some point, right?

9    A.      No.

10   Q.      There was no eBay issued business card for your

11   use?

12   A.      No.

13   Q.      There was some discussion about training this

14   morning and when you started with eBay, eBay provided

15   you with training, correct?

16   A.      Yes.

17   Q.      Did you ever have any training by Concentric

18   during the period of time you were a Concentric

19   employee?

20   A.      Yes.

21   Q.      What were the subject matters that you were

22   trained on by Concentric?

23   A.      Intelligence gathering, I remember.  I remember

24   doing something with how -- how to know a source was a

25   reliable source.  I cannot specifically recall anything

1    A.       Okay.  Yes.  Yeah, I'm sorry, I thought you

2    meant as an organization on a whole.  Yes, employees of

3    eBay would carry on training or educational sessions,

4    yeah.

5    Q.       And how frequently did that occur?

6    A.       In an unofficial capacity of training, almost

7    daily.

8    Q.       And as you sit here today, you -- you can think

9    of two training sessions that were run by Concentric

10   during your time when you were a Concentric employee?

11   A.       Yes, I can't fully remember the specifics, but I

12   do remember them coming to the office and doing

13   something with us, yeah.

14   Q.       As part of the training that eBay did within the

15   security center, it included the processes and

16   procedures that eBay wanted you and other analysts to

17   follow as to security threats, correct?

18   A.       Yes.

19   Q.       It included on how eBay wanted reports and

20   paperwork done and recorded, correct?

21   A.       Yes.  Yeah.

22   Q.       Sometimes Ms. Popp or Mr. Baugh would have you

23   travel for training, correct?

24   A.       Yes.

25   Q.       In fact, there was one multi-day program that

Page 144

```
1    you did in Austin?

2    A.      Mm-hmm.

3    Q.      Right?  Did Concentric ever direct you to travel

4    some place to have training?

5    A.      No.

6    Q.      Did you ever report back to either Concentric or

7    PFC that you were travelling for training purposes?

8    A.      No.

9    Q.      Did you receive handbooks, manuals, or other

10   documents upon your start with eBay informing you how to

11   do your job, ████████████████████████████████████

12   ████████████████████████

13   A.      I remember a reference binder for the GSOC on

14   how to escalate certain things or like a training

15   checklist, but it wasn't a manual or a handbook per se.

16   It was more just making sure the -- the verbal training

17   occurred properly.

18   Q.      Any other handbooks, manuals, or other documents

19   other than the -- what you just described, the reference

20   binder?

21   A.      Not that I recall.

22   Q.      Were you ever provided any handbooks or manuals

23   by Concentric or by PFC informing you about how to do

24   your job at eBay?

25   A.      No.
```

1     Q.      When you started, your initial salary was --

2     strike that.

3             You testified that when you started, you were an

4     hourly employee?

5     A.      Yes.

6     Q.      Correct?  And was there some annual equivalent

7     what you expected to earn when you first started?

8     A.      I think it would have been about $52,000 a year.

9     I am not a math person.  Like --

10    Q.      And then in July of 2017, you were promoted to

11    intelligence analyst when the GIC was created?

12    A.      Yes.

13    Q.      At that time you were put on an annual salary?

14    A.      Mm-hmm.

15    Q.      You do need to articulate the word.

16    A.      Oh, yes, I'm sorry.

17    Q.      And what was the annual salary set at?

18    A.      I think $70,000.

19    Q.      Do you recall when your next salary increase or

20    promotion was after July of 2017?

21    A.      I -- I don't know definitively.  Yeah.  I don't

22    know definitively.

23    Q.      What's your best recollection of the next

24    promotion or salary increase that you received?

25    A.      I think there -- one occurred shortly after more

                                        Page 147

1    analyst?

2    A.      No.

3            MR. UBHAUS:  I'm sorry, I just want to clar- --

4    the last question.  At some point, you were promoted to

5    the position of senior analyst, yes.  And that was in

6    late August of 2019, after the events that people here

7    have referred to as the "Natick events"?

8            THE DEPONENT:  Yeah -- oh, no, it was during the

9    Natick events.

10           MR. BURKE:  Okay.

11           THE DEPONENT:  Yes.  Sorry.

12           MR. BURKE:  So --

13           MR. UBHAUS:  So --

14           THE DEPONENT:  I don't -- I don't think they put

15   it in writing or anything until after.

