CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MASSACHUSETTS

3

   _____

4                                )

   INA STEINER, DAVID STEINER,   )

5   and STEINER ASSOCIATES, LLC, )

                                 )

6          Plaintiffs,            )

                                 )

7   vs.                          ) No. 1:21-CV-11181-PBS

                                 )

8   eBAY INC., et al.,           )

                                 )

9          Defendants.            )

                                 )

10  _____)

11

12

13               CONFIDENTIAL

14      VIDEOTAPED DEPOSITION OF DANIEL CORY

15            San Jose, California

16         Friday, September 6, 2024

17                Volume I

18

19

20

21   Reported by:

     CATHERINE A. NOLASCO, RMR, CRR, BS

22   CSR No. 8239

23   Job No. 6883657

24

25   PAGES 1 - 144

CONFIDENTIAL

Page 2

1            UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3

4                                      )

     INA STEINER, DAVID STEINER,  )

5    and STEINER ASSOCIATES, LLC, )

                                        )

6              Plaintiffs,         )

                                        )

7    vs.                          ) No. 1:21-CV-11181-PBS

                                        )

8    eBAY INC., et al.,           )

                                        )

9              Defendants.         )

                                        )

10   _____)

11

12

13

14           Videotaped deposition of DANIEL CORY,

15   Volume I, taken on behalf of Defendants, with the

16   Witness appearing at eBay, 2025 Hamilton Avenue, San

17   Jose, California, beginning at 9:24 a.m. and ending

18   at 1:20 p.m., on Friday, September 6, 2024, before

19   CATHERINE A. NOLASCO, Certified Shorthand Reporter

20   No. 8239.

21

22

23

24

25

CONFIDENTIAL

Page 21

1      Q    Could you -- could you provide the name of
2    the sports franchise and also the dates that you
3    worked --
4      A    Yes --
5      Q    -- there?
6      A    -- from 2011 through 2017, I was the vice
7    president of security for the San Francisco 49ers.
8      Q    Okay.  And then following that, in -- in
9    2017, is that when you joined eBay?
10     A    Correct.
11     Q    Okay.  Until what year?
12     A    2021.
13     Q    Okay.  And then I believe you said that
14   you -- can you tell me again what you went back to
15   after leaving eBay?
16     A    I formed a business, and we run a security
17   company now.
18     Q    Okay.  Do you currently work for the
19   49ers?
20     A    We have a number of clients.  I'm not sure
21   where I stand in terms of revealing those clients
22   because there's obviously some confidentiality, but
23   I do not -- I am not employed by the San Francisco
24   49ers.
25     Q    Okay.  That's what I was getting at.

CONFIDENTIAL

Page 22

1          A     Yeah.

2          Q     Thank you.  All right.

3                Okay.  So fair to say that you have

4     extensive professional experience in both the public

5     sector and the private sector in the worlds of

6     security?

7          A     Yes, correct.

8          Q     Are you familiar with the types of

9     security concerns that large international companies

10    like eBay face?

11         A     Yes, I am.

12         Q     Are you familiar with the types of

13    measures that those companies typically employ to

14    address those security concerns?

15         A     I am.

16         Q     All right.  Did you begin working at eBay

17    in July of 2017?

18         A     Yes, I believe that's the time frame.

19         Q     What was your -- what was your title at --

20    at eBay when you started?

21         A     It was director of protective services.

22         Q     Okay.  And what department did you join at

23    eBay?

24         A     The global security team.

25         Q     Global Security and Resilience department,

CONFIDENTIAL



Page 25

1       ███ ████████████████████████████

2   ████████████████████████████████████

3   ████████████████████████████████████

4   █████████████████████████████████

5   ██████████████████████████████████

6   █████████████████████████████████

7   ████████████████████████████████████

8   █████████████████████████████████

9   ███████████████████████████████████

10  ██████████████████████████████████

11  ██████████████████████████████████

12  ████████████████████████████████

13  ██████

14          Q     Okay.   You mentioned travel intelligence.

15                What is that?

16      ███ ████████████████████████████████

17  ████████████████████████████████████

18  ████████████████████████████████████

19  ████████████████████████████████████

20  ████████████████████████████████████

21  ████████████████████████████████████

22  ███████████████████████████████████

23  ██████████████

24          Q     Okay.   In your experience, is it typical

25  for large international companies like eBay to

CONFIDENTIAL

Page 27

1    the intelligence team, for a period of time, and I

2    think the investigations and threat management

3    team -- they also reported to me, and that covered

4    things like workplace violence, user threats,

5    internal investigations, that type of thing.

