1          UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
2
3
   INA STEINER, DAVID          )
4  STEINER and STEINER         )
   ASSOCIATES, LLC,            )
5                              )
          Plaintiffs,          )
6                              )  CA No. 21-CV-11181-PBS
      vs.                      )
7                              )
   EBAY, INC., et al.,         )
8                              )
          Defendants.          )
9
10
11
12         VIDEOTAPE DEPOSITION OF ANNELI OLAUSSON,
13      taken pursuant to notice before Beth Gaige,
14      RPR, a Notary Public in and for the State of
15      Maine, at the offices of Bernstein Shur, 100
16      Middle Street, Portland, Maine, on
17      September 18, 2024, commencing at 8:31 A.M.
18
19
20
21
22
23         _____
24
25

Page 50

```
1   Q.   Okay.  So you were encouraged to keep those
2        things within that circle of trust that Mr.
3        Baugh had created?
4   A.   Correct.
5   Q.   You then state:  A former analyst asked to
6        speak with HR about our work conditions and
7        was immediately let go.
8             Do you remember that happening?
9   A.   Yes.
10  Q.   Who was that former analyst?
11  A.   Madeline.
12  Q.   Do you remember the circumstances?
13  A.   Yes.
14  Q.   What were they?
15  A.   We were giving a presentation, and I think
16       Stephanie Popp thought that Madeline had some
17       kind of attitude.  And Madeline -- and so
18       Stephanie said something to Madeline, and
19       Madeline, in her response, said something
20       about how she was unhappy at work and
21       stressed.  And so I think Stephanie told her
22       to go home.  And I don't know if it was, like,
23       take a leave or something like that.
24            And then at that point Madeline reached
25       out to Concentric, and then she was let go by
```

1           Concentric at, what I'm guessing, is Stephanie
2           and Jim's request.
3     Q.    Okay.  Was the Concentric contract terminated
4           after that?
5     A.    I believe shortly thereafter.
6     Q.    Okay.
7     A.    I'm not sure about the timing.
8     Q.    Okay.  And you -- you went on to write in that
9           letter:  Once staff within Concentric learned
10          about our work environment and asked to speak
11          with our leadership, Jim immediately
12          terminated Concentric's contract with eBay
13          during a screaming match the analysts
14          witnessed.
15              Do you remember that?
16    A.    Yes.
17    Q.    Okay.  And so do you remember that in the
18          aftermath of Madeline asking for a contract --
19          a contact with HR, contacting Concentric on
20          her own and then Mr. Baugh learning about that
21          that Mr. Baugh not only fired Madeline but
22          also fired Concentric?
23    A.    Yes.
24    Q.    Okay.  You then went on to write:  I apologize
25          if this is disjointed, but I simultaneously

Page 75

```
 1        his sexual exploits?
 2   A.   No.
 3   Q.   Were you aware that Zea reported harassment
 4        from a coworker of hers to Concentric?
 5   A.   No.
 6   Q.   Were you aware that -- in your letter you say
 7        that communications with Concentric were
 8        effectively blocked, and you testified earlier
 9        to what you meant by that.
10            Do you recall that testimony?
11   A.   Yes.
12   Q.   So is it fair to say that Baugh, Jim Baugh,
13        did not want the analysts, including those
14        contracted through Concentric, to talk with
15        any personnel or HR at Concentric?
16   A.   That is the sense that I got.
17   Q.   And you know of one instance where that
18        happened and nameless was immediately fired,
19        according to your letter; is that correct?
20   A.   Yes.
21   Q.   So it -- it was well known to the analysts
22        that they, you know, better not contact
23        Concentric or anyone outside of the GIC on any
24        issue or it would be to their peril and that
25        Baugh or other eBay leadership in the GIC
```

Page 76

1           would take retaliatory action?
2      A.   That was the sense that I got and I think that
3           my coworkers shared.
4      Q.   Earlier in the deposition you talked about
5           your eBay supervisors, including Baugh,
6           referring to the circle of trust.
7                Do you recall that testimony?
8      A.   Yes.
9      Q.   And was that in reference to the importance of
10          keeping things secret within the GIC?
11     A.   I wouldn't say secret but having a loyalty to
12          our team.
13     Q.   You also referenced in your letter that Baugh
14          was clear about how important it was that all
15          the analysts be loyal to him; is that correct?
16     A.   Yes.
17     Q.   Now, you wrote that letter as part of the --
18          the criminal action against Zea related to
19          when Zea was convicted of certain felonies
20          regarding her actions as to the Steiners,
21          correct?
22     A.   Correct.
23     Q.   And so at -- at some point you learned about
24          some of the conduct or activity that was taken
25          as to the Steiners, true?