Email thread between Jim Baugh, Stephanie Popp and Scott Pugh dated May 14, 2019

[CONFIDENTIAL- Actual Copy Filed Under Seal]