Veronica Zea's Draft Job Description/Posting and Email thread regarding same dated May 1, 2019

[CONFIDENTIAL- Actual Copy Filed Under Seal]