Email thread between Jim Baugh and Scott Pugh dated August 21-28, 2019

[CONFIDENTIAL- Actual Copy Filed Under Seal]