# 2019 eBay Open Safety Plan

# [CONFIDENTIAL- Actual Copy Filed Under Seal]