# Email from Stockwell to Popp Regarding GIC Team Expenses for July 2019

# [CONFIDENTIAL- Actual Copy Filed Under Seal]