# M Gmail

Stephanie Stockwell <steph.stockwell@gmail.com>

## Fwd: Miss you!
3 messages

**Jim Baugh** <baugh01@gmail.com>                                                     Thu, Oct 3, 2019 at 11:03 PM
To: Stephanie Stockwell <steph.stockwell@gmail.com>
Cc: Stephanie Popp <stephanieapopp@gmail.com>, Veronica Zea <ronniezea@gmail.com>

Stockwell - please handle.

---

**From:** Stephanie Popp <stephanieapopp@gmail.com>
**Sent:** Thursday, October 3, 2019 10:30 PM
**To:** Jim Baugh; Veronica Zea
**Subject:** Fwd: Miss you!

Ronnie - I don't think you should include the receipt of Dick's Sporting Goods since it has itemized items. I think you should mark it as "Cash Withdrawal" OR find a different receipt for something else of the same value. I will defer to Jim if he disagrees...


---------- Forwarded message ---------
From: **Veronica Zea** <ronniezea@gmail.com>
Date: Thu, Oct 3, 2019 at 9:50 PM
Subject: Re: Miss you!
To: Stephanie Popp <stephanieapopp@gmail.com>


Thank you!! Not urgent - I'm planning to send it out some time tomorrow, just want an extra set of eyes on it in case I missed something.

I have attached the file - the PDF of the report is inside.

The final receipt on the excel sheet is from May - it is a doordash I accidentally put on my personal that they have failed to reimburse me previously.

On Thu, Oct 3, 2019 at 8:46 PM Stephanie Popp <stephanieapopp@gmail.com> wrote:
> That's correct, I never forwarded it. Feel free to send me the new report you generate.
>
>> On Thu, Oct 3, 2019 at 8:29 PM Veronica Zea <ronniezea@gmail.com> wrote:
>>> Hi Steph,
>>>
>>> Just to clarify from the other day...this expense report was never sent to PFC?
>>>
>>> Preview attachment Fun photos.zip
>>>
>>> If not, would you mind reviewing a new expense report that I will generate that exclusively includes reimbursements for me? PFC owes me $4k+ for expenses incurred during my last trip.
>>>
>>> Thank you!
>>> Ronnie
>>>
>>> ---------- Forwarded message ---------
>>> From: **Stephanie Popp** <stephanieapopp@gmail.com>
>>> Date: Tue, Sep 10, 2019 at 7:32 AM
>>> Subject: Re: Miss you!
>>> To: Veronica Zea <ronniezea@gmail.com>

> Thanks!
>
> On Mon, Sep 9, 2019 at 11:32 PM Veronica Zea <ronniezea@gmail.com> wrote:
>> I updated the file - please see attached.
>>
>> Ronnie
>>
>> On Mon, Sep 9, 2019 at 2:02 PM Veronica Zea <ronniezea@gmail.com> wrote:
>>> Hi Steph,
>>>
>>> Please see attached.
>>>
>>> Some notes are included on certain charges - I will delete those later.
>>>
>>> Lines highlighted in orange are ones that you should note.
>>> Lines in yellow are ones I cannot locate (for my benefit, not so much yours).
>>>
>>> Please let me know if you have any questions.
>>>
>>> Ronnie


**Zea_Final Reimbursement.zip**
8261K

---

**Stephanie Stockwell** <steph.stockwell@gmail.com>                    Fri, Oct 4, 2019 at 6:27 AM
To: Jim Baugh <baugh01@gmail.com>

Copy.

Ronnie, I agree with Steph on the receipts. I'll look over your updated report (Cc Steph and Jim) when it's ready.
[Quoted text hidden]

---

**Veronica Zea** <ronniezea@gmail.com>                                Fri, Oct 4, 2019 at 2:35 PM
To: Jim Baugh <baugh01@gmail.com>
Cc: Stephanie Stockwell <steph.stockwell@gmail.com>, Stephanie Popp <stephaniepopp@gmail.com>

FYI - I will be sending this to Pugh shortly. The sporting goods receipt has been removed, and the total adjusted to account for that.

I will Cc you all on the email unless you would prefer otherwise.

Ronnie


On Thu, Oct 3, 2019 at 11:03 PM Jim Baugh <baugh01@gmail.com> wrote:
[Quoted text hidden]


**Zea_Final Reimbursement.zip**
10397K