# Veronica Zea August Expense Report

# [CONFIDENTIAL- Actual Copy Filed Under Seal]