# eBay Presentation on "Federal Corporate Principles" to the Office of the U.S. Attorney for Massachusetts, 8/10/22

# [CONFIDENTIAL- Actual Copy Filed Under Seal]