# WhatsApp Messages [CONFIDENTIAL- Actual Copy Filed Under Seal]