Email Correspondence from Scott Pugh to Anthony Shepherd and Ellen Sherman dated August 19, 2019

[CONFIDENTIAL- Actual Copy Filed Under Seal]