UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-cv-11181-PBS

INA STEINER, DAVID STEINER, and STEINER ASSOCIATES LLC,

    Plaintiffs,

v.

EBAY, INC., et al.

    Defendants.

## DEFENDANT STEPHANIE POPP'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY AS A PRO SE PARTY

I, Stephanie Popp, a defendant appearing *Pro Se* in the matter captioned above, respectfully ask this Court for permission to file electronically in this case. In support of this motion, I state to the best of my knowledge, information, and belief that:

1. I have reviewed the Court's Electronic Case Filing (CM/ECF) User's Manual, available at https://www.mad.uscourts.gov/caseinfo/pdf/training/ECFmanual-MA.pdf, and agree to abide by all rules and regulations.

2. I understand approval to e-filing requires me to register with PACER for a CM/ECF account with the District of Massachusetts at https://www.pacer.gov/reg_nonatty.html.

3. I understand that once I register for e-filing, I consent to electronic service at the email address registered to my PACER account. I understand that consent to e-service requires that service of filings via US mail be discontinued.

4. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically.

5. I have regular access to the technical requirements (i.e. a computer with internet access, a word processor, PDF reading software, an e-mail account to receive notifications from the Court) necessary to e-file successfully.

6. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

7. I understand that if this motion is granted, the e-filing privilege only applies to this case while it is pending and that abuse of my e-filing privileges may result in revocation of the right to e-file, and I will be required to file documents in paper.

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 12th day of November, 2024

*Stephanie Popp*
Stephanie Popp (*Pro Se*)
539 W. Commerce Street, #5933
Dallas, TX 75208
(646) 358-5029
Spopp.legal@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on counsel of record for all parties and all *pro se* parties on November 12, 2024, by electronic mail.

Dated November 12, 2024 By: *Stephanie Popp*
Stephanie Popp (*Pro Se*)