# Exhibit 1

**Page 1**

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS
 3   _____
 4   INA STEINER, DAVID STEINER, and STEINER
     ASSOCIATES, LLC,
 5
                              Plaintiffs,
 6
                 -against-
 7
     EBAY INC., et al.,
 8
                              Defendants.
 9
     Civil Action No. 21-CV-11181-PBS
10   _____
11
                              December 18, 2024
12                            1:08 p.m.
13
14
15
16         VIDEOCONFERENCE DEPOSITION of
17   KRISTIN K. KUCSMA, taken by Defendants,
18   pursuant to Notice, held at 7 Pihlman
19   Place, Chatham, New Jersey before Wayne
20   Hock, a Notary Public of the State of New
21   York.
22
23
24
25
```

Page 220

1   K. K. Kucsma
2   record.
3           The time is 6:11 p.m.
4           (Whereupon a break was taken)
5           THE VIDEOGRAPHER: Back on the
6   record.
7           The time is 6:22 p.m.
8           MR. NONAKA: Thank you.
9           So Ms. Kucsma, we're going to
10  adjourn the deposition for today to
11  resume at a later date.
12          One of the agreements that we
13  had reached with Mr. Fromson earlier
14  was that we would make as much
15  progress towards 7:00 today, and then
16  reserve remaining time to finish up at
17  a later date given, one, the late
18  start, plus the fact that this was
19  going to be in person and is no
20  longer.
21          I just wanted to say thank you.
22  We will coordinate with Mr. Fromson on
23  finding a mutually agreeable date.
24          THE WITNESS:  Right.
25          And I really do appreciate

Page 221

1               K. K. Kucsma
2    everybody's flexibility.  And we will
3    certainly, you know, work with you
4    when you guys, you know, pick a new
5    date.
6           MR. NONAKA: Great.  Thank you.
7           THE VIDEOGRAPHER: If it's okay
8    with counsel, I'll close out this
9    portion of today.
10          We're off the record at 6:23
11   p.m. EST.
12          There was four hours and
13   twenty-nine minutes of total record
14   time.
15          And this concludes today's
16   portion of the proceeding.
17          MR. NONAKA: So we just wanted
18   the record to reflect the agreement
19   that we reached with Mr. Fromson and
20   the plaintiffs.
21          So one, this deposition
22   originally was scheduled to be in
23   person and start at 9:00.  Ms. Kucsma
24   was struck ill this morning, and so we
25   played by ear whether we could

Page 222

1            K. K. Kucsma
2    continue.  She was able to move
3    forward and we were able to start at
4    1:00 p.m.  The agreement though was
5    that we would go no longer than until
6    7:00 and that whatever time remaining
7    on the seven-hour we would schedule
8    for another mutually agreeable date
9    and that would likely take place after
10   the discovery cutoff and may cause
11   delays in the deadlines for filing
12   Daubert motions.  And so Mr. Fromson
13   has agreed that Plaintiffs would not
14   oppose a request to extend the
15   discovery cutoff just for the sole
16   purpose of finishing Ms. Kucsma's
17   deposition.
18          And to the extent that we needed
19   additional time because of that to
20   file any Daubert motions solely with
21   respect to Ms. Kucsma, that he would
22   not oppose any request to extend that
23   time.
24          Does that accurately reflect our
25   agreement?

Page 223

1         K. K. Kucsma
2         MR. FROMSON: Yes, it does.
3    Thank you.
4         MR. NONAKA: With that, I think
5    we're done.  Thank you.
6         (TIME NOTED:  6:25 p.m.)
7    _____
8         KRISTIN K. KUCSMA
9
10   Subscribed and sworn to before me
11   this ____ day of _____, 20  .
12
13   _____
14          NOTARY PUBLIC
15
16
17
18
19
20
21
22
23
24
25