# EXHIBIT 2

Message
---

| | |
|---|---|
| **From**: | Stockwell, Stephanie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A584D5DF17AC4776B1B7A30240F1FB6F-STEPHANIE,] |
| **Sent**: | 5/22/2019 7:39:27 PM |
| **To**: | Baugh, Jim [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f409e5b02974391b5ef9dbd3ee26ce8-Jim, Baugh()] |
| **CC**: | eBay Global Intelligence Center [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4687b61fbc5b4befa8e4852c1f00201b-intel] |
| **Subject**: | FidoMaster Hillhouse |

Hi Jim,

Today, the "FidoMaster1" Twitter account shared Ina Steiner's Ecommercebytes article on Walker's West. The account also shared a series of tweets commenting on various aspects of the story, as well as providing additional media links for Walker's. This includes photos from an unofficial Walker's West Instagram account and a video released by eBay Newsroom.

FidoMaster also highlighted that the project was removed from Hillhouse's website, but provided a link to an archived version of the site. In turn, Ina Steiner updated her original article to include a link to FidoMaster's thread (referred to in the article as 'Dan Davis'), as well as a screenshot of the original Walker's project description from Hillhouse.

At this time, neither of these accounts have made any reference to the other eBay projects that were featured by Hillhouse.

**Twitter Thread:**





EBAY_STEINER_00042192



**Dan Davis**
@FidoMaster1

Follow

3/ Katherine Calvert, CMO at Khoros, ironically a digital customer care & loyalty solutions provider, apparently unaware of $EBAY's significant cost reduction, layoffs, and scrutiny by activist investors, shared a Tweet while imbibing with eBay management



Katherine Calvert @kpcalvert
Feel like I've finally arrived. 🙌 Having a drink at @eBay onsite pub Walker's West with the brilliant #ebay #community team. #yesthosearedrinktickets @AlanAisbitt @dasmith090104 @smctino @Khoros



**Dan Davis**
@FidoMaster1

Follow

4/ eBay's "Walker's West" lounge has largely maintained a stealth profile. In addition to the links provided by ECB, there's also a Vimeo video
vimeo.com/220380442
$EBAY



**Walker's West**
This is "Walker's West" by eBay Newsroom on Vimeo, the home for high quality videos and the people who love them.
vimeo.com

EBAY_STEINER_00042193



EBAY_STEINER_00042194



**Dan Davis**
@FidoMaster1

Follow

7/ ECB is on-point with citing #ElliottManagement #PaulSinger #StarboardValue criticism's of @DevinWenig's wasteful extravagant spending, especially on a vanity project. However it does uncover a new photo of Devin Wenig, some might say appropriately dressed as an $EBAY pirate ☠️



EBAY_STEINER_00042195



**Update featured on Ecommercebytes:**

EBAY_STEINER_00042196



**Update 5/22/19:** As Dan Davis posted on this thread on Twitter, the page featuring details from the contractor who built the replica tavern on eBay's campus has been taken down since we published this post yesterday.

The following is a snippet from a file we created yesterday when the page was still up.

# EBAY WALKER'S WEST LOUNGE



- Gensler Architects
- Tenant improvement to convert on campus historic house from office to lounge space
- Commissioned by CEO to replicate a known NYC restaurant
- Custom tin ceiling with intricate can lighting cutouts and LED lit perimeter crown molding
- New bar counter build out with custom mirrors and lighting
- High end finishes and detailed elements for historical accuracy throughout

**Stephanie Stockwell**
Manager, Global Intelligence Center (GIC)
C: +1.669.214.6903
E: sstockwell@ebay.com


Global Security & Resiliency