UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>EBAY INC., et al.,<br><br>             Defendants. | Civil Action No. 21-CV-11181-PBS |

**DECLARATION OF JESSE R. COULON, ESQ. IN SUPPORT OF DEFENDANT WENDY JONES'S REPLY BRIEF IN FURTHER SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

I, Jesse R. Coulon, hereby state and depose as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and I am admitted to the Bar of this Court.

2. I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendant (Wendy Jones) in the above-captioned matter.

3. I have personal knowledge of the facts stated in this declaration and, if called to testify, would competently testify thereto.

4. Exhibit 55 is a true and correct copy of Plaintiff's Further Amended Notice of Deposition to Defendant eBay Inc., Pursuant to FRCP 30(b)(6).

5. Exhibit 56 is a true and correct copy of excerpts from the transcript of the 30(b)(6) deposition of eBay Inc. (by its representative Anagha Apte) dated September 17, 2024.

6. Exhibit 57 is a true and correct copy of Jim Baugh's eBay position change history with Bates number EBAY_STEINER_00002535.

7. Exhibit 58 is a true and correct copy of a text exchange dated August 1, 2019 between Mr. Wenig and Mr. Wymer with the Bates number WYMER00000277.

8. Exhibit 59 is a true and correct copy of a text exchange between Mr. Wymer and Mr. Baugh with the Bates number WYMER00000205.

9. Exhibit 60 is a true and correct copy of excerpts from the transcript of the deposition of Veronica Zea taken September 11, 2024.

10. Exhibit 61 is a true and correct copy of excerpts from the transcript of the deposition of Anneli Olausson taken September 18, 2024.

11. Exhibit 62 is a true and correct copy of excerpts from the transcript of the deposition of Carmen Amara taken September 25, 2024.

12. Exhibit 63 is a true and correct copy of excerpts from the transcript of the deposition of Daniel Cory taken September 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2025, in Boston, Massachusetts.

                                                 */s/ Jesse R. Coulon*
                                                 Jesse R. Coulon (BBO# 705248)
                                                 Ropes & Gray LLP
                                                 800 Boylston Street
                                                 Boston, MA 02199-3600
                                                 Tel: (617) 951-7000
                                                 Jesse.coulon@ropesgray.com

                                                 *Counsel for Wendy Jones*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: February 14, 2025

                */s/ Jesse R. Coulon*
                Jesse R. Coulon