# EXHIBIT 56
## [FILED UNDER SEAL]
## Leave to file granted on Feb. 14, 2025