# EXHIBIT 58
# [FILED UNDER SEAL]
# Leave to file granted on Feb. 14, 2025