# EXHIBIT 61

```
                                                        Page 1

 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2
 3
     INA STEINER, DAVID        )
 4   STEINER and STEINER       )
     ASSOCIATES, LLC,          )
 5                             )
             Plaintiffs,       )
 6                             )  CA No. 21-CV-11181-PBS
        vs.                    )
 7                             )
     EBAY, INC., et al.,       )
 8                             )
             Defendants.       )
 9
10
11
12          VIDEOTAPE DEPOSITION OF ANNELI OLAUSSON,
13       taken pursuant to notice before Beth Gaige,
14       RPR, a Notary Public in and for the State of
15       Maine, at the offices of Bernstein Shur, 100
16       Middle Street, Portland, Maine, on
17       September 18, 2024, commencing at 8:31 A.M.
18
19
20
21
22
23       _____
24
25
```

Page 42

```
 1   loyal to him, he would help us get any job we
 2   wanted, as long as we had his blessing, and
 3   even offered to pull strings at the CIA and
 4   State Department where he claimed to have
 5   connections.
 6        Is that accurate?
 7        MR. LYNCH:  Just briefly, if I could.
 8        I have no objection to the witness
 9   confirming whether Mr. Baugh claimed to be
10   able to pull strings at either agency; but if
11   you elaborate any further on those, then I
12   think I may object, so keep it to just
13   answering that question for now.
14        Thanks.
15        MS. MILLS:  Okay.
16   A.  Yes, he said that.
17        BY MS. MILLS:
18   Q.  Okay.  Did Mr. Baugh ever tell you whether he
19       had previously worked at the CIA?
20        MR. LYNCH:  Again no objection to that
21   question, but please don't elaborate any
22   further.
23   A.  Yes.
24        BY MS. MILLS:
25   Q.  Okay.  And I'm going to ask you, did he give
```

Page 43

```
 1   you any details about that prior employment
 2   that he claimed to have?
 3        MR. LYNCH:  No objection to answering
 4   that question yes or no.
 5   A.  No.
 6        BY MS. MILLS:
 7   Q.  Okay.  You then state:  Jim Baugh and Dave --
 8       Jim, that's Jim Baugh, and Dave, Dave
 9       Harville, told us they were protecting us from
10       the sexist world of security while constantly
11       making inappropriate sexual comments about our
12       appearance, age, et cetera.
13        Was that accurate, as well?
14   A.  Yes.
15   Q.  Did Mr. Baugh make inappropriate sexual
16       comments about either you or any of your
17       colleagues?
18   A.  Not directly to us, but I got the sense that
19       it was like a thing that was said.
20   Q.  Okay.  And you mention Jim and Dave.
21        Is that something -- did you experience
22       that from Mr. Harville?
23   A.  Yes, in the same manner that I just said.  Not
24       directly, but I got the sense that it was
25       something that was talked about.
```

Page 44

```
 1   Q.  How did you get that sense?
 2   A.  One example is that they would call us, like,
 3       Jim's Angels, like Charlie's Angles, which is
 4       just demeaning.  So things along those lines.
 5   Q.  Okay.  You then go on to say:  It was a
 6       fear-driven and punitive environment where
 7       minor errors became cause for humiliation and
 8       punishment.
 9        Is that accurate?
10   A.  Yes.
11   Q.  Do you -- do you believe that you were
12       punished while a part of Mr. Baugh's security
13       function?
14   A.  In a sense, yes.
15   Q.  Okay.  You went on to explain:  One time an
16       analyst accidentally brought an office
17       satellite phone home with her, and leadership
18       planned an elaborate prank that eBay's CEO was
19       in a plane crash and died because of her
20       mistake.
21        Again leadership in that sentence is Mr.
22       Baugh, Mr. Harville, and Ms. Popp?
23   A.  Yes.
24   Q.  Tell us about that.
25   A.  I believe it was Lauren who brought the
```

Page 45

```
 1   satellite phone home.  And I mean, they did it
 2   under the guise of joking around, but it was
 3   obviously making an example of her.  And I
 4   don't remember exactly how it happened.  I
 5   think they might have called her and were just
 6   messing with her.
 7   Q.  Okay.  Did you have a sense that that upset
 8       Lauren?
 9   A.  Yes.
10   Q.  Did you have a sense that Lauren believed
11       them, that eBay's CEO had been in a plane
12       crash and died because of her mistake?
13   A.  I don't know if she really believed them or
14       not; but even if she didn't, it was very
15       stressful to be called by your bosses and have
16       this prank, quote, unquote --
17   Q.  Mm-hmm.
18   A.  -- done to you.
19   Q.  Okay.  And -- and to your knowledge, they were
20       telling her that that, in fact, had happened;
21       that because of her mistake eBay's CEO had
22       been in a plane crash and died?
23   A.  I -- yes, that's what they had said to her.  I
24       don't know if -- yeah.
25   Q.  Okay.  Okay.  You then go on to say:  They
```

