UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>EBAY INC., ET AL.,<br><br>  Defendants. | CIVIL ACTION NO.: 1:21-CV-11181-PBS |

**DECLARATION OF SCOTT D. BURKE IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF PROGRESSIVE F.O.R.C.E. CONCEPTS, INC.**

I, Scot D. Burke, declare and state as follows:

1. I am an attorney admitted to practice before this Court and licensed in the Commonwealth of Massachusetts, and am a partner with Morrison Mahoney LLP. My firm is counsel for the defendant Progressive F.O.R.C.E. Concepts, Inc. ("PFC") in the above-captioned matter. This declaration is based on my personal knowledge and familiarity with the production of documents during discovery. My business address is 250 Summer Street, Boston, MA.

2. Attached hereto as Exhibit 1 is a true and accurate copy of an email chain between Veronica Zea and others, dated May 3, 2019, with the subject line, "Job Posting." It is bates-stamped EBAY_STEINER_00044061-00044071.

1

3.  This email chain was inadvertently omitted from Exhibit 11, which is referenced in PFC's Statement of Facts and quoted in paragraph 45.

Signed under the pains and penalties of perjury this 14th day of February, 2025.

_____
Scott D. Burke

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 14, 2025.

/s/ *Scott D. Burke*
Scott D. Burke

# Confidential

## Actual Filed Under Seal

# EXHIBIT 1

# Email from Veronica Zea dated 5/3/19

# Subject: Job Posting