UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>     Plaintiffs,<br>v.<br><br>EBAY INC., *et al.*,<br><br>     Defendants. | Civil Action No. 1:21-CV-11181-DPW |

**NOTICE OF HEARING PARTICIPATION**

On January 5, 2024, the Court entered a Protective Order, which permitted the Government to participate in this litigation for the purpose of protecting certain Government information. ECF No. 315. This included the right for DOJ counsel to participate in certain hearings and in trial to "make objections to questions or answers on behalf of the United States as necessary to protect Protected Information." *Id.* ¶ 6.

Between October 28, 2024 and February 15, 2025, the parties filed briefing on their motions for summary judgment. Many of these filings included references to information that the Government is protecting in this case. *See, e.g.*, Def. Wymer Sealed Mem. in Supp. of Mot. Summ. J. at 6 n.7, 17 n.15; Def. Wymer Sealed Statement of Undisputed Materials Facts at 24, ¶ 90; Pls.' Sealed Resp. to Wymer's Statement of Undisputed Material Facts at 35, ¶ 90; Pls.' Sealed Resp. to PFC's Statement of Undisputed Material Facts at 6, ¶ 19; Def. Wenig Statement of Material Facts at 19, ¶ 57, ECF No. 492; Pls.' Resp. to Wenig's Statement of Material Facts at 25–26, ¶ 57, ECF No. 527; Def. Wenig Mem. in Supp. of Mot. Summ. J. at 15, ECF No. 498.

On February 13, the Court scheduled a hearing on these motions for March 10. ECF No. 566. The Government intends to participate in the March 10 hearing on the motions for summary

judgment for the sole purpose of raising objections based on the protective order in this matter.

Dated: February 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General
Civil Division

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(D.C. Bar No. 1033486)
JASON LYNCH
(D.C. Bar No. 1016319)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8659

Email: christopher.edelman@usdoj.gov

*Counsel for the United States of America*