UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EBAY INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 21-CV-11181-PBS |

**JOINT UNOPPOSED MOTION OF DEFENDANTS EBAY INC., DEVIN WENIG, STEVE WYMER, AND WENDY JONES FOR LEAVE TO FILE REPLIES TO PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT DR. ADAM D. GALINSKY PH.D.**

Pursuant to Local Rule 7.1(b)(3), Defendants eBay Inc. ("eBay") and Defendants Devin Wenig, Steve Wymer, and Wendy Jones (collectively, the "Executive Defendants") hereby move the Court for leave to file replies to Plaintiffs' oppositions to Defendants' motions to exclude the testimony of Plaintiffs' expert Dr. Adam D. Galinsky. Plaintiffs do not oppose this motion. As grounds for this motion, eBay and the Executive Defendants state as follows:

1. On January 24, 2025, eBay moved to exclude Dr. Galinsky's testimony in its entirety. Dkt. 544. The Executive Defendants filed a separate motion to exclude Dr. Galinsky's testimony the same day. Dkt. 546.

2. On February 3, 2025, Plaintiffs moved for a two-week extension of time to file oppositions to the aforementioned motions. Dkt. 555. In their motion, Plaintiffs stated that they "do not oppose a request by Defendants for a Reply, should they seek to have [the] same." *Id.* ¶ 6. The Court granted Plaintiffs' extension motion the following day. Dkt. 560.

1

3.      On February 21, 2024, Plaintiffs filed an opposition to eBay's motion to exclude Dr. Galinsky's testimony and a separate opposition to the Executive Defendants' motion. Dkt. 581, 584.

4.      eBay and the Executive Defendants each seek leave to file a brief reply, of no more than 10 pages each, in support of their respective motions. Such replies would aid the Court's resolution of the motions by providing eBay and the Executive Defendants an opportunity to clarify Plaintiffs' misrepresentations of Dr. Galinsky's proposed testimony and to respond to the various factual and legal arguments Plaintiffs make.

WHEREFORE, Defendants eBay and the Executive Defendants respectfully request that the Court grant their unopposed motion for leave to each file by March 6 a reply in support of their respective motions to exclude the testimony of Dr. Galinsky.

Dated: February 26, 2025

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
David A. Goldenberg (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1285
snonaka@sidley.com
dgoldenberg@sidley.com

Daniel J. Feith (*pro hac vice*)
Emily A. Rose (*pro hac vice*)

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com
emily.rose@sidley.com

*Counsel for eBay Inc.*

/s/ Caz Hashemi
Caz Hashemi (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Melissa Mills (*pro hac vice*)
Trevor N. Templeton (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mmills@wsgr.com

Lon F. Povich (BBO #544523)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6548
lpovich@andersonkreiger.com

*Counsel for Steve Wymer*

s/ Abbe David Lowell
Abbe David Lowell (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
(202) 282-5000
adlowell@winston.com

Kelly A. Librera (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

3

klibrera@winston.com

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

*Counsel for Devin Wenig*

*s/ Andrew J. O'Connor*
Andrew J. O'Connor (BBO# 672960)
William L. Roberts (BBO# 679735)
Jesse R. Coulon (BBO# 705248)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
andrew.oconnor@ropesgray.com
william.roberts@ropesgray.com
jesse.coulon@ropesgray.com

*Counsel for Wendy Jones*

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Jack. W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for Plaintiffs regarding this motion. Plaintiffs' counsel previously assented to a request by eBay and the Executive Defendants to file replies in support of their *Daubert* motions. *See* Dkt. 555 ¶ 6. On February 25, 2025, eBay and the Executive Defendants sought Plaintiffs' position on the proposed page-limits and deadline applicable to the replies. Plaintiffs have not responded to that email.

Dated: February 26, 2025                    */s/ Jack W. Pirozzolo*
                                            Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 26, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 26, 2025                       /s/ *Jack W. Pirozzolo*
                                                              Jack W. Pirozzolo