**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., et al.,<br><br>Defendants. | ) | Civil Action No. 1:21-cv-11181-PBS |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively "Plaintiffs") hereby submit this Status Report pursuant to the Court's order dated March 10, 2025, instructing Plaintiffs' counsel to file a Status Report regarding whether or not Defendant Jim Baugh will testify in this case. *See* Dkt. 606. Plaintiffs hereby state as follows:

1. Through counsel, Plaintiffs have secured the cooperation of Jim Baugh to provide testimony at any trial or trials in *Steiner v. eBay et al.*, No. 1:21-cv-11181-PBS (D. Mass.).

2. Jim Baugh has agreed to cooperate with any efforts to secure his appearance at trial to testify, whether in person or by video.

3. Jim Baugh has further agreed that he will answer questions about his contacts and interactions with eBay's Executive Leadership Team and will not raise any Fifth Amendment rights or decline to answer questions on Fifth Amendment grounds relating to any questions within the scope of "Relevant Conduct" to the Criminal Case, as that term is defined in the United States Sentencing Guidelines.

4. Plaintiffs and Jim Baugh have reached an agreement to resolve the matter against Mr. Baugh and Plaintiffs anticipate filing a stipulation of dismissal reflecting the resolution in the very near future.

Dated: March 27, 2025

Respectfully submitted,

*/s/Andrew G. Finkelstein*
Andrew G. Finkelstein
Brian D. Acard
Kenneth B. Fromson
Lawrence D. Lissauer
FINKELSTEIN & PARTNERS, LLP
1279 Route 300
Newburgh, NY 12551
(845) 563-9459
afinkelstein@fbfglaw.com
bacard@lawampm.com
kfromson@lawampm.com
LLissauer@lawampm.com

Marc A. Diller
DILLER LAW, LLP
50 Congress Street
Ste 420
Boston, MA 02109
(617) 523-7771
marc@dillerlaw.com

Christopher R. Murphy
FOSTER, SCALLI & MURPHY, LLC
537 Broadway
Everett, MA 02149
(617) 387-7000
cmurphy@scallimurphy.com

Todd S. Garber
Bradley F. Silverman
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3283
tgarber@fbfglaw.com
bsilverman@fbfglaw.com

*Counsel for Ina Steiner, David Steiner and Steiner Associates, LLC*