**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INA STEINER et al.,<br>*Plaintiffs*,<br><br>v.<br><br>eBAY INC., et al.,<br>*Defendants*. | No. 1:21-cv-11181-PBS |

**DEFENDANT JIM BAUGH'S RESPONSE TO EBAY INC.'S NOTICE OF JOINDER TO WENDY JONES'S MOTION TO STRIKE PLAINTIFF'S PROFFER OF FUTURE TESTIMONY OR, IN THE ALTERNATIVE, MOTION FOR SUPPLEMENTAL DISCOVERY**

Defendant Jim Baugh respectfully submits the accompanying Declaration of William Fick, Esq. in response to eBay's erroneous *ad hominem* assertion that Mr. Baugh "sold his testimony" and "made clear it was for sale to the highest bidder." D.E. 627 at 3. eBay's indecorous decision to disclose a confidential written settlement communication *that eBay, itself, had requested from undersigned counsel,* and which undersigned counsel then provided, in good faith, leaves an incomplete and misleading record that requires correction.

Respectfully submitted,

**JIM BAUGH**

by his attorneys,

*/s/ William W. Fick*
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*dmarx@fickmarx.com*
*wfick@fickmarx.com*

Dated: April 25, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2025.

*/s/ William W. Fick*
William W. Fick