AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Ina Steiner, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-11181-PBS |
| eBay, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Wendy Jones                                                                                                                                                  .

Date:     05/13/2025                                               /s/ Casey B. Stewart
                                                                                    *Attorney's signature*

                                                                           Casey B. Stewart (Bar # 709729)
                                                                            *Printed name and bar number*
                                                                                    Ropes & Gray LLP
                                                                                    800 Boylston Street
                                                                                    Boston, MA 02199

                                                                                            *Address*

                                                                           casey.stewart@ropesgray.com
                                                                                       *E-mail address*

                                                                                    (617) 854-2116
                                                                                    *Telephone number*

                                                                                    (617) 951-7050
                                                                                      *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I filed the foregoing notice of appearance using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF"). I further certify that a copy will be served to all non-registered participants by First Class Mail.

Dated: May 13, 2025

Respectfully submitted,

*/s/ Casey B. Stewart*
Casey B. Stewart (BBO# 709729)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 854-2116
Fax: (617) 951-7050
casey.stewart@ropesgray.com

*Counsel for Wendy Jones*