IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | Case No. 1:21-CV-11181-PBS |

**MOTION OF DEFENDANT STEVE WYMER TO FILE UNDER SEAL NOTICE OF JOINDER TO WENDY JONES'S REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' PROFFER OF FUTURE TESTIMONY OR, IN THE ALTERNATIVE, MOTION FOR SUPPLEMENTAL DISCOVERY**

5/16/25
Allowed
Patti B Saris