UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | Civil Action No. 21-CV-11181-PBS <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS WENDY JONES'S, STEVE WYMER'S, AND DEVIN WENIG'S
EMERGENCY MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES**

Pursuant to Federal Rules 26, 33, 34, and 37, as well as this Court's May 8 order granting supplemental discovery (ECF 656), Defendants Wendy Jones ("Ms. Jones"), Steve Wymer ("Mr. Wymer"), and Devin Wenig ("Mr. Wenig") (together, the "Executive Defendants") hereby move to compel Plaintiffs to provide complete responses to Defendants Wendy Jones's, Devin Wenig's, and Steve Wymer's Supplemental Interrogatories to Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC and Defendants Wendy Jones's, Devin Wenig's, and Steve Wymer's Supplemental Requests for Production of Documents to Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC.

In addition, the Executive Defendants ask this Court to compel Defendant Baugh to provide responses to Defendants Wendy Jones's, Devin Wenig's, and Steve Wymer's Supplemental Interrogatories to Defendant Jim Baugh and Defendants Wendy Jones's, Devin Wenig's, and Steve Wymer's Supplemental Requests for Production of Documents to Defendant Jim Baugh.

The Executive Defendants styled this motion to compel as an emergency request because the default briefing schedule established by the Local Rules of this Court would not allow

1

*[Handwritten annotation:]* 6/18/25 DENIED on the ground that discovery concerning settlement negotiations was not contemplated by my order and the negotiations -- as opposed to the final agreement -- are not relevant. Patti B Saris