**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-CV-11181-PBS |

**JOINT UNOPPOSED MOTION OF DEFENDANTS WENDY JONES, DEVIN WENIG, STEVE WYMER, EBAY INC., AND PROGRESSIVE F.O.R.C.E. CONCEPTS, LLC TO FILE DEPOSITION TRANSCRIPT OF JIM BAUGH AND RELATED MATERIALS UNDER SEAL**

Defendants Wendy Jones, Devin Wenig, Steve Wymer, eBay Inc. and Progressive F.O.R.C.E. Concepts, LLC (collectively, the "Moving Parties") move, as required by the Protective Order in this case, for leave to file Defendant Jim Baugh's deposition transcript and associated exhibits under seal. The Moving Parties make this request because Baugh's counsel designated the transcript and associated exhibits "Confidential," and the Protective Order in this case mandates that the Moving Parties file material designated "Confidential" by another party under seal "[u]nless otherwise ordered by the Court or permitted in writing by the Designating Party." ECF 515 ¶ 8.2. In filing this motion, the Moving Parties take no position regarding the propriety of Baugh's designations. This motion is filed unopposed and pursuant to Local Rule 7.2.

As grounds for this motion, the Moving Parties state as follows:

1. By email of July 9, 2025, counsel for Baugh designated the transcript of Baugh's deposition and associated exhibits Confidential under the Protective Order.

2. The Moving Parties take no position on whether these designations are appropriate

1

but seek leave to file the testimony, exhibits, and any reference thereto under seal to comply with the terms of the Protective Order, which prohibits parties from publicly disclosing material designated "Confidential" by another party "[u]nless otherwise ordered by the Court or permitted in writing by the Designating Party." ECF 515 ¶ 8.2.

3. The Protective Order grants parties 30 days to designate material Confidential. ECF 551 ¶ 5.2(c). Some or all of the moving parties may also designate certain portions of the transcript Confidential.[1]

4. Counsel for the non-moving parties, and the parties proceeding *pro se*, did not object to this motion or did not respond to an email asking if they objected to this motion.

WHEREFORE, the Moving Parties respectfully request that the Court allow this motion to permit the filing of the aforementioned documents in support of their anticipated July 16, 2025 briefing under seal until further order of the court.

---

[1] For example, eBay notes that the transcript reflects personnel decisions regarding non-parties who had no role in the actions underlying this case. *Nwagbaraocha v. Dartmouth-Hitchcock Med. Ctr.*, 2019 WL 13328427, at *2–3 (D.N.H. Sept.16, 2019) (collecting cases); *see also Sterbens v. Sound Shore Med. Ctr. of Westchester*, 2001 WL 1549228, at *3 (S.D.N.Y. Dec. 5, 2001); *Warren v. Rojas*, 2016 WL 1642584, at *1 (D. Mass. Apr. 25, 2016); *Hayes v. McGee*, 2014 WL 198407, at *1 (D. Mass. Jan. 13, 2014).

Dated: July 15, 2025                                  Respectfully submitted,


                                                      */s/ Andrew J. O'Connor*
                                                      Andrew J. O'Connor (BBO# 672960)
                                                      William L. Roberts (BBO# 679735)
                                                      Jesse R. Coulon (BBO# 705248)
                                                      Casey B. Stewart (BBO# 709729)
                                                      ROPES & GRAY LLP
                                                      800 Boylston Street
                                                      Boston, MA 02199-3600
                                                      Tel: (617) 951-7000
                                                      andrew.oconnor@ropesgray.com
                                                      william.roberts@ropesgray.com
                                                      jesse.coulon@ropesgray.com
                                                      casey.stewart@ropesgray.com

                                                      *Counsel for Wendy Jones*


                                                      */s/ Caz Hashemi*
                                                      Caz Hashemi (*pro hac vice*)
                                                      WILSON SONSINI GOODRICH & ROSATI, P.C.
                                                      650 Page Mill Road
                                                      Palo Alto, CA 94304
                                                      Tel: (650) 493-9300
                                                      chasemi@wsgr.com

                                                      Melissa Mills, Esq. (*pro hac vice*)
                                                      Trevor Templeton (*pro hac vice*)
                                                      WILSON SONSINI GOODRICH & ROSATI, P.C.
                                                      953 East Third Street, Suite 100
                                                      Los Angeles, CA 90013
                                                      Tel: (323) 210-2900
                                                      mmills@wsgr.com
                                                      ttempleton@wsgr.com

                                                      Lon F. Povich (BBO# 544523)
                                                      ANDERSON & KREIGER LLP
                                                      50 Milk Street, 21st Floor
                                                      Boston, MA 02109
                                                      Tel: (617) 621-6578
                                                      lpovich@andersonkreiger.com

                                                      *Counsel for Steve Wymer*

3

/s/ Kelly A. Librera
Kelly A. Librera (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
klibrera@winston.com

Abbe David Lowell (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street NW
Second Floor
Washington, DC 20005
Tel: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com

Martin G. Weinberg, Esq. (BBO# 519480)
Martin G. Weinberg PC
20 Park Plaza
Suite 1000
Boston, MA 02116
Tel: (617) 227-3700
owlmgw@att.net

*Counsel for Devin Wenig*


/s/ Jack W. Pirozzolo
Jack W. Pirozzolo (BBO# 564879)
Kathryn L. Alessi (BBO# 651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1285
snonaka@sidley.com

>Daniel J. Feith (*pro hac vice*)
>Emily A. Rose (*pro hac vice*)
>SIDLEY AUSTIN LLP
>1501 K Street NW
>Washington, DC 20005
>Tel: (202) 736-8511
>dfeith@sidley.com
>erose@sidley.com
>
>*Counsel for eBay Inc.*
>
>
>*/s/ Scott D. Burke*
>Scott D. Burke (BBO# 551255)
>Kimberly Iverson Tufo (BBO# 686062)
>MORRISON MAHONEY LLP
>250 Summer Street
>Boston, MA 02210
>Tel: (617) 439-7500
>sburke@morrisonmahoney.com
>kiversontufo@morrisonmahoney.com
>
>*Counsel for Progressive F.O.R.C.E. Concepts, LLC*

## **CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Andrew O'Connor, hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for Wendy Jones, conferred with counsel of record and the parties proceeding *pro se*, who do not oppose the relief requested in this motion.

Dated: July 15, 2024                                        */s/ Andrew J. O'Connor*
                                                                            Andrew J. O'Connor

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 15, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 15, 2024             */s/ Andrew J. O'Connor*
                         Andrew J. O'Connor