UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| INA STEINER, DAVID STEINER and STEINER ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | Case No.: 1:21-cv-11181-PBS |

**DECLARATION OF TREVOR N. TEMPLETON IN SUPPORT OF DEFENDANT STEVE WYMER'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Trevor N. Templeton, hereby declare as follows:

1. I am an attorney at law duly admitted to practice in California and admitted *pro hac vice* in the above-captioned matter. I am an attorney with the law firm Wilson Sonsini Goodrich & Rosati, P.C. and counsel of record for Steve Wymer ("Wymer") in the above-captioned matter. I submit this declaration in support of Wymer's supplemental memorandum in support of his motion for summary judgment. The facts set forth herein are of my own personal knowledge and review of the relevant material, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** are excerpts from a true and correct copy of the Transcript of Jim Baugh's Deposition (Day 1), dated July 8, 2025.

3. Attached hereto as **Exhibit 2** are excerpts from a true and correct copy of the Transcript of Jim Baugh's Deposition (Day 2), dated July 9, 2025.

1

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the United States of America and that this declaration was completed on this 16th day of July, 2025.

                                            **s/ *Trevor N. Templeton***
                                            Trevor N. Templeton

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*s/ Caz Hashemi*
Caz Hashemi