# EXHIBIT 1

## FILED UNDER SEAL

## LEAVE TO FILE GRANTED JULY 15, 2025 (DKT. NO. 696)