# EXHIBIT 2

## FILED UNDER SEAL

## LEAVE TO FILE GRANTED JULY 15, 2025
## (DKT. NO. 696)