

Andrew G. Finkelstein, P.C. (NY & NJ)
Duncan W. Clark (NY)
George A. Kohl, II (NY & MA)
Elyssa M. Fried-DeRosa (NY)
Kenneth B. Fromson, P.C. (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Kara L. Campbell (NY, NJ & CT)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Edward M. Steves (NY)
Brian D. Acard (NY)
Christopher Camastro (NY & NJ)
_____
Vincent J. Pastore (NY)
Jeffrey M. Brody (NY)
Michele M. Haber (CA)
Ashlee R. Grob (NY)
Patricia Rothstein (NY)
Robin N. D'Amore (NY)

Jennifer Safier (NY & NJ)
Annie Ma (NY & NJ)
Michael W. Shanley (NY)
Levi Lipton (NY)
Kimberly Zick (NY)
Jonathan Engel (NY)
Lisa Solomon (NY)

*Of Counsel*
Michael Feldman (NY & NJ)
Raye D. Futerfas (NJ)
Linda Armatti (NY)
David Akerib (NY)
Frances M. Bova, R.N. (NY & NJ)
Gustavo W. Alzugaray (NY)

Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Michael B. Zaransky (NY)
Xavier Johnson (NY)
Dior S. Bell (NY & NJ)
Tamar Zaransky (NY)
Jermaine Mercer (NJ)
Kristine Epps (NJ)
Marie Costello (NY)
David Leigh (NY & NJ)
Max Finkelstein (NY)
Vincent J. Rossillo (NY)
Pamela Thomas (NY)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)

David Stauber (NY)
Howard S. Lipman (NY)
Noreen Tuller, R.N. (NY)
Rodrigo Arcuri (NY)
Robert Seidner (NY)
Stephen R. Heath (NY)
Patricia Fontaine (NY)
Moneeka Brar (NY)
Elizabeth Mora (NY)
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)
John Sardesai-Grant (NY)
Yaneike McKenzie-Coley (NY)
Panning Cui (NY)

Erin Kelley (NY)
Daniel Martin (NY & VT)
Kenneth G. Bartlett (CT & NJ)
Marc Diller (MA)
Shaun DeSantis (MA)
David Mehan (MA)
Dr. R. John Naranja, Jr. (MA)
Daniel Buck (MA)
Sarah Howie (MA)
Pedro Juarez (MA)
Bruce Murray (MA)

*Senior Of Counsel*
George M. Levy, P.C. (NY)
Marvin Anderman, P.C. (NY)
Cynthia Maurer (NY & NJ)

*Founding Partner*
Howard S. Finkelstein, **(1933-2017)**

REFER TO OUR FILE #: 129603

August 14, 2025

Hon. Patti B. Saris
United States District Judge
District of Massachusetts
By E-filing Only

Re:    Steiner et. al. v. eBay Inc., et. al.1:21-cv-11181-PBS
       Hearing / Oral Argument for 9/5/25

Your Honor,

As you know, we are Plaintiffs' counsel. We received the Court's docket entry (Doc #712) setting a "Status Conference and Hearing" for 9/5/25 regarding the pending motions to exclude experts. It is our understanding that experts are not required to present testimony at the upcoming Hearing, and Plaintiffs do not intend to have their experts provide testimony at the Hearing.  In the event the Court requires their testimony, we would need the accommodation of a new date because Plaintiffs' expert Dr. Galinsky is not available on 9/5/25.

Absent any requirement by the Court that experts must provide testimony, we look forward to appearing before the Court on 9/5/25 for oral argument.  We are guided accordingly.

Respectfully,

Kenneth Fromson
845-943-2331