## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ina Steiner, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>eBay Inc., et al.,<br><br>    Defendants. | Civil Action No. 1:21-CV-11181-PBS<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS WENDY JONES, DEVIN WENIG, AND STEVE WYMER'S MOTION FOR SEVERANCE OR SEPARATION OF TRIALS

Pursuant to Federal Rules 21 and 42(b), Defendants Wendy Jones, Devin Wenig, and Steve Wymer (together, the "Executive Defendants") respectfully move to sever or separate their trial from that of Defendants eBay Inc. ("eBay"), Jim Baugh[1], Dave Harville, Brian Gilbert, Stephanie Popp, Stephanie Stockwell, Veronica Zea, and Philip Cooke. As grounds for this Motion, the Executive Defendants state as follows:

1. eBay, Baugh, Harville, Gilbert, Popp, Stockwell, Zea, and Cooke have all admitted to criminal liability. Those admissions and certain other evidence are inadmissible against the Executive Defendants and will prejudice the jury against the Executive Defendants. Separate trials would prevent inadmissible prejudicial evidence from tainting the jury.

2. Separate trials also reduce the risk of prejudice resulting from jury confusion. Given the number of Defendants, and with varying degrees of admissions and overlapping civil

---

[1] Plaintiffs' motion to dismiss Defendant Baugh from this case is pending. ECF 637. For the avoidance of doubt, Ms. Jones, Mr. Wenig, and Mr. Wymer move for a trial separate from Mr. Baugh's to the extent that he remains in this matter.

-2-

claims, it is likely that a jury will find it difficult to follow the evidence of each Defendant's role. That creates a substantial risk that the jury would consider inadmissible evidence against the Executive Defendants.

3. Separate trials are necessary to protect the Executive Defendants against "spillover prejudice" or "guilt by association" caused by sharing a civil trial with criminal defendants who have admitted liability relevant to Plaintiffs' claims.

4. Separate trials will not prejudice Plaintiffs.

5. Separate trials also reduce the risk of jury confusion and promote judicial economy by reducing the number of claims, limiting instructions, and defendants that the jury needs to consider in a single trial.

6. Holding a trial of the claims against eBay before a trial of the claims against the Executive Defendants will promote judicial economy by increasing the likelihood of settlement.

For the foregoing reasons, and for all of the reasons explained in the accompanying memorandum of law, the Executive Defendants request that this court order separate trials.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Executive Defendants respectfully request to be heard

at oral argument on the Motion for Severance or Separation of Trials.

Respectfully submitted,

Dated: September 4, 2025

/s/ Andrew J. O'Connor
Andrew J. O'Connor (BBO# 672960)
William L. Roberts (BBO# 679735)
Jesse R. Coulon (BBO# 705248)
Casey B. Stewart (BBO# 709729)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
andrew.oconnor@ropesgray.com
william.roberts@ropesgray.com
jesse.coulon@ropesgray.com
casey.stewart@ropesgray.com

*Counsel for Wendy Jones*


/s/ Caz Hashemi
Caz Hashemi (pro hac vice)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Melissa Mills (pro hac vice)
Trevor N. Templeton (pro hac vice)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mmills@wsgr.com

-3-

-4-

Lon F. Povich (BBO #544523)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6548
lpovich@andersonkreiger.com

*Counsel for Steve Wymer*


*/s/ Abbe David Lowell*
Abbe David Lowell (pro hac vice)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
(202) 282-5000
adlowell@winston.com

*Kelly A. Librera (pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
klibrera@winston.com

*Martin G. Weinberg, Esq.*
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

*Counsel for Devin Wenig*

-5-

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Andrew O'Connor, counsel for Wendy Jones, hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for Wendy Jones has conferred with counsel for all Parties and *pro se* Parties and have attempted in good faith to resolve or narrow the issues subject to this Motion. eBay's counsel and Plaintiffs' counsel stated that they oppose this Motion.  The other parties did not respond with a position.

Date:   September 4, 2025

/s/ *Andrew J. O'Connor*
Andrew J. O'Connor

-6-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date:   September 4, 2025

*/s/ Andrew J. O'Connor*
Andrew J. O'Connor