UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 21-CV-11181-PBS |
| v. | ) ) ) | |
| EBAY INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**UNOPPOSED MOTION OF DEFENDANT EBAY INC. FOR LEAVE TO FILE MOTION IN LIMINE TO EXCLUDE EVIDENCE OF SEXUAL ASSAULTS AND TESTIMONY OF EXPERT JACQUELINE M. JOHNSON UNDER SEAL**

Defendant eBay, Inc. moves for leave to file under seal its Motion in Limine to Exclude Evidence of Sexual Assaults and Testimony of Expert Jacqueline M. Johnson. eBay's Motion, which eBay anticipates filing on November 20, will discuss and cite deposition testimony regarding the alleged sexual assaults of two individuals by Jim Baugh. To protect the identities of the victims of assaults, eBay seeks leave to (1) redact the victims' names where used in eBay's motion and (2) file under seal pertinent excerpts of the deposition transcripts of the victims and Baugh. *See, e.g.*, *Doe v. Trs. of Columbia Univ.*, 2025 WL 2476304, at *8 (S.D.N.Y. 2025) (noting "the longstanding practice of protecting the anonymity of victims of sexual abuse by sealing, redacting, or pseudonymizing their names").

This motion is filed unopposed and pursuant to Local Rule 7.2. Counsel for eBay emailed counsel for the other parties on November 12 seeking their position on this motion. Counsel for defendants Wendy Jones and Steve Wymer responded on November 13 consenting to the relief requested in this motion. The remaining parties have not responded as of this filing.

1

WHEREFORE, eBay respectfully requests that the Court allow this motion to permit the filing of its Motion in Limine to Exclude Evidence of Sexual Assaults and Testimony of Expert Jacqueline M. Johnson under seal until further order of the Court.

Dated: November 17, 2025         /s/ Jack W. Pirozzolo
                                 Jack W. Pirozzolo (BBO #564879)
                                 Kathryn L. Alessi (BBO #651110)
                                 SIDLEY AUSTIN LLP
                                 60 State Street, 36th Floor
                                 Boston, MA 02109
                                 Telephone: (617) 223-0300
                                 Facsimile: (617) 223-0301
                                 jpirozzolo@sidley.com
                                 kalessi@sidley.com

                                 Scott T. Nonaka (*pro hac vice*)
                                 David A. Goldenberg (*pro hac vice*)
                                 SIDLEY AUSTIN LLP
                                 555 California Street, Suite 2000
                                 San Francisco, CA 94104
                                 Telephone: (415) 772-1285
                                 snonaka@sidley.com
                                 dgoldenberg@sidley.com

                                 Daniel J. Feith (*pro hac vice*)
                                 Emily A. Rose (*pro hac vice*)
                                 SIDLEY AUSTIN LLP
                                 1501 K Street NW
                                 Washington, D.C. 20005
                                 Telephone: (202) 736-8511
                                 dfeith@sidley.com
                                 emily.rose@sidley.com

                                 *Counsel for eBay Inc.*

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Jack. W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel of record and the parties proceeding pro se, who did not object to this motion or did not respond to an email asking if they objected to this motion.

Dated: November 17, 2025            */s/ Jack W. Pirozzolo*
                                                  Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 17, 2025            */s/ Jack W. Pirozzolo*
                                    Jack W. Pirozzolo