# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>EBAY INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:21-CV-11181-DPW |

**DEFENDANT BRIAN GILBERT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'**
**SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendant Brian Gilbert provides

these Responses and Objections to Plaintiffs' First Set of Interrogatories. The following responses

are made to the best of Mr. Gilbert's present knowledge, information, and belief, and Mr. Gilbert

reserves the right to supplement, amend, or correct its responses as additional information comes

to light.

As set forth in Mr. Gilbert's Answer to the Amended Complaint, Mr. Gilbert reiterates that

to the extent the Amended Complaint alleges facts and legal conclusions to which Mr. Gilbert has

admitted and accepted responsibility pursuant to the Information, those facts and legal conclusions

are admitted. Anything in these Responses and Objections that contradicts either the statement of

facts in the Information is inadvertent and should not be construed as an attempt by Mr. Gilbert to

retreat from its acceptance of responsibility.

**GENERAL OBJECTIONS**

Each response to the Interrogatories is subject to and incorporates the following General

Objections, as well as any additional objections provided in response to each Interrogatory. The

repeated assertion of any particular objection does not waive any other objection, including those

- 1 -

incorporated by reference. An assertion of similar or additional objections in response to a specific Interrogatory does not waive any of these General Objections as to that or any other Interrogatory. Mr. Gilbert's failure to object to a specific Interrogatory on a particular ground shall not be construed as a waiver of its right to object on any ground. Mr. Gilbert is willing to meet and confer regarding its objections and responses to the Interrogatories.

Mr. Gilbert objects to the Interrogatories to the extent they seek information protected from discovery by the attorney-client privilege, the attorney work product doctrine, Federal Rule of Civil Procedure 26, or any other applicable privilege, doctrine, immunity, statute, regulation, rule, or restriction. The inadvertent revelation of privileged or otherwise protected information shall not be deemed to waive the privilege or protection with respect to such information, and Mr. Gilbert reserves the right to object to the introduction at trial or any other use of such information.

**SPECIFIC OBJECTIONS AND RESPONSES**

**INTERROGATORY NO. 1:**

Identify any and all persons whom you contend have knowledge of the facts and circumstances alleged in the complaint, the facts known to each person, and identify any and all documents which describe, support, or otherwise reflect the facts known to each person. Include in your response a list of any and all documents which describe, support, or otherwise reflect the facts known to each person.

**RESPONSE TO INTERROGATORY NO. 1:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert does not know the facts known to every person who has knowledge of this complaint.  Mr. Gilberts does not know of any documents concerning the facts known by other parties.  He has no documents that describe, support, or otherwise reflect facts known by other persons.  In 2019, Mr. Gilbert provided to the

U.S. Attorney, the names of all persons whom he was aware had knowledge of this complaint. Due to the passing of time and his current medical condition, he cannot accurately recall all of the people who may have had knowledge of the facts in this Complaint.

**INTERROGATORY NO. 2:**

State the name, address, and job title or capacity of each person who prepared or assisted in the preparation of the response to these interrogatories. Include in your response whether you or your counsel spoke to any other defendant or his/her counsel in preparing these interrogatories, or whether you or your counsel shared your responses with any other defendant or his/her counsel.

**RESPONSE TO INTERROGATORY NO. 2:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert has only spoken to his legal counsel concerning these interrogatories.  He is unaware if his counsel has spoken to other defendants' counsel.

**INTERROGATORY NO. 3:**

Describe the jobs you applied for at PFC and eBay, including your qualifications and your resume and describe the position you were hired for, who recommended you for or assisted you in securing work with eBay; including any recommendations from any other eBay employee or PFC employee; your duties and responsibilities for each position held at eBay, PFC or Concentric Advisors; and the names of each of your supervisors and the dates you were under their supervision.

**RESPONSE TO INTERROGATORY NO. 3:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert has never worked for PFC or Concentric Advisors.  At eBay, his position was senior manager of security.  He does not have a

copy of the resume he provided eBay prior to my employment.  Mr. Gilbert did not receive any recommendations from eBay or PFC employees.  His direct supervisor during his employment at eBay was Dan Cory.

**INTERROGATORY NO. 4:**

What did you understand your job responsibilities were at eBay. Include in your response the names of any supervisors from 2018 through your termination, who you directly reported to, and whether there was any reporting channel within eBay if issues arose during your employment. Include in your response the process of reporting any issues.

