**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **INA STEINER, et al.,** | )<br>) |
| Plaintiffs, | )<br>) Civil Action No. 21-CV-11181-PBS |
| v. | )<br>) |
| **EBAY INC., et al.,** | ) |
| Defendants. | )<br>)<br>)<br>) |

**PLAINTIFFS' MOTION IN LIMINE TO**
**EXCLUDE HYPOTHETICAL QUESTIONS TO PLAINTIFFS**

Pursuant To Fed. R. Evid. 401, 402 And 403, Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively, "Plaintiffs") hereby move, *in limine*, before this Court for:

(1) an Order precluding Defendants from posing hypothetical questions to the Steiners.

Respectfully submitted,

Dated: November 20, 2025

*/s/ Todd S. Garber*
Todd S. Garber
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
One North Broadway, Suite 900
White Plains, NY 10601
Tel: (914) 298-3283
tgarber@fbfglaw.com

## **CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Todd S. Garber, counsel for Plaintiffs, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for the other parties, as well as with *pro se* parties.

Date: November 20, 2025

*/s/ Todd S. Garber*
Todd S. Garber

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

Date: November 20, 2025

                                            */s/ Todd S. Garber*
                                               Todd S. Garber