**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) | |
| | ) | Civil Action No. 21-CV-11181-PBS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| EBAY INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT EBAY'S UNOPPOSED MOTION TO FILE UNDER SEAL MOTION TO EXCLUDE EVIDENCE OF LATE-DISCLOSED DAMAGES**

Defendant eBay, Inc. moves for leave to file under seal its forthcoming Motion to Exclude Evidence of Late-Disclosed Damages. The motion will discuss, cite, and attach records that a party has designated confidential under the protective order in this case, Dkt. 515. To protect the confidentiality of that information, eBay seeks leave to file under seal the Motion and the accompanying excerpts of records.

Pursuant to Local Rule 7.2., counsel for eBay emailed counsel for plaintiffs, Mr. Wenig, Ms. Jones, and Mr. Wymer on February 2 and 3 seeking their position on this motion. Plaintiffs, Mr. Wenig, Ms. Jones, and Mr. Wymer consent to the relief requested in this motion.

WHEREFORE, Defendants respectfully request that the Court allow this motion to permit the filing under seal of their Motion to Exclude Evidence of Late-Disclosed Damages.


Dated: February 3, 2026

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor

1

Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1285
snonaka@sidley.com
dgoldenberg@sidley.com

Daniel J. Feith (*pro hac vice*)
Emily A. Rose (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com
emily.rose@sidley.com

*Counsel for eBay Inc.*

2

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Jack. W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel of record for Plaintiffs, Mr. Wenig, Ms. Jones, and Mr. Wymer, who consent to the relief requested in this motion.


Dated: February 3, 2026                    */s/ Jack W. Pirozzolo*
                                           Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: February 3, 2026                    */s/ Jack W. Pirozzolo*
                                           Jack W. Pirozzolo