**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INA STEINER, et al.,            ) <br>               ) <br>          Plaintiffs,      ) <br>               ) <br>               ) <br>        v.                ) <br>               ) <br>               ) <br> EBAY INC., et al.,         ) <br>               ) <br>          Defendants.    ) <br>               ) | Civil Action No. 21-CV-11181-PBS |

**DEFENDANT STEVE WYMER'S NOTICE OF JOINDER TO MOTION OF DEFENDANTS EBAY, INC., DEVIN WENIG, AND WENDY JONES TO EXCLUDE EVIDENCE OF LATE-DISCLOSED DAMAGES**

On February 4, 2026, Defendants eBay, Inc., Devin Wenig, and Wendy Jones moved to exclude evidence both because of Plaintiffs' failure to timely disclose the information in discovery and because the unfair prejudice of the evidence far outweighed its probative value. Defendant Steve Wymer agrees that the evidence should be excluded for those reasons. Further, if the Court excludes the evidence, Wymer agrees that—under the unusual circumstances outlined in the Motion—it would also be prudent for the Court to advise David Steiner not to testify regarding those matters.

Respectfully submitted,

s/ *Caz Hashemi*
Caz Hashemi (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Melissa Mills (*pro hac vice*)
Trevor N. Templeton (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mmills@wsgr.com

Lon F. Povich (BBO #544523)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6548
lpovich@andersonkreiger.com

*Counsel for Steve Wymer*

February 4, 2026

-2-

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

s/ *Caz Hashemi*
Caz Hashemi