# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER and STEINER ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-11181-PBS |
| v. | ) ) ) | |
| EBAY INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF FILING OF DEFENDANT STEVE WYMER'S AMENDED "GOVERNMENT SECRETS" JURY INSTRUCTION

Following discussions with the Government, Defendant Steve Wymer submits an amended jury instruction regarding the United States Government's intervention in this case, titled "Government Secrets," which is a revised version of a similar instruction with the same title that was part of Mr. Wymer's Proposed Jury Instructions, filed November 26, 2025. Dkt. No. 843 at 22-23. This amended jury instruction is intended to supersede Mr. Wymer's original "Government Secrets" instruction. The Government does not oppose the use of this amended instruction in the trial in this matter. It is attached as **Exhibit A.**

By way of background, Defendants' Proposed Jury Instructions, filed on November 26, 2025, included separate instructions proposed by Defendant Wymer and by Defendant Wendy Jones, both titled "Government Secrets." *See* Dkt. No. 843 at 24-25. In a December 2, 2025 email to the Court and the parties, counsel for the U.S. Department of Justice stated that Government objected to Defendant Jones's proposed jury instruction on this issue. At a hearing on December 5, 2025, counsel for the Government reiterated the Government's opposition to Ms. Jones's proposed jury instruction. The Court did not take argument on the proposed jury instruction or the

-2-

Government's objection at that time, deferring those issues until a later date.

Because Defendant Steve Wymer had also requested a separate jury instruction on the same topic, *see* Dkt. No. 843 at 22-23, counsel for Mr. Wymer contacted counsel for the Government shortly thereafter to discuss any similar objections to his proposed instruction. Over the next two months, counsel for Mr. Wymer and the Government conferred multiple times to discuss the nature of the Government's objections and revisions to the proposed instruction that would ameliorate the Government's concerns. Following those discussions, Mr. Wymer submits a revised jury instruction herewith. The Government does not object to the revised instruction.

Respectfully submitted,

STEVE WYMER,

By his Attorneys,

**s/ *Melissa Mills***
Melissa Mills, Esq. (*pro hac vice*)
Trevor Templeton, Esq. (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI,P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mmills@wsgr.com
ttempleton@wsgr.com

Caz Hashemi, Esq. (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Lon F. Povich (BBO# 544523)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6578
lpovich@andersonkreiger.com

Dated: February 9, 2026

*Attorneys for Steve Wymer*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

<u>s/ *Melissa Mills*</u>
Melissa Mills