UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 21-CV-11181-PBS |
| v. | ) ) ) | |
| EBAY INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION OF DEFENDANTS EBAY, INC., DEVIN WENIG, AND WENDY JONES, TO EXCLUDE THE SUPPLEMENTAL REPORT OF DR. HOWARD FORMAN AND FOR SANCTIONS UNDER RULE 37**

Defendants eBay Inc., Devin Wenig, and Wendy Jones ("Defendants") hereby move the Court to exclude the February 10, 2026 supplemental report of Plaintiffs' mental-health expert, Dr. Howard Forman; to preclude Dr. Forman from testifying to the information in his supplemental report; and to direct the jury to take as established that ███████████████████ ███████████ as reflected in the deposition testimony of ███████████████████ ███. As grounds for this motion, Defendants state as follows:

1. Dr. Forman's supplemental report is untimely. The deadline for disclosing additions or changes to an expert's report was November 3, 2025. *See* Fed. R. Civ. P. 26(e); Dtk. 747. Plaintiffs did not disclose Dr. Forman's supplemental report until February 10, 2026.

2. The "ordinary" and "self-executing sanction" for late disclosure is "mandatory preclusion." *HipSaver Co. v. J.T. Posey Co.*, 497 F. Supp. 2d 96, 103 (D. Mass. 2007). That ordinary sanction should apply here because Plaintiffs' untimely disclosure of Dr. Forman's supplemental report was neither substantially justified nor harmless. *See* Fed. R. Civ. P. 37(c)(1).

3. Also pursuant to Rule 37(c)(1), the Court should instruct the jury to take as established that ████████████████████████████████████████████████████████████ ██████████████████████████ uncontradicted and sworn deposition testimony shows. *See* Fed. R. Civ. P. 37(c)(1); *Staley v. U.S. Bank Nat'l Ass'n*, 2013 WL 331271, at *5 (D. Idaho Jan. 29, 2013) (issuing adverse-inference instruction for late disclosure of evidence).

WHEREFORE, Defendants respectfully request that the Court exclude Dr. Forman's supplemental report, preclude Dr. Forman from testifying to the information in his supplemental report, and direct the jury to take as established that ██████████████████████████ ██████████████████████ testified.

Dated: February 17, 2026

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1285
snonaka@sidley.com

Daniel J. Feith (*pro hac vice*)
Emily A. Rose (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8511
dfeith@sidley.com
emily.rose@sidley.com

*Counsel for eBay Inc.*

/s/ *Andrew J. O'Connor*
Andrew J. O'Connor (BBO# 672960)
William L. Roberts (BBO# 679735)
Sarah E. Walters (BBO# 638378)
Christopher M. Durham (BBO# 707131)
Casey B. Stewart (BBO# 709729)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
andrew.oconnor@ropesgray.com
william.roberts@ropesgray.com
sarah.walters@ropesgray.com
christopher.durham@ropesgray.com
casey.stewart@ropesgray.com

*Counsel for Wendy Jones*


/s/ *Kelly A. Librera*
Abbe David Lowell (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, NW
Suite 250
Washington, D.C. 20005
alowellpublicoutreach@lowellandassociates.com
Tel.: (202) 964-6110
Fax: (202) 964-6116

Kelly A. Librera (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
klibrera@winston.com

Martin G. Weinberg, Esq.
MARTIN G. WEINBERG PC
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

*Counsel for Devin Wenig*

3

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Jack. W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for all parties regarding the relief requested in this motion. Plaintiffs oppose the relief requested in this motion. Counsel for defendant Steve Wymer have stated that Mr. Wymer intends to file a joinder to this motion.

Dated: February 17, 2026                                  /s/ Jack W. Pirozzolo
                                                          Jack W. Pirozzolo


**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 17, 2026                                  /s/ Jack W. Pirozzolo
                                                          Jack W. Pirozzolo