UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INA STEINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EBAY INC., et al., <br><br> Defendants. | Civil Action No. 21-CV-11181-PBS |

**DEFENDANT STEVE WYMER'S NOTICE OF JOINDER TO MOTION OF DEFENDANTS EBAY INC., DEVIN WENIG, AND WENDY JONES TO EXCLUDE THE SUPPLEMENTAL REPORT OF DR. HOWARD FORMAN AND FOR SANCTIONS UNDER RULE 37**

On February 17, 2026, Defendants eBay Inc., Devin Wenig, and Wendy Jones moved to exclude evidence both because of Plaintiffs' failure to timely disclose the information in discovery and because the disclosure was neither substantially justified nor harmless. Dkt. No. 936. Defendant Steve Wymer agrees that the evidence should be excluded for those reasons. Wymer further agrees that, to return the record to the state that existed before the recently-disclosed communications with Dr. Laura McCord, the Court should direct the jury to take as true Dr. McCord's sworn testimony.

Respectfully submitted,

 /s/ Melissa Mills
Melissa Mills (*pro hac vice*)
Trevor N. Templeton (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mmills@wsgr.com

Caz Hashemi (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
chashemi@wsgr.com

Lon F. Povich (BBO #544523)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6548
lpovich@andersonkreiger.com

*Counsel for Steve Wymer*

February 18, 2026

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 18, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ Melissa Mills*
                                                 Melissa Mills