**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

 Ina Steiner, David Steiner &
Steiner Associates, LLC
                    Plaintiff                                    CIVIL ACTION
            V.
                                                        NO.  21 cv- 11181 -PBS
EBAY, INC.,  et al.,
                    Defendant

**SETTLEMENT ORDER OF DISMISSAL**

**Saris, USDJ**

      **The Court having been advised on  2/25/2026 that the above-entitled action has been settled.**

      **It is ORDERED:   that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (60) sixty days if settlement is not consummated.**

By the Court,

2/25/2026
Date

/s/ M. Molloy
Deputy Clerk

[stlmtodism.]