

THE LAW OFFICE OF

# ROSEMARY CURRAN SCAPICCHIO

107 UNION WHARF

BOSTON, MASSACHUSETTS 02109

ROSEMARY CURRAN SCAPICCHIO

(617) 263-7400

FAX (617) 722-4198

WWW.SCAPICCHIOLAW.COM

JILLISE M. MCDONOUGH
NICOLE R. SCAPICCHIO

March 18, 2026

**VIA ELECTRONIC FILING**
Hon. Patti B. Saris
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> **Re:** *Steiner, et al. v. eBay Inc., et al.* **Civil Action No. 1:21-cv-11181-PBS**

Dear Judge Saris:

As you may recall, The Law Office of Rosemary Scapicchio formerly represented Plaintiffs in the above-entitled action. On May 23, 2024, my office filed an Attorneys' Lien for Fees and Costs pursuant to Massachusetts General Law Chapter 221, § 50, for costs and fees for services duly rendered to Plaintiffs ("Attorneys' Lien"). Dkt. No. 395, Lien. We write to respectfully request that the Court do the following: (i) not dismiss the action at the end of the sixty-day nisi period to determine the proper amounts The Law Office of Rosemary Scapicchio should be paid; or (ii) dismiss the action but retain jurisdiction to ensure that the Attorneys' Lien is addressed.

On February 25, 2026, the Court entered a Settlement Order of Dismissal to dismiss the action "without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (60) sixty days if settlement is not consummated." Dkt. No. 945, Order. My office has attempted good-faith discussions regarding the terms of the settlement and has further offered to execute a confidentiality agreement regarding the same, but Plaintiffs' counsel has refused to disclose any settlement terms subject to a confidentiality agreement or otherwise.

My office has reaffirmed the existence of the Attorneys' Lien and placed Plaintiffs' counsel on notice of their required restraint from disbursing settlement proceeds for attorneys' fees and expenses until the pending issue has been resolved.

This Court has the authority to retain jurisdiction over the lien dispute. The supplemental jurisdiction statute, 28 U.S.C. § 1367(a), provides that "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." *See* 28 U.S.C. § 1367(a). Section 1367 of the United States Code

provides "a broad grant of supplemental jurisdiction over other claims within the same case or controversy, as long as the action is one in which district courts would have original jurisdiction." *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 547 (2005).

An attorneys' lien, which is addressed as a substantive rather than procedural right in this Court, falls well within the supplemental jurisdiction of this Court. *See In re Hoy's Claim*, 93 F. Supp. 265, 266 (D. Mass. 1950) ("[T]he second question is whether this federal court can determine and enforce a lien conferred by Mass. G.L. c. 221, Sec. 50. The answer is that if the federal court has jurisdiction of the client's cause of action [...] it has ancillary jurisdiction over the lien controversy").

Accordingly, The Law Office of Rosemary Scapicchio respectfully requests that the Court either (i) not dismiss the action at the end of the sixty-day nisi period to determine the proper amounts The Law Office of Rosemary Scapicchio should be paid; or (ii) dismiss the action but retain supplemental jurisdiction, as authorized by 28 U.S.C. § 1367(a), to ensure that the Attorneys' Lien is addressed.

Sincerely,

Rosemary C. Scapicchio

cc: Christopher Durham
Andrew O'Connor
Brien T. O'Connor
William L. Roberts
Casey Stewart
Sarah E. Walters
Brian D. Acard
Marc A. Diller
Andrew G. Finkelstein
Max Finkelstein
Kenneth B Fromson
Todd S. Garber
Erin Kelley
Lawrence D. Lissauer
Christopher R. Murphy
Bradley Silverman
Kelly A. Librera
Abbe David Lowell
Michael Pabian
Martin G. Weinberg
Staci E. Cox
Michelle Mixue Dang
Morris J. Fodeman

Nick Guenther
Caz Hashemi
Kevin G. Heiner
Melissa Mills
Lon F. Povich
Trevor Templeton
Kathryn Lundwall Alessi
Daniel J. Feith
Scott T. Nonaka
Jack W. Pirozzolo
Emily Rose