

March 26, 2026

Judge Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
<u>By E-filing Only</u>

> Re:    *Steiner et al v. eBay Inc. et al*,
> 1:21-cv-11181-PBS
> Plaintiffs Response to Non-Party Quantum Meruit Filing

Your Honor,

We represent Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively, "Plaintiffs") in the above-reference action. We write in response to the March 17, 2026 letter filed by Rosemary Scapicchio concerning her previously filed Attorneys' Lien for Fees and Costs. *See* ECF Nos. 395, 946-47.

On May 2, 2024, we notified Ms. Scapicchio in writing that we recognize her right to quantum meruit and upon conclusion of the matter, we will contact her to reach an agreement hopefully regarding the fee apportionment.

On February 26, 2026, I contacted counsel for Attorney Scapicchio and informed him that settlement was reached, but final terms are being worked out and we're not able to disclose terms at this time.

On February 27, 2026, Attorney Scapicchio called me directly, and I apprised her of the situation.

On February 27, 2026, Attorney Scapicchio sent me a letter wanting to know if we will honor the lien once settlement is consummated. That day, we confirmed our intent to honor what was articulated on May 2, 2024.

On March 9, 2026, Ms. Scapicchio's counsel contacted me. We explained the updated status and by call's end, he and I agreed that he would check back in two (2) weeks to get a status update.

Before the two (2) weeks expired, unprovoked by any intervening events, Attorney Scapicchio sent the Court her letter of March 18, 2026, when she wrote, amongst other things, that "Plaintiffs' counsel has refused to disclose any settlement terms subject to a confidentiality agreement or otherwise."

50 Congress Street, Suite 420
BOSTON, MA  02109

Phone: 617.523.7771      Fax: 617.227.1767      www.dillerlaw.com

Please send all correspondence to our processing center
Diller Law, LLP      1279 Route 300, P.O. Box 1111      Newburgh, NY 12551

2

Ms. Scapicchio's allegations are not ripe.  No controversy exists yet while the parties finalize terms of settlement.  We do not intend to act in conflict with our obligations to the clients by pre-disclosing terms of a working settlement with Ms. Scapicchio.

At this time, we ask the Court take no action because there is no live controversy yet.

Dated: March 26, 2026
          Boston, Massachusetts                          Sincerely,

                                        By:    */s/ Marc A. Diller*
                                                  Marc A. Diller (#BBO644997)
                                                  **DILLER LAW, LLP**
                                                  50 Congress Street
                                                  Ste 420
                                                  Boston, MA 02109
                                                  (617) 523-7771
                                                  marc@dillerlaw.com

                                                  *Counsel for Plaintiffs*

CC: All Counsel of Records via ECF

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, this filing was submitted via the CM/ECF system and will be transmitted electronically to all registered users listed on the Notice of Electronic Filing. Paper copies will be provided to any parties identified as non-registered participants.

*/s/ Marc A. Diller*
Marc A. Diller