**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> EBAY INC., et al., <br><br> *Defendants.* | Civil Action No. 21-CV-11181-PBS |

**NOTICE OF APPEARANCE**

I, Jonathon D. Friedmann, hereby give my notice of appearance on behalf of The Law Office of Rosemary Scapicchio in the above-captioned matter.

Date: March 30, 2026

Respectfully submitted,

*/s/ Jonathon D. Friedmann*
Jonathon D. Friedmann, BBO #180130
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
(617) 723-7700
jfriedmann@rflawyers.com

1

**CERTIFICATE OF SERVICE**

I hereby certify on this 30th day of March, 2026, that a true copy of the above document was served on the attorney of record for each party registered therein through the ECF System electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and Massachusetts Local Rule 5.4(c).

/s/ Jonathon D. Friedmann
Jonathon D. Friedmann

2