**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 21-CV-11181-PBS

INA STEINER, DAVID STEINER, and
STEINER ASSOCIATES, LLC,

        Plaintiffs,

        v.

EBAY INC., et al.,

        Defendants.

**THE LAW OFFICE OF ROSEMARY C. SCAPICCHIO'S MOTION FOR LEAVE TO FILE STATUS UPDATE UNDER SEAL IN CONNECTION WITH THE COURT'S APRIL 8, 2026 SEALED AND EX-PARTE STATUS CONFERENCE**

Pursuant to Local Rule 7.2, the Law Office of Rosemary C. Scapicchio ("Scapicchio") hereby moves this Honorable Court for an order to submit a letter update to this Court under seal. As grounds, Scapicchio states:

1. On April 8, 2026, this Court held a confidential status conference with Plaintiffs' counsel only, and instructed the parties to confer, and then update the Court.

2. Scapicchio respectfully seeks permission to provide this Court that status update under seal, prior to expiration of the 60 Day Settlement Order on May 29, 2026.

WHEREFORE, the Law Office of Rosemary C. Scapicchio respectfully requests that this Court grants this motion and allow the letter update to be filed under seal.

Date: May 22, 2026

Respectfully submitted,

*/s/ Jonathon Friedmann*
Jonathon D. Friedmann | BBO No. 180130
Casey A. Sack | BBO  No. 708448
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
(617) 723-7700
jfriedmann@rflawyers.com
csack@rflawyers.com

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a), I hereby certify that I attempted to confer with

Plaintiffs' counsel before this motion was filed but have yet to receive a response.

*/s/ Jonathon Friedmann*
Jonathon Friedmann, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, this document was filed through the CM/ECF

system.

*/s/ Jonathon Friedmann*
Jonathon Friedmann, Esq.