**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC )<br><br>Plaintiffs, )<br><br>v. )<br><br>EBAY, INC., et al., )<br><br>Defendants. ) | Civil Action No. 1:21-cv-11181-PBS |

## <u>MOTION TO AMEND THE DEADLINE OF THE SETTLEMENT ORDER</u>

Plaintiffs respectfully request that the Court further extend the deadline set forth in the 60-Day Settlement Order from May 29, 2026, to June 12, 2026. *See* ECF Nos. 945, 954. Plaintiffs request this extension in light of ongoing settlement negotiations. No defendant has objected to this request.

We thank Your Honor for your attention in this matter.

Dated: May 28, 2026
    White Plains, New York            Respectfully submitted,

        By:    */s/ Todd S. Garber*
            Todd S. Garber
            FINKELSTEIN, BLANKINSHIP,
            FREI-PEARSON & GARBER, LLP
            1 North Broadway, Suite 900
            White Plains, NY 10601
            (914) 298-3283
            tgarber@fbfglaw.com

            *Attorneys for Plaintiffs*

CC: All Counsel of Records via ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, this filing was submitted via the CM/ECF system and will be transmitted electronically to all registered users listed on the Notice of Electronic Filing. Paper copies will be provided to any parties identified as non-registered participants.

*/s/ Todd S. Garber*
Todd S. Garber