**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:21-cv-11181-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS AND DEFENDANT DAVID HARVILLE'S**
**JOINT REQUEST FOR CLOSED SETTLEMENT STATUS CONFERENCE**

NOW COME Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively, "Plaintiffs") and Defendant David Harville ("Harville") and jointly request that this Honorable Court permit them to appear before it for a closed status conference concerning the progress of their pending settlement discussions.

Plaintiffs and Harville submit the following in support of this request for a closed conference with the Court:

1. Separate from their settlement discussions with eBay and the Executive Defendants, counsel for Plaintiffs have engaged in settlement negotiations with Harville concerning their claims against Harville.

2. Plaintiffs and Harville have made substantial progress in their attempt to reach a settlement; however, counsel for the parties believe the Court may be able to facilitate their effort to finalize a settlement.

3. Since the subject matter concerns settlement negotiations, Plaintiffs and Harville jointly request appearing before the Court in a session that is closed to the public and any other named defendants in the above-captioned action.

4. The parties respectfully request that, if the Court's schedule permits, the conference be held after 11:00 a.m. on Friday, June 5, 2026, or at the Court's earliest convenience.

WHEREFORE, Plaintiffs and Harville respectfully request that this Honorable Court grant this joint request and schedule a closed status conference.

Respectfully submitted,

**INA STEINER, DAVID STEINER, AND STEINER ASSOCIATES, LLC**

By their attorney,

Date:  June 4, 2026
      White Plains, New York

 */s/ Todd S. Garber*
Todd S. Garber, Esq.
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3283
tgarber@fbfglaw.com

Marc Diller, Esq. BBO 644997
DILLER LAW, LLP
50 Congress St., Ste. 420
Boston, MA 02109
(617)523-7771
mdiller@dillerlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

**DEFENDANT DAVID HARVILLE**

By his attorney,

Dated: June 4, 2026

 */s/ Daniel K. Gelb*
Daniel K. Gelb, Esq.
BBO# 659703
GELB & GELB LLP
900 Cummings Center, Suite 207-V
Beverly, Massachusetts 01915
Telephone (617) 345-0010
dgelb@gelbgelb.com

*Attorneys for Defendant Harville*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, this filing was submitted via the CM/ECF system and will be transmitted electronically to all registered users listed on the Notice of Electronic Filing. Paper copies will be provided to any parties identified as non-registered participants.


         */s/ Todd S. Garber*
         Todd S. Garber

4