**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:21-cv-11181-PBS |
| v. | ) ) | |
| EBAY, INC., et al., | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**DOCUMENTS RELATED TO SETTLEMENT**

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively, "Plaintiffs") respectfully move for leave to file under seal the current redlined settlement agreement and related materials reflecting ongoing settlement negotiations and disputed settlement terms between Plaintiffs and Defendants eBay Inc., Devin Wenig, Steve Wymer, and Wendy Jones (collectively, "Defendants"). These materials contain confidential settlement communications and draft settlement language exchanged in the course of ongoing settlement negotiations. Public disclosure of these materials could prejudice the Parties' efforts to finalize their settlement and would reveal the substance of confidential negotiations.

Pursuant to Local Rule 7.1(a)(2), Plaintiffs' counsel emailed counsel for the Defendants on June 9, 2026, seeking their respective positions on this motion. No Defendant has agreed to the relief requested. The Parties were unable to resolve this issue.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and permit Plaintiffs to file the aforementioned documents under seal.

2

Respectfully submitted,

Date:  June 9, 2026
       White Plains, New York

_/s/ Todd S. Garber_

Todd S. Garber, Esq.
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3283
tgarber@fbfglaw.com

*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, this filing was submitted via the CM/ECF system and will be transmitted electronically to all registered users listed on the Notice of Electronic Filing. Paper copies will be provided to any parties identified as non-registered participants.

*/s/ Todd S. Garber*
Todd S. Garber
