**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:21-cv-11181-PBS |
| v. | ) ) | |
| EBAY, INC., et al., | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO REOPEN CASE**

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively, "Plaintiffs") respectfully move to reopen this matter and return it to the trial docket. In support thereof, Plaintiffs state as follows:

1.      On February 20, 2026, Plaintiffs and Defendants eBay Inc., Devin Wenig, Steve Wymer, and Wendy Jones (collectively, the "Defendants") agreed that they had reached a settlement in principle to resolve the claims between them and would advise the Court of the same.

2.      Based on those representations, the Court stayed further proceedings to permit the Parties to finalize and execute a written settlement agreement.

3.      Despite substantial efforts by the Parties, the Parties having been unable to effectuate a written agreement consistent with their respective view of the agreed upon terms.

4.      As a result, no fully executed settlement agreement exists between Plaintiffs and the Defendants.

5.      Because the Parties have been unable to consummate the contemplated settlement, there is no basis for maintaining the stay, there is good cause to reopen this case, and this matter should be returned to the active trial docket.

6.      Pursuant to Local Rule 7.1(a)(2), Plaintiffs' counsel emailed counsel for the Defendants on June 12, 2026, seeking their respective positions on this motion. Defendants eBay Inc. and Devin Wenig do not object to the requested relief. Defendants Steve Wymer and Wendy Jones have not stated their positions on the relief requested.

NOW, THEREFORE, Plaintiffs respectfully request that the Court reopen this matter, return it to the trial docket, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date:  June 12, 2026
       White Plains, New York

 /s/ Todd S. Garber
Todd S. Garber, Esq.
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3283
tgarber@fbfglaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, this filing was submitted via the CM/ECF system and will be transmitted electronically to all registered users listed on the Notice of Electronic Filing. Paper copies will be provided to any parties identified as non-registered participants.

_/s/ Todd S. Garber_
Todd S. Garber