**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| INA STEINER, DAVID STEINER, and STEINER ASSOCIATES, LLC | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:21-cv-11181-PBS |
| v. | ) ) | |
| EBAY, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Ina Steiner, David Steiner, and Steiner Associates, LLC (collectively, "Plaintiffs") hereby dismiss with prejudice all claims asserted in this matter against all defendants in this matter.  For the avoidance of doubt, the dismissal with prejudice includes dismissal of all claims against all defendants named in this matter, including defendants with whom Plaintiffs have entered into settlement agreements, defendants with whom Plaintiffs have not yet entered into settlement agreements, and defendants who have been dismissed from the case.

Respectfully submitted,

Date:  July 27, 2026
          White Plains, New York

 */s/ Todd S. Garber*
Todd S. Garber, Esq.
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3283
tgarber@fbfglaw.com

*Attorneys for Plaintiffs*

/s/ Jack Pirozzolo

Jack Pirozzolo
**SIDLEY AUSTIN LLP**
60 State Street
36th Floor
Boston, MA 02109
jpirozzolo@sidley.com

*Attorneys for Defendant eBay Inc.*


/s/ Abbe David Lowell

Abbe David Lowell
**LOWELL & ASSOCIATES, PLLC**
1250 H Street NW
Washington, D.C. 20005
adlowell@lowellandassociates.com

Kelly A. Librera
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, New York 10166
Kelly.librera@winstontaylor.com

*Attorneys for Defendant Devin Wenig*


/s/ Caz Hashemi

Caz Hashemi
**WILSON SONSINI
GOODRICH & ROSATI**
650 Page Mill Rd
Palo Alto, CA 94304
chashemi@wsgr.com

*Attorneys for Defendant Steve Wymer*


/s/ Andrew O'Connor

Andrew O'Connor
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
andrew.oconnor@ropesgray.com

*Attorneys for Defendant Wendy Jones*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 27, 2026, this filing was submitted via the CM/ECF system and will be transmitted electronically to all registered users listed on the Notice of Electronic Filing. Paper copies will be provided to any parties identified as non-registered participants.

 */s/ Todd S. Garber*
Todd S. Garber