**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INA STEINER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 21-CV-11181-PBS |
| v. | ) |
| | ) |
| EBAY INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Civil Rule 83.5.2(c), the undersigned respectfully requests that the Clerk withdraw his appearance as attorney of record for Defendant Wendy Jones in the above-captioned matter. Defendant Wendy Jones will continue to be represented by counsel of record from Ropes & Gray LLP.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Christopher M. Durham*
Christopher M. Durham (BBO# 707131)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
christopher.durham@ropesgray.com

*Counsel for Wendy Jones*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document will be served on all registered parties through the court's CM/ECF system.

Dated: July 30, 2026

*/s/ Christopher M. Durham*
Christopher M. Durham