16   BY MR. BURKE:

17   Q.      What were you verbally told about the promotion

18   to senior analyst, and when?

19   A.      Jim Baugh just told me that they were increasing

20   my salary again, while we were in Boston.  And then he

21   said it would -- it would come with a title change, but

22   it did not sound like increased responsibilities or

23   anything like that.

24   Q.      And that happened while you were in Boston with

25   Mr. Baugh?

Page 148

1    A.        Yeah.

2    Q.        What was the title that you had before he

3    informed you that he was going to make you a senior

4    analyst?

5    A.        Intelligence analyst.

6    Q.        So you -- you went from being an intelligence

7    operator to intelligence analyst to senior analyst,

8    correct?

9    A.        Yes.

10   Q.        And all of those promotions were dictated by

11   your supervisors at eBay, right?

12   A.        Yes.

13   Q.        You didn't have any -- you didn't do anything

14   with Concentric or PFC in order to obtain a new job

15   title?

16   A.        That's correct.

17   Q.        Throughout your tenure working at eBay, you

18   received your daily directions, supervision, and

19   assignments from your eBay supervisors within the Global

20   Intelligence Center or the GIC, whichever it was called

21   at that time, right?

22   A.        Yes.

23   Q.        Concentric never at any time directed,

24   supervised, controlled, or instructed you as to any of

25   the work you performed for eBay, correct?

1    A.      Correct.

2    Q.      And you consented to become an employee --

3    strike that.

4            You consented to be embedded with eBay when you

5    first became an employee of Concentric, right?

6    A.      Yes.

7    Q.      You never asked Concentric for an assignment to

8    another client at any time during your employment by

9    them in 2017 or 2018?

10   A.      Correct.

11   Q.      I am going to ask you some questions about the

12   period toward the end of 2018, when eBay was terminating

13   Concentric's contract and PFC came on board, okay?

14   A.      Okay.

15   Q.      Or actually before we get there, the team

16   delivered to you a gift to your room at the Wailea Beach

17   Resort in October of 2018.

18           Do you recall that?

19   A.      Yeah.

20   Q.      What was up with that?

21   A.      I don't know.  It was like an intrusion on my

22   vacation.  I don't know how they found out what room I

23   was in, but yeah, I was on vacation with a friend, and

24   either we came home and -- I think we came back to the

25   hotel room, and there was champagne and maybe flowers.

1    A.      He indicated as much later on, saying what I

2    think I also mentioned earlier, that he wanted to

3    refocus the priorities of that team and wanted to hire

4    people that aligned with that vision more.

5    Q.      And you understood that he had the discretion to

6    fire people on the team that he wished to fire?

7    A.      Yeah.

8    Q.      And like the hiring of you, he had discretion

9    about who he wanted to hire as well, correct?

10   A.      I believe so, yeah.

11   Q.      When Mr. Baugh told you and others on the team

12   about the termination of the contract with Concentric

13   Advisors, he told you that you would continue to work

14   for eBay, but now paid by PFC instead of Concentric,

15   right?

16   A.      Yes.

17   Q.      Other than that, you were told that everything

18   about your job was going to remain exactly the same,

19   correct?

20   A.      Yes.

21   Q.      You were told that you were still going to

22   report to your same eBay supervisors, right?

23   A.      Yes.

24   Q.      You had talked about a meeting to sign the

25   contract where you were alone with two people from PFC?

1    Q.    PFC didn't start to pay you until they came on

2    board on January 1st, 2019, right?

3    A.    I think so, yeah.  I just don't -- I -- if

4    that's the onboarding date, then yes.  I just don't

5    remember the specific dates.

6    Q.    Did PFC issue any devices or equipment for you

7    to perform your job duties at eBay?

8    A.    No.

9    Q.    And after PFC took over the contract on

10   January 1st, 2019, you still received your daily

11   direction, supervision, and assignments from your eBay

12   supervisors, correct?

13   A.    Yes.

14   Q.    PFC did not at any time direct, supervise,

15   control, or instruct you as to any of the work you

16   performed for eBay, correct?

17   A.    Yes.

18   Q.    You are agreeing with that statement, right?

19   A.    Yes, mm-hmm.

20   Q.    And you would agree that -- would the statement

21   that while you were performing your work for eBay you

22   never reported back to PFC exactly what you were doing?