6         Q    Okay.  You mentioned the Global

7    Intelligence Center, or the GIC.

8              When you began at eBay, were you

9    responsible for managing the Global Intelligence

10   Center?

11        A    Yes, and I forget if that was immediately

12   or shortly after I joined, but I took responsibility

13   for that, yes.

14        Q    What type of work was the Global

15   Intelligence Center responsible for conducting?

16   █ ████████████████████████████████

17   ████████████████████████████████

18   ████████████████████████████████

19   █████████████████████████████████

20   ████████████████████████████

21   ██████████████████████████████

22   █████████████████████████████████

23   ███████████████████

24        Q    And how was intelligence work conducted at

25   eBay?

CONFIDENTIAL

Page 28

1       A       When you say "how," what do you mean?

2       Q       What tools and methods were used?

3       ████ ████████████████████████████████████████

4       ████████████████████████████████████████████████

5       ██████████████████████████████████████████████████

6       ████████████████████████████████████████████████

7       ████████████████████████████████████████████

8       █████████████████████████████████████████████████

9       ███████████████████████████████████████████

10      ███████████████████████████████████████████

11      █████████████████████████████████████████████████

12      ████████████████████████████████████████████████

13      ██████████████

14      ████████████████████████████████████

15      ████████████

16      Q       Okay.  Is it typical, in your experience,

17      for large international companies like eBay to

18      employ people to conduct that sort of intelligence

19      function?

20      A       Yes, absolutely.

21      Q       And what's the typical background and

22      skill set of people who perform that work at eBay?

23      A       I think generally -- at eBay, I would say

24      it's a mixture of, you know, government and

25      private-sector experience, generally people with a

CONFIDENTIAL

Page 31

1    level.  She was the manager over that GIC team.

2        Q    Okay.  And so does this email reflect a

3    change in the management of the Global Intelligence

4    Center?

5        A    It does, yeah.

6        Q    And what was the bottom line of that

7    change?

8        A    That it was going to now report directly

9    in to Jim and no longer to me.

10       Q    Okay.  And so up until this point, you

11   were responsible for the Global Intelligence Center,

12   but Mr. Baugh was conveying here his decision to

13   move that unit under his supervision --

14       A    Yes.

15       Q    -- is that correct?

16       A    Mm-hmm.

17       Q    Okay.  And did you understand from this

18   message -- and, again, it says here:  "Team -- I

19   have made two significant changes" -- did you

20   understand from this message that it was Mr. Baugh's

21   decision to transfer the management of the Global

22   Intelligence Center to him?

23       A    Yes.

24       Q    Okay.  Now, you reported to Mr. Baugh when

25   you joined eBay in July 2017, correct?

CONFIDENTIAL

```
 1          A     Correct.
 2          Q     And did you continue to report to
 3     Mr. Baugh after you were promoted to director of
 4     global operations?
 5          A     Yes, I did.
 6          Q     And approximately when did that promotion
 7     occur?
 8          A     I'm honest- -- I don't really recall.  I'd
 9     also say, from a promotion, I was already a director
10     level, so I don't believe -- it wasn't a change in
11     status.  It was just an alignment of a different set
12     of responsibilities.
13          Q     Okay.  And during that entire period, you
14     reported to Mr. Baugh, correct?
15          A     Correct.
16          Q     And who did Mr. Baugh report to?
17          A     Wendy Jones.
18          Q     What was her title?
19          A     Chief operating officer, I think.
20          Q     Okay.
21                MR. LISSAUER:  I was, but now I can't hear
22     anything.  They took an extended break, and I can't
23     hear anything.
24                THE VIDEOGRAPHER:  Lawrence Lissauer.
25                MS. MILLS:  Let's go off the record for a
```

CONFIDENTIAL

Page 48

1 ████ ████████████████████████████

2 ██████████████████████████

3 ███████████████████████████████

4 █████████████████████████████████

5 ███████████████████████████████

6 ██████████████████████████████

7 █████████████████████

8      Q    Okay.  But that range of topics did not

9 include stalking, harassing, or threatening people?

10     A    Correct.

11     Q    Did you ever have occasion to work

12 directly with either Stephanie Stockwell or Veronica

13 Zea in 2019?

14     A    Yes.  Yes, I did.

15     Q    Okay.  Let's take them individually.

16          Stephanie Stockwell, approximately how

17 often?