| Page 46 | Page 48 |
|---|---|
| 1  routinely subjected us to drills that they<br>2  claimed were to test our protected -- our<br>3  preparedness.<br>4      Again they is Mr. Baugh, Mr. Harville,<br>5  and Ms. Popp?<br>6  A. Correct.<br>7  Q. And you stated: In reality, it was to convey<br>8  their power over us, humiliate and scare us.<br>9      Was that your sense, as well?<br>10 A. Yes.<br>11 Q. That Mr. Baugh was looking to convey his power<br>12 over that group of young female analysts?<br>13 A. That's how it felt to me.<br>14 Q. Okay. You stated: Some included active<br>15 shooter drills where leadership would pretend<br>16 to shoot us in the middle of eBay's campus for<br>17 all staff to watch or earthquake drills where<br>18 they would blast air horns in our ears while<br>19 timing our response to write an e-mail with no<br>20 grammatical errors.<br>21     Do you remember those -- is that<br>22 accurate?<br>23 A. Yes.<br>24 Q. Do you remember those active shooter drills?<br>25 A. Yes. | 1  Q. Belittled?<br>2  A. Yes.<br>3  Q. You went on to state: The trash bags sat in<br>4  the corner of our office for the day while<br>5  leadership mocked what we had in our lockers<br>6  before we were allowed to have our things<br>7  back.<br>8      Did Mr. Baugh, Mr. Harville, and Ms. Popp<br>9  mock what you had in your lockers?<br>10 A. Not me personally.<br>11 Q. Okay. Did they mock what others had in their<br>12 lockers in front of you?<br>13 A. Yes.<br>14 Q. What were some examples of things that they<br>15 mocked, if you remember?<br>16 A. It was stupid, like, snacks that they had or<br>17 things that honestly don't even make sense.<br>18 Like snacks or a sweater or deodorant or<br>19 things like that.<br>20 Q. Okay. Personal things?<br>21 A. Yes.<br>22 Q. You then stated: Leadership went out of our<br>23 way to make us feel awful, and for the<br>24 majority of my tenure there I feared the sight<br>25 of them. |

| Page 47 | Page 49 |
|---|---|
| 1  Q. And leadership, that's again Mr. Baugh, Mr.<br>2  Harville, and Ms. Popp, would pretend to shoot<br>3  you for -- was it for the -- the intelligence<br>4  analysts to watch?<br>5  A. That was one of the parts of the drill; that<br>6  there's a victim.<br>7  Q. Okay. Was one of the analysts used as that,<br>8  quote, unquote, dead shooting victim?<br>9  A. Yes.<br>10 Q. Do you remember who that was?<br>11 A. No.<br>12 Q. Okay. You then wrote: Another time an<br>13 analyst forgot to lock their locker, so<br>14 leadership instructed a security guard to<br>15 empty our locker belongings into clear trash<br>16 bags while we all stood in a line and watched.<br>17     Did you -- do you remember that?<br>18 A. Yes.<br>19 Q. Okay. Leadership again Mr. Baugh, Mr.<br>20 Harville, and Ms. Popp?<br>21 A. Yes.<br>22 Q. And how did that -- how did that feel?<br>23 A. Bad, demoralizing.<br>24 Q. Did you feel humiliated?<br>25 A. Yeah. | 1      Did you come eventually to fear the sight<br>2  of Mr. Baugh, Mr. Harville, and Ms. Popp?<br>3  A. I -- yes. I mean, I wasn't afraid for my life<br>4  or anything like that, but I -- it was<br>5  definitely a very toxic environment.<br>6  Q. Okay. Was it a sense of dread that you felt<br>7  when you would see Mr. Baugh by the end of<br>8  your employment?<br>9  A. Yes.<br>10 Q. You then stated: Because we were contractors<br>11 via Concentric, we did not have access to<br>12 eBay's own HR, and leadership effectively<br>13 blocked our communications to Concentric.<br>14     Is that accurate?<br>15 A. Yes.<br>16 Q. How did Mr. -- how did you understand that Mr.<br>17 Baugh and Mr. Harville and Ms. Popp<br>18 effectively blocked your communications to<br>19 Concentric?<br>20 A. I wouldn't say they technologically blocked<br>21 our ability to communicate with them. They<br>22 more insinuated, like, we can solve all our<br>23 problems here and you don't need to go outside<br>24 of our tight-knit team to solve things like<br>25 that. |