**RESPONSE TO INTERROGATORY NO. 4:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert's job responsibilities as senior manager of security at eBay included, but were not limited to, campus site security, management of contract guard force, creation and management of emergency response team, management of budget for security officers, training, special event planning, executive protection details, and special investigations.  His direct supervisor was Dan Cory.

**INTERROGATORY NO. 5:**

Summarize any questions either PFC or eBay asked you about your experience in law enforcement and any access to law enforcement databases during the initial hiring process or any promotion processes. Describe what you told them about each.

**RESPONSE TO INTERROGATORY NO. 5:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: eBay never asked him about Mr. Gilbert's access to law enforcement databases. PFC never asked him any questions about his law enforcement experience or access to databases.

- 4 -

**INTERROGATORY NO. 6:**

Describe including dates and times, each and every meeting, conference or communication whether electronic or in person you participated in or became aware of where intimidating, harassing, threatening or stalking the Steiners, EcommerceBytes, or Fidomaster was discussed in any form. Detail the name and position of each person who was part of any of these communications, that you believe knew about these communications, and the substance of each communication.

**RESPONSE TO INTERROGATORY NO. 6:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: It has been more than four years since this incident, and Mr. Gilbert does not recall specific details concerning any meetings.

**INTERROGATORY NO. 7:**

Describe the substance of all conversations or communications including dates and times with any eBay employee or PFC employee, contractor, director or executive, including the names of each discussing the cover up and debriefing, including any promises any eBay or PFC employee, contractor, executive or director made to you involving the subject matter of this complaint.

**RESPONSE TO INTERROGATORY NO. 7:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert does not recall specific information concerning this question.  He does not recall anyone ever making any promises to him concerning this Complaint.

**INTERROGATORY NO. 8:**

Identify the names of any and all individuals who instructed you, discussed with you or in any way knew about your travel to the Boston area in 2019 including to Natick in June 2019 and

- 5 -

the purpose of the trip, and who arranged your trip, how it was paid for including all of your expenses, and who approved your expenses. Include in this response whether anyone traveled with you to Natick or whether you met with anyone while in Natick and/or the surrounding areas, whether you stayed in communication with anyone about your progress while you were in Natick, who you remained in contact with, the substance of any conversations, and who you updated after your return and the substance of the conversations providing updates. Include a detailed itinerary of what you did while in Natick and/or the surrounding area during this trip.

**RESPONSE TO INTERROGATORY NO. 8:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Jim Baugh asked Mr. Gilbert to go to Natick to verify the Steiners' home address.  He told Mr. Gilbert the eBay legal team was working on a legal process against the Steiners for their involvement with the "Fidomaster" alias.  Baugh approved the travel and arranged for the expenses.  Mr. Gilbert traveled alone and did not meet anyone in Natick.  When he returned to San Jose, Mr. Gilbert met with Baugh and told him he had verified the Steiners' address in Natick.

**INTERROGATORY NO. 9:**

Explain why "Fidomaster" was chosen to write on the Steiners fence and list the individuals who were a part of any such planning, discussions and execution.

**RESPONSE TO INTERROGATORY NO. 9:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Jim Baugh told Mr. Gilbert the Steiners were responsible for the on-line threats of violence to eBay executives posted under the alias Fidomaster.  Baugh said the Steiners were hiding their identity behind the anonymous Fidomaster. Mr. Gilbert used a non-permanent dry erase marker to write the word Fidomaster on the Steiners'

plastic fence to signal to them it was discovered they were responsible for the anonymous threats via Fidomaster.  There was no planning or prior discussion with anyone.

**INTERROGATORY NO. 10:**

Detail your purpose in attending the Steiners' yard sale while you were in Natick, whether this was discussed with anyone else, what was said by whom, the names of all individuals this was discussed with, and the dates and methods of such communications.

**RESPONSE TO INTERROGATORY NO. 10:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert was in Natick to verify the Steiners' address which Jim Baugh told him was for future service of legal action by eBay.  The Steiners' address was on open source on the internet.  Mr. Gilbert went by the address and they were having a yard sale in the front yard.  It was clearly open to the general public so he stopped. Mr. Gilbert walked on the driveway and saw the Steiners in the front yard.  Once he positively identified them, he left.  Mr. Gilbert later told Jim Baugh he had confirmed the Steiners' address.

**INTERROGATORY NO. 11:**

Indicate whether any photographs or videos were taken of the Steiners or of the Steiners' property in June of 2019, whether you disseminated any photographs or videos to anyone else, whether you still hold any photographs or videos, and if you provided them to the Government, eBay, any agent, executive or contractor.