23   A.    Yes.

24   Q.    Did you --

25   A.    I -- I'm sorry.  Sometimes they would come to

Page 162

1    Q.      -- eBay?

2    A.      Yeah.  Yeah.

3    Q.      Did you ever -- strike that.

4            To your knowledge, did PFC access any reports

5    that you created other than your expense reports?

6    A.      No.

7    Q.      Did you ever seek approval for travel from PFC?

8    A.      No.

9    Q.      Did anyone at PFC ever give you a performance

10   review?

11   A.      No.

12   Q.      Did anyone at eBay ever give you a performance

13   review?

14   A.      Yes.

15   Q.      How often?

16   A.      I can only remember one, and it wasn't really in

17   an official capacity.  There were -- I don't recall

18   there being any documentation or it was just like a

19   sit-down, that I can remember.

20   Q.      Do you recall filling out a self-evaluation form

21   as part of your evaluation at eBay?

22   A.      No.

23           MR. BURKE:  Can we mark this, it would be --

24           MR. UBHAUS:  7.

25           (Exhibit No. 7 marked for identification.)

Page 163

1          MR. BURKE:  I'm sorry.  I only have one extra

2    copy.

3    BY MR. BURKE:

4    Q.      Ms. Zea, I have handed you as Exhibit 7 what's

5    Bates stamped as EBAY_STEINER_34051 through 54.

6    A.      Mm-hmm.

1  ███████████████████████████████████████

2  ███████████████████

3  ██    ██████████████████████████████

4  █████████████████████████████████████

5  █████████████████████

6  ██    ███████████████

7  ██    ████████████████████████████████

8  ████████████████████████████████████████

9  ██    ████████████████

10  Q.      And just to be clear:  You were never evaluated

11  by Concentric or PFC?

12  A.      No.

13  Q.      My statement is, correct?

14  A.      Yes, I'm sorry.

15  Q.      I apologize, that's my fault, not your fault.

16          And I'm sorry if I asked you this before, but

17  you had no PFC-issued property or equipment during your

18  tenure of being employed by PFC, correct?

19  A.      Correct.

20  Q.      Just the credit card?

21  A.      Oh, yes.

22  Q.      So there are some people who are either

23  terminated from GIC or who resigned, and I just want to

24  go through some of their names and ask you a question

25  about each one.  Lauren Ticknor-Squires, did -- was she

Page 168

1    switched.

2    Q.    Stephanie Stockwell, she was --

3    A.    She was terminated, along -- she was an eBay

4    employee, terminated following the Natick events.

5    Q.    Okay.  I would like to ask you if you would

6    agree with a statement.  Would you agree that Concentric

7    while you were a Concentric employee and PFC while you

8    were a PFC employee were merely performing

9    administrative functions such as payroll, processing

10   expenses, and tracking your PTO, and not in any way

11   directing or controlling the work you performed for

12   eBay?

13   A.    Correct.  Yeah.

14   Q.    As to the Natick events, all of your actions

15   were at the direction and instruction of your eBay

16   supervisors, particularly Mr. Baugh, correct?

17   A.    Correct.

18   Q.    It was your eBay supervisor Mr. Baugh who

19   directed and required your attendance at meetings when

20   the campaign against the Steiners was discussed and

21   decisions were made about sending them various

22   paraphernalia, right?

23   A.    Yes.

24   Q.    And it was your eBay supervisor Mr. Baugh who

25   instructed and directed you to keep the actions and

Page 169

1     conduct from others, including others in the security
2     department, and others at eBay, right?
3     A.     Correct.
4     Q.     And it was your eBay supervisor Mr. Baugh who
5     instructed and directed you and others to use prepaid
6     debit cards to make online orders, right?
7     A.     Yes.
8     Q.     And your eBay supervisor Mr. Baugh was the one
9     that instructed people to use anonymous email accounts,
10    virtual private networks, cell phones, and specifically
11    purchased computers as part of the campaign against the
12    Steiners, right?
13    A.     Yes.
14    Q.     PFC never instructed or directed your actions in
15    ordering scary masks, live insects, or other items as
16    part of the Natick events, correct?
17    A.     Yes.
18    Q.     And it was your eBay supervisor, mainly
19    Mr. Baugh, but also Ms. Popp, who instructed and
20    directed your actions in Boston when you traveled there
21    as part of the campaign, right?
22    A.     Yes.
23    Q.     PFC never instructed or directed your actions in
24    Boston as part of the campaign against the Steiners?
25    A.     Correct.