18     A    It would be difficult to put a number

19 around it.  Depending on the nature of the work, you

20 know, it could be any one of the analysts that I

21 would engage with.  So it's very difficult to give

22 you an accurate, you know, once-a-week,

23 twice-a-week-type thing.

24     Q    Okay.  Did you have fairly regular

25 interactions with all of the analysts?

CONFIDENTIAL

Page 49

1         A    Yes, I think that's fair to say, yeah.

2              MS. MILLS:  Okay.  Let me ask you to take

3    a look, please, at what's been marked as Exhibit 10.

4              (Exhibit 10 was marked for

5              identification by the court reporter.)

6              MR. NONAKA:  Thanks.

7    BY MS. MILLS:

8         Q    And before I ask you about that document,

9    Mr. Cory, did you have any reason, based on your

10   interactions with Ms. Stockwell and Ms. Zea, to be

11   concerned about their work for eBay?

12        A    No.  No, I did not.

13        Q    Okay.  Turning your attention now to

14   what's been marked as Exhibit 10, does that appear

15   to be a true and correct copy of an email from

16   Stephanie Popp to Jim Baugh dated May 19th, 2019?

17        A    Yes, it appears to be.

18        Q    Okay.  And if you take a look at the -- at

19   that exhibit, there appear to be two attachments.

20   One is a -- is headed "History, Requirement and

21   Problem(s)," and then the second appears to be a

22   PowerPoint deck.

23              Do you see those two attachments?

24        A    I do see them, yes.

25        Q    Okay.  Are you familiar with the

```
 1    PowerPoint deck?

 2         A    I mean, I'm familiar in the sense that

 3    it's -- it looks familiar, but I don't recall it

 4    specifically.

 5    █ ███████████████████████████

 6    ████████████████████████████

 7    ████████████████████████████

 8    ████████████████████████████

 9    ██████████████████████

10              MR. NONAKA:  I'm going to --

11              MR. LYNCH:  Repeat that question.

12              MS. MILLS:  Sure.

13    █ ████████████████████████████████

14    ████████████████████████████████████

15    ████████████████████████████████████

16    ████████████████████████

17    ████████████████████████████████

18    ██████████████████████████████

19    ████████████████████████████

20    ██████████

21              MR. NONAKA:  So all you're asking Mr. Cory

22    is whether they appear to?

23              MS. MILLS:  Yes.

24              MR. LYNCH:  I don't have an objection to

25    that.
```

1            THE WITNESS:  Yes.  They appear to make

2      that connection.

3      BY MS. MILLS:

4            ███  █████████████████████████████

5      ███████████████████████████████████████

6      ███████████████████████████████████████

7            MR. NONAKA:  Again, to clarify --

8            MR. LYNCH:  No objection from the

9      Department.

10            MR. NONAKA:  Right.  And -- and --

11            THE REPORTER:  I'm sorry.  Mr. Lynch, can

12      you speak louder?

13            MR. LYNCH:  Apologize.  Jason Lynch,

14      Department of Justice.

15            No objection from the government to the

16      question as phrased.

17            MR. NONAKA:  And I want to make clear that

18      all you're asking is whether it appears to as

19      opposed to it does.

20            MS. MILLS:  Yes.

21            MR. NONAKA:  Okay.

22            THE WITNESS:  Yes, it appears to.

23      BY MS. MILLS:

24            ███  ██████████████████████████████

25      ███████████████████████████████████████

CONFIDENTIAL

Page 52

1    ████████████████████████████████████

2    ████████████████

3         A    I do not know that.

4    █    ███████████████████████████

5    ██████████████████████████████████████

6    ████████████████████████████████

7    ████████████████████████

8    ████████████

9         A    I do not recall a conversation about that.

10        Q    Okay.  All right.  In the course of your

11   work at eBay, did you become aware of a website

12   called EcommerceBytes?

13        A    Yes, I did.

14        Q    What was your understanding generally of

15   what EcommerceBytes was?

16        A    It was a kind of bulletin-board-type

17   website that discussed -- a lot of eBay users

18   typically posted on, where they provided commentary

19   about the company and about the -- you know, what

20   their life and work on eBay looked like.

21        Q    Okay.  Did you also learn that one of the

22   people who contributed to the EcommerceBytes website

23   was an individual named Ina Steiner?

24        A    Yes, I was aware of that.

25             MS. MILLS:  Okay.  I'll ask you to take a

CONFIDENTIAL

Page 56

1      A    Yes, it would, yeah.  Generally, all --

2    generally everything is housed on the Internet, yes.