**RESPONSE TO INTERROGATORY NO. 11:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert does not recall if he took pictures of the Steiners' residence.  He only saw the Steiners once in person and that was at the yard sale. He did not take any photos of them.  He do not have any photos of the Steiners or their residence.

- 7 -

**INTERROGATORY NO. 12:**

Summarize the date, time, and substance of each review you received from eBay or PFC and any bonuses or increased salaries as a result of any review and who conducted those reviews and evaluations of your performance.

**RESPONSE TO INTERROGATORY NO. 12:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Dan Cory was Mr. Gilbert's direct supervisor and gave him one performance review while he was employed at eBay. Mr. Gilbert does not remember the date and time of that review. Mr. Gilbert believes he received a 2% cost of living increase. He did not receive any bonuses while at eBay.

**INTERROGATORY NO. 13:**

Describe your employment and discipline history, at eBay and any other civilian or government employment and any law enforcement positions held, including but not limited to anti-corruption and/or internal affairs complaints and the resolution of each such complaint. Include in your response the dates, times and number of reviews you received from eBay, the substance of each review, any bonuses, salary increases or decreases or disciplinary determinations from any such reviews.

**RESPONSE TO INTERROGATORY NO. 13:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: During his 27-year career in law enforcement, Mr. Gilbert had no sustained civilian or internal affairs complaints against him. For further response, please see answer to Interrogatory No. 12.

**INTERROGATORY NO. 14:**

Summarize any relationship you have or had with any Samoan gang members and/or informants who were current or former Samoan or any other gang member and any communications you had with these individuals from 2019 to 2022.

**RESPONSE TO INTERROGATORY NO. 14:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert had no relationship or communications with any Samoan gang members and did not use any informants who were current or former Samoan gang members.

**INTERROGATORY NO. 15:**

Summarize all discussions you had with Defendants Cooke, Harville, and Baugh, or anyone at eBay or PFC regarding the use of Samoan gang members related in any way to the subject matter of this Complaint. Include in your response every conversation and every participant where Samoan gangs, SWATTING, or other potentially violent or intimidating options were discussed and the substance of those communications as well as the dates and times of the communications. Include in your response whether any of these options were a part of "Plan B," what Plan B refers to, and who was aware of the existence of Plan B.

**RESPONSE TO INTERROGATORY NO. 15:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert does not recall having any discussion with anyone about the use of "Samoan gang members" related to this complaint.  He does not know anything about a "Plan B".

**INTERROGATORY NO. 16:**

Identify who proposed Tui_Elei, the Samoan-sounding handle/avatar, and any conversations regarding why that handle/avatar was chosen relating to the subject matter of this Complaint.

**RESPONSE TO INTERROGATORY NO. 16:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert does not recall who created the name Tui Elei or why that specific handle/avatar was used.

**INTERROGATORY NO. 17:**

Outline your understanding of the relationship between Concentric Advisors and eBay and why Concentric Advisors was fired by eBay and why PFC was hired by eBay.

**RESPONSE TO INTERROGATORY NO. 17:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert had no direct dealings with Concentric Advisors and has no knowledge as to why their contract with eBay was terminated.

**INTERROGATORY NO. 18:**

Identify whose idea it was to contact a Samoan gang member, and who paid for you to fly out and meet with a Samoan gang member, including the dates, times, and locations of any and all meetings with Samoan gang members, the name of the Samoan gang member, and the exact instructions communicated to the Samoan gang member, as well as a description of any documents, photographs, license plate numbers, or any other information provided to the Samoan gang member in relation to the subject matter of this Complaint.

**RESPONSE TO INTERROGATORY NO. 18:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert did not contact or meet with a

Samoan gang member. He met with a person whom he believed was a security consultant in Southern California.  Mr. Gilbert provided this person's name and telephone number to the U.S. Attorney and FBI.  He no longer has that person's name or contact information.

**INTERROGATORY NO. 19:**

Indicate whether you ever provided cash payments to any Samoan gang members after your employment with the Santa Clara Police Department, in exchange for information, favors or for any other reason.

**RESPONSE TO INTERROGATORY NO. 19:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert has never made a cash payment to any Samoan gang member.