Page 170

1    Q.    It was your eBay supervisor Mr. Baugh who

2    instructed and directed you not to speak to the Natick

3    Police Department or meet with them when they contacted

4    you, right?

5    A.    Correct.

6    Q.    PFC had nothing to do with that, right?

7    A.    Right.

8    Q.    It was your eBay supervisor, Mr. Baugh, mostly,

9    and to some extent, Ms. Popp, who instructed you to make

10   false statements about what occurred in Boston after

11   facts regarding the campaign started to come to light,

12   correct?

13   A.    Yes.

14   Q.    PFC didn't direct you to make false statements

15   about the Natick events to anyone, did they?

16   A.    They did not.

17   Q.    Did you make false statements to law enforcement

18   during any part of the investigation into the events in

19   Natick?

20   A.    No.

21   Q.    When you met with the US Attorney's Office,

22   making the first proffer, everything was honest at that

23   time?

24   A.    To my recollection.

25   Q.    You never informed PFC during the events in

```
 1    Natick of your eBay supervisor's instructions regarding
 2    the Natick events?
 3    A.      Can you repeat that?  I'm sorry.
 4    Q.      Yeah.  While things were happening regarding the
 5    Natick events in August of 2019 --
 6    A.      Mm-hmm.
 7    Q.      -- you never told anyone at PFC about it?
 8    A.      Correct.
 9    Q.      You never asked PFC permission to check the
10    address of any persons of interest in the Boston area,
11    correct?
12    A.      Correct.
13    Q.      You did not seek or receive permission from PFC
14    to go to Boston at all, did you?
15    A.      Correct.
16    Q.      Now, you described earlier your conversation
17    with your colleague Michelle after you came back from
18    purchasing some gift cards, where you were expressing
19    some concern about things on the list to be sent to the
20    Steiners.
21            Do you recall that testimony?
22    A.      (Moves head up and down.)
23    Q.      Was that the first time that you had concern
24    about what was happening with regard to the Steiners?
25    A.      No, but that was the first time where it was --
```

Page 173

1    A.      I was uncomfortable doing surveillance full

2    stop.

3    Q.      Okay.  Given that discomfort, did you report

4    anything back to PFC?

5    A.      No.

6    Q.      You had your own room in Boston, correct?

7    A.      Yes.

8    Q.      You had a lot of time where you had privacy,

9    right?

10   A.      Yes.

11   Q.      You could have called PFC at any point from your

12   hotel room and asked for guidance, right?

13   A.      Sure, yeah.

14   Q.      And you -- you didn't do that because of the

15   prior experience with Concentric, where a complaint got

16   back to Popp and Baugh?

17   A.      Partially.  Yeah.  It was -- yeah, overall just

18   I guess complete fear that Jim Baugh would find out in

19   some way or another.

20   Q.      After Michelle left, why didn't you call

21   Michelle and say, I am really uncomfortable with what's

22   happening, would you drop a dime with PFC.  Don't

23   mention me.  You are no longer employed by eBay, get me

24   some help?

25   A.      I just didn't think about that.

Page 175

```
 1    investors.
 2    Q.      After the events in Natick were starting to be
 3    investigated by the police, you were interviewed by eBay
 4    lawyers and a representative PFC was on the call.
 5            Do you recall that?
 6    A.      Oh, yeah.
 7    Q.      And -- and you acknowledged earlier that you
 8    were not truthful about the events in Natick at that
 9    time, correct?
10    A.      Correct.
11    Q.      So you not only lied to eBay lawyers, but you
12    lied to your employer PFC about the events in Natick?
13    A.      Well, PFC didn't ask me any questions.  They
14    were just on the phone while I was speaking to eBay
15    legal.
16    Q.      So you considered that you were only lying to
17    eBay lawyers because that was the person --
18            MR. UBHAUS:  Objection.  Objection.  That's
19    argumentative.
20    BY MR. BURKE:
21    Q.      -- because that was the person asking the
22    questions?
23            You can go ahead and answer.  Your lawyer's
24    objection is on the record.
25    A.      Oh.  Yeah, I -- I guess I didn't fully consider
```

1    it lying at the time.  I mean, it was but it -- I viewed

2    it as part of my job.  I don't know how to describe

3    that.