3      Q    Okay.  Potentially from books or journals

4    or other media sources?

5      A    Correct, yeah.

6    ▮    █████████████████████████████

7    █████████████████████████████████████████

8    █████████████████████████████████████

9    ████████████████████

10   ▮    ████████████

11     Q    Did Ms. Alford appear to do what you asked

12   her to do here?

13     A    She did.

14     Q    In your view, was there anything

15   inappropriate about your request?

16     A    No.

17     Q    Was there anything inappropriate about the

18   work that she performed in response?

19     A    There was not.

20   ▮    ██████████████████████████████

21   ████████████████████████████████████

22   ███████████████

23   ▮    ███████████████

24     Q    Okay.  In the course of your work at eBay,

25   did you also become aware of a social media user

Page 112

1    maybe month- -- maybe monthly.

2        Q    And for a time, you reported to Ms. Jones

3    directly, correct?

4        A    For the period after I took over as the --

5    the senior director role, I did report directly to

6    Ms. Jones, yes.

7        Q    During all your interactions with

8    Ms. Jones, did you ever observe anything that would

9    lead you to believe that she directed that anyone be

10    harassed or threatened?

11        A    No, I did not.

12        Q    And in all your interactions with

13    Ms. Jones, did you ever observe anything that would

14    lead you to believe that she condoned anyone being

15    threatened or harassed?

16        A    No, I did not.

17        Q    Are you familiar with a company called

18    Progressive F.O.R.C.E. Concepts?

19        A    Yes, I am.

20        Q    Who or what is Progressive F.O.R.C.E.

21    Concepts?

22        A    They are and were a private security

23    company that we engaged as a contract vendor.

24        Q    Were you involved in the selection of

25    Progressive F.O.R.C.E. Concepts as a contract vendor

CONFIDENTIAL

Page 113

1    for eBay?

2         A    Yes, I was.

3         Q    What was your involvement?

4         A    I -- I led part of the process.  I was

5    involved in prescribing their scope of work and

6    evaluating their competency to perform that scope of

7    work.

8         Q    At the time they were contracted with

9    eBay, did you believe that Progressive F.O.R.C.E.

10   Concepts was competent to perform the work that they

11   were being engaged to do?

12        A    Yes, I did.

13        Q    And at the time they were contracted with

14   eBay, did you believe that Progressive F.O.R.C.E.

15   Concepts would perform those services legally and

16   ethically?

17        A    Yes, I did.

18        Q    Is it fair to say that you supported the

19   contract with Progressive F.O.R.C.E. Concepts?

20        A    Yes, I did.

21        Q    From time to time, did you review invoices

22   submitted by Progressive F.O.R.C.E. Concepts?

23        A    Yes.

24        Q    And did you approve those invoices?

25        A    Yes, I did.

Page 114

1          Q     During the course of reviewing and

2     approving those invoices, did you ever come across

3     anything that gave you concern that Progressive

4     F.O.R.C.E. Concepts was engaged in any unlawful

5     activity?

6          A     No, I did not.

7                MR. O'CONNOR:  Thank you.  That's all I

8     have.  We can go off the record.

9                THE VIDEOGRAPHER:  This is the end of

10    Media 7.  We're off the record at 12:40 p.m.

11               (Discussion Off the Record.)

12               THE VIDEOGRAPHER:  This is the beginning

13    of Media No. 8.  We are going back on the record.

14    The time is 12:41 p.m.

15                         EXAMINATION

16    BY MR. LISSAUER:

17         Q     Mr. Cory, good afternoon.  My name is

18    Lawrence Lissauer.  I don't think you can see me,

19    but as long as you can hear me, we're okay.

20               Can you hear me okay, sir?

21         A     Yes, I can, Lawrence.

22         Q     Nice to meet you.

23         A     You too.

24         Q     Mr. Baugh had worked --

25               MR. NONAKA:  Sorry.  Mr. Lissauer, can you

CONFIDENTIAL

Page 128

1           THE VIDEOGRAPHER:  This is the end of
2    Media No. 8.  We are going off the record.  The time
3    is 1:01 p.m.
4           (Discussion Off the Record.)
5           THE VIDEOGRAPHER:  This is the beginning
6    of Media No. 9.  We're going back on the record at
7    1:02 p.m.
8                    EXAMINATION
9    BY MR. WEIGAND:
10      Q    Good afternoon, Mr. Cory.  Can you hear me
11   okay?
12      A    Yes, I can.
13      Q    I know you can't see me, but you're not
14   missing much, okay?
15      A    Okay.
16      Q    I think we're almost done, and just be
17   patient.
18           I represent PFC, one of the many
19   defendants in the case.
20      A    Yes.
21      Q    I'm going to try not to repeat anything.
22   It's a little bit hard.  I might end up doing that.
23   Please know it's not purposeful.
24           As of the summer of 2- -- I want to make
25   sure I understand your prior testimony.