**INTERROGATORY NO. 20:**

Detail the substance, date and time of all text messages or other communications about the subject matter of this complaint, and whether you deleted any of those communications and which ones. If you deleted communications, include the name of any person or persons who directed you to delete the communications. Include in this response whether eBay, Morgan Lewis or any agent acting on its behalf took possession of any of your electronic devices, and whether you had any communications relating to the subject matter of this Complaint with any devices that eBay, Morgan Lewis or any agent acting on its behalf did not take possession of.

**RESPONSE TO INTERROGATORY NO. 20:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Jim Baugh instructed Mr. Gilbert and other members of the eBay security team to delete the messages on the WhatsApp concerning the trip

to Natick in August 2019.  Mr. Gilbert turned in his eBay electronic devices to eBay legal personnel during the internal investigation.

**INTERROGATORY NO. 21:**

Identify any and all persons (other than the plaintiff) who, from January 2015 to the present, have filed a lawsuit, complaint, administrative charge, or claim against you. Include in the names of each individual the court or agency the incident was reported to, the docket number or identifying number associated with each, the resolution of each and whether anyone at eBay discussed your history of complaints or discipline with your before, during or after your employment.

**RESPONSE TO INTERROGATORY NO. 21:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert has had no lawsuits, complaints, administrative charges, or claims filed against him (besides this matter) from 2015 to present.

**INTERROGATORY NO. 22:**

Provide details about what you communicated to Scott Fitgerald about your trip together to Natick to interview the Steiners and the Natick Police before, during, and after that August 2019 trip, with dates and substance of each communication and what you believe your colleague Fitzgerald knew or understood at each point in time, and who knew of, who approved of, and who approved the expenses of this trip and how it was paid for.

**RESPONSE TO INTERROGATORY NO. 22:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert told Scott Fitzgerald they were going to travel to Natick, MA to conduct an investigation involving a possible eBay seller who was harassing the Steiners.  Mr. Gilbert never told Fitzgerald that the eBay seller was a fake avatar.

Mr. Gilbert does not recall the specific date and time of his conversation.  Jim Baugh approved of the trip and expenses.  All travel arrangements were made through the eBay employee travel system.

**INTERROGATORY NO. 23:**

Describe all fake persons of interest reports and fake dossiers you and/or your codefendants created in conducting the actions that are the subject matter of this Complaint, with dates and methodology of their creation and the content of those files, with whom they were shared, and where those files now exist.

**RESPONSE TO INTERROGATORY NO. 23:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Members of the eBay security intelligence unit created a list of persons of interest concerning this complaint but to his knowledge that list was never distributed or presented to anyone.  Mr. Gilbert believes a copy of that list was provided to the US Attorney and FBI.

**INTERROGATORY NO. 24:**

Indicate whether you were ever involved in or learned of any other stalking, harassment incidents - or any attempts to investigate any individuals other than the Steiners - including reporters, eBay buyers and sellers, current or former eBay employees, content creators, forum commenters or perceived eBay critics, during your employment at eBay and/or PFC and provide details of what you know about such instances.

**RESPONSE TO INTERROGATORY NO. 24:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert was not aware of any such incidents.

**INTERROGATORY NO. 25:**

Detail why you traveled to the Long Beach/LA area on or around August 16, 2019, including whether you traveled alone, who you met with during that trip, the substance of any conversations during that trip, and whether you made any payments to any individuals during that trip.

**RESPONSE TO INTERROGATORY NO. 25:**

Mr. Gilbert incorporates by reference his General Objections. Subject to and without waiving the foregoing objections, Mr. Gilbert states: Mr. Gilbert traveled alone to Southern California to meet with a person whom he believed was a security consultant. During a lunch meeting, he briefly discussed if he could assist with investigation into the anonymous Fidomaster avatar. No agreement or contract was made and no payments were made to him or any other person. Mr. Gilbert provided the U.S. Attorney and FBI this information and person's name and telephone.

<u>**Verification**</u>

I hereby certify that the above answers are true to the best of my knowledge.

Brian Gilbert (May 1, 2024 07:32 PDT)

Brian Gilbert

As to Objections

Dated: May 1, 2024                  Respectfully submitted,

*/s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Jason M. Strojny (BBO No. 707774)
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, Massachusetts 02110
Tel: (617) 338-9300
Fax: (617) 338-9911

- 14 -

dbrooks@lhbmlegal.com
jstrojny@lhbmlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, a true and correct copy of this document was served

via email on all counsel of record in this action.

*/s/ Jason M. Strojny*
Jason M. Strojny