4    Q.     As an employee of PFC embedded with eBay, is

5    there anything that PFC did that caused you to commit

6    the acts for which you were convicted?

7    A.     No.

8    Q.     As the employee of PFC embedded with eBay, is

9    there anything that PFC failed to do that caused you to

10   commit the acts for which you were convicted?

11   A.     No.

12   Q.     Do you understand that the acts to which you

13   were convicted were outside the scope of your job duties

14   as an intelligence analyst?

15   A.     In hindsight, yes.

16   Q.     Mr. Baugh was very aggressive about this

17   mission, the Natick events, right?

18   A.     Yes.

19   Q.     It had been a hot topic for months, and getting

20   hotter and hotter as you approached August of 2019,

21   correct?

22   A.     Yes.

23   Q.     Did you have the sense from Mr. Baugh that if

24   you had resigned, the harassment campaign would have

25   stopped?

```
 1    A.      No.

 2    Q.      Did you have the sense that if you resigned, the

 3    trip to Boston would not have happened?

 4    A.      No.

 5    Q.      Do you have the sense that if you had told Baugh

 6    that you would not use the PFC credit card for funding

 7    the airline trips for him and others, that the trip

 8    would not have occurred?

 9    A.      Yeah.

10    Q.      Yes, that the trip would not have occurred or

11    yes, it would have gone forward anyway?

12    A.      The trip would not have occurred.  Or that's the

13    sense I had at the time.

14    Q.      And how come?

15    A.      I don't know.  I don't know that they would have

16    used their company cards to do it.

17    Q.      What about using their personal cards and

18    seeking reimbursement later?

19    A.      I think one of them did do that.  I think Dave

20    Harville did, so yeah, maybe they would have carried on.

21    I can't say for sure.

22    Q.      So -- so Dave Harville is an example of someone

23    that went to Boston to conduct criminal activities, even

24    though he didn't use the PFC card through you?

25    A.      Yeah, I guess so.
```

Page 180

1    Q.    Were there other supervisors at that same level

2    other than Popolizio?

3    A.    Yes.

4    Q.    Who else?

5    A.    Madeline Atkinson.

6    Q.    Did you ask her to report the situation with the

7    night shift co-worker to Concentric?

8    A.    Not specifically.

9    Q.    Okay.  But you learned that she reported it to

10   Popp and Baugh, correct?

11   A.    Correct.

12   Q.    And Popp and Baugh told you never to go to

13   Concentric again, about any issues you had at eBay,

14   right?

15   A.    Yes.

16   Q.    Did you ever go to anyone at Concentric about

17   the janitor trying to kiss you?

18   A.    No.

19   Q.    In the spring of 2019, you received a promotion,

20   correct?

21   A.    Yes.

22   Q.    And in addition to the -- being asked for a

23   promotion, you were asked to participate in creating a

24   job description and interviewing candidates, correct?

25   A.    I am trying to recall.  Yes.  Yes.

Page 181

1          MR. BURKE:  Can we mark the next exhibit,

2     please.  It will be No. 8.

3               (Exhibit No. 8 marked for identification.)

4               (Discussion off the record.)

5     BY MR. BURKE:

6     Q.      Ms. Zea, I have handed you Exhibit 8, which is

7     Bates stamped EBAY_STEINER_43986 through 988.

8     A.      Mm-hmm.

9     Q.      Do you recognize this?

10    A.      Yeah.

11    ██   ████████████████████████████████████████████

12    ████████████████████████████████████████████████

13    ████████████████████████████████████████████████

14    ████████████████████████████████████████████████

15    ██   ███████████

16    ██   ████████████████████████████████████████████

17    ███████████████████████████████████████████████

18    ████████████████

19    ██   ████████

20    ██   ███████████████

21    ██████████████████████████████████████████

22    ████████████████████████████████████████████████

23    ████████████████████████████████████████████████

24    ████████████████████████████████████████████████

25    A.      Hang on.

Page 182

1   Q.      Do you see that?

2   A.      Oh, yes, I'm sorry.  Yes.

3   ■■ ██████████████████████████████

4   █████████████████████████████████

5   ████████

6   ██  ██████████████████████████

7   ████████████████████████████████████

8   ████████████████████████████████████

9   █████████████████████████████████████

10  █████████████████████████████████████

11  ███████████████████████████

12  Q.      Did you have any conversation with anyone at PFC

13  about their experience in embedding intelligence

14  analysts?