Page 129

1            As of the summer of 2019, you know, the
2    July and August time period, you were no longer
3    involved in -- in the supervision or oversight of
4    the GIC, correct?
5        A    Correct.
6        Q    And I think, as you explained, that took
7    place when Mr. Baugh -- I'll call it a
8    reorganization -- made clear that you were no longer
9    involved with the GIC, he wanted you elsewhere, and
10   that the GIC would report directly to Ms. Popp and
11   himself; is that correct?
12       A    That is correct.
13       Q    With regard to your knowledge of the GIC
14   and its operation, is it fair to say the eBay
15   supervisors would provide daily supervision of the
16   GIC analysts on a daily basis?
17       A    Yes, I think that's fair.
18       Q    And as far as their daily tasks or
19   assignments -- the GIC analysts, that is -- they
20   would be provided to them by their eBay supervisors?
21       A    That is correct, yes.
22       Q    And -- and just so we're clear, there are
23   -- there are direct hires of eBay, and then there
24   are contractor-loaned analysts; is that correct?
25       A    Sorry.  If you just -- when -- are you

CONFIDENTIAL

Page 130

```
 1     asking me the distinction between a full-time
 2     employee and a contractor or --
 3         Q    Alternate workforce, I think it's
 4     referred.  Yeah, I just wanted to be clear.  Let me
 5     try to be clearer in my question.
 6              The GIC analysts that worked at eBay, many
 7     would be direct hires from eBay, and some would be
 8     provided by a contractor or contractors --
 9         A    Correct.
10         Q    -- is that right?
11         A    Correct.
12         Q    Okay.  But in either -- in either
13     situation, those analysts who were working for eBay
14     would take their direction and assignments from
15     their eBay supervisors; fair to say?
16         A    Correct, yes.
17         Q    PFC, for instance, would not be in any way
18     involved in directing or controlling the daily work
19     or assignments the GIC analysts would be doing?
20         A    That is correct.
21         Q    Do you know whether the GIC analysts were
22     provided training by eBay?
23         A    Yes, I believe they were.
24         Q    And would that be at time of their start
25     or would it be continuing as well?
```

1          A    I think both.

2          Q    All right.  And just generally, what kind

3     of training would eBay provide the analyst?

4          A    All contractors were required to go

5     through the eBay kind of mandatory training syllabus

6     and then, in addition to that, obviously on-job

7     training relative to the role they would perform or

8     the function they would perform.

9          Q    And that would be provided by eBay

10    personnel in charge of such training?

11         A    Correct.

12         Q    And would eBay also provide all analysts,

13    and perhaps others, ethics training, to your

14    knowledge?

15         A    I believe it was part of the mandatory

16    training syllabus, yes.

17         Q    And, again, that would be provided by eBay

18    personnel who provides that kind of training,

19    correct?

20         A    Correct.

21         Q    In perhaps stating the obvious, but -- but

22    as far as the summer of 2019 is concerned,

23    July-August time period, the work and task and

24    activities that the GIC analysts would be performing

25    were under the direction and control and supervision

1    interaction with PFC.  And that interaction also

2    included dealing with PFC after you assumed the

3    interim role after the termination of Mr. Baugh; is

4    that right?

5         A    That's correct.

6         Q    And could you just generally describe what

7    your interaction with PFC was at that time?

8         A    Are you talking specifically after I

9    assumed the leadership role?

10        Q    Yes.  And just in general terms.

11        A    Yeah.  We continued to work with them as a

12   vendor.  They provided a broad -- broad spectrum of

13   services from uniformed guarding and executive

14   protection agents -- I forget which other embedded

15   employees we may or may not have had at the time,

16   but they generally continued to be a vendor and a

17   service provider to us.

18        Q    Okay.  And did you -- did you deal, at

19   times, with Steve Krystek?

20        A    Yes, I did.

21        Q    Okay.  And at any point in your

22   interaction with Mr. Krystek after you assumed the

23   interim role and after the termination of Mr. Baugh

24   and others, did you ever talk about those events

25   involving Mr. -- the Steiners?