15  A.      No.

16  Q.      You were relying upon what Jim Baugh had

17  described for you back at the time that he terminated

18  the Concentric contract?

19  A.      Yes.  I -- I would like to go back.  I -- I

20  don't think at this time I had a promotion.  Sorry.

21  Q.      Okay.

22  A.      I -- there was a small period of time where

23  without asking me first, Jim promoted me to supervisor

24  or something, and, like, two weeks later,

25  unceremoniously fired me in front of everyone from the

Page 183

```
1    position.  It didn't come with any pay raise or

2    anything.  It was very weird.

3    Q.      So when did that take place?

4    A.      Before Stockwell -- Stephanie Stockwell became

5    -- whatever her title was when she was promoted.  Around

6    this time.  I believe at this time, she was above me.

7    And towards the end of May, she was promoted -- hired as

8    an eBay employee.

9    ████      ███████████████████████████████

10   ████████████████████████████████████████████

11   ████████████████████████████████████████

12   provided full-time classified security and intelligence

13   analysts embedded with NASA on a PFC contract?

14   A.      Yeah.  I did not know that though.

15   Q.      Were you aware that PFC provided a full-time

16   security assessment specialist with the Discovery Land

17   Company?

18   A.      No.

19   Q.      Were you aware that prior to 2019, PFC operated

20   a full-scale, full-time intelligence operation center.

21   That serviced executive security, corporate security,

22   and private family security intelligence needs for

23   numerous clients?

24   A.      No, I didn't know that.

25   ████      ████████████████████████████████
```

Page 184

1  

2

3

4

5

6    Q.    And at this point, you are not real happy at

7    eBay, right?

8    A.    Correct.

9

10

11

12

13

14

15

16    was -- I felt trapped and, like, I couldn't reach out to

17    anyone.

18    BY MR. BURKE:

19

20

21

22

23

24

25

Page 185

1    ████   ██████████████████████████████████

2    ████████████████████████████████████████████

3    ████████████████████████████████████████████████

4    ██████

5    ████    ████████████████████████████

6    ███████████████████████████████████

7        ███████████████████████████████████████████

8    ██████████████████████████████

9    ████    ████████████████████████████████████████

10   ████████████████████████████████████████████████

11   ████████████████████████████████████

12   Q.      You testified this morning about going to a

13   strip club in Las Vegas during an eBay Open, correct?

14   A.      Yeah.

15   Q.      And that was in -- strike that.

16           Did you go to the eBay Open in July of '18 as

17   well?

18   A.      No.

19   Q.      Okay.  So you just -- your first time going was

20   July of '19?

21   A.      Yes.

22   Q.      And you had testified this morning that when one

23   colleague mentioned going to the Spearmint Rhino, that

24   you repeated it.

25           Do you recall that testimony?

```
 1    Concentric credit card.
 2    Q.      Okay.  So during the time that you were an
 3    employee of PFC, every month you would go through this
 4    process of preparing a spreadsheet and sending it in to
 5    PFC with your -- the receipts?
 6    A.      Yes.
 7    Q.      How did the process happen for you to get
 8    approval from your eBay supervisors before you sent it
 9    to PFC?
10    A.      I would have emailed it, a copy to them.  Yeah.
11    Q.      And would you get approval from them to send it
12    to PFC or would you just do it at the same time?
13    A.      I don't recall specifically.
14    Q.      When you sent them to PFC, would you use your
15    eBay email account or your PFC email?
16    A.      I think my eBay one.
17    Q.      Are there times that you would pay for expenses
18    using your PFC credit card and other times that you
19    would pay out of pocket and later seek reimbursement?
20    A.      I think if I forgot my PFC credit card or
21    something to that effect, yeah.
22    Q.      That would be the only time that you would use
23    cash, is if you did not have the PFC card on you?
24    A.      That or if they didn't accept credit card or
25    something.  Or if Jim instructed me for whatever reason.
```

1      replied once more to Stephanie Popp on page 1, saying:

2               "Just to clarify, it was never sent?"

3               So I believe I was under the impression that

4      Popp had sent it and told me that it was it approved by

5      Dan Corey.  And that is the assumption I was working

6      under when I emailed Scott Pugh.

7      BY MR. BURKE:

8      Q.      Okay.  So now that you have looked at

9      Exhibit 10, it -- you don't believe it was you yourself

10     that sent the -- your final expense report to PFC, but

11     you wrote that because you believe Ms. Popp sent it?

12     A.      Yes.

13     Q.      And -- and would you agree with me that this

14     email exchange also includes changing things on your

15     expense report to hide things?

16              Look at the second email down from Stephanie

17     Popp to the two of you, dated October 3rd.

18     A.      Mm-hmm.  I see that.

19     Q.      Do you see Stephanie is telling you, quote:

20              "Rony, I don't think you should include the

21     receipt of Dick's Sporting Goods since it has itemized

22     items."

23     A.      Oh, yes.

24     Q.      "I think you should mark it as, quote, 'cash

25     withdrawal' -- close quote -- or find a receipt of

Page 199

1      something else of the same value."

2              Do you see that?

3      A.      Yeah.

4      Q.      So this is still a continuing attempt to hide

5      the events in Natick, right?

6      A.      Yeah, it looks like it.

7      Q.      And by this time you are not an employee of PFC

8      anymore or embedded at eBay, right?

9      A.      Right.

10     Q.      And why are you still trying to hide things at

11     this point, if you are no longer working for Jim Baugh?

12     A.      I think he was still saying it was something

13     that eBay was going to handle, but yeah, I can't speak

14     definitively.

15              (Exhibit No. 11 marked for identification.)

16              THE DEPONENT:  Oh.

17     BY MR. BURKE:

18     Q.      Ms. Zea, for the record, you have been handed

19     Exhibit 11, which is Bates-stamped

20     EBAY_STEINER_135239 --

21     A.      Mm-hmm.

22     Q.      -- through 287.

23     A.      Yes.

24     Q.      If you turn to the page Bates-stamped 255.

25     A.      Oh, I see.

1    Q.      Do you see that?

2    A.      Yeah.

3    Q.      Is that your expense report for expenses

4    incurred in August of 2019?

5    A.      Yes.

6    Q.      And -- and do you believe that this is the

7    expense report that you submitted to PFC?

8    A.      I think so.

9    Q.      And if you look at item No. 12 on the

10   spreadsheet, there is a cash withdrawal for $125?

11   A.      Mm-hmm.

12   Q.      Correct?

13   A.      Yeah.

14   Q.      And that's consistent with the reference of

15   eliminating the Dick's Sporting Goods receipt, which was

16   also $125 item, correct?

17   A.      Yes.

18   Q.      And did you physically -- strike that.

19           You physically sent this to Scott Pugh to seek

20   reimbursement, having made that change to hide something

21   on your expense report, correct?

22   A.      Yes.

23   Q.      And you were doing that at the direction of your

24   former eBay supervisors, Stephanie Popp and Jim Baugh,

25   right?

1    A.       Yes.

2    Q.       This morning you testified that you were

3    terminated by PFC?

4    A.       Mm-hmm.

5    Q.       Correct?

6    A.       Yes.

7    Q.       Before you were terminated by PFC, you were

8    terminated by eBay, correct?

9    A.       I was put on leave.  Yeah.  Paid leave.

10   Q.       So -- so tell me how that came about.

11   A.       Jim Baugh told me that the eBay attorneys were

12   trying to make it appear as though I went rogue and did

13   stuff in Natick of my own volition.  And that they were

14   trying to pin it all on me and so he said to prevent me

15   from having to speak with counsel that they hired, he

16   was going to have PFC put me on paid leave.  Yeah.

17   Q.       What was the next thing that happened with

18   regard to the status of your work at eBay or your being

19   an employee of PFC, after you were informed by Jim Baugh

20   that you were being suspended with pay?

21   A.       I travelled to Las Vegas to meet with PFC team

22   members and an attorney.  And Jim told me that the

23   attorney was to represent me in this situation and then

24   I found out they weren't.  And so I gave them

25   information about what happened, and then